# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CARNEGIE MELLON UNIVERSITY,

    Plaintiff,

v.

LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.,

    Defendants.

Case No: 5:18-cv-04571-SVK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Steven Rizzi, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants LSI Corporation and Avago Technologies U.S. Inc. in the above-entitled action. My local co-counsel in this case is Barry G. Felder, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016 | Foley & Lardner LLP<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD:<br>212.338.3543 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>213.972.4540 |
| MY EMAIL ADDRESS OF RECORD:<br>srizzi@foley.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>bgfelder@foley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2534865.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: August 27, 2018

/s/ Steven Rizzi
APPLICANT
Steven Rizzi

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Steven Rizzi is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/5/18

UNITED STATES DISTRICT MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER    *October 2012*

American LegalNet, Inc.
www.FormsWorkFlow.com