STEVEN RIZZI, *Admitted Pro Hac Vice*
   srizzi@foley.com
RAMY HANNA, *Admitted Pro Hac Vice*
   rhanna@foley.com
**FOLEY & LARDNER LLP**
90 PARK AVENUE
NEW YORK, NY 10016-1314
TELEPHONE:  (212) 682-7474
FACSIMILE:   (212) 687-2329

BARRY G. FELDER, CA Bar No. 175658
   bgfelder@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET
SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:  (213) 972-4500
FACSIMILE:   (213) 486-0065

Attorneys for Defendants
LSI Corporation and Avago Technologies U.S. Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CARNEGIE MELLON UNIVERISTY,<br><br>                  Plaintiff,<br><br>vs.<br><br>LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.,<br><br>                  Defendants. | Case No. 3:18-cv-04571-JD<br><br>**NOTICE OF CHANGE OF LEAD TRIAL COUNSEL** |

1  Please take notice that Steven Rizzi has assumed the role of lead trial counsel for Defendants LSI
2  Corporation and Avago Technologies U.S. Inc. herein.  The Clerk is respectfully requested to note this
3  change on the Court's Docket.

Dated: October 26, 2018

**FOLEY & LARDNER LLP**

/s/ *Steven Rizzi*
Steven Rizzi
Attorney for Defendants

NOTICE OF CHANGE OF LEAD TRIAL COUNSEL
Case No. 3:18-cv-04571-JD

4824-1052-2230.1

**PROOF OF SERVICE Electronic Filing**

I HEREBY CERTIFY that on October 26, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the Electronic Service List for this case.

*/s/ Steven Rizzi*
Steven Rizzi