UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CARNEGIE MELLON UNIVERSITY, | |
|---|---|
| Plaintiff, | Case No. 18-cv-04571-JD |
| v. | **SCHEDULING ORDER** |
| LSI CORPORATION, et al., | |
| Defendants. | |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.  The deadline to amend pleadings is without prejudice to a timely request by LSI to plead inequitable conduct in light of evidence discovered later on.

| Event | Deadline |
|---|---|
| Patent L.R. 3-3 and 3-4: Invalidity Contentions and Related Document Disclosure | February 4, 2019 |
| Last Day to Move to Amend Pleadings or Add Parties | February 15, 2019 |
| Patent L.R. 4-1: Exchange of Proposed Terms for Construction | February 18, 2019 |
| Patent L.R. 4-2: Exchange of Preliminary Claim Constructions and Extrinsic Evidence | March 11, 2019 |
| Patent L.R. 3-8: Damage Contentions | March 27, 2019 |
| Patent L.R. 4-3: Joint Claim Construction and Prehearing Statement | April 5, 2019 |
| Patent L.R. 3-9: Responsive Damages Contentions | April 26, 2019 |
| Patent L.R. 4-4: Completion of Claim Construction Discovery | May 6, 2019 |
| Patent L.R. 4-5(a): Opening Claim Construction Brief by Carnegie Mellon University | May 20, 2019 |

| Event | Deadline |
|---|---|
| Patent L.R. 4-5(b): Responsive Claim Construction Brief by LSI | June 7, 2019 |
| Patent L.R. 4-5(c): Reply Claim Construction Brief by Carnegie Mellon University | June 14, 2019 |
| Patent L.R. 4-6: Claim Construction Hearing and Tutorial | <u>Tutorial</u>:  June 20, 2019 at 11:00 a.m.<br><u>Claim construction</u>:  June 27, 2019 at 11:00 a.m. |
| Patent L.R. 3-7: Advice of Counsel | 30 days after service of Court's Claim Construction Ruling |
| Close of Fact Discovery | October 4, 2019 |
| Expert Disclosure (Initial) | November 8, 2019 |
| Expert Disclosure (Rebuttal) | December 20, 2019 |
| Reply Expert Reports | January 22, 2020 |
| Close of Expert Discovery | February 24, 2020 |
| Last Day to File *Daubert* and Summary Judgment Motions | April 23, 2020 |
| Final Pretrial Conference | August 13, 2020 at 1:30 p.m. |
| Trial | August 31, 2020 at 9:00 a.m. |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  December 28, 2018

_____
JAMES DONATO
United States District Judge