Harold H. Davis, Jr. (SBN 235552)
harold.davis@klgates.com
**K&L Gates LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

Patrick J. McElhinny, *pro hac vice*
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, *pro hac vice*
mark.knedeisen@klgates.com
Christopher M. Verdini, *pro hac vice*
christopher.verdini@klgates.com
Anna Shabalov, *pro hac vice*
anna.shabalov@klgates.com
**K&L Gates LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
(412) 355-6500

Theodore J. Angelis, *pro hac vice*
theo.angelis@klgates.com
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580

*Counsel for Plaintiff
Carnegie Mellon University*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION and AVAGO TECHNOLOGIES U.S. INC.,<br><br>Defendants. | Case No.: 3:18-cv-04571-JD<br><br>**DECLARATION OF CHRISTOPHER M. VERDINI IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS UNDER 35 U.S.C. § 101** |

I, Christopher Verdini, declare:

1. I am an attorney at K&L Gates LLP in its Pittsburgh, PA office. I, along with other attorneys at K&L Gates LLP, represent Carnegie Mellon University ("CMU") in this action.

2. I submit this declaration in support of CMU's Memorandum of Law In Opposition to Motion for Judgment on the Pleadings Under 35 U.S.C. § 101.

3. Attached hereto as Exhibit 1 is a true and correct copy of the March 10, 2000, office action from the prosecution of U.S. Patent No. 6,201,839, that is publicly available, and that CMU produced to Defendants on December 5, 2018, at CMU_LSI_00000771-782.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on June 26, 2019, at Pittsburgh, Pennsylvania

                                                  */s/ Christopher Verdini*
                                                    Christopher Verdini

1

DECLARATION OF CHRISTOPHER M. VERDINI IN SUPPORT OF   CASE NO. 3:18-cv-04571-JD
OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS
303492073 v1