# EXHIBIT 1



UNITED STA..S DEPARTMENT OF COMMERCE
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/055,003 | 04/03/98 | KAVCIC | A | 97168 |

| EXAMINER |
|---|
| BAYARD, E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2731 | 5 |

LM12/0310

JONATHAN C PARKS
KIRKPATRICK & LOCKHART
1500 OLIVER BUILDING
PITTSBURGH PA 15222

DATE MAILED:
03/10/00

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)    U.S. G.P.O. 1999 460-693    1- File Copy

CMU_LSI_00000771

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 09/055,003 | Kavcic et al |
| | Examiner | Group Art Unit |
| | Emmanuel, Bayard | 2731 |

☒ Responsive to communication(s) filed on *Apr 3, 1998*

☐ This action is **FINAL**.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___3___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1-29* is/are pending in the application.

☐ Of the above, claim(s) _____ is/are withdrawn from consideration.

☒ Claim(s) *23* is/are allowed.

☒ Claim(s) *1-22 and 24-29* is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐approved ☐disapproved.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) _____.

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___4___

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-95)                Office Action Summary                  Part of Paper No. __5__

CMU_LSI_00000772

Application/Control Number: 09/055,003                                                   Page 2

Art Unit: 2731

## DETAILED ACTION

### *Claim Rejections - 35 USC § 112*

1. The following is a quotation of the second paragraph of 35 U.S.C. 112:

   The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention.

2. Claims 20-22 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

3. Claim 20 recites the limitation "said signal samples" in page 29, line 14. There is insufficient antecedent basis for this limitation in the claim.

### *Claim Rejections - 35 USC § 102*

4. The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

   A person shall be entitled to a patent unless --

   (e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

5. Claims 1-10, 27-29 are rejected under 35 U.S.C. 102(e) as being anticipated by Fitzpatrick U.S. Patent No 5,689,532.

CMU_LSI_00000773

Application/Control Number: 09/055,003            Page 3

Art Unit: 2731

As per claims 1, 4, 27-29, Fitzpatrick discloses a method for determining branch metric values for branches of trellis for a Viterbi-like detector (see figs.1, 2, 4) comprising: selecting a branch metric function for each of the branches at a certain time index (see col.2, lines 10-67 and col.5, lines 45-67 and col.7, lines 35-55 and col.8, lines 1-22); applying said selected function to a plurality of time variant signal samples to determine the metric values (see col.2, lines 32-67 and col.5, lines 45-67 and col.7, lines 35-55 and col.8, lines 1-22).

As per claims 2, 5, the system of Fitzpatrick inherently includes correlated noise, signal-dependent noise.

As per claim 3, the system of Fitzpatrick inherently includes a branch metric function.

As per claims 6, 10 a method for generating a signal-dependent branch weight for branches of a trellis for a VITERBI-like detector (see figs. 1, 2, 4, 7) comprising: selecting a plurality of signal samples (see col.2, lines 10-67); calculating a first value representing a branch-dependent joint probability density function of a subset of said signal samples (see col.4, lines 5-67 and col.5, lines 15-40 and col.6, lines 40-55 and col.7, lines 55-67 and col.8, lines 1-21 and col.11, lines 55-67 and col.14, lines 10-67); calculating a second value representing a branch-dependent joint probability density function of a subset of said signal samples (see col.4, lines 5-67 and col.5, lines 15-40 and col.6, lines 40-55 and col.7, lines 55-67 and col.8, lines 1-21 and col.11, lines 55-67 and col.14, lines 10-67); calculating the branch weight from said first and second values (see col.4, lines 5-67 and col.5, lines 15-40 and col.6, lines 40-55 and col.7, lines

CMU_LSI_00000774

Application/Control Number: 09/055,003                                                                 Page 4

Art Unit: 2731

55-67 and col.8, lines 1-21 and col.11, lines 55-67 and col.14, lines 10-67) and outputting the branch weight.

As per claims 7, 9, the system of Fitzpatrick inherently includes an additive term

As per claim 8, the system of Fitzpatrick inherently includes a multiplicative term.

### *Claim Rejections - 35 USC § 102*

6.  The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
>
> (e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

7.  Claims 24-26 are rejected under 35 U.S.C. 102(e) as being anticipated by Glover et al. U.S. Patent NO 5,978,426.

As per claims 24-26, Glover et al. discloses a system for recording information on a magnetic medium comprising: a write signal processing circuit for processing a plurality of data from a data source (see figs.1,2 element 32 and col.4, lines 25-67 and col.9, lines 15-37); a write control circuit (see fig.1,2 element 20 and col.4, lines 50-67 and col.5, lines 1-20 and col.6, lines 5-67); a write head responsive to said write control circuit for receiving a plurality of signals from said write processing circuit, said write head for writing said signal to the recording medium (see fig.1 element 16 and col.4, lines 40-67 and col.5, lines 1-20 and col.6, lines 5-67); a read control

CMU_LSI_00000775

Application/Control Number: 09/055,003                                                    Page 5

Art Unit: 2731

circuit (see fig.1,2 element 20 and col.4, lines 50-67 and col.5, lines 1-20 and col.6, lines 5-67); a read head for reading said signals from the recording medium, said read head responsive to said read control circuit (see fig.1 element 18 and col.4, lines 40-67 and col.5, lines 1-20 and col.6, lines 5-67); a detector circuit (see fig.2 element 54) for detecting a plurality of data from said read signal said detector circuit having a circuit for selecting a branch metric function for each of the branches of a trellis and for applying said selected function to a plurality of time variant signal samples to determine the metric values (see col.7, lines 1-67 and col.8, lines 15-67).

### *Claim Rejections - 35 USC § 102*

8.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless --

(e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

9.      Claims 24-26 are rejected under 35 U.S.C. 102(e) as being anticipated by Okazaki U.S. Patent NO 5,856,983.

As per claims 24-26, Okazaki. discloses a system for recording information on a magnetic medium comprising: a write signal processing circuit for processing a plurality of data from a data source (see figs.1,2,4,5 element 4 and col.1-67 and col.3, lines 10-67 ); a write control circuit (see figs. 1,4 element 6 and col.1, lines 1-67 and col.3, lines 10-67); a write head responsive to said

CMU_LSI_00000776

Application/Control Number: 09/055,003                                    Page 6

Art Unit: 2731

write control circuit for receiving a plurality of signals from said write processing circuit, said write head for writing said signal to the recording medium (see figs 1,4 element 5 and col.1, lines 1-67 and col.3, lines 10-67); a read control circuit (see figs.1,4 element 6 and col.1, lines 1-67 and col.3, lines 10-67); a read head for reading said signals from the recording medium, said read head responsive to said read control circuit (see figs. 1,4 element 5 and col.1, lines 1-67 and col.3, lines 10-67); a detector circuit (see figs.2, 5 element 55) for detecting a plurality of data from said read signal said detector circuit having a circuit for selecting a branch metric function for each of the branches of a trellis and for applying said selected function to a plurality of time variant signal samples to determine the metric values (see col.1, lines 1-67 and col.3, lines 10 -67).

### *Claim Rejections - 35 USC § 102*

10.     The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless --
>
> (e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

11.     Claims 11-22 are rejected under 35 U.S.C. 102(e) as being anticipated by Huszar et al U.S. Patent No 5,862,192.

As per claims 11,16 and 19, Huszar et al discloses a method for detecting a sequence that exploits the correlation between adjacent signal samples for adaptively detecting a sequence of

CMU_LSI_00000777

Application/Control Number: 09/055,003                                                              Page 7
Art Unit: 2731

symbols stored on a high density magnetic recording medium device comprising the steps of: performing a Viterbi-like sequence detection (see fig.12 element 930 and col.10, lines 20-67) on a plurality of signal samples using a plurality of correlation sensitive branches; outputting a delayed decision on the recorded symbol (see fig.12 and col.1, lines 55-67 and col.2, lines 60-67 and col.10, lines 50-67); outputting a delayed signal sample (see fig.12 and col.1, lines 55-67 and col.2, lines 60-67 and col.10, lines 20-67); adaptively updating a plurality of noise covariance matrices in response to said delayed samples and delayed decisions (see fig.12 element 960 and col.9, lines 55-67 and col.10, lines 35-42 and col.11, lines 1-15); recalculating said plurality of correlation-sensitive branch metrics from said noise covariance matrices using subsequent signal samples (see fig.12 element 940 and col.11, lines 1-67 col.12 , lines 10-67); repeating step (a)-(e) (see col.13, lines 5-67 and col.15, lines 30-67).

  As per claim 12, the system of Huszar et al inherently includes a PRML algorithm.

  As per claim 13, the system of Huszar et al inherently includes an FDTS/DF algorithm.

  As per claim 14, the system of Huszar et al inherently includes an RAM-RSE algorithm.

  As per claim 15, the system of Huszar et al inherently includes an MDFE algorithm.

  As per claim 17, the system of Huszar et al inherently includes a nonstationary noise.

  As per claim 18, the system of Huszar et al inherently includes a nonstationary dependent noise.

  As per claim 20, Huszar et al discloses a branch metric computation circuit for generating a branch weight for branches of a trellis for a Viterbi -detector, wherein the detector is used in a

CMU_LSI_00000778

Application/Control Number: 09/055,003                                                            Page 8

Art Unit: 2731

system having Gaussian noise comprising: a logarithmic circuit having an input responsive to a branch address and an output (see fig.12 and col.2, lines 30-67 and col.9, lines 1-67 and col.10, lines 40-67); an arithmetic circuit having a first input responsive to said signal samples, a second input responsive to a plurality of target response values and an output (see fig.12 element 960 and col.2, lines 59-67 and col.10, lines 45-67 and col.11, lines 1-15); a sum circuit having a first input responsive to said logarithmic circuit, a second input responsive to said output of said output of said arithmetic circuit and an output (see fig.12 element 950 and col.11, lines 4-15).

As per claim 21, the system of Huszar et al inherently includes a tapped-delay line.

As per claim 22, the system of Huszar et al inherently includes adaptive linear filter.

*Allowable Subject Matter*

12.   Claim 23 is allowed over the prior art of record.

*Conclusion*

13.   The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

Chevillat et al U.S. Patent No 5,784,415.

Nishida et al U.S. Patent No 5,970,091.

Hu et al U.S. Patent No 5,914,988.

Igarashi U.S. Patent No 5,920,599.

CMU_LSI_00000779

Application/Control Number: 09/055,003                                         Page 9

Art Unit: 2731

Nagayasu U.S. Patent No 5,844,946.

Shiokawa et al U.S. Patent No 5,781,590.

Hase et al U.S. Patent No 5,937,020.

Ziperovich et al U.S. Patent No 5,737,342.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Emmanuel Bayard whose telephone number is (703) 308-9573. The examiner can normally be reached on Monday-Thursday from 8:00 AM - 5:30 PM. The examiner can also be reached on alternate Fridays.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Chi Pham, can be reached on (703) 305-4873.. The fax phone number for this Group is (703) 305-9508.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 305-3900.

Patent Examiner

Emmanuel Bayard

March 6, 2000

CHI H. PHAM
SUPERVISORY PATENT EXAMINER
GROUP 2700  3/9/00

PAGE 1 OF 2

| FORM PTO-892 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | | SERIAL NO. 09/055,003 | GROUP ART UNIT 2731 | ATTACHMENT TO PAPER NO. | 5 |
|---|---|---|---|---|---|---|
| NOTICE OF REFERENCES CITED | | | APPLICANT(S) Kavcic et al | | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE |
|---|---|---|---|---|---|---|---|
| | A | 5,689,532 | 11/1997 | Fitzpatrick | 375 | 341 | |
| | B | 5,856,983 | 1/1999 | Okazaki | 371 | 21.4 | |
| | C | 5,978,426 | 11/1999 | Glover et al. | 375 | 376 | |
| | D | 5,862,192 | 1/1999 | Huszar et al | 375 | 347 | |
| | E | 5,737,342 | 4/1998 | Ziperovich | 714 | 736 | |
| | F | 5,937,020 | 8/1999 | Hase et al | 375 | 376 | |
| | G | 5,781,590 | 7/1998 | Shiokawa et al | 375 | 341 | |
| | H | 5,844,946 | 12/1998 | Nagayasu | 375 | 341 | |
| | I | 5,920,599 | 7/1999 | Igarashi | 375 | 341 | |
| | J | 5,914,988 | 6/1999 | Hu et al | 375 | 341 | |
| | K | 5,970,091 | 10/1999 | Nishida et al. | 375 | 231 | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS |
|---|---|---|---|---|---|---|---|
| | L | | | | | | |
| | M | | | | | | |
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER Bayard, Emmanuel | DATE March 6, 2000 | |
|---|---|---|

* A copy of this reference is not being furnished with this office action. (See Manual of Patent Examining Procedure, section 707.05(a).)

Form892ccs2106b

CMU_LSI_00000781

PAGE 2 OF 2

| FORM PTO-892 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 09/055,003 | GROUP ART UNIT 2731 | ATTACHMENT TO PAPER NO. | 5 |
|---|---|---|---|---|---|
| NOTICE OF REFERENCES CITED | | APPLICANT(S) Kavcic et al | | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE |
|---|---|---|---|---|---|---|---|
| | A | 5,784,415 | 7/1998 | Chevillat et al | 375 | 341 | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS |
|---|---|---|---|---|---|---|---|
| | L | | | | | | |
| | M | | | | | | |
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| R | |
|---|---|
| S | |
| T | |
| U | |

| EXAMINER | DATE | | |
|---|---|---|---|
| Bayard, Emmanuel | March 6, 2000 | [signature] | Form892ccs2106b |

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05(a).)

CMU_LSI_00000782