Harold H. Davis, Jr. (SBN 235552)
harold.davis@klgates.com
**K&L Gates LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

Patrick J. McElhinny, *pro hac vice*
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, *pro hac vice*
mark.knedeisen@klgates.com
Christopher M. Verdini, *pro hac vice*
christopher.verdini@klgates.com
Anna Shabalov, *pro hac vice*
anna.shabalov@klgates.com
**K&L Gates LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
(412) 355-6500

Theodore J. Angelis, *pro hac vice*
theo.angelis@klgates.com
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580

*Counsel for Plaintiff
Carnegie Mellon University*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,<br><br>  Plaintiff,<br><br>  v.<br><br>LSI CORPORATION and AVAGO TECHNOLOGIES U.S. INC.,<br><br>  Defendants. | Case No. 3:18-cv-04571-JD<br><br>**PLAINTIFF CARNEGIE MELLON UNIVERSITY'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |

Pursuant to Civil L.R. 7-11(a), 79-5(d) and (e), Plaintiff Carnegie Mellon University ("CMU") respectfully moves this Court to order the Clerk of the Court to file under seal portions of the Opposition to Defendants' Motion to Strike Portions of Plaintiff's Corrected Reply in Support of its Motion for Leave to Amend Infringement Contentions or for Leave to File a Sur-Reply ("Opposition") as identified in the chart below. The Opposition contains content that CMU believes in good faith that Defendants have represented to the Court is "non-public, commercially sensitive and proprietary technical information pertaining to functionalities in [their] products" (Dkt. 114-115) and/or which they have designated as "Highly Confidential Attorneys' Eyes Only" under the Protective Order in this case.

The requested relief sought is necessary and narrowly tailored to protect the confidentiality of Defendants' content at issue in the Opposition, as set forth in the accompanying Declaration of Christopher Verdini.

Pursuant to Local Rule 79-5, a proposed order accompanies this request to file under seal.

Pursuant to Civil L.R. 79-5(d)(2), a courtesy copy of CMU's entire filing, including the complete and unredacted versions of the foregoing documents, will be lodged with the Court and served on counsel for Defendants.

The following chart identifies which paragraph of the Verdini Declaration specifies the reasons for sealing as required by the Local Rules and the Standing Order for Civil Cases Before Judge James Donato, Paragraph 26(a)-(b).

| Portion of Document to be Sealed | Reasons for Sealing | Citation |
|---|---|---|
| CMU's Opposition to Defendants' Motion to Strike Portions of Plaintiff's Corrected Reply in Support of its Motion for Leave to Amend Infringement Contentions or for Leave to File a Sur-Reply: redacted portions | Civil L.R. 79-5(e); content that Defendants have designated as Highly Confidential Attorneys Eyes Only and/or assert is "non-public, commercially sensitive and proprietary technical information pertaining to functionalities in Defendants' products." | Verdini Declaration, ¶ 3 |

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2  Dated: July 24, 2019 | */s/ Christopher M. Verdini* |
|   | Harold H. Davis, Jr. (SBN 235552) |
| 3 | harold.davis@klgates.com |
| 4 | **K&L Gates LLP** |
|   | 4 Embarcadero Center, Suite 1200 |
| 5 | San Francisco, CA 94111 |
|   | (415) 882-8200 |

Patrick J. McElhinny, *pro hac vice*
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, *pro hac vice*
mark.knedeisen@klgates.com
Christopher M. Verdini, *pro hac vice*
christopher.verdini@klgates.com
Anna Shabalov, *pro hac vice*
anna.shabalov@klgates.com
**K&L Gates LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
(412) 355-6500

Theodore J. Angelis, *pro hac vice*
theo.angelis@klgates.com
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580

*Counsel for Plaintiff*
*Carnegie Mellon University*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of July, 2019, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's ECF system. Any other counsel of record who have not registered as an ECF user will be served by electronic transmission, facsimile transmission, or first class mail.

*/s/ Christopher M. Verdini*
Christopher M. Verdini