1  Harold H. Davis, Jr. (SBN 235552)
   harold.davis@klgates.com
2  **K&L Gates LLP**
   4 Embarcadero Center, Suite 1200
3  San Francisco, CA 94111
   Tel: (415) 882-8200
4  Fax: (415) 882-8220

5  Patrick J. McElhinny, *pro hac vice*
   patrick.mcelhinny@klgates.com
6  Mark G. Knedeisen, *pro hac vice*
   mark.knedeisen@klgates.com
7  Christopher M. Verdini, *pro hac vice*
   christopher.verdini@klgates.com
8  Anna Shabalov, *pro hac vice*
   anna.shabalov@klgates.com
9  **K&L Gates LLP**
   K&L Gates Center
10 210 Sixth Avenue
   Pittsburgh, Pennsylvania 15222
11 (412) 355-6500

12 Theodore J. Angelis, *pro hac vice*
   theo.angelis@klgates.com
13 **K&L Gates LLP**
   925 Fourth Avenue, Suite 2900
14 Seattle, WA 98104
   (206) 623-7580
15
   *Counsel for Plaintiff*
16 *Carnegie Mellon University*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION and AVAGO TECHNOLOGIES U.S. INC.,<br><br>Defendants. | Case No. 3:18-cv-04571-JD<br><br>**[PROPOSED] ORDER ON ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** |

After full consideration of Plaintiff Carnegie Mellon University's ("CMU") Administrative Motion to File Under Seal, the Court finds good cause exists to seal the following:

| Portion of Document to be Sealed | Reasons for Sealing | Citation |
|---|---|---|
| CMU's Corrected Reply in Support of Motion for Leave to Amend Infringement Contentions: redacted portions | Civil L.R. 79-5(e); content that Defendants have designated as Highly Confidential Attorneys Eyes Only and/or assert is "non-public, commercially sensitive and proprietary technical information pertaining to functionalities in Defendants' products." | Verdini Declaration, ¶ 3 |

THEREFORE, IT IS HEREBY ORDERED that CMU's Administrative Motion is GRANTED. The Clerk of the Court shall file under seal the materials identified in the above chart.

**IT IS SO ORDERED.**

Dated: _____, 2019          By: _____
                                        Hon. James Donato
                                        U.S. District Court Judge