**EXHIBIT C - DISPUTED CLAIM TERMS**

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| 1 | **branch metric function**<br><br>Claim 4 of the '839 Patent<br>Claim 2 of the '180 Patent | A function for determining a branch metric value for a branch, where the first set of the function comprises one or more signal samples and one or more target values, and the second set comprises branch metric values.<br><br>**PRIOR JUDICIAL CONSTRUCTIONS AND STATEMENTS:**<br>- *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, Memorandum Opinion, Dk. 306, Sept. 28, 2011 at pp. 14-24 (CMU_LSI_00059646-656)<br>- *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, Memorandum Opinion, Dk. 337, Sept. April 10, 2012 at pp. 1-20 (CMU_LSI_00060311-330) | A mathematical relation that uniquely associates signal samples with branch metric values.<br><br>**INTRINSIC EVIDENCE[3]:**<br><br>*Non-Final Office Action* dated Mar. 6, 2000, Application No. 09/055,003 ('839 File History).<br><br>*Amendment & Response to Office Action* dated June 12, 2000, pp. 6-8, Application No. 09/055,003 ('839 File History).<br><br>'839 Patent[4], Abstract.<br><br>'839 Patent, all claims.<br><br>'839 Patent, 4:11-5:60. |

---

[1]  Defendants note that CMU's characterization that its constructions are premised on "prior judicial constructions" is not a fair representation of the record.  For example, "a set of signal dependent branch metric functions" and "each sample corresponds to a different sampling time instant" were agreed constructions that were not in dispute in the Marvell litigation and thus not the subject of any claim construction order.  As to the other terms, Defendants' challenges are different from the challenges put forward by Marvell, and they came to light due to statements by Marvell in the intrinsic record and in the Marvell litigation that were not available to the court while considering disputed issues of  claim construction in that case.

[3] To the extent Defendants' citations are to the specification of one of the patents, the same citation from the other patent is also incorporated as if fully set forth herein.

[4] To the extent the specification of one patent includes the same language cited herein in the other patent, such citation is incorporated for both patents as if fully set forth herein.

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | **INTRINSIC EVIDENCE**[2]**:** Abstract; Col. 3:38-40; Col. 5:30 to col. 7:65; Col. 10:18 to col. 11:19; Figs. 4-5; U.S. Patent 5,689,532 to Fitzpatrick (CMU_LSI-00055145-170); Response to Office Action, Oct. 28, 2014, in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets: 15372-73); Dec. of S. McLaughlin in in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 12442-46); Dec. of J. Moura in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 08533-34); Response to Office Action, Sept. 3, 2014, in *ex parte* reexamination of '839 Patent (CMU-_LSI_00034383, Sheets 4886-889); Dec. of S. McLaughlin in *ex parte* reexamination of '839 Patent (CMU_LSI_00034382, Sheets 2384-389); Dec. of J. Moura in *ex parte* reexamination of '839 Patent (CMU_LSI_00034382, Sheets 4635-36). **DICTIONARY/TREATISE DEFINITIONS:** None. **EXTRINSIC EVIDENCE:** McLaughlin opening claim construction declaration (Ex. D) and/or deposition testimony (to be submitted); C. Berge, <u>Topological Spaces</u>, | '839 Patent, 6:21-7:15. '839 Patent, 8:24-64. '839 Patent 9:9-60 '839 Patent, 11:11-19, FIG. 6. '180 Patent, Abstract. '180 Patent, all claims. '180 Patent, 4:30-34. '180 Patent, 5:57-60. '180 Patent, 7:1-38 '180 Patent, 8:58-62. '180 Patent, 11:42-50, FIG. 6. Declarations, demonstratives and Trial Testimony of Dr. Mclaughlin from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa.) and Reexamination Nos. 90/013,124, 90/013,125, including: • November 15, 2011 Declaration at paragraphs 44-51. |

[2] All patent specification citations in the intrinsic evidence are to the '839 Patent unless otherwise noted.

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | Oliver and Boyd, 1983, at Chap. IV, §1 (CMU_LSI_00201144); T. Gamelin et al., <u>Introduction to Topology</u>, CBS College Publishing, 1983, at pp. 2-3 (CMU_LSI_00201148-149); Britannica Online Encyclopedia (def. of "metric space") (CMU_LSI_0020151); S. Rolewicz, <u>Metric Linear Spaces</u>, Polish Scientific Publishers, 1972, at Chap. 1, §1 (CMU_LSI_00201168); J. Lee, <u>Introduction to Topological Manifolds</u>, Springer-Verlag, 2000, at p. 348 (CMU_LSI_00201172); J.L. Doob, <u>Measure Theory</u>, Springer-Verlag, 1994, at CMU_LSI_00201176); Dec. of G. Strang, Nov. 14, 2011 in *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, at pp. 7-29 (CMU_LSI_00201507-529); Dec. of S. McLaughlin, Jan. 28, 2011 in *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, at pp. 9-14 (CMU_LSI_00200913-918); Dec. of S. McLaughlin, Mar. 22, 2011 in *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, at pp. 4-27 (CMU_LSI_00201044-067); Dec. of S. McLaughlin, Nov. 15, 2011 in *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, at §§ 16-23 (CMU_LSI_00201554-556); M. Despotović et al., "Data Detection," Chap. 32 in <u>Coding and Signal</u> | Declarations of Dr. Strang from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa.) and Reexamination Nos. 90/013,124, 90/013,125 including:<br><br>• November 14, 2011 Declaration at paragraphs 7-29.<br><br>Declarations, Deposition Testimony, and Trial Testimony of Dr. Kavcic from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa.) and Reexamination Nos. 90/013,124, 90/013,125 including:<br><br>• November 29-30, 2012 trial testimony;<br><br>• July 13-15, 2010 deposition testimony.<br><br>Declarations, Deposition Testimony, and Trial Testimony of Dr. Moura from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa.) and Reexamination Nos. 90/013,124, 90/013,125 including:<br><br>• November 29, 2012 trial testimony;<br><br>• March 25 and September 16-17, |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | <u>Processing for Magnetic Recording Systems</u>, B. Vasic et al., eds., CRC Press, 2005, at pp. 32-1 to 33-22 (CMU_LSI_00279696-9717); S. Wang & A. Taratorin, <u>Magnetic Information Storage Technology</u>, Academic Press, 1999, at pp. 361 to 448 (CMU_LSI_00279858-945) | 2010 deposition testimony.<br><br>CMU's Patent Owner Responses in connection with Reexamination Proceedings 90/013,124 and 90/013,125 including:<br><br>• September 3, 2014 Response to office action at pp. 1, 8-29, 52-53;<br><br>• October 28, 2011 Response to office action at pp. 9-10.<br><br>Patent Owner/Examiner Interview Slides in connection with Reexamination Proceedings 90/013,124 and 90/013,125.<br><br>CMU_LSI_00201010 (Plaintiff CMU's Sur-Reply Brief In Opposition To Marvell's Motion for Partial Summary Judgment of Invalidity).<br><br>Memorandum Opinion, *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa. Sept. 28, 2011), D.I. 306.<br><br>Memorandum Opinion, *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa. Apr. 10, 2012), D.I. 337. |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | | **DICTIONARY/TREATISE DEFINITIONS:**<br><br>LSI-04571-0230122 - 136, PROBABILITY AND STOCHASTIC PROCESSES FOR ENGINEERS (1984).<br><br>**EXTRINSIC EVIDENCE:**<br><br>CMU's December 21, 2019 Local Patent Rule 3-1 disclosures relating to "branch metric function," and "set of signal dependent branch metric functions."<br><br>Expert Reports and Testimony of Dr. Mclaughlin from Carnegie Mellon University v. Marvell Tech. Grp., Ltd., Case No. 2:09-cv-00290 (W.D. Pa.)<br><br>To the extent CMU puts forward expert testimony as to this claim term, Defendants expect to rely upon expert testimony of Dr. Emina Soljanin (Ex. Fand/or her deposition testimony to be submitted) to provide background information, address the construction of this limitation, and/or to rebut evidence put forth by CMU, including any testimony offered by Plaintiff. |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| 2 | **signal-dependent branch metric function**<br><br>Claim 4 of the '839 Patent<br>Claim 2 of the '180 Patent | A "branch metric function" that accounts for the signal-dependent structure of the media noise.<br><br>**PRIOR JUDICIAL CONSTRUCTIONS AND STATEMENTS:** - *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, Opinion, Dk. 175, Oct. 10, 2010 at pp. 28-34 (CMU_LSI_00058484-490);<br>- *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, Memorandum Opinion, Dk. 306, Sept. 28, 2011 at pp. 14-24 (CMU_LSI_00059646-656)<br>- *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, Opinion, Dk. 901, Sept. 23, 2013 at pp. 7-9 (CMU_LSI_00078678-680)<br>- *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd.*, 807 F.3d 1283, 1290-1294 (Fed. Cir. 2015)<br><br>**INTRINSIC EVIDENCE:** Col. 1:38-51; Col. 2:9-20; Col. 4:24-27; Col. 5:48-55; Col. 6:14 to col. 7:60; Response to Office Action, Oct. 28, 2014, in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets: 15383-389, 15411, and 15413-49); Dec. of S. McLaughlin in in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets | *See* "a set of signal dependent branch metric functions," as the term is part of a larger clause. |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|-----|----------------|-------------------------------------|----------------------------------------|
| | | 12448-451 and 12459-471); Dec. of C. Bajorek in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 12381-382); Dec. of J. Moura in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 08537-43); Response to Office Action, Sept. 3, 2014, in *ex parte* reexamination of '839 Patent (CMU_LSI_00034383, Sheets 4900-905, 4927-935); Dec. of S. McLaughlin in in *ex parte* reexamination of '839 Patent (CMU_LSI_00034382, Sheets 2390-94, 2403-415); Dec. of C. Bajorek in *ex parte* reexamination of '849 Patent (CMU_LSI_00034382, Sheets 4099-108); Dec. of J. Moura in *ex parte* reexamination of '839 Patent (CMU_LSI_00034382, Sheets 4639-646)<br><br>**DICTIONARY/TREATISE DEFINITIONS:** None<br><br>**EXTRINSIC EVIDENCE:** McLaughlin opening claim construction declaration (Ex. D) and/or deposition testimony (to be submitted); Dec. of S. McLaughlin, Jan. 28, 2011 in *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al*., Case No. 2:09-cv-00290-NBF, at pp. 9-14 (CMU_LSI_00200913-918); Dec. of S. McLaughlin, Nov. 15, 2011 in *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd.* | |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | et al., Case No. 2:09-cv-00290-NBF, at §§ 4-14 (CMU_LSI_00201549-553); J. Moon et al., "Pattern-Dependent Noise Prediction in Signal-Dependent Noise," *IEEE J. Selc. Areas Commun.,* vol. 19, no. 4, pp.730–743, April 2001 | |
| 3 | **a set of signal-dependent branch metric functions**<br><br>Claim 4 of the '839 Patent<br>Claim 2 of the '180 Patent | Two or more "signal-dependent branch metric functions"<br><br>**PRIOR JUDICIAL CONSTRUCTIONS AND STATEMENTS:**<br>- *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, Memorandum Opinion, Dk. 306, Sept. 28, 2011 at pp. 14-24 (CMU_LSI_00059646-656)<br>- *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, Opinion, Dk. 901, Sept. 23, 2013 at pp. 7-9 (CMU_LSI_00078678-680)<br>- *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd.*, 807 F.3d 1283, 1290-1294 (Fed. Cir. 2015)<br><br>**INTRINSIC EVIDENCE:** Abstract; Col. 6:35 to col. 7:60; Col. 10:26 to col. 11:10; Response to Office Action, Oct. 28, 2014, in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 15383-389, 15411, 15413-449); Dec. of S. McLaughlin in in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 12448-451 | "set":  No construction necessary; in the alternative plain and ordinary meaning. One articulation of such meaning is "finite or infinite number of objects of any kind, of entities, or of concepts that have a given property or properties in common."<br><br>"signal-dependent branch metric functions":  A branch metric function that accounts for the noise attributable to the specific symbol sequence associated with one branch, i.e., when computing the branch metric value of a first branch the method selects the branch metric function that is specific to the signal dependent noise associated with that branch, which differs from the function for any other branch.<br><br>**INTRINSIC EVIDENCE:**<br><br>'839 Patent – Summary of the Invention<br><br>'839 Patent – all claims. |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | and 12459-471); Dec. of C. Bajorek in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 12381-382); Dec. of J. Moura in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 08537-43); Response to Office Action, Sept. 3, 2014, in *ex parte* reexamination of '839 Patent (CMU-_LSI_00034383, Sheets 4900-905, 4927-935); Dec. of S. McLaughlin in in *ex parte* reexamination of '839 Patent (CMU_LSI_00034382, Sheets 2390-94, 2403-415); Dec. of C. Bajorek in *ex parte* reexamination of '849 Patent (CMU_LSI_00034382, Sheets 4099-108); Dec. of J. Moura in *ex parte* reexamination of '839 Patent (CMU_LSI_00034382, Sheets 4639-646)<br><br>**DICTIONARY/TREATISE DEFINITIONS:** American Heritage Dictionary, 2nd College ed., Houghton Mifflin Co., 1985 at p. 1111 ("select") (CMU_LSI_00279965); Merriam-Webster's Collegiate Dictionary, 10th ed., 1996 at 1058 ("select") (CMU_LSI_00279958)<br><br>**EXTRINSIC EVIDENCE:** McLaughlin opening claim construction declaration (Ex. D) and/or deposition testimony (to be submitted); Dec. of S. McLaughlin, Jan. 28, | '839 patent, 4:24–30.<br><br>'839 patent, 5:30–7:60.<br><br>'839 patent, 8:6–41.<br><br>'839 patent, 9:24–10:5.<br><br>'839 patent, 10:18–11:10.<br><br>'839 patent, 12:45–65.<br><br>'180 patent – Summary of the Invention<br><br>'180 patent – all claims.<br><br>'180 patent, 4:39–45.<br><br>'180 patent, 5:40–8:29.<br><br>'180 patent, 8:42–9:8.<br><br>'180 patent, 9:61–10:41.<br><br>'180 patent, 10:52–11:41.<br><br>'180 patent, 13:5–25.<br><br>Declarations, demonstratives and Trial Testimony of Dr. Mclaughlin from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa.) and Reexamination Nos. |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | 2011 in *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, at pp. 9-14 (CMU_LSI_00200913-918); Dec. of S. McLaughlin, Nov. 15, 2011 in *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, at §§ 4-23 (CMU_LSI_00201549-556) | 90/013,124, 90/013,125 including: <br><br> • November 15, 2011 Declaration at paragraphs 4-6, 11-15, 31-51, 61-67; <br><br> • October 27, 2014 Declaration at paragraphs 33-41. <br><br> Declarations and Trial Testimony of Dr. Bajorek from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa.) and Reexamination Nos. 90/013,124, 90/013,125 including: <br><br> • October 24, 2014 Declaration at 79. <br><br> Declarations of Dr. Strang from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa.) and Reexamination Nos. 90/013,124, 90/013,125 including: <br><br> • November 14, 2011 declaration at paragraphs 4-6 30-42. <br><br> Declarations, deposition and Trial Testimony of Dr. Kavcic from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa.) and Reexamination Nos. 90/013,124, |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|-----|----------------|-----------------------------------|---------------------------------------|
|  |  |  | 90/013,125 including:<br><br>• November 29-30 trial testimony;<br><br>• July 13-15, 2010 deposition testimony.<br><br>Declarations, Deposition Testimony, and Trial Testimony of Dr. Moura from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa.) and Reexamination Nos. 90/013,124, 90/013,125 including:<br><br>• October 24, 2014 declaration at paragraphs 16-20, 39-51;<br><br>• November 29, 2012 trial testimony;<br><br>• March 25 and September 16-17, 2010 deposition testimony.<br><br>CMU's Patent Owner Responses in connection with Reexamination Proceedings 90/013,124 and 90/013,125, including:<br><br>• September 3, 2014 Response to office action at pp. 1, 8-29, 52-53;<br><br>• October 28, 2011 Response to |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|-----|----------------|-------------------------------------|----------------------------------------|
| | | | office action at pp. 9-10.<br><br>Patent Owner/Examiner Interview Slides in connection with Reexamination Proceedings 90/013,124 and 90/013,125.<br><br>Docket Index No. 901 from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa.) at pp. 8-9.<br><br>Docket Index No. 337 from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa.) at pp. 15-17.<br><br>CMU_LSI_00041301, Proakis Depo Tr. at 251:8–254:8, *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa. Apr. 6, 2012).<br><br>**DICTIONARY/TREATISE DEFINITIONS:**<br><br>LSI-04571-0190124-128, IBM DICTIONARY OF COMPUTING (10th ed. 1994) .<br><br>LSI-04571-0190129, PROBABILITY AND STOCHASTIC PROCESSES FOR ENGINEERS 3-11 (1984). |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | | **EXTRINSIC EVIDENCE:**<br><br>CMU's Local Patent 3-1 Rule Disclosures.<br><br>CMU's Federal Circuit Brief from the Marvell litigation at pp. 14-19.<br><br>Expert Reports and Testimony of Dr. Mclaughlin from Carnegie Mellon University v. Marvell Tech. Grp., Ltd., Case No. 2:09-cv-00290 (W.D. Pa.)<br><br>To the extent CMU puts forward expert testimony as to this claim term, Defendants expect to rely upon expert testimony of Dr. Emina Soljanin (Ex. F and/or deposition testimony to be submitted) to provide background information and address the construction of this limitation and/or to rebut any evidence put forth by CMU, including testimony offered by Plaintiff. |
| 4 | **Viterbi-like detector**<br><br>Claim 4 of the '839 Patent | A detector that uses a "Viterbi-like algorithm." A "Viterbi-like algorithm" is an algorithm that is or is similar to the Viterbi algorithm, which is an iterative algorithm that uses a trellis to determine the best sequence of hidden states (in this case, written symbols) based on observed events (in this case, observed readings that | The preamble is not limiting.<br><br>In the event the Court finds the preamble is limiting, then this term is indefinite.<br><br>**INTRINSIC EVIDENCE:** |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | represent the written symbols), where the determined sequence is indicated by the best path through the trellis and is determined using branch metric values calculated for branches of the trellis.<br><br>The preamble is limiting.<br><br>**PRIOR JUDICIAL CONSTRUCTIONS AND STATEMENTS:**<br>- *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, Opinion, Dk. 175, Oct. 10, 2010 at pp. 34-43 (CMU_LSI_00058490-499)<br>- *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, Memorandum Opinion, Dk. 306, Sept. 28, 2011 at pp. 12-14 (CMU_LSI_00059644-646)<br>- *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, Opinion, Dk. 901, Sept. 23, 2013 at 3-4, pp. 12-14 (CMU_LSI_00078674-675)<br><br>**INTRINSIC EVIDENCE:** Col. 1:24-67; Col. 2:49-50; Col. 3:18-50; Col. 7:5-10; Col. 8:53-56; Col. 9:26-28; Col. 10:26-52; Col. 11:13-15; Col. 15:18-27 (dep. claims 12-15); Col. 18:28-35 (claim 28); Figs. 2-5; U.S. Patent 5,689,532 to Fitzpatrick (CMU_LSI-00055145-170); Mar. 10, 2000 Office Action for '839 Patent | '839 Patent, 6:66-7:10.<br><br>'180 Patent, 7:19-43.<br><br>'180 Patent, 14:9-21.<br><br>'180 Patent, 14:36-47.<br><br>'180 Patent cl. 5.<br><br>**EXTRINSIC EVIDENCE:**<br><br>To the extent the Court finds the preamble is limiting, Defendants expect to rely upon expert testimony of Dr. Emina Soljanin (Ex. F and/or deposition testimony) to provide background information and address the indefiniteness of this limitation and/or to rebut evidence put forth by CMU, including any testimony offered by Plaintiff. |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | (CMU_LSI_00000771-780); June 12, 2000 Amendment and Response to Office Action for '839 Patent (CMU_LSI_00000784-794); Response to Office Action, Oct. 28, 2014, in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 15372-73); Dec. of S. McLaughlin in in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 12442-46); Dec. of C. Bajorek in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 12350-355); Dec. of J. Moura in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 08533-34); Response to Office Action, Sept. 3, 2014, in *ex parte* reexamination of '839 Patent (CMU-_LSI_00034383, Sheets 4886-889); Dec. of S. McLaughlin in in *ex parte* reexamination of '839 Patent (CMU_LSI_00034382, Sheets 2384-389); Dec. of C. Bajorek in *ex parte* reexamination of '849 Patent (CMU_LSI_00034382, Sheets 4076-81); Dec. of J. Moura in *ex parte* reexamination of '839 Patent (CMU_LSI_00034382, Sheets 4635-36)<br><br>**DICTIONARY/TREATISE DEFINITIONS:** None<br><br>**EXTRINSIC EVIDENCE:** McLaughlin opening and rebuttal claim construction | |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | declarations (Exs. D and E) and/or deposition testimony (to be submitted); M. Eyuboğlu et al., "Reduced-State Sequence Estimation with Set Partitioning and Decision Feedback," *IEEE Trans. Communications* **36**(1), Jan. 1988, pp. 13-20 ((CMU_LSI_00055172-179); S. Lin & D. Costello, Error Control Coding: Fundamentals and Applications, Person Prentice Hall, 2004, at § 12.1 (CMU_LSI_00201155-64); S. Lin & D. Costello, Error Control Coding: Fundamentals and Applications, Prentice Hall, 1983, at § 11.1 (CMU_LSI_00201180-90); W. Peterson et al., Error-Correcting Codes, 2nd ed., Massachusetts Institute of Technology, 1972, at § 13.7 (CMU_LSI_0201194-203); M. Despotović et al., "Data Detection," Chap. 32 and E. Kurtas et al., "Detection Methods for Data-dependent Noise in Storage Channels," in Coding and Signal Processing for Magnetic Recording Systems, B. Vasic et al., eds., CRC Press, 2005, at pp. 32-1 to 33-14 (CMU_LSI_00279696-9732); S. Wang & A. Taratorin, Magnetic Information Storage Technology, Academic Press, 1999, at pp. 361 to 448 (CMU_LSI_00279858-945); Dec. of S. McLaughlin, Jan. 27, 2010 in *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290- | |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | NBF, at pp. 10-11 (CMU_LSI_00055089-590) | |
| 5 | **each sample corresponds to a different sampling time instant**<br><br>Claim 4 of the '839 Patent | Each "signal sample" is from a different point in time.<br><br>**PRIOR JUDICIAL CONSTRUCTIONS AND STATEMENTS:**<br>**-** *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, Memorandum Opinion, Dk. 306, Sept. 28, 2011 at pp. 14-24 (CMU_LSI_00059646-656)<br>- *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, Opinion, Dk. 901, Sept. 23, 2013 at pp. 7-9 (CMU_LSI_00078678-680)<br>- *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd.*, 807 F.3d 1283, 1291-97 (Fed. Cir. 2015)<br><br>**INTRINSIC EVIDENCE:** Fig. 3; Col. 3:66 to col. 4:21; Col. 6:35 to col. 7:60; Col. 10:26 to col. 11:10; Response to Office Action, Oct. 28, 2014, in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 15384-389); Dec. of S. McLaughlin in in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 12448-451); Dec. of J. Moura in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 08537-43); Response to Office | Indefinite<br><br>**INTRINSIC EVIDENCE:**<br><br>'839 Patent, cl. 4.<br><br>**EXTRINSIC EVIDENCE:**<br><br>Defendants expect to rely upon expert testimony of Dr. Emina Soljanin (Ex. F and/or deposition testimony) to provide background information and address the indefiniteness of this limitation and/or to rebut any evidence put forth by CMU, including testimony offered by Plaintiff. |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | Action, Sept. 3, 2014, in *ex parte* reexamination of '839 Patent (CMU-_LSI_00034383, Sheets 04900-905); Dec. of S. McLaughlin in in *ex parte* reexamination of '839 Patent (CMU_LSI_00034382, Sheets 02390-94); Dec. of J. Moura in *ex parte* reexamination of '839 Patent (CMU_LSI_00034382, Sheets 04639-645)<br><br>**DICTIONARY/TREATISE DEFINITIONS:** None<br><br>**EXTRINSIC EVIDENCE:** McLaughlin opening and rebuttal claim construction declarations (Exs. D and E) and/or deposition testimony (to be submitted); Dec. of S. McLaughlin, Nov. 15, 2011 in *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, at §§ 4-14 (CMU_LSI_00201549-553) | |
| 6 | **signal-dependent noise**<br><br>Claim 2 of the '180 Patent | Media noise in the readback signal whose noise structure is attributable to a specific sequence of symbols (e.g., written symbols).<br><br>**PRIOR JUDICIAL CONSTRUCTIONS AND STATEMENTS:**<br>- *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290- | Noise in a received signal attributed to the specific sequence of symbols<br><br>**INTRINSIC EVIDENCE:**<br><br>'839 patent, 1:38–67.<br><br>'839 patent, 2:3–8.<br><br>'839 patent, 2:25–28. |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|-----|----------------|-----------------------------------|----------------------------------------|
| | | NBF, Opinion, Dk. 175, Oct. 10, 2010 at pp. 28-34 (CMU_LSI_00058484-490) <br> - *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, Memorandum Opinion, Dk. 306, Sept. 28, 2011 at pp. 14-24 (CMU_LSI_00059646-656) <br> - *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, Opinion, Dk. 901, Sept. 23, 2013 at pp. 5-7 (CMU_LSI_00078676-678) <br> - *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd.*, 807 F.3d 1283, 1289-1294 (Fed. Cir. 2015) <br><br> **INTRINSIC EVIDENCE:** Col. 1:38-51; Col. 2:9-20; Col. 4:24-27; Col. 5:48-55; Col. 6:14 to col. 7:60; Col. 10:18-21; Response to Office Action, Oct. 28, 2014, in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 15376-83, 15400-402); Dec. of C. Bajorek in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 12356-377); Dec. of J. Moura in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 08528-533); Response to Office Action, Sept. 3, 2014, in *ex parte* reexamination of '839 Patent (CMU-_LSI_00034383, Sheets 4892-899); Dec. of C. Bajorek in *ex parte* reexamination of '849 Patent (CMU_LSI_00034382, Sheets | '839 patent, 4:44–64. <br><br> '839 patent, 10:18–21. <br><br> '839 patent, 11:30–62. <br><br> '839 patent, 12:15–16. <br><br> '839 patent, 12:46–54. <br><br> '180 Patent, all claims. <br><br> '180 patent, 1:38–67. <br><br> '180 patent, 2:36–39. <br><br> '180 patent, 4:57–5:10. <br><br> '180 patent, 10:52–55. <br><br> '180 patent, 11:60–12:23. <br><br> '180 patent, 12:43–44. <br><br> '180 patent, 13:6–14. <br><br> '180 patent, 14:9–21. <br><br> '180 patent, 14:42–47. <br><br> Declarations, demonstratives and Trial Testimony of Dr. Mclaughlin from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|-----|----------------|-----------------------------------|----------------------------------------|
| | | 4082-92); Dec. of J. Moura in *ex parte* reexamination of '839 Patent (CMU_LSI_00034382, Sheets 4630-35)<br><br>**DICTIONARY/TREATISE DEFINITIONS:** None<br><br>**EXTRINSIC EVIDENCE:** McLaughlin opening claim construction declaration (Ex. D) and/or deposition testimony (to be submitted); E. Kurtas et al., "Detection Methods for Data-dependent Noise in Storage Channels," in <u>Coding and Signal Processing for Magnetic Recording Systems</u>, B. Vasic et al., eds., CRC Press, 2005, at pp. 33-1 to 33-14 (CMU_LSI_00279719-9732); S. Wang & A. Taratorin, <u>Magnetic Information Storage Technology</u>, Academic Press, 1999, at pp. 233-260 and pp. 267-342 (CMU_LSI_00279747-774 and 781-856); J. Moon et al., "Pattern-Dependent Noise Prediction in Signal-Dependent Noise," *IEEE J. Selc. Areas Commun.,* vol. 19, no. 4, pp.730–743, April 2001 | (W.D. Pa.) and Reexamination Nos. 90/013,124, 90/013,125.<br><br>Declarations and Trial Testimony of Dr. Bajorek from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.,* Case No. 2:09-cv-00290 (W.D. Pa.) and Reexamination Nos. 90/013,124, 90/013,125.<br><br>Declarations, Deposition Testimony, and Trial Testimony of Dr. Kavcic from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.,* Case No. 2:09-cv-00290 (W.D. Pa.) and Reexamination Nos. 90/013,124, 90/013,125.<br><br>• November 29-30, 2012 trial testimony;<br><br>• July 13-15, 2010 deposition testimony.<br><br>Declarations, Deposition Testimony, and Trial Testimony of Dr. Moura from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.,* Case No. 2:09-cv-00290 (W.D. Pa.) and Reexamination Nos. 90/013,124, 90/013,125 including:<br><br>• October 24, 2014 declaration at paragraphs 16-20, 39-51. |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | | • November 29, 2012 trial testimony;<br><br>• March 25 and September 16-17, 2010 deposition testimony.<br><br>Opinion, *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa. Sept. 23, 2013), D.I.# 901.<br><br>CMU's Patent Owner Responses in connection with Reexamination Proceedings 90/013,124 and 90/013,125 including:<br><br>• September 3, 2014 Response to office action at pp. 1, 8-29, 52-53;<br><br>• October 28, 2011 Response to office action at pp. 9-10.<br><br>Patent Owner/Examiner Interview Slides in connection with Reexamination Proceedings 90/013,124 and 90/013,125.<br><br>**EXTRINSIC EVIDENCE:**<br>CMU's Federal Circuit Brief from the Marvell Litigation at pp. 10-14.<br><br>Expert Reports and Testimony of Dr. Mclaughlin from Carnegie Mellon |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | | University v. Marvell Tech. Grp., Ltd., Case No. 2:09-cv-00290 (W.D. Pa.)<br><br>To the extent CMU puts forward expert testimony as to this claim term, Defendants expect to rely upon expert testimony of Dr. Emina Soljanin (Ex. F and deposition testimony) to provide background information and address the construction of this limitation and/or to rebut any evidence put forth by CMU, including testimony offered by Plaintiff. |
| 7 | **correlated noise**<br><br>Claim 2 of the '180 Patent | Noise with "correlation" among "signal samples," such as that caused by coloring by front-end equalizers, media noise, media nonlinearities, and magnetoresistive (MR) head nonlinearities.  The noise in signal samples is "correlated" when the noise in the signal samples has a tendency to vary together.<br><br>**PRIOR JUDICIAL CONSTRUCTIONS AND STATEMENTS:**<br>- *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, Opinion, Dk. 175, Oct. 10, 2010 at pp. 16-20 (CMU_LSI_00058472-476)<br>- *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, Memorandum Opinion, Dk. 306, Sept. 28, 2011 at pp. 14-24 (CMU_LSI_00059646-656) | Noise among signal samples that tends to vary together.<br><br>**INTRINSIC EVIDENCE:**<br><br>'839 patent, 1:38–67.<br><br>'839 patent, 2:3–8.<br><br>'839 patent, 2:25–28.<br><br>'839 patent, 4:44–50.<br><br>'839 patent, 9:3–11.<br><br>'839 patent, 12:15–40.<br><br>'839 patent, 12:51–57.<br><br>'839 patent, 13:3–7. |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | - *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, Opinion, Dk. 901, Sept. 23, 2013 at pp. 5-7 (CMU_LSI_00078676-678)<br>- *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd.*, 807 F.3d 1283, 1289-1294 (Fed. Cir. 2015)<br><br>**INTRINSIC EVIDENCE:** Col. 1:38-67; Col. 2:3-14; Col. 2:24-28; Col. 4:44-50; Col. 5:59-64; Col. 6:14-21; Col. 6:36 to col. 7:60; Col. 13:3-7; Col. 13:38-50; Response to Office Action, Oct. 28, 2014, in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 15376-83, 15400-402); Dec. of C. Bajorek in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 12356-377); Dec. of J. Moura in *ex parte* reexamination of '180 Patent (CMU_LSI_00034382, Sheets 08528-533); Response to Office Action, Sept. 3, 2014, in *ex parte* reexamination of '839 Patent (CMU-_LSI_00034383, Sheets 4892-899); Dec. of C. Bajorek in *ex parte* reexamination of '849 Patent (CMU_LSI_00034382, Sheets 4082-92); Dec. of J. Moura in *ex parte* reexamination of '839 Patent (CMU_LSI_00034382, Sheets 4630-35)<br><br>**DICTIONARY/TREATISE DEFINITIONS:** Merriam-Webster's | '839 patent, 13:54–57.<br><br>'180 patent, 1:38–67.<br><br>'180 patent, 2:16–23.<br><br>'180 patent, 2:36–39.<br><br>'180 patent, 4:57–64.<br><br>'180 patent, 9:39–48.<br><br>'180 patent, 12:42–67.<br><br>'180 patent, 13:10–17.<br><br>'180 patent, 13:30–34.<br><br>'180 patent, 15:32–35.<br><br>Declarations, demonstratives and Trial Testimony of Dr. Mclaughlin from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa.) and Reexamination Nos. 90/013,124, 90/013,125.<br><br>Declarations and Trial Testimony of Dr. Bajorek from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa.) and Reexamination Nos. 90/013,124, 90/013,125. |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | Collegiate Dictionary, 10th 3d.,1996 ("correlate") (CMU_LSI-0055094); Random House Dictionary, 1966 ("correlate") (CMU_LSI-0055098); Webster's New Universal Unabridged Dictionary, Deluxe 2d ed., 1979 ("correlate") (CMU_LSI-0055102); Compact Oxford English Dictionary, 2d ed., 1989 ("correlate") (CMU_LSI-0055106); Webster's Third New International Dictionary, 1966 ("correlate") (CMU_LSI-0055110); B.S. Everritt, Statistics ("correlation") (CMU_LSI-0055113); Oxford Dictionary of Statistics ("correlation") (CMU_LSI-0055117); Pocket Dictionary of Statistics ("correlation") (CMU_LSI-0055122); Computer Desktop Encyclopedia, 1996 ("correlation") (CMU_LSI-0055127)<br><br>**EXTRINSIC EVIDENCE:** McLaughlin opening declaration (Ex. D) and/or deposition testimony (to be submitted); E. Kurtas et al., "Detection Methods for Data-dependent Noise in Storage Channels," in Coding and Signal Processing for Magnetic Recording Systems, B. Vasic et al., eds., CRC Press, 2005, at pp. 33-1 to 33-14 (CMU_LSI_00279719-9732); S. Wang & A. Taratorin, Magnetic Information Storage Technology, Academic Press, 1999, at pp. 233-260 and pp. 267-342 | Declarations and Trial Testimony of Dr. Strang from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd*., Case No. 2:09-cv-00290 (W.D. Pa.) and Reexamination Nos. 90/013,124, 90/013,125.<br><br>Declarations, Deposition Testimony, and Trial Testimony of Dr. Kavcic from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd*., Case No. 2:09-cv-00290 (W.D. Pa.) and Reexamination Nos. 90/013,124, 90/013,125.<br><br>• November 29-30, 2012 trial testimony;<br><br>• July 13-15, 2010 deposition testimony.<br><br>Declarations, Deposition Testimony, and Trial Testimony of Dr. Moura from *Carnegie Mellon University v. Marvell Tech. Grp., Ltd*., Case No. 2:09-cv-00290 (W.D. Pa.) and Reexamination Nos. 90/013,124, 90/013,125.<br><br>• November 29, 2012 trial testimony;<br><br>• March 25 and September 16-17, 2010 deposition testimony. |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
| | | (CMU_LSI_00279747-774 and 781-856); Dec. of S. McLaughlin, Jan. 27, 2010 in *Carnegie Mellon Univ. v. Marvell Tech. Group, Ltd. et al.*, Case No. 2:09-cv-00290-NBF, at pp. 5-9 (CMU_LSI_00055084-88) | Opinion, *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa. Sept. 23, 2013), D.I.# 901.<br><br>CMU's Patent Owner Responses in connection with Reexamination Proceedings 90/013,124 and 90/013,125.<br><br>Patent Owner/Examiner Interview Slides in connection with Reexamination Proceedings 90/013,124 and 90/013,125.<br><br>CMU_LSI_0040534, Kavcic Depo Tr., *Carnegie Mellon University v. Marvell Tech. Grp., Ltd.*, Case No. 2:09-cv-00290 (W.D. Pa. July 14, 2010).<br><br>**EXTRINSIC EVIDENCE:**<br><br>Expert Reports and Testimony of Dr. Mclaughlin from Carnegie Mellon University v. Marvell Tech. Grp., Ltd., Case No. 2:09-cv-00290 (W.D. Pa.)<br><br>To the extent CMU puts forward expert testimony as to this claim term, Defendants expect to rely upon expert testimony of Dr. Emina Soljanin (Ex. F and/or deposition testimony) to provide background information and address the construction of this limitation and/or to |

| No. | Claim Language | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions[1] |
|---|---|---|---|
|  |  |  | rebut any evidence put forth by CMU, including testimony offered by Plaintiff. |