# Exhibit D

Michael E. Zeliger (SBN 271118)
michael.zeliger@klgates.com
Ranjini Acharya (SBN 290877)
ranjini.acharya@klgates.com
**K&L GATES LLP**
620 Hansen Way
Palo Alto, California 94304
Tel: (650) 798-6700
Fax: (650) 798-6701

Patrick J. McElhinny, *pro hac vice*
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, *pro hac vice*
mark.knedeisen@klgates.com
Christopher M. Verdini, *pro hac vice*
christopher.verdini@klgates.com
Anna Shabalov, *pro hac vice*
anna.shabalov@klgates.com
**K&L GATES LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
(412) 355-6500

Theodore J. Angelis, *pro hac vice*
theo.angelis@klgates.com
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580

*Counsel for Plaintiff*
*Carnegie Mellon University*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>LSI CORPORATION and AVAGO TECHNOLOGIES U.S. INC.,<br><br>Defendants. | Case No.: 3:18-cv-04571-JD<br><br>**DECLARATION OF PROF. STEVEN W. McLAUGHLIN** |

I, Steven W. McLaughlin, declare as follows:

1.      I have been retained as an expert on behalf of Carnegie Mellon University (CMU) in connection with the above-referenced matter, in which CMU is asserting U.S. Patent No. 6,201,839 ("the '839 Patent") and U.S. Patent No. 6,438,180 ("the '180 Patent) (collectively, "the CMU Patents").  I submit this declaration to offer my opinions on how a person having ordinary skill in the art would understand various claim terms in the CMU Patents.

## I.      BACKGROUND AND QUALIFICATIONS

2.      I am the Dean and Southern Company Chair of the College of Engineering at the Georgia Institute of Technology ("Georgia Tech").  I have been a faculty member of the School of Electrical and Computer Engineering (ECE) at Georgia Tech since 1996.  Prior to being Dean of the College of Engineering, I was the Steve W. Chaddick chair of the ECE School from 2012 to 2017, and, from 2007 to 2012, the vice provost for International Initiatives, a position in which I provided oversight and strategic direction for Georgia Tech's global engagement, education, and economic development initiatives.  During that time, I also served as the Steven A. Denning Chair in Global Engagement.  I was a Ken Byers Professor from 2005 to 2012 and was previously deputy director of Georgia Tech-Lorraine.

3.      I hold a Bachelor of Science in Electrical Engineering from Northwestern University; a Master of Science in Engineering from Princeton University; and a Ph.D. from the University of Michigan.

4.      My research interests include communications and information theory.  I have published in the areas of coding and signal processing for wireless communications, physical layer security, quantum key distribution, and data storage.  I was a co-founder of Whisper Communications; I have published more than 250 papers; and I am a named inventor on approximately 36 patents.  Many of my papers and patents deal with coding techniques for optical and magnetic data storage devices.  I was also a Principal Scientist for Calimetrics where we

1

developed coding, signal processing and other technologies for optical disc recording systems such as CD, DVD and BluRay.   I have served as the research and thesis advisor to more than 50 students at the bachelor's, master's, doctoral, and postdoctoral levels.

5.       I have been awarded: the Chevalier dans l'Ordre National du Mérite, (Knight of the National Order of Merit) by the President of the Republic of France in 2011; the National Science Foundation Presidential Early Career Award for Scientists and Engineers (PECASE); an NSF Career Award and NSF Research Initiation Award; the Technical Achievement Award from the Information Storage Industries Consortium (INSIC); and the Georgia Tech Graduate Student Association "Friend of the Graduate Student Award."

6.       I provided expert testimony in prior matters involving the CMU Patents, including (i) the matter of *Carnegie Mellon University v. Marvell Technology Group, Ltd. et al.*, Case No. 2:09-cv-00290 (W.D. Pa.) ("*CMU v. Marvell* case") and (ii) the ex parte reexaminations of the CMU Patents.  For each of these matters, I served as an expert for CMU.

7.       A copy of my curriculum vitae is provided as Appendix A hereto.

## II.   MATERIALS REVIEWED

8.       I considered information from various sources in forming my opinions in this declaration.  In addition to drawing from over two decades of personal experience in the field of data storage and coding, I also reviewed the:

- The CMU Patents;
- The original and reexamination file histories for the CMU Patents;
- Defendants' invalidity contentions;
- CMU's Claim Construction Charts and the documents cited therein;
- The following declarations that I made in the *CMU v. Marvell* case;
  - Jan. 28, 2011 (CMU_LSI_00200905);

1          o   Mar. 22, 2011 (CMU_LSI_00201041); and

2          o   Nov. 15, 2011 (CMU_LSI_00201549);

3      • My trial testimony in the *CMU v. Marvell* case;

4      • The Technology Tutorial transcript in the *CMU v. Marvell* case;

5      • The parties' proposed claim constructions in this matter, exchanged March
6        11, 2019;

7      • Drafts of the parties' Joint Claim Construction Statement; and

8      • The other documents and sources cited herein.

## III.    BACKGROUND AND SUMMARY OF THE CMU PATENTS

9.     The CMU Patents generally relate to sequence detectors used to detect data from various recording media, including Viterbi-like sequence detectors, for use in magnetic recording channels such as Hard Disk Drives (HDDs). *See e.g.*, '839 patent at col. 2:3-31 and col. 3:30-44. The essential components or subassemblies necessary to make a disk drive are the disks (or "platters") on which the data are stored, a spindle/motor/hub, the read/write heads that read and write the data from and to the disk, the data channel (which includes the read channel), a head-arm assembly, an actuator, a base casting, and the control electronics. *See, e.g.*, S. Wang and A. Taratorin, <u>Magnetic Information Storage Theory</u>, Academic Press 1999 ("Wang and Taratorin"), at pp. 5-10. The surfaces of the disks host the recording media on which the data are stored as written symbols, and a HDD can have one or more such disks. The disks are coated with magnetic material and organized in concentric tracks. Arranged linearly along each track are tiny regions or cells that are used for storing the data through magnetic polarization of the regions.

10.    Read/write heads are integrated into a slider, which fly extremely close to each disk surface. *See* Wang and Taratorin at 90-99. The write portion of the read/write head records data to the disk and the read portion retrieves (or reads) them later during a read operation. The sliders are mounted on a suspension with a head-gimbal, the head-gimbal assembly ("HGA"). *See id.* at 95.

3

The HGAs are mounted on an e-shaped assembly, the head-arm assembly ("HAA"), similar to that of a tone arm of a vinyl record player, which in turn is attached to an actuator.  *See id.* at 8.  A read channel "is situated between the drive's controller and the recording head's preamplifier" and "provides an interface between the controller and the analog recording head, so that digital data can be recorded to and read back from the disk."  V. Oklobdzija, ed., Digital Systems and Applications, CRC Press (2007), Chapter 18, B. Vasic et al., "Read Channel for Magnetic Recording," at p. 18-11.  These components are mounted inside a metal casing, called the base casting.  Upon instructions from the drive's electronic circuitry, the head positioning mechanism, the actuator, guides the heads to the selected track of a disk where data are to be written or read.  Many of these components are shown in the diagram below of a HDD.[1]



---

[1] From www.microtech.com/solid-state-drive-vs-hard-disk-drive.

DECLARATION OF PROF. STEVEN W. McLAUGHLIN                    CASE NO. 3:18-CV-04571

11.     Early HDDs used continuous thin films for the magnetic recording layers.  In the mid-1990s, granular microstructures started being used for the magnetic recording layers.  The diagram below[2] illustrates how a disk -- in this case, one with granular media -- is organized into concentric tracks, with polarized regions linearly along each track for storing the data.



A.     **How Data (Symbols) are Written to a Disk**

12.     The read/write head includes both a write head that writes the data to the disk and a read head that reads the data once they are written.  Figure 1 of the CMU Patents, reproduced below, shows a simplified block diagram of a HDD.  In this diagram, the write head 18 and read head 22 are shown separately, and the disk is the magnetic medium 16.

---

[2] This diagram is adapted from a diagram at www1.hgst.com/hdd/research/storage/pm/pm1.html.

DECLARATION OF PROF. STEVEN W. McLAUGHLIN                    CASE NO. 3:18-CV-04571



13.     When user data are to be written by, for example, a computer to the disk, the data are typically modified prior to writing the data to the disk.  First, the user data are typically encoded with an error correction code to protect the data against commonly encountered error modes, such as disk defects.  Second, a separate processor converts the error-correction-encoded user data into an analog signal that is applied to the write head, in accordance with a waveform encoding technique or a modulation scheme.  These operations can be performed by the "write signal processing" block 14 in Figure 1.  Specifically, the write head 18 records the resulting signal on the magnetic medium by magnetically polarizing the regions on the disk in accordance with the signal.

14.     Each polarized region on the magnetic recording layer of the disk has a magnetic polarization that, once written by the write head, is oriented in a particular direction.  The magnetic polarity of these regions can be changed from one direction to its opposite by the write head in order to write the data in a binary pattern to the disk.  The write head produces a variable magnetic field used to magnetize the individual regions of the recording layer.  By varying the polarity of the magnetic field emitted by the write head, the magnetic polarity of the individual regions can be set as needed.  Once the write head has set the magnetic polarity of a particular polarized region, that region's magnetic polarity is retained until it is overwritten later by the write head with, perhaps, new data.

15.     The illustration below depicts a write head writing the polarized regions in a

6

longitudinal magnetic recording medium.  As is shown in this diagram, in a HDD, prior to the writing of data, the individual regions have a pre-existing polarized state (shown in the regions to the right of the head below).  The write head can polarize the regions so that their magnetizations are in opposite (in-plane) directions.  As also can be seen in this diagram, the boundary between two adjacent regions of opposite polarity is always jagged.  This jaggedness introduces noise into the system that complicates the reading of the data, which is described in more detail below.



**Write Direction**

16.     In so-called "longitudinal magnetic recording" (LMR), illustrated in the diagrams above and below, the regions on the disk are polarized (as shown by the "N" and "S" references reflecting the positive and negative polarity of each individual region) in the plane of the magnetic layer.[3]

---

[3] The illustration is from Mark Fischetti, "Going Vertical," Scientific American, 2006.  In the early-to-mid 2000s, the HDD industry migrated to so-called "perpendicular magnetic recording" (PMR), where the bit regions are polarized perpendicular to the plane of the magnetic layer.  In this declaration, I use LMR to illustrate the relevant concepts without loss of generality.

1
2
3
4
5
6
7

[A diagram of a magnetic read/write head assembly with labels including "Current", "Head", "Write element", "Read element", "Shield", "Voltage", "Disk spin", "Fly height: 10 nanometers", "Aluminum substrate", "Magnetic field", "Magnetized orientation", "Magnetic layer", and "S N" polarity markings.]

8
9       17.     As shown in the above diagram, the polarized regions can be conceptualized as bar
10
magnets having north (N) and south (S) ends.  Adjacent polarized regions can have the same
11
polarization or opposing polarizations, such as shown below:

12
13   

14       **SAME POLARIZATION**                    **OPPOSING POLARIZATION**

15       18.     When adjacent polarized regions are magnetized in opposing directions, there is a
16
"transition" in the polarity of the regions that can be detected by the read head.  Necessarily, there
17
are two types of transitions.  In LMR, in one type of transition the N ends of the bar magnets are
18
abutting, and in the other type of transition the S ends of the magnets are abutting, as shown below.
19
The first type can be considered a "positive transition" and the second type can be considered a
20
21   "negative transition."

22
23   

24       **Positive Transition**                    **Negative Transition**

25       19.     It should be apparent that a second positive transition cannot immediately follow a
26
first positive transition, and that a second negative transition cannot immediately follow a first
27
negative transition.  Instead, a negative transition must follow a positive transition (with any number
28

DECLARATION OF PROF. STEVEN W. McLAUGHLIN                    CASE NO. 3:18-CV-04571

of non-transitions therebetween) and a positive transition must follow a negative transition (with any number of non-transitions therebetween).

20.     To account for and explain the differences between the polarity of the transitions, the CMU patents disclose and adopt a specific polarity-sensitive nomenclature using the following notation to illustrate the four possible sequences of two consecutive polarized regions (reading the polarized regions from left to right):

"+" indicates a positive transition, i.e.: 

"-" indicates a negative transition, i.e.: 

"⊕" indicates a non-transition whose nearest preceding transition was a positive transition, i.e.: 

"⊖" indicates a non-transition whose nearest preceding transition was a negative transition, i.e.: 

*See* '839 patent at col. 3:51-60.

### B.    How Data (Symbols) are Read From the Disk

21.     In the read operation, the read head (component 22 in Fig. 1 of the CMU patents), flying above the rotating disk, "retrieves the variations in the magnetic flux that are stored on the medium," *see* '839 patent at col. 3:14-15, and converts the sensed magnetic fields into an analog electrical signal, the so-called "readback signal."  The read heads in modern HDDs use magnetoresistors to achieve this conversion.  These magnetoresistors are based on the phenomena of anisotropic magnetoresistance (AMR), giant magnetoresistance (GMR) or tunneling magnetoresistance (TMR).  The detector (component 26 in in Fig. 1 of the CMU patents) receives the readback signal from the read head and, based thereon, determines the likely sequence of symbols (data) written to the disk.

9

22.     Early HDDs used peak detectors to convert the readback signal into the binary data. If the readback signal, after rectification, was beyond a threshold voltage value, a transition was detected. *See* Wang & Taratorin, pp. 345-346.  Peak detectors worked adequately only at low data densities because at low densities each transition resulted in a relatively isolated voltage peak. *See* '839 patent at col. 1:25-37; Wang & Taratorin at 361.

23.     Beginning in the early 1990s, more sophisticated detectors were required to accommodate increasingly higher data storage densities.  The predominant type of sophisticated detector that replaced peak detectors use so-called "partial response maximum likelihood" or "PRML" sequence detection.  PRML detectors are digital sequence detectors that use digitized samples of the readback signal and some form of sequence detection algorithm, such as the Viterbi algorithm, to detect the data read from the disk. *See* '839 patent at col. 1:25-37; Wang & Taratorin, Chap. 12.  The analog readback signal from the read head is "sampled"; that is, discrete digital readings of the analog readback signal are generated at regularly spaced time intervals.  The readback signal can be sampled once per polarized region so that there is a sample for each polarized region. *See e.g.*, '839 patent at col. 4:4-7.  Figure 3 of the CMU Patents (shown below) illustrates a sampled readback signal, where $a_1$ to $a_{18}$ indicate the symbols written to the disk (e.g., the bit regions) and $r_1$ to $r_{18}$ are the corresponding readback signal samples obtained by the read head detecting the specific sequence of polarized bit regions (written symbols or a's) on the disk.



24.      A Viterbi detector of a PRML (Partial Response Maximum Likelihood) channel can use a trellis to detect the recorded data, where each different branch of the trellis corresponds to a specific sequence of written symbols (i.e., each neighborhood of symbols). *See, e.g.*, '839 patent at col. 10:26-34. Figure 4 of the CMU patents illustrates an example trellis section, in this case a Class IV Partial Response ("PR4") 4-state trellis section as indicated by the 4 nodes in each column. I have annotated the figure to number each of the eight (8) branches (with the red-colored numbers of the branches in parenthesis) to facilitate the explanation to follow.[4]

---

[4] Note that in Figure 4 there are two branches leaving each node. That is because in this trellis there are only two possibilities for the next polarized region; it can be either the same polarization as the preceding region (i.e., a non-transition) or the opposite polarization (i.e., a transition). Also, because a positive transition cannot follow a positive transition, there is no branch from + to +, or from ⊕ to +. Similarly, because a negative transition cannot follow a negative transition, there is no branch from - to -, or from ⊖ to -.

DECLARATION OF PROF. STEVEN W. McLAUGHLIN                        CASE NO. 3:18-CV-04571



25.     In this example trellis diagram, branch *(1)* goes from the + node to the ⊕ node.  That means that branch *(1)* corresponds to the specific written symbol sequence of "positive transition - no transition," or graphically:

,

because + denotes a positive transition and ⊕ indicates a non-transition whose nearest preceding transition was a positive transition.

26.     The graphical representations of each specific symbol sequence that correspond to each of the eight (8) branches in Figure 4 of the CMU Patents are shown below:

DECLARATION OF PROF. STEVEN W. McLAUGHLIN                              CASE NO. 3:18-CV-04571

| Branch | Sequence Notation | Transition Sequence |
|---|---|---|
| *(1)* | + to ⊕ |  |
| *(2)* | + to — |  |
| *(3)* | ⊕ to ⊕ |  |
| *(4)* | ⊕ to — |  |
| *(5)* | ⊖ to + |  |
| *(6)* | ⊖ to ⊖ |  |
| *(7)* | — to + |  |
| *(8)* | — to ⊖ |  |

27.     In the process of reading data from the disk, there are two sets of data streams: known and unknown.  These two sets can be explained in connection with Figure 3 of the CMU patents. The "known" stream of information consists of the digitized samples of the readback signal, i.e., the $r_1,\ldots, r_{18}$ values in Figure 3.  The "unknown" stream of information consists of the specific sequence of symbols written to the disk, represented by the $a$ terms, i.e., $a_1, \ldots, a_{18}$.  *See* '839 patent at col. 2:64 - col. 3:2.  The function of the Viterbi detector is to determine the most likely sequence of the $a$

DECLARATION OF PROF. STEVEN W. McLAUGHLIN                              CASE NO. 3:18-CV-04571

terms[5] (the symbols written to the disk) based on the signal sample values (i.e., the $r$ terms) picked up by the read head that is flying over the surface of the disk.

28.    To detect the sequence of symbols written to the disk, a sequence detector, such as a Viterbi detector, computes so-called "branch metric values" for branches of the trellis, and sums the branch metric values for branches along a path through the trellis to compute a so-called "path metric value."  Figure 5 of the CMU Patents, reproduced below, shows an example of a path through a trellis, where the path is made up of a series of branches end-to-end.



For example, the symbol sequence corresponding to the path illustrated in Figure 5 (for $a_i$ to $a_{i+2}$) is $\ominus$ + -, which corresponds to a sequence of no transition (with the most recent prior transition being negative), followed by a positive transition, followed by a negative transition.  This symbol sequence can be depicted as:



29.    The branch metric value for a branch can be the measure of the distance (or error)

---

[5] From the $a$-stream, the data bits (the "1's" and "0's") of the bit stream can be determined easily.

between the signal sample value(s) (i.e., one or more $r$ readings) and the expected (or "target")

value(s) for the branch.  These "target" or "expected" values might be, for example, the ideal signal

sample value(s) that would be received by the detector for a particular branch of the trellis if there

were no noise in the read-back signal.  *See* '839 patent at col. 8:48-50 ("[f]or example, in a PR4

system, the signal samples, if there is no noise in the system, fall on one of three target values 1, 0 or

-1").  A branch metric value for a branch is computed using a "branch metric function," described in

the subsequent section.

30.     A "path metric value" is the sum of the branch metric values for the branches along a

path through the trellis (*see e.g.*, E. Kurtas et al., "Detection Methods for Data-dependent Noise in

Storage Channels," § 32.2, p. 33-4, in B. Vasic, et al., eds., <u>Coding and Signal Processing for</u>

<u>Magnetic Recording Systems</u>, CRC Press 2005), so a path metric value can be thought of as the

cumulative distance (error) for the sequence of branches along a particular path.  The symbol

sequence corresponding to the path with the best (lowest) path metric value is the detector's

determination of the most likely sequence of symbols ($a_1$, $a_2$, …) written to the disk.

### C.     Background on Branch Metric Functions

31.     Distance functions can be used as branch metric functions.  In mathematics, a

distance function (also known as a "metric") is a function used to measure (or "score") the distance

between two points in a space (actual or logical).  Distance functions have two inputs corresponding

to the two points in the space for which the distance is being measured.  To determine the "distance,"

two input values are required so that the distance between them can be computed using a metric[6] or

distance function.  Thus, a distance function is a two-input function.

32.     Correspondingly, branch metric functions (BMFs), like those disclosed in the CMU

---

[6] In the context of data storage applications, the word "metric" can sometimes refer to a branch
metric function and sometimes to the branch metric value, and its particular meaning can ordinarily
be discerned from the context.

Patents, are two-input functions that assign a value (i.e., a "branch metric value") to a branch of a trellis.  At its most basic, the "distance" being measured is the distance between the digital value of a given signal sample at a sampling time instance ($r$) on the one hand and the "target value" (e.g., ideal, noise free value) for each given branch of the trellis at that same sampling time instance.

33.   To explain further, the two inputs for a BMF are (i) the signal sample $r$ (or set of signal samples if multiple signal samples are used) and (ii) the target value (or set of target values) for the signal sample(s) for a given branch of the trellis (which corresponds to a sequence of symbols).  Thus, a BMF scores the difference between the $r$ value(s) and the target value(s) for that branch.  In the context of Viterbi sequence detection, when the "target" values for a branch of the trellis are subtracted from the signal samples, the BMF is applied to that difference (e.g., squaring the difference), and the resulting branch metric value can be thought of as a measure (score) of the noise for that postulated branch.  Seen this way, a path metric for a path is the cumulative "score" of the noise structure for that given path, and the path through the trellis with the lowest aggregate score (the lowest path metric value) is determined by the detector to correspond to the correct (most likely) sequence of symbols actually written on the disk.  *See* '839 Patent at col. 3:50 to col. 5:55.

34.   As a matter of fundamental mathematics, changing an input of a function does not create a new function.  For example, with the function $f(x) = 2x$, the input is $x$ and the function remains the same regardless of whether $x$ takes on different values.  Similarly, for a two-input function like the Euclidean metric (*see* '839 patent at Eq. 8), the function does not change when one of the inputs changes (e.g., either the signal sample $r_t$ or the target value $m_i$).  The Euclidean branch metric for branch 1 is $BM_1 = (r_t - m_1)^2$ and for branch 2 it is $BM_2 = (r_t - m_2)^2$.  These equations represent the same function because the target values $m_1$ and $m_2$ are inputs to the single function.

35.   On the other hand, a single equation can be used to represent a set of different functions where a parameter(s) of the equation can assume different values.  For example, $f(x) = Ax$

DECLARATION OF PROF. STEVEN W. McLAUGHLIN                     CASE NO. 3:18-CV-04571

represents a set of parameterized functions, one for each value of the parameter *A*.  In other words, $f(x) = 2x$ is a different function than $f(x) = 3x$.  Similarly, equation (13) of the CMU Patents (discussed below) represents a set of functions.  Thus, (i) changing an input for a function does not change the function and (ii) a single equation can represent a set of different functions where the parameter(s) of the equation can assume different values.

**D.**    **Complications from Noise**

36.    The read operation is not as simple as detecting the presence of transitions from the magnetic fields emanating from the polarized regions on the disk as the disk's tracks moves beneath the read head.  Noise in the system, which manifests itself in the readback signal, complicates the read process. There are several sources of noise in a HDD, but over the past twenty years the major and growing complicating noise source in a high-density HDD is media noise.[7]  Media noise includes signal-dependent noise in the readback signal that arises from fluctuations in the medium magnetization due to the underlying polarity of the media at the time data are written to the disk, the differing polarities of transitions written to the disk and the specific number and density of transitions in a given region of the disk.  *See* H. Neal Bertram, Theory of Magnetic Recording, Cambridge University Press 1994 ("Bertram") at p. 261.  Media noise increases with data density[8],

---

[7] *See e.g.*, C. Tsang et al. "Performance study and analysis of dual-element head on thin-film disk for gigabit-density recording," IEEE Trans. Magn., 26(6):2948-2953 (Nov. 1990*)* ("disk noise is clearly the dominant limiting factor for signal-to-noise performance in these narrow track environments"); J.G. Zhu et al., "Impact of medium noise on various partial response channels," IEEE Trans. Magn., vol. 31, pp. 3087-3089 (Nov. 1995) ("Interaction between adjacent transitions yields the so-called supralinear noise increase at high recording densities . . ."). H. Sun et al., "Detection Techniques for High-Density Magnetic Recording." IEEE Trans., vol. 41, No. 3, pp. 1193-1199 (March 2005), ("At high densities, . . . media noise becomes the dominant noise."); X. Wang et al., "Physics Based Time Domain Simulation of Magnetic Recording Signal and Noise," PIERS Online, Vol. 4, No. 3 (2008) ("Media noise is the dominant noise source for current magnetic recording system.").

[8] *See e.g.*, T. Fung et al., "Transition shape and nonlinear effects in digital magnetic recording on thin film media," J. Phys. D: Appl. Phys. 30 (1997) 1483-1488; J. Moon, "Magnetic Storage," Chap 101 at p. 101-6 in J. Gibson, ed., The Communications Handbook, CRC Press 2002.

17

DECLARATION OF PROF. STEVEN W. McLAUGHLIN                                        CASE NO. 3:18-CV-04571

which is the overwhelming trend in the HDD industry.[9]

37.     In the granular media used with modern HDDs, the recording layer comprises magnetic grains, as illustrated in the diagram below.  *See* Fig. 5 from S. Sasaki et al. "Low-Gas-Pressure Sputtering of CoPtCr–SiO$_2$ Granular Films Made by a Sintered Target Without SiO$_2$ Powder," IEEE Magnetics Letters, Dec. 2010.  Data are recorded to the media by magnetizing groups of grains in and near a particular symbol region in a common direction, e.g., either left or right for LMR.



38.     To increase data density, the grains can be made smaller and/or the number of grains per polarized region can be reduced.  However, a sufficient number of grains is necessary to maintain an acceptable signal-to-noise ratio (SNR) and there is a limit on how small the grains can be made due to spontaneous thermal fluctuations (often referred to as "superparamagnetism").  *See* Karakulak et al., "A New Read Channel Model for Patterned Media Storage," IEEE Trans, Magn., vol. 44, no. 1, Jan. 2008, 193-197.  Over the years, grain sizes have reduced to less than 10nm in diameter, with about 10-20 grains per polarized region.  *See* Richter et al., "The thermodynamics

---

[9] HDD areal density increased from about 0.01 Gb/in$^2$ in 1980 to about 1000 Gb/in$^2$ in 2005, an increase of about 1 million percent in 25 years.  *See e.g.*, Z. Bandic et al., eds., "Advances in Magnetic Data Storage Technologies," Proceedings of the IEEE, vol. 96, no. 11, Nov. 2008; *see also* R.E. Fontana, Jr. et al., "The Impact of Areal Density and Millions of Square Inches (MSI) or Produced Memory on Petabyte Shipments and TAPE, NAND Flash, and HDD Storage Class Memories," 2013 IEEE 29th Symposium on Mass Storage Systems and Technologies (MSST).

limits of magnetic recording," Journal of Applied Physics 111, 033909 (2012); Watanabe et al., "Magnetic Technology for Perpendicular Magnetic Recording Media," Fuji Electric Review, vol. 57, No. 2, 2011 (americas.fujielectric.com/files/FER-57-2-046-2011.pdf).

39.    The grains have varying locations, shapes and sizes. *See e.g.*, "Perpendicular Magnetic Recording Technology," HGST Whitepaper, 2007 at 1.  Consequently, straight, perfect transitions between adjacent regions of oppositely polarized grains are not physically possible. Instead, the physics of energy minimization and the granular structure of real film-based disks result in non-ideal transitions that are jagged (not straight) as shown in the below.[10]  This diagram below shows a sequence of three polarized regions, with the outer two regions magnetized to the right and the middle region magnetized to the left (thereby creating a positive transition between regions one and two and a negative transition between regions two and three).  As can be seen, the transitions between the regions are jagged and the degree of jaggedness of each transition is different.



**Transition Type:**              +              —

---

[10] This figure is from the testimony of A. Kavcic in the *CMU v. Marvell* case.  *See also,* F. J. Himpsel, et al., "Magnetic nanostructures," Advances in Physics, 1998, vol. 47, No. 4, 511-597. Perfectly straight transitions also are not physically possible with early, thin film, non-granular media.  *See* Bertram at p. 251.

DECLARATION OF PROF. STEVEN W. McLAUGHLIN                          CASE NO. 3:18-CV-04571

40.     Such magnetic transitions that follow grain boundaries have lower energy than straight transitions or transitions that would bisect a magnetic grain, respectively. Consequently, jagged boundaries are physically stable and regularly occur in all disks. These non-straight, jagged transitions affect the location and shape of the positive and negative peaks in the readback signal from the read head.

41.     The degree of jaggedness (which affects the peak shift and shape) in a disk drive varies from one transition region to the next and has **structure** due to the signal-dependent nature of the media noise.  The degree and extent of the jaggedness (and hence the peak shift and shape) depends upon the neighborhood of symbols for at least the following reasons.

42.     First, the shift in the locations and the amplitude of the peaks is affected by the specific neighborhood of nearby polarized regions (i.e., by the specific sequence of written symbols), including the specific polarities of transitions in the sequence, as illustrated in the following simplified symbol sequences and waveforms.  Using the polarity sensitive notation set forth in the CMU patents, assume the following sequence of symbols is being written to the disk,

$$+ \oplus \oplus \oplus \oplus \oplus - \ominus \ominus \ominus \ominus \ominus + \oplus \oplus \oplus$$

where, as taught in the CMU patents,  + and — indicate positive and negative transitions respectively, and $\oplus$ and $\ominus$ indicate non-transitions relative to the nearest preceding transition. Bcause in this example the transitions are relatively far apart (each transition in this example being separated by five (5) non-transitions) the average peak shift would tend to be small, such as shown in the diagram below.



43.     With a different specific sequence of polarized regions on the disk, however, the peak

shift will have a structure that is attributable to this specific pattern of polarized regions in the neighborhood of nearby polarized regions.  For example, the magnitude of the peak shift tends to increase in a pattern with more transitions because of the increased transitions in the neighborhood. For example, assume the following new symbol sequence of is to be written to the disk:

$$+ \oplus \oplus \oplus \oplus \oplus - + - + \oplus \oplus \oplus \oplus - \ominus$$

Four Consecutive Transitions

This sequence includes a neighborhood of four consecutive transitions that, reading from left to right, tends to lead to progressively greater peak shifts as more transitions are encountered in a short amount of time as shown in the example below.



44.     The figure below is a representation that illustrates the polarity of the regions of the recording layer for the symbol sequence from the previous paragraph.  In this diagram, the dashed, white lines indicate the ideal locations of the region boundaries.  As this diagram illustrates, however, (i) the transitions between regions of different polarity are jagged, (ii) the degree of jaggedness is not the same, and (iii) the transitions are increasingly shifted to the right for the sequence of four consecutive transitions, corresponding to the peak shift associated with the

21

sequence of four consecutive transitions.



46.     This signal-dependent noise greatly complicates the process of detecting the data written to the disk from the readback signal.

46.     Another issue in reading the symbols written to the media is that the signal-dependent noise in the samples in the readback signal is correlated.  The CMU patents explain that these "correlations arise due to noise coloring by front-end equalizers, media noise, media nonlinearities, and magnetoresistive (MR) head nonlinearities." '839 patent at col. 1:58-61.  Accordingly, the noise in adjacent signal samples is correlated, and the amount of correlation is in part dependent on the specific pattern of symbols written to the disk.  *See e.g.,* '839 patent at col. 6:38-39 ("the noise is now considered to be both correlated and signal-dependent"); A. Kavcic et al., "The Viterbi Algorithm and Markov Noise Memory," IEEE Trans. on Information Theory," Vol. 46, No. 1, Jan. 2000, pp. 291-301 ("the channel noise is correlated, with correlation statistics that are possibly signal-dependent"); J. Moon et al., "Pattern-Dependent Noise Prediction in Signal-Dependent Noise," IEEE Journal on Selected Areas in Communications, Vol. 19, No. 4, April 2001, pp. 730-743 ("noise correlation depends on a finite segment of the input bit sequence"); E. Kurtas et al., "Detection Methods for Data-dependent Noise in Storage Channels," Chap. 33, § 33.4.1, p. 33-9, in B. Vasic, et al., eds., <u>Coding and Signal Processing for Magnetic Recording Systems</u>, CRC Press, 2005 ("it is clear that medium noise is colored, and its correlation is determined by the channel characteristics as well as that of the transition position/width variation.").

### E.    The Branch Metric Functions of the CMU Patents

47.    The CMU patents explain, "it has long been observed that the noise in magnetic recording systems is neither white nor stationary.  The nonstationarity of the media noise results from its signal dependent nature."  '839 patent at col. 1:38-41.  "Nonstationarity" in this context refers to changing noise characteristics due to, for example, changing symbol sequences.  The CMU patents further recognize that each ***specific sequence*** of symbols could give rise to a distinctly different noise structure in the readback signal.  *See* '839 patent at col. 4:24-27 ("[d]ue to the signal dependent nature of the media noise in magnetic recording, the functional form of joint conditional pdf f $(r_1 . . . , r_N | a_1, . . . , a_N)$ in (1) is different for different symbol sequences $a_1, . . . , a_N$.")     .

48.    At this point it is helpful to point out that in the field of magnetic recording, the terms "data-dependent," "pattern-dependent" and "signal-dependent" when referring to the media noise are synonymous and refer to the fact that media noise in magnetic recording has structure that is dependent on the specific sequence of symbols written to the disk.  *See e.g.*, '839 patent at col. 5:49-52 ("signal-dependence" based on pattern of written symbols);  J. Moon et al., "Pattern-Dependent Noise Prediction in Signal-Dependent Noise," IEEE Journal on Selected Areas in Communications, Vol. 19, No. 4, April 2001 (stating that the noise predictive maximum likelihood (NPML) method "also has been extended to ***signal dependent*** medium noise, where the noise characteristics depend highly on the ***local bit patterns***….").

49.    The CMU Patents disclose a set of BMFs for a trellis that are "correlation-sensitive, being both signal dependent and sensitive to correlations between noise samples" ('839 patent at col. 2:10-12 and col. 6:36-39), making it possible to read higher density data more accurately.  The CMU Patents teach, in one embodiment, using the noise statistics in the channel to develop and parameterize the branch metric functions (and thereby the detector) to account for the different signal-dependent noise sources.  *See* '839 patent at col. 2:15-20 ("Because the noise statistics are

23

non-stationary, the noise sensitive branch metrics are adaptively computed by estimating the noise

covariance matrices from the read-back data.  These covariance matrices are different for each

branch of the tree/trellis due to the signal dependent structure of the media noise."); *see also* col.

8:24-41.

50.    A general set of signal-dependent, correlation-sensitive BMFs is disclosed at Eq. 13

of the CMU patents, which states:

$$M_i = \log \frac{\det \ C_i}{\det \ c_i} + \underline{N}_i^T C_i^{-1} \underline{N}_i - \underline{n}_i^T c_i^{-1} \underline{n}_i$$

where $M_i$ is the branch metric value for the considered branch; $C_i$ is a (L+1) x (L+1) noise

covariance matrix for the considered branch; $c_i$ is a LxL lower principal submatrix of $C_i$; $\underline{N}_i$ is a

(L+1)-dimensional vector of differences between the signal samples (e.g., the $r$ values) and their

expected values (e.g., their "target" values) when a particular sequence of data is written; and $\underline{n}_i$ is a

vector containing the last L elements of $\underline{N}_i$.  *See* '839 patent at col. 6:56-65.  In this formulation, the

correlation length is L and L+1 signal samples are used to compute the branch metric value $M_i$.  The

noise covariance matrix $C_i$ is signal-dependent, thereby making the set of BMFs both signal-

dependent and correlation-sensitive.  *See* '839 patent at col. 2:15-20; 4:24-31; 6:36-55.

51.    Equation 13 of the CMU patents discloses a "set of signal-dependent branch metric

functions" as recited in claim 4 of the '839 Patent and claim 2 of the '180 Patent.  Each member of

the set is a function with parameters that are specific to a neighborhood of symbols, e.g., a trellis

branch.  In Equation 13, these signal-dependent parameters are the noise covariance matrices $C_i$

(including $c_i$, the lower principal submatrix of $C_i$).

52.    Equation 13 also discloses the application of the members of this set of signal-

dependent BMFs to a "plurality of signal samples…, wherein each sample corresponds to a different

DECLARATION OF PROF. STEVEN W. McLAUGHLIN                                    CASE NO. 3:18-CV-04571

sampling time instant,"[11] as required by claim 4 of the '839 Patent because as noted above, the $\underline{N}_i$ and $\underline{n}_i$ terms include multiple time-variant signal samples.  *See* '839 patent at col. 6:57-65, equation 12 (collecting the multiple signal samples and their corresponding target values).  The output of each member of this "set" of "signal dependent BMFs" is a "branch metric value," denoted in the $M_i$ in equation 13.

53.    In Equation 13 the inputs for the BMFs are expressed as the vectors $N_i$ and $n_i$, which vectors comprise the differences of multiple time-variant signal samples (L+1 and L signal samples, respectively) and their associated target values (the $m$ terms).  *See* '839 patent at eq. 12, col. 6:61. Thus, the BMFs described by Equation 13 are two-input BMFs, the two inputs being (i) the set of signal samples and (ii) the target values.

54.    To compute a branch metric value for a given branch at a certain time index of the trellis, the signal-dependent BMF for the branch is selected by choosing the correct parameters for the BMF, e.g., the noise covariance matrix $C_i$ as described by equation 13 or set of filter taps for an FIR filter embodiment (see following paragraphs) that is tuned for the specific symbol sequence associated with that particular branch.  The selected signal-dependent BMF is then applied to the plurality of time-variant signal samples in the vectors $N_i$ and $n_i$ for that certain time index.

55.    The CMU patents also disclose that the signal-dependent, correlation-sensitive branch metric values can be computed by electronic circuits, referred to in the CMU patents as "branch metric computation circuits" and shown as element 48 in Figure 3A (see below).

---

[11] For convenience, I sometimes refer to these signal samples as "time-variant signal samples."

25



In this branch metric computation circuit, the logarithmic circuit 50 can compute the first term on the right-hand side of equation 13, i.e., the $\log \frac{detC_i}{detc_i}$ term, and the quadratic circuit 52 computes the second term on the right-hand side of equation 13. The sum circuit 53 sums the outputs of the logarithmic circuit 50 and the quadratic circuit 52 to compute the branch metric value $M_i$ for a particular branch. '839 Patent at col. 7:10-14. There can be a separate branch metric computation circuit 48 for each branch.

56.     The second term on the right-hand side of equation 13 can be implemented with a FIR filter as described in the CMU Patents. Each FIR filter can have tap weights, denoted as $w_i$ in the CMU Patents, that account for the signal-dependent noise associated with a specific symbol sequence. *See* '839 Patent at col. 7:25-67.

## F.     PERSON OF ORDINARY SKILL IN THE ART

57.     I am informed that factors to be considered when determining the level of ordinary skill in the art include: type of problems encountered in art; prior art solutions to those problems; rapidity with which innovations are made; sophistication of the technology; and the educational level

of active workers in the field.

58.     Considering these factors, in my opinion, the level of a PHOSITA for the CMU Patents would be someone working in the electrical engineering field and specializing in data detection techniques used in connection with reading data from various storage media such as hard disk drives and optical media. Such a person would have had at least a Masters degree in electrical engineering with several years of work experience in the industry.  Accordingly, such as person would have studied and used traditional data detection techniques and devices including peak detectors and various types of Viterbi detectors (such as partial response maximum likelihood (PRML) schemes or hybrids between tree/trellis detectors and decision feedback equalizers). Such a person would also have acquired experience using such Viterbi detectors in connection with various data storage media, including the systems and mechanisms used to compute branch metric values. Such a person would also be aware of the various types of noise that were, prior to the invention disclosed in the CMU patents, increasingly causing problems with data detection as data density increased.

59.     Given my educational and industry experience, I qualified as a PHOSITA in 1998 (when the '839 Patent was filed) and I qualify as one today.  Based on my experiences, I have a good understanding of the capabilities of a PHOSITA in the relevant field for the CMU Patents in 1998. In addition to being a person of at least ordinary skill in the art in 1998 (as well as today), I have worked closely with many such persons over the course of my career, and I have regularly taught material that is fundamental to the art in my role as professor and researcher over the past 30 years. Most of my students would qualify as a PHOSITA.

## IV.   CONSTRUCTIONS OF CLAIM TERMS

### A.   "Viterbi-like detector" and/or "Viterbi-like"

60.   This term appears in the preamble of claim 4 of the '839 Patent, which states: "A method for determining branch metric values for branches for a ***Viterbi-like detector*** …"  My understanding is that the parties' proposed constructions for the term "Viterbi-like detector" are as follows:

> **CMU:**  A detector that uses a "Viterbi-like algorithm."  A "Viterbi-like algorithm is an algorithm that is or is similar to the Viterbi algorithm, which is an iterative algorithm that uses a trellis to determine the best sequence of hidden states (in this case, written symbols) based on observed events (in this case, observed readings that represent the written symbols), where the determined sequence is indicated by the best path through the trellis and is determined used branch metric values calculated for branches of the trellis.

> **LSI:**  The term is indefinite.

In my opinion, for the reasons set forth herein, when read in light of the specifications of the CMU Patents, a PHOSITA would understand the term "Viterbi-like detector" to have CMU's proposed construction.

61.   The CMU Patents initially describe a detector circuit that "detects the data from the data stream and outputs the data."  '839 Patent at col. 3:18-19.  This is the essence of a PRML sequence detector in a HDD, as opposed to a peak detector, since the sentence refers to a "data stream," i.e., the signal samples from the readback signal.  The CMU Patent further explain that the detector circuit "must be able to detect the data in the presence of intersymbol interference" and that prior art detector circuits typically employ "the maximum likelihood sequence ("MLS") estimation algorithm or peak detection techniques."  *Id.* at col. 3:22-25.  I explained peak detectors above.  The MLS algorithm, according to the CMU Patents, "analyzes a sequence of consecutive data and determines the output data based on the sequence."  *Id.* at col. 3:24-26.  This is an accurate overview of the function of a MLS algorithm.

62.     Next, the CMU Patents describe a "CS-MLSD detector circuit" that is part of the above-described detector circuit.  *Id.* at col. 3:30-32.  "CS-MLSD" in this context means "correlation-sensitive maximum likelihood sequence detector."  *Id.* at col. 3:51-52.  The CMU Patents further explain that the "CS-MLSD detector circuit" includes a "Viterbi-like detector" whose outputs are "decisions and delayed signal samples…"  '839 Patent, col. 3:32-34; *see also* Fig. 2.

63.     The Viterbi Algorithm would have been well-known by a PHOSITA in 1997 (the filing date of the provisional application for the '839 Patent).  The Viterbi Algorithm was originally developed by Andrew Viterbi in the 1960s.  It was later elaborated on in a paper by G. David Forney, who showed that the Viterbi algorithm solves the maximum likelihood sequence detection (MLSD) problem in the presence of intersymbol interference and additive white noise.  *See* Forney, G.D., "The Viterbi Algorithm," *Proceedings of the IEEE* **61** (3):268-278 (1973).   The Viterbi algorithm is an optimal decoding algorithm in the sense that it always finds the nearest path to the noisy modification of a finite state machine sequence.  As mentioned above, maximum likelihood sequence detectors calculate path metrics through various paths of a trellis, where the path metrics are the sum of the branch metrics for the branches making up the path.  The Viterbi algorithm recognizes that if two paths, say Path A and Path B, terminate at the same state of the trellis, and the path metric for Path A is greater than the path metric from for Path B, then Path B is the more likely path to the particular terminating node.  This is often referred to as the Add-Compare-Select (ACS) process for the Viterbi algorithm.  The branch metrics for the branches of Paths A and B are ***added*** to compute the path metrics for Paths A and B; then the path metric values for Paths A and B are ***compared***; and the path with the lesser path metric value is ***selected*** as the likely path to that particular terminating node.  *See e.g.,* M. Despotović et al., "Data Detection," Chap. 32 and B. Nikolić et al., Chap 34, both in <u>Coding and Signal Processing for Magnetic Recording Systems</u>, B. Vasic et al., eds., CRC Press (2005), pp. 32-13 to 32-15.

29

64.     Because the term "Viterbi-like detector" in the CMU Patent uses the term "Viterbi," which was at the time of the filing CMU Patents (1997-1998) a known MLS algorithm, a PHOSITA would understand that the term "Viterbi-like detector" encompasses a detector that uses, for example, the Viterbi algorithm.

65.     The CMU Patent also describe the operation of the CS-MLSD at, for example, col. 3:50 to col. 7:67 of the '839 Patent.  This description explains how the CS-MLSD computes branch metric values for branches of a trellis in order to compute path metrics, in order to determine the likely sequence of symbols written to the disk.  The CMU Patents further explain that the branch metric equations described in the CMU patents were derived with "no assumptions … on the exact Viterbi-type architecture…"  '839 Patent at col. 7:5-8.  Examples of other "Viterbi-type algorithm" architectures given in the CMU Patents include "PRML, FDTS/DF, RAM-RSE, or MDFE."  *Id.* at col. 5:8-9.  PRML, FDTS/DF, RAM-RSE and MDFE are all detection algorithms that use branches, branch metric values, and trellises in order to detect the symbols written to the disk.

66.     "PRML" in this context stands for "Partial Response Maximum Likelihood."  The basic idea of "partial response" is to introduce some controlled amount of intersymbol interference (ISI) into a data pattern rather than trying to eliminate it.  Wang & Taratorin, p. 361.  In HDDs, PR equalization comprises shaping the readback signal to look like a target signal specified by PR.  After equalization, the data are detected using a maximum likelihood (ML) sequence detector, e.g., a Viterbi detector, which makes its decisions based on the sequence of samples, as described above.  *See e.g.*, Despotović at p. 32-2; Wang & Taratorin at pp. 362-363.

67.     "FDTS/DF" in this context stands for Fixed-Delay Tree Search with Decision Feedback.  FDTS/DF is a "recursive detection algorithm which combines a computationally efficient tree search with a DFE-like feedback filter."   Moon & Carley, "Performance Comparison of Detection Methods in Magnetic Recording," *IEEE Trans. Magnetics* **26**(6), Nov. 1990, pp. 3155-

30

3172.  FDTS/DF uses a tree representation of a binary ISI channel, where the tree has branches and each possible input sequence corresponds to a path through the tree made up of branches.  *Id.*  The tree is akin to a trellis,[12] and the FDTS/DF technique also computes branch metrics for tree/trellis branches.  *Id.*  Thus, FDTS/DF similarly uses a trellis with branches and paths and branch metrics to determine the likely sequence of written symbols.

68.    "RAM-RSE" in this context refers to Reduced-state Sequence Estimation (RSE) detectors that use Random Access Memory (RAM).  *See* Eyoboğlu, "Reduced-State Sequence Estimation with Set Partitioning and Decision Feedback," *IEEE Trans. Communications*, **36**(1), Jan. 1988, pp. 13-20. RSE detectors use a reduced-state trellis, but like the Viterbi, PRML, and FDTS/DF algorithms described above, RSE detectors similarly use branch metric computations for branches of paths through the (reduced-state) trellis to detect the likely symbol sequence.  *Id.*

69.    "MDFE" in this context refers to Multilevel Decision Feedback Equalization.  *See* J. Kenney et al., "Multi-Level Decision Feedback Equalization for Saturation Recording," *IEEE Trans. Magnetics* **29**(3), July 1992, pp. 2160-2171.  .  MDFE detectors use preliminary decisions made using a truncated Viterbi trellis to aid in making decisions.  In that sense, it operates as a decision feedback equalizer, which equalizes preliminary decisions.  The preliminary decisions in a MDFE detector are reached used a Viterbi trellis.  Thus, a MDFE detector uses a trellis, branches, branch metric functions, path metrics, etc., but its path memory is shorter than with a full (non-truncated) Viterbi detector.

70.    Because PRML, FDTS/DF, RAM-RSE and MDFE are all detector types that use a trellis/tree, branches, and branch metric values, etc. to determine the likely sequence of written symbols in a HDD read channel, and because the CMU Patents refer to them as "Viterbi-type

---

[12]  The CMU patents use tree and trellis interchangeably.  *See* 839 Patent at col. 2:19 ("The covariance matrices are different for each branch of the ***tree/trellis*** due to …"); col. 3:32 ("***tree/trellis*** detectors"); col. 5:52-53 ("the branch metrics for each branch in the ***tree/trellis***...").

31

algorithms," *see* '839 Patent at col. 7:5-10, a PHOSITA would understand that a "Viterbi-like detector" is a detector that used the Viterbi algorithm or a similar trellis-based MLSD algorithm.  In that connection, a PHOSITA would understand that a "Viterbi-like detector" is a detector that uses a "Viterbi-like algorithm," where a Viterbi-like algorithm is an algorithm that is or is similar to the Viterbi algorithm, which is an iterative algorithm that uses a trellis to determine the best sequence of hidden states (in this case, written symbols) based on observed events (in this case, observed readings that represent the written symbols), where the determined sequence is indicated by the best path through the trellis and is determined used branch metric values calculated for branches of the trellis.

71.     My opinion about how a PHOSITA would understand this term is confirmed by ample other sources, including Judge Fischer's claim construction opinion in the *CMU v. Marvell* case, the pre- and post-issuance examinations of the CMU Patents by the U.S. Patent Office, and other papers and patents that use the term "Viterbi-like detector."

72.     First, in the *CMU v. Marvell* case, Judge Fischer, after hearing all of the evidence and arguments, including declarations from me, construed "Viterbi-like algorithm" to mean "an algorithm that is or is similar to the Viterbi algorithm, which is an iterative algorithm that uses a trellis to determine the best sequence of hidden states (in this case, written symbols) based on observed events (in this case, observed readings that represent the written symbols), where the determined sequence is indicated by the best path through the trellis and is determined used branch metric values calculated for branches of the trellis."  *See* Dk. 175 in the *CMU v. Marvell* case, October 10, 2010, at pp. 34-43.  This language is adopted in CMU's proposed construction.  My understanding is that neither CMU nor Marvell appealed this construction in the *CMU v. Marvell* case.

73.     Second, in the examinations of the '839 Patent, the patent examiners repeatedly and

correctly identified prior art detectors as being Viterbi-like detectors.  For example, in the original examination of the '839 Patent, the examiner found that U.S. Patent 5,689,532 to Fitzpatrick included a "Viterbi-like detector."  *See* March 10, 2000 Office Action at p. 3 (CMU_LSI_00000135).  The examiner did not find the term indefinite.  Similarly, in the reexamination of the '839 Patent, the Requestor, the Requestor's expert (Dr. Lee), and the patent examiner, all correctly concluded that Zeng's thesis disclosed a Viterbi-like detector.  None of them found that the term "Viterbi-like detector," when read in light of the specification, fails to inform, with reasonable certainty, a PHOSITA about the scope of term.

74.    Third, many academic papers and patents in the data detection field use the term "Viterbi-like detector" in a way that is consistent with CMU's proposed construction.  A collection of these papers and patents are listed below.  The fact that the term is used in so many relatively contemporaneous papers and patents supports my opinion that the term is not indefinite to a PHOSITA.

- E. Dahlman, "Low-Complexity Viterbi-Like Detector for 'Two-Ray' Channels," *Electronics Letters* **25**(5), Mar. 2, 1989.

- Zheng Wu, "Channel Modeling, Signal Processing and Coding for Perpendicular Magnetic Recording," Ph.D. thesis, University of California, San Diego, 2009.

- U.S. Patents 9,336,885 and 10,185,623 to SK Hynix Memory Solutions

- U.S. Patent 7,155,660 to Marvell International Ltd.

- U.S. Patent 8,406,315 to Marvell International Ltd.

- U.S. Patent 6,931,585 to Marvell International Ltd. (stating that a Viterbi-like detector may be "derived under the assumption of additive white Gaussian noise

33

(AWGN) may be employed such as partial response maximum likelihood
(PRML) schemes or hybrids between tree/trellis detectors and decision feedback
equalizers (DFE) including Fixed Delay Tree Search with Decision Feedback
(FDTS/DF), and multilevel decision feedback (MDFE).")

- U.S. Patent 8,259,872 to Marvell International Ltd.

- U.S. Patent 7,773,329 to Marvell International Ltd.

- U.S. Pub. No. 2015/0154114 to LSI Corporation

- U.S. Pub. No. 2006/0093075 to Seagate Technology LLC

- U.S. Patent 7,788,446 to Seagate Technology LLC

75.     In my opinion, for all these reasons, a PHOSITA, in view of the specification of the
'839 Patent, would understand with reasonable certainty what a "Viterbi-like detector" is.

**B.     "signal-dependent noise"**

76.     The term "signal-dependent noise" appears in claim 2 of the '180 Patent, which states
that the received time variant signal samples have one of ***signal-dependent noise***, correlated noise,
and both ***signal dependent*** and correlated ***noise*** associated therewith."  My understanding is that the
parties proposed constructions for this term are:

> **CMU**:  Media noise in the readback signal whose noise structure is attributable to a
> specific sequence of symbols (e.g., written symbols).

> **LSI**:  Noise in a received signal attributed to a specific sequence of symbols.

In my opinion, for the reasons set forth herein, when read in light of the specifications of the CMU
Patents, a PHOSITA would understand the term to have CMU's proposed construction.

77.     A PHOSITA would understand that, in the context of the magnetic recording systems

34

described in the CMU Patents, "media noise" refers noise in the readback signal of a magnetic recording system that arises from fluctuations in the medium magnetization due to the underlying polarity of the media at the time data are written to the disk, the differing polarities of transitions written to the disk and the specific number and density of transitions in a given space.

78.     The description in the CMU Patents of "media noise" is consistent with the PHOSITA's understanding.  For example, the '839 Patent at col. 2:18-20 explains that media noise has "signal-dependent *structure*."  A PHOSITA would understand this to mean that the media noise has structure that depends on the sequence of symbols written to the disk, i.e., the "signal."[13]  Also, col. 4:24-27 of the '830 Patent explains that the functional form of the joint conditional probability density function that a MLSD maximizes to determine the likely sequence of written symbols written to the disk "is different for different symbol sequences" "[d]ue to the signal dependent *structure* of the media noise in magnetic recording."  From explanations like these, a PHOSITA would understand that "media noise" as used the CMU Patents has signal-dependent structure, i.e., there is structure to the noise that is attributable to the specific sequence of data written to the disk (the write signal).

79.     The "structure" of the noise does not refer to the absolute, total noise level itself, because the total noise has both signal-independent and signal-dependent components, which cannot be isolated in a signal sample value.  Instead, the "structure" of the noise refers to characteristics of the noise that can be parameterized, such as through the covariance matrices or FIR filter tap weights, as described in the CMU Patents.

80.     Other explanations in the CMU Patents buttress this understanding of a PHOSITA.

---

[13] The "signal" here is not the readback signal, but rather the signal used to write the data to the disk. *See* '839 Patent at col. 3:3-7 ("A data source 12 supplies data to a write signal processing circuit 14. The signal processing circuit 14 converts the input data into *signals* with a format suitable for storage on a magnetic medium 16.") (emphasis added).

At col. 1:49-51 of the '839 Patent, the CMU Patents explain that one of the characteristics of media noise is that it is "signal-dependent." That is, it depends on the written sequence of symbols. Further, col. 5:49-52 explains to a PHOSITA that the generalized signal-dependent branch metric function is based on a particular sequence of symbols by stating that: "The [branch] metric is a function of the observed samples $r_i, r_{i+1}, \ldots, r_{i+L}$. It is also dependent on the ***postulated sequence of written symbols*** $a_{i-K1}, \ldots, a_{i+L+Kt}$, which ensure the signal-dependence of the detector." A PHOSITA would understand that a "postulated sequence of written symbols" corresponds to the sequence of written symbols associated with a branch of a trellis (or a subset of those written symbols)for which the branch metric value is being computed.

81.    CMU's construction is consistent with extrinsic evidence, which buttresses my conclusion for how a PHOSITA would understand the term. For example, H. Neal Bertram, Theory of Magnetic Recording, Cambridge University Press, 1994, describes media noise this way:

> Medium noise arises from fluctuations in the medium magnetization. This noise can be separated into three somewhat distinct sources: amplitude modulation, particulate or granularity noise, and phase or transition noise. … Transition noise refers, in general, to fluctuations that are concentrated near the recorded transition centers. Transition noise increases with recording density since reduced bit separation reduces the proportion of low noise regions ….
>
> Thin film media possess virtually no amplitude modulation or particulate noise…. At the transitions noise will occur. This noise increases as the magnetization decreases from the saturated state and is maximum in the demagnetized state at the transition center…. In thin film media additional transition noise can occur due to medium coercivity fluctuations, which cause recorded transition positive jitter via the M-H loop. Such transition jitter can also occur due to substrate roughness. Thin film media exhibit noise that increases with increasing density, which implies that transition centered noise dominates.

Pp. 261-264 (parenthetical citations omitted). The "thin film media" described above is the type of media used in early HDD systems, as described herein. The "M-H loop" described above refers to the hysteresis loop for high density recording media,

DECLARATION OF PROF. STEVEN W. McLAUGHLIN                    CASE NO. 3:18-CV-04571

which measures the ability of magnetic material to withstand an external magnetic

field (such as from the write head) without becoming demagnetized.

82.     Another text book describes the signal-dependent nature of media noise somewhat

differently, but makes the same general point:

> Noise in magnetic recording channels posses another unique feature, which is data-dependence.  For example, for thin-film media operating at ultra-high recording densities, medium noise is the dominant noise source.   Media noise is partially due to random variations in the geometry of a magnetization transition, so that the system response may change from one transition to another.  This type of noise ***depends on the data pattern written to the disk***, and represents a significant portion of the total noise.

E Kurtas et al., "Detection Methods for Data-dependent Noise in Storage Channels," § 33.1, p. 33-2, in B. Vasic, et al., eds., Coding and Signal Processing for Magnetic Recording Systems, CRC Press 2005 (emphasis added) (CMU_LSI_00279720).  This textbook excerpt describes media noise as being "data-dependent," which is synonymous with the term "signal-dependent" used in the CMU Patents.  This textbook excerpt makes clear that the signal-dependent media noise "depends on the data pattern written to the disk."  Thus, a PHOSITA would understand that the consequence of media noise is that each specific sequence of symbols written to the disk has a different noise structure, as explained herein.

83.     Another corroborating extrinsic source is J. Moon et al., "Pattern-Dependent Noise Prediction in Signal-Dependent Noise," *IEEE J. Selc. Areas Commun.,* vol. 19, no. 4, pp.730–743, April 2001, which explains that pattern- or signal-dependent noise has "noise characteristics [that] depend highly on the local bit patterns," i.e., the symbols written on the disk.  A PHOSITA would understand that the "noise characteristics" refer to the structure of the noise, e.g., characteristics of the noise that can be parameterized, as described herein.

84.     For these reasons, a PHOSITA would understand that "signal-dependent noise" is used in the CMU Patents consistently with its ordinary meaning in the field, which is that "signal-

37

dependent noise" is media noise in the readback signal whose noise structure is attributable to a specific sequence of symbols (e.g., written symbols).

85.     A PHOSITA would not adopt LSI's proposed constructions in light of the specification of the CMU Patents for several reasons.  First, LSI's construction does not refer to "media noise," but instead refers to "noise" generally, which encompasses effects other than media noise.  Second, it is unclear what the "received signal" refers to.  Third, LSI's proposed construction is vague and confusing.  It leaves open whether the noise is "attributed" to the specific sequence of symbols, or whether the received signal is "attributed" to the specific sequence of symbols.  Noise itself (unlike noise structure) cannot be attributed to a sequence of symbols because symbols are noise-free.  Further, the received signal is, almost by definition, attributed to the sequence of symbols (with no written symbols, there would be no received/readback signal).  Instead, as explained above, it is the noise's structure that is attributable to the specific sequence of symbols.  Because LSI's proposed construction misses all of these points, a PHOSITA would not adopt it.

**C.     "correlated noise"**

86.     The term "correlated noise" appears in claim 2 of the '180 Patent, which states that the received time variant signal samples have "one of signal-dependent noise, ***correlated noise***, and both signal dependent and ***correlated noise*** associated therewith."  My understanding is that the parties proposed constructions for this term are:

> **CMU**:  Noise with "correlation" among "signal samples," such as that caused by coloring by front-end equalizers, media noise, media nonlinearities, and magnetoresistive (MR) head nonlinearities.  The noise in signal samples is "correlated" when the noise in the signal samples has a tendency to vary together.

> **LSI**:  Noise among signal samples that tends to vary together.

In my opinion, for the reasons set forth herein, when read in light of the specifications of the CMU Patents, a PHOSITA would understand the term to have CMU's proposed construction.

87.     Using the ordinary meaning of "correlated," a PHOSITA would understand that two

38

things are "correlated" if they tend to vary together.  *See e.g.*, Merriam-Webster's Collegiate Dictionary, 10th 3d.,1996 ("correlate") (CMU_LSI-0055094); Random House Dictionary, 1966 ("correlate") (CMU_LSI-0055098); Webster's New Universal Unabridged Dictionary, Deluxe 2d ed., 1979 ("correlate") (CMU_LSI-0055102); Compact Oxford English Dictionary, 2d ed., 1989 ("correlate") (CMU_LSI-0055106); Webster's Third New International Dictionary, 1966 ("correlate").

88.    Based on my review of the CMU Patents, a PHOSITA would understand that the CMU Patents use the term "correlated" in the term "correlated noise" according to its general meaning.  In the context of the CMU Patents, the things that are "correlated" (i.e., have a tendency to vary together) are the noise in adjacent signal samples (i.e., adjacent time-wise; samples from consecutive time instants).  Moreover, the CMU Patents identify specific sources of the correlation. The '839 Patent at col. 1:57-58 explains that the "correlations arise due to noise coloring by front-end equalizers, media noise, media nonlinearities, and magnetoresistive (MR) head nonlinearities." This explanation is exactly consistent with CMU's proposed construction, and for that reason a PHOSITA would understand the term to have the meaning ascribed to it by CMU's proposed construction.

### D.    "branch metric function"

89.    In both claim 4 of the '839 Patent and claim 2 of the '180 Patent, a "branch metric function" is selected from a set of signal-dependent branch metric functions, and the selected branch metric function is applied to a plurality of time variant signal samples to compute a branch metric value for a branch.

90.    My understanding is that the parties' proposed constructions for the term "branch metric function" are as follows:

39

**CMU:**  A function for determining a branch metric value for a branch, where the first set of the function comprises one or more signal samples and one or more target values, and the second set comprises branch metric values.

**LSI:**  A mathematical relation that uniquely associates signal samples with branch metric values.

In my opinion, for the reasons set forth herein, when read in light of the specifications of the CMU Patents, a PHOSITA would understand the term "branch metric function" to have CMU's proposed construction.

91.     A PHOSITA would understand that a "branch metric function" in the context of the CMU Patents is a function that assigns a value (i.e., a branch metric value) to a branch of a trellis. *See e.g.*, CMU Patents at equation (13) (which represents a set of multiple branch metric functions as explained herein).  A "function" is a mathematical relation that uniquely associates members of a first set with members of a second set.  The "first set" is commonly referred to as the "input" or "argument" of the function, and the second set is commonly referred to as the "output."  For a branch metric function, the first set comprises one or more signal sample values and one or more target values.  For example, the '839 Patent describes that the inputs to the general correlation-sensitive metric of equation 13 are the $N_i$ and $n_i$ terms, which are collections (vectors) of differences between the observed signal samples and their expected values, i.e., $(r_i—m_i)$, $(r_{i+1}—m_{i+1})$, …, $(r_{i+L}—m_{i+L})$.  *See* '839 Patent at col. 6:57-65*; see also* col. 8:6-8 ("target response values"); col. 8:48-50 ("three target values 1, 0, or -1" for a PR4 system with no noise).  In that sense, branch metric functions are two-argument functions.  The second set for a branch metric function comprises the computed branch metric value.

92.     For that reason, a distance function, such as the Euclidian distance function, is often used as a branch metric function.  *See* '839 Patent at col. 6, equation (8).  Distance functions are two-argument functions, corresponding to the two endpoints for which the distance is being measured.  More details about distance functions are provided in my March 2011 and November

40

2011 declarations in the *CMU v. Marvell* case, all of which are incorporated herein by reference.

93.     Because a PHOSITA would understand that a branch metric function, like a distance function, is a two-argument function, where the arguments are the signal sample value(s) and the target value(s) for the branch in question, and that the output of a branch metric function is the branch metric value for the branch in question, a PHOSITA would understand that a "branch metric function" as used in the CMU Patents is a function for determining a branch metric value for a branch, where the first set of the function, i.e., the arguments, comprises one or more signal samples and one or more target values, and the second set, i.e., the output comprises branch metric values.

94.     A PHOSITA would not understand the term to have LSI's proposed construction because LSI's proposed construction only refers to the signal samples.  As such, LSI's construction is unclear as to whether the target value(s) is an input/argument to the branch metric function, or whether it is a parameter.  A PHOSITA would not consider a target value(s) to be a parameter of a branch metric function (as explained in my March 2011 and November 2011 declarations in the *CMU v. Marvell* case), and because LSI's construction is unclear on this point, a PHOSITA would reject LSI's proposed construction.

95.     A PHOSITA would also reject LSI's proposed construction if it were revised to specify that "mean signal values" were a second input/argument of the branch metric function.  A PHOSITA would not adopt this construction because the ordinary meaning of a "branch metric function" does not require that the second input/argument has to be a mean signal value(s).  That is just one example shown in the CMU Patents.  The CMU Patents also refer to the second input/argument of a branch metric function as a "target response value" ('839 Patent at col. 8:7) and as "target values."  Col. 8:52.  The CMU Patents further explain that the mean signal values are "*generally*" tracked so that they "fall on prespecified *targets*."  Col. 8:42-43.  The fact that the CMU Patents describe this as a "general" practice implies that tracking the mean signal values is not the

only way to generate the target values.  Thus, a PHOSITA would not limit the claim term to such a specific option.

### E.    "signal-dependent branch metric function"

96.    In both claim 4 of the '839 Patent and claim 2 of the '180 Patent, a "branch metric function" is selected from "a set of *signal-dependent branch metric functions*," and the selected branch metric function is applied to a plurality of time variant signal samples to compute a branch metric value for a branch.  My understanding is that the parties' proposed constructions for the term "signal branch metric function" are as follows:

> **CMU:**  A "branch metric function" that accounts for the signal-dependent structure of the media noise.
>
> **LSI:**  A branch metric function that accounts for the noise attributable to the specific symbol sequence associated with one branch, i.e., when computing the branch metric value of a first branch the method selects the branch metric function that is specific to the signal dependent noise associated with that branch, which differs from the function for any other branch.

In my opinion, for the reasons set forth herein, when read in light of the specifications of the CMU Patents, a PHOSITA would understand the term "branch metric function" to have CMU's proposed construction.

97.    A PHOSITA would understand that "media noise" in the context of the CMU Patents is "signal-dependent," that is it depends on the specific sequence of symbols written to the magnetic recording disk, as described above.  Thus, a PHOSITA would understand that a "signal-dependent branch metric function" is a branch metric function that accounts for the signal-dependent nature of the media noise in a magnetic recording system.  Because the signal-dependent nature of media noise is noise in readback signal whose structure is attributable to a specific sequence of symbols written to the disk, a PHOSITA would, therefore, understand that a "signal-dependent branch metric function" is a branch metric function that accounts for the signal-dependent structure of the media noise.

42

98.     This understanding is clear from the description in the CMU Patents.  The CMU Patents first describe the likelihood function that a MLSD maximizes to determine the likely sequence of written symbols, that the likelihood function is a joint probability density function ("pdf") of the signal samples conditioned on the written symbols, and that the maximization is performed over all possible combinations of symbols in a sequence of specified length (e.g., corresponding to branches of a trellis).  '839 Patent at col. 4:4-22.

99.     The CMU Patents next explain that "[d]ue to the signal dependent nature of the media noise in magnetic recording," the functional form of the joint conditional pdf "is different for different symbol sequences …."  *Id.* at col. 4:24-27.  From this, a PHOSITA would understand that different functions are needed to account for the fact that different symbols sequences have different signal-dependent noise structures.

100.     Next the CMU Patents develop branch metric functions by applying Bayes rule.  *Id.* at col. 4:32 to col. 5:56.  The developed branch metric functions are "dependent on the postulated sequence of written symbols" (i.e., the "a" values in the notation used in the CMU Patents), "which ensure the signal-dependence of the detector."  From this, a PHOSITA would understand that the signal-dependent branch metric functions account for different postulated sequences of written symbols, e.g., branches of the trellis.

101.     Next the CMU Patents develop specific branch metric functions for different noise assumptions.  *Id.* at col. 5:56-58.  An assumption that the "noise samples are realizations of independent identically distributed Gaussian random variables with zero mean …" yields the Euclidean branch metric function.  '839 Patent at col. 5:59-62.  This noise assumption is the so-called "white Gaussian noise assumption," which implies, among other things, that the "noise pdfs have the same form for all noise samples." *Id.* at col. 5:63-64.  Because the "noise pdfs have the same form for all noise samples," a PHOSITA would understand that the Euclidean branch metric

function is not signal-dependent; i.e., it does not account for the signal-dependent structure of the media noise.

102.    Next the CMU Patents develop the so-called "variance dependent branch metric," which again assumes "the noise samples are samples of independent Gaussian variables, but that their variance depends on the written sequence of symbols."  Col. 6:15-17.  That is, "the variance of the noise samples is no longer constant for all samples," but rather is dependent on "the written symbol sequence."  *Id.* at col. 6:19-21.  The problem with the variance dependent branch metric functions, however, is that they do not account for the fact that the signal-dependent noise is correlated.  In other words, "noise correlation length is still L=0," col. 6:18-19, and hence noise structure is not taken into account.

103.    To account for the fact that the signal-dependent noise is correlated, the CMU Patents next develop the general correlation-sensitive, signal-dependent branch metric functions shown by equation 13.  Col. 6:36 to col. 7:5.  In these functions, "the noise is now considered to be both correlated and signal-dependent."  Col. 6:38-39.  As explained herein, equation 13 represents a set of functions that the parameters $C_i$ and $c_i$, that account for specific sequences of symbols.  Col. 6:53-55.  A PHOSITA would, therefore, recognize that equation 13 represents a set of signal-dependent branch functions, where each function is dependent on a postulated sequence of symbols (e.g., a sequence corresponding to a trellis branch)

104.    A PHOSITA, in view of the specifications, would not understand the term to have LSI's proposed construction for several reasons.  First, in LSI's proposed construction the signal-dependent branch metric function "accounts for the ***noise*** attributable to the specific symbol sequence…"  As explained in the CMU Patents, however, a signal-dependent branch metric function account for the noise ***structure*** attributable to a specific symbol sequence.  *See e.g.*, '839 Patent at col. 2:18-20 and the conditional pdfs at equations (1) to (6).  Because LSI's proposed construction

44

refers to the noise in general, it encompasses both signal-dependent and signal-***in***dependent noise. The signal-dependent branch metric functions of the CMU Patents account for signal-dependent noise, not the signal-***in***dependent noise.  This is one reason that a PHOSITA would not ascribe to LSI's proposed construction.

105.     A second problem with LSI's construction is that it mandates that each branch of the trellis have a different function.  This is not required by the CMU Patents.  The number of the branches of the trellis is based on the partial response target that is assumed or used for the recording channel.  In the example of Figure 4 of the CMU Patents, a PR4 target response is used.  "PR4" stands for Class IV partial response and its trellis has eight branches at each time state (assuming that the trellis is not truncated).  *See e.g.*, Wang & Taratorin at 397.  Other partial response targets have more branches.  For example, an EPR4 (Extended Partial Response 4) channel uses a trellis with sixteen branches per time state.  *Id.* at 397-398; *see also* U.S. Patent 5,689,532 to Fitzpatrick. Still further, a E²PR4 channel trellis has thirty-two branches.  Thus, a PHOSITA would understand that the number of branches in the trellis depends on the partial response target (assuming no truncation).

106.     On the other hand, the number of branch metric functions in the set of branch metric functions shown by the specific example of equation 13 of the CMU Patents depends on the length ("L") of the sequence of written symbols used to define the signal-dependence, e.g, the $a_{i-Kt}$, ..., $a_{i+L+Kt}$ terms.  The CMU Patents do not explain or require that the value for L is dictated by the partial response target for the channel.  The number of possible sequences for a sequence length L is 2 to the L power (i.e., 2^L).  To that end, the CMU Patents do not require that the number of possible sequences for a given length L (that is, 2^L) must equal the number of branches in the trellis, as required by LSI's construction.  The values could be equal, in which case there would be a different signal-dependent branch metric function; but they could also be different and there is not

45

required correspondence according to the CMU Patents.  In particular, the number of possible sequences for a given length L could be less than the number of branches, in which case multiple branches could use the same signal-dependent branch metric functions, and each such signal-dependent branch metric function accounts for a specific sequence of symbols common to those branches.

107.    A PHOSITA reading the CMU Patents would understand that there is no requirement that the number of possible sequences for a given length L must equal the number of branches in the trellis, which is dictated by the partial response target for the channel, and would reject LSI's proposed construction for that reason.

### F.    "a set of signal-dependent branch metric functions"

108.    Claim 4 of the '839 Patent states in part: "selecting a branch metric function … from a set of signal-dependent branch metric functions."  Claim 1 of the '180 Patent states in part, "selecting a branch metric function…," and dependent claim 2 adds that "the branch metric function is selected from a set of signal-dependent branch metric functions."  My understanding is that the parties' proposed claim construction positions dispute how many signal-dependent branch metric functions can be in the set, as follows:

> **CMU:**  two or more signal-dependent branch metric functions.
>
> **LSI:**  The term "set" does not need construed or, in the alternative, should be construed according to its plain and ordinary meaning, for which "one articulation" is a "finite or infinite number of objects of any kind, of entities, or of concepts that have a given property or properties in common."

In my opinion, for the reasons set forth herein, when read in light of the specifications of the CMU Patents, a PHOSITA would understand the term to have CMU's proposed construction.

109.    The claim language states that a branch metric function is "*selected*" from a set of "signal-dependent branch metric function**s**" (with functions being plural).  This is one reason that a PHOSITA would understand the set to have at least two functions.  First, use of the verb "select"

46

connotes a choice of one option from multiple options.  *See e.g.* The American Heritage Dictionary,

2nd College Ed. (1985) (defining "select" as "to choose from among several; pick out")

(CMU_LSI_00279965); Merriam-Webster's Collegiate Dictionary, 10ed. (2006) (defining "select"

as "chosen from a number or group by fitness or preference") (CMU_LSI_00279958).   If there was

a tray of cookies and every cookie on the tray was a chocolate chip cookie, and if I picked one of the

cookies from the tray to eat, I would not say that "I selected a chocolate chip cookie" because such a

statement adds no information because chocolate chip was the only option.  In other words, I did not

make a choice about the type of cookie I selected from the cookie tray from multiple options.  On the

other hand, if there were other types of cookies, like sugar cookies, macaroons, oatmeal raisin, etc.,

and I again picked out a chocolate chip cookie from the tray, then I might say that "I selected a

chocolate chip cookie" because there were multiple options, i.e., I could have selected another

variety of cookie from the tray.  This example illustrates that the verb "select" connotes that the set

has multiple items and in my view a PHOSITA would have the same understanding.

110.    This understanding is reinforced by the fact that the set is "of signal-dependent

branch metric function*s*" (with functions being plural).  The fact that "functions" is plural reinforces

to me, and would reinforce to a PHOSITA, that the set has multiple options, i.e., multiple signal-

dependent branch metric functions.  If the set could have just one function, it would not make sense

for the claim to state "*selecting*" a function from a "*set*" of functions.  Instead, the claims could skip

the "selecting" step; or instead say "selecting a branch metric function from a set of *one or more*

signal-dependent branch functions."  The fact that the claims of the CMU Patents do not phrase the

"selecting" step like this, and instead pluralize the term "functions," indicates to me that the "set of

signal-dependent branch metric functions" must include multiple signal-dependent branch metric

functions.  Note also that, in claim 4 of the '839 Patent, the branch metric function is selected "for

each of the branches…"  However, "the branches" in this phrase refers back to "branches of a trellis"

47

in the preamble.  The preamble does not say "all" of the branches of the trellis.  Thus, the branch metric functions needs to be selected from the set for only "branches" of the trellis, which may be less than all of the branches (but more than one since "branches" in the preamble is plural).

111.    Moreover, a PHOSITA would not read the specifications of the CMU Patents and conclude that the set could have just one signal-dependent branch metric function.  If the set could have just one signal-dependent branch metric function, that would mean that the detector could use the same function for every possible symbol sequence.  That is the opposite of what the CMU Patents teach.  For example, equation 13 of the CMU Patents, which provides the "general correlation-sensitive metric," shows that there can be a specific branch metric function for specific symbol sequences $i$.  *See* '839 Patent at col. 5:48-49 (stating that $M_i$ represents a branch metric and a branch corresponds to a sequence of symbols).

112.    The CMU Patents further state that correlation-sensitive branch metric functions can be "different for each branch of the tree/trellis due to the signal dependent structure of the media noise."  '839 Patent at col. 2:18-20.  In other words, as explained above, the voltage value of any given readback signal sample $r$ for a symbol (denoted by "$a$" in the CMU Patents) written to the disk depends on the specific sequence of symbols written around that particular symbol on the disk.

113.    For example, the noise structure in the signal sample value $r$ for the first + in the sequence of symbols $+\oplus\oplus-$ will likely by different, due to the signal dependent noise, from the noise structure in the signal sample value $r$ for the first + in the sequence of symbols $+-+-+$, even though both $r$ values correspond to a + symbol at the beginning of the sequence.  That is, the two $r$ values are likely to carry different noise structures precisely because of the differing sequence of nearby symbols.  A PHOSITA would understand this from the description in the CMU Patents, particularly from col. 3:50 to col. 7:67.  For these reasons, a PHOSITA would understand that the "set" of signal-dependent branch metric functions must have at least two signal-dependent functions.

48

114.    In my opinion, a PHOSITA would not understand the term "set" as used in the claims to mean a "finite or infinite number of objects of any kind, of entities, or of concepts that have a given property or properties in common."  One reason for this is that <u>zero</u> and <u>one</u> are finite numbers.  Thus, Defendants proposed construction covers scenarios where the "set of signal-dependent branch metric functions" has zero signal-dependent branch metric functions or just one signal-dependent branch metric function.  It makes no sense to me, and it would make no sense to a PHOSITA, that a branch metric function could be selected, and ***then applied***, as recited in claim of the '839 Patent and claim 2 of the '180 Patent, if there were zero functions in the set.  If there were nothing to choose from in the set, there is nothing to select and apply.

115.    A PHOSITA would also not read the specification of the CMU Patents and conclude that the set consists of a single signal-dependent branch metric function either, for the reasons set forth above.  If the set had just one signal-dependent branch metric function, it would use the same function for every possible symbol sequence, and there would be no selection process involved, which is the opposite of what the CMU Patents teach, as described herein.

G.    **"each sample corresponds to a different sampling time instant"**

116.    This phrase is in claim 4 of the '839 Patent, which states, "applying each of said selected functions to a plurality of signal samples …, ***wherein each sample corresponds to a different sampling time instant***."  My understanding is that the parties proposed constructions for this term are:

CMU:  Each "signal sample" is from a different point in time.

LSI:  The term is indefinite.

In my opinion, for the reasons set forth herein, when read in light of the specifications of the CMU Patents, a PHOSITA would understand the term to have CMU's proposed construction.

117.    The "applying" step of claim 4 states that the selected branch metric functions are

49

applied to "a plurality of signal samples."  To a PHOSITA this means that the selected branch metric functions are applied to *multiple* signal samples, since "plurality" means more than one.

118.    This is consistent with the teachings of the CMU Patents.  Each of the general correlation-sensitive branch metric functions in equation (13), shown below, are applied to multiple signal samples, as indicated by the $N_i$ and $n_i$ terms in equation 13.

$$M_i = \log \frac{\det C_i}{\det c_i} + \underline{N}_i^T C_i^{-1} \underline{N}_i - \underline{n}_i^T c_i^{-1} \underline{n}_i$$

The $N_i$ and $n_i$ terms are collections (vectors) of differences between the observed signal samples and their target values, i.e., $(r_i - m_i)$, $(r_{i+1} - m_{i+1})$, …, $(r_{i+L} - m_{i+L})$.  *See* '839 Patent at col. 6:57-65.  Thus, the branch metric functions of equation (13) are applied to a plurality of signal samples.

119.    The functions implemented by the FIR filter embodiment of Figures 3A-3B of the CMU Patents are also applied to multiple signal samples.  These multiple signal samples are shown in Figure 3B as the $r_{i+l}$, $r_{i+l-1}$, …, $r_{i+1}$, and $r_i$ terms.  *See also* 839 Patent at col. 4:4-10 (explaining that the $r$ terms are "samples" from the readback waveform).

120.    Not only do the signal-dependent branch metric functions in the CMU Patent use multiple signal sample, but the signal samples are from different sampling time periods.  This is clear in the CMU Patents, and would be clear to a PHOSITA, by the indices used for the signal samples.  The different, sequential indices for the signal samples $r$ indicate to a PHOSITA that they are from different sampling instances of the readback waveform.  Col. 4:4-10 explains how the samples are generated.  This passage uses the notation $a_i$, where $i=1,…, N$, to denote a written sequence.  The passage explains that when such a written sequence is read, "the readback waveform is passed through a pulse-shaping equalizer and *sampled* one sample per symbol, resulting in the

50

sequence of samples, $r_i$, where $i=1,\ldots, N.$"

121.    A PHOSITA would understand that "sampling" of an analog waveform like the readback signal involves converting, with an analog-to-digital converter (ADC), the values or level of the analog signal at various, usually periodic time instances, to digital values.  The analog readback signal is sampled at a sampling rate, which according to the exemplary description at col. 4:4-10 of the '839 Patent, is once per written symbol on the disk.  The passage at col. 4:4-10 of the '839 Patent is with Figure 3 of the CMU Patents (shown below), which shows, consistent with the description, that the readback signal is sampled periodically to generate the sequence of samples, $r_i$, where $i=1,\ldots, N$.  The fact that the signal-dependent branch metric functions described in the CMU Patents (whether in equation 13 or in the FIR embodiment) use signal samples with ***different*** indices indicates that the signal-dependent branch metric functions described in the CMU Patents are applied to signal samples from different sampling time instances.  Thus, a PHOSITA would understand that the plurality of signal samples to which the selected signal-dependent branch metric is applied are not all from the same sampling time instant.  Thus, a PHOSITA would understand that the claim term "each sample corresponds to a different sampling time instant" means that the multiple signal samples to which a selected signal-dependent branch metric function is applied are from different sampling time instances, and not from the same sampling time instant.



122.    In that connection, the claim term informs a PHOSITA with reasonable certainty about the scope of the term.  My opinion is confirmed by the fact that the examiners in the original examination of the '839 Patent and its reexamination did not find that the term lacks clarity; the Requestor and the Requester's expert in the reexamination did not find that the term lacks clarity; and Judge Fischer in the *CMU v. Marvell* case did not find that it lacks clarity.

## V.   CONCLUSION

123.   I am a U.S. citizen, a resident of the United States, over 18 years of age, and mentally competent to make this declaration. I have personal knowledge of the facts stated in this declaration and could testify competently to them if asked to do so.

124.   I am being compensated in this matter for my time at a rate of $550 per hour. I have no financial interest in the outcome of this litigation involving the CMU Patents.

125.   I reserve the right to make additional opinions regarding the topics addressed herein after my review of any expert report on claim construction from Defendants.

126.   I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Executed on this 8 day of April, 2019 in Atlanta, Georgia.

Steven W. McLaughlin

DECLARATION OF PROF. STEVEN W. McLAUGHLIN                    CASE NO. 3:18-CV-04571

**APPENDIX A**

Summary of Roles and Experience
## STEVEN W. McLAUGHLIN
Georgia Institute of Technology (1996-present)

- ## Dean, College of Engineering and Southern Company Chair (2017-present)
  - Lead the largest engineering college in the US with:
    - → 435 tenure-track faculty, 500+ other research, teaching, and administrative staff;
    - → 13,000 students in BS, MS, and PhD programs and 120,000 alumni;
    - → $400M in annual expenditures in research, education, and administration

- ## Chair, School of Electrical and Computer Engineering (2012-2017)
  - Led the largest ECE program in the US with responsibility for:
    - → 115 tenure-track faculty, 150+ other research, teaching, and administrative staff;
    - → 2400+ students in BS, MS, and PhD programs;
    - → $94M in annual expenditures and 600+ sponsored research projects;
    - → Exceeding fundraising goal in Campaign Georgia Tech ($174M raised by ECE team).

  - _Initiatives included:_
    - _CREATE-X:_ co-founder of a campus-wide effort to start 100+ student-led companies per year through a series of Learn-Make-Launch courses and experiences.
    - A new maker space focused on electronics, embedded processors and analog (15,000 s.f., $11.2M, to be completed Jan. 2018);
    - Have the largest female undergraduate enrollment in School history at 18% (national avg is 12%); co-leading a campus-wide effort on diversity and inclusion creating a network of D+I councils;

- ## Vice Provost for International Initiatives & Steven Denning Chair (2007-2012)
  - Led Georgia Tech's global strategy and engagement in research, education, and economic development. Was the first person to hold and define the role, including:
    _Campus Leadership in Global Engagement_:
    - Led the creation of _GT-GPS: Georgia Tech's Global Positioning Strategy_;
    - Oversaw the growth of student participation in study and work abroad from 25% to 46%;
    - Received the honor "Chevalier de l'Ordre National du Merite" from the President of France.

    _Georgia Tech Global Inc._: Part of the team that created and led this 501(c)(3) organization to better manage risk and engage more flexibly internationally.

- ## Deputy Director, Georgia Tech Lorraine, Metz, France (2004-2007)
  - Responsible for Atlanta operations and development of research programs, leading to the establishment of the GT-CNRS Unite Mixte Internationale (UMI); co-leader of 2006 GTL Strategic Plan.

- ## Assistant, Associate, and Ken Byers Professor (1996-present)
  - 250+ refereed publications and 36 US patents; advisor to 50+ postdocs and students;
  - first GT recipient of the PECASE Award (1998); NSF CAREER Award (1997);
  - President of the IEEE Information Theory Society (2005), elected IEEE Fellow (2006);
  - co-founded one startup company, early member in two others.

# STEVEN W. McLAUGHLIN

*Dean and Southern Company Chair*                    (work) 404-894-6825
*College of Engineering*                             (mobile) 470-494-4727
*Georgia Institute of Technology, Atlanta, GA*       email: swm@coe.gatech.edu

## EDUCATION

**UNIVERSITY OF MICHIGAN**, Ann Arbor, MI
- *Doctor of Philosophy, EE: Systems*, 1992.
- Advisor: David L. Neuhoff

**PRINCETON UNIVERSITY**, Princeton, NJ
- *Master of Science in Engineering*, 1986.
- Participated in AT&T Bell Laboratories One-Year-on-Campus (OYOC) Program.

**NORTHWESTERN UNIVERSITY**, Evanston, IL
- *Bachelor of Science in Electrical Engineering*, 1985.

## EMPLOYMENT HISTORY AND EXPERIENCE

**GEORGIA INSTITUTE OF TECHNOLOGY**                              1996-present
- *Dean, College of Engineering and Southern Company Chair*        (2017-present)
- *School Chair and Steve W. Chaddick Chair*, School of ECE        (2012-2017)
- *Vice Provost for International Initiatives,* Office of the Provost   (2007-2012)
- *Steven A. Denning Chair in Global Engagement*, Office of the Provost.   (2011-2012)
- *President,* Georgia Tech Global, Inc.                           (2009-2012)
- *Deputy Director and Director of Research*, Georgia Tech Lorraine   (2004-2007)
- *Professor* (2012-present), *Ken Byers Professor* (2004-2012), *Associate Professor* (1999-2004) *Assistant Professor* (1996-1999).

**WHISPER COMMUNICATIONS, LLC**, *Co-Founder and Chairman.*        2009-2016

**CALIMETRICS, Inc.**, *Principal Scientist.*                     1999-2005

**ROCHESTER INSTITUTE OF TECHNOLOGY,** Department of Electrical Engineering   1992-1996
- *Assistant Professor* (1992-1994), *Associate Professor* (1994-1996)

**AT&T BELL LABORATORIES**, Murray Hill, NJ                       Summer 1990, 1991
- *Member of Technical Staff, Mathematical Sciences Research Center.*

**BOOZ, ALLEN & HAMILTON, Inc.**, Bethesda, MD                    1986-1988
- *Senior Consultant, Security Practice.*

**AT&T BELL LABORATORIES**, Whippany, NJ                          1985-1986
- *Member of Technical Staff, Signal Processing Laboratory.*

**HIGHER ACHIEVEMENT PROGRAM**, Washington, DC                    1986-1988
- *Teacher.* Taught algebra, trigonometry and elementary computer science full- and part-time to high achieving, junior high school students.

**EASTMAN KODAK CO.**, Rochester, NY                              1982-1985
- *Co-op student.* Spent semesters in test engineering, manufacturing technology, research, and advanced development.

<u>HONORS AND DISTINCTIONS</u>

- **Chevalier de l'Ordre National du Merite**, "Knight of the National Order of Merit," given by President of the France for distinguished service; the second highest civilian award in France (2011).

- **President**, IEEE Information Theory Society, 2005 (includes roles as Second Vice President, First Vice President, First Past President, Second Past President, 2002-2007).

- **Fellow**, Institute of Electrical and Electronics Engineers, "For contributions to information theory and digital recording technology" (2006).

- **IEEE Communication Society & Information Theory Society Joint Paper Award** (2011) for "Wireless Information-Theoretic Security," by M. Bloch, J. Barros, M. Rodrigues and S. McLaughlin, published in the *IEEE Transactions on Information Theory,* vol. 54, no. 6, pp. 2515-2534.

- **Distinguished Faculty Achievement Award,** School of Electrical and Computer Engineering, Georgia Institute of Technology (2009, highest award given by the School).

- **D. Scott Wills Distinguished Mentor Award,** School of Electrical and Computer Engineering, Georgia Institute of Technology (2013).

- **Technical Achievement Award, Information Storage Industry Consortium.** Cited for "pioneering contributions to multilevel optical disc technology," (with Dr. David Warland, 2002).

- **Friend of the Graduate Student Award**, Georgia Tech Graduate Student Association (2002).

- **Presidential Early Career Award for Scientists and Engineers (PECASE)**. Cited by President Clinton for "leadership in the development of optical recording systems capable of storing information in high capacity nonbinary formats." First Georgia Tech recipient (1998).

- **National Science Foundation CAREER award** (1997).

<u>BOARD MEMBERSHIPS</u>

- **National Science Foundation**, International Science and Engineering Advisory Board, 2012-present. Chair of 2014 Committee of Visitors of OISE, 2017 Committee of Visitors.

- **Georgia Tech Research Institute (GTRI),** Advisory Board, 2015-present.

- **University of Michigan**, Advisory Board Member, College of Engineering, 2017-present.

- **University of Colorado-Boulder**, Advisory Board Member, College of Engineering, 2017-present.

- **Michigan State University**, Advisory Board Member, Dept. of Electrical and Computer Engineering, 2016-present.

- **North Carolina State University**, Advisory Board Member, Dept. of Electrical and Computer Engineering, 2014-2017

- **University of South Florida**, Advisory Board Member, Dept. of Electrical Engineering, 2014-2017.

- **Georgia Tech Lorraine,** Advisory Board, 2011-present.

- **Electrical and Computer Engineering Department Heads Association**, Board Member At Large, 2014-present.

- **Southeast Center for Electrical Engineering Education**, Chairman and Member of Board of Directors, 2013-present.

- **World Economic Forum**, Knowledge Advisory Board, 2010-2012.

- **Global Alliance of Technological Universities,** (members include Caltech, Georgia Tech, Imperial College, ETH, IIT-Bombay, NTU, Shanghai Jiaotong University) Co-Founder and Member of Advisory Committee. 2009-2103.

- **Metro Atlanta Chamber of Commerce**, Global Strategy Board, 2011-2012.

- **Korea Institute for Advanced Technology**, Atlanta Research and Business Development Hub Advisory Board, 2011-2012.

- **Georgia Tech Global, Inc.**, President and Director, 2009-2013.
- **Georgia Tech Center for International Business Education and Research (Georgia Tech College of Management)** Advisory Board Chair, 2008-2012.
- **The Logistics Institute Asia Pacific**, Advisory Board Co-Chair, 2008-2012.
- **Rochester Institute of Technology**, Advisory Board Member, Dept. of Electrical Engineering, 2002-2009.
- **IEEE Information Theory Society Board of Governors**, 1999-2008.
- **IEEE Publications Activities Board,** Member-at-Large (1998-2001)
- **Starzent,** Technical Advisory Board, 2002-2009.
- **Polarizonics,** Technical Advisory Board , 2002-2005.

*Ph.D. STUDENTS GRADUATED*

1. Mohammed Asmat Khan: *"Trellis-coded, residual vector quantization,"* May 1999 (co-advised with Mark J.T. Smith, currently at COMSATS Institute of Information Technology, Islamabad, Pakistan).

2. Kofi Anim Appiah: *"Interleaved concatenated coding for constrained channels,"* December 2000 (joined Texas Instruments, Dallas, TX).

3. Ravi Sivsankaran: *"Sequential decoding of recursive systematic convolutional codes,"* December 2000 (currently at Mayflower Communications, Bedford, MA**)**.

4. Suparna Datta: *"Results on coding for M-ary constrained channels,"* December 2000 (joined as Visiting Assistant Professor Northeastern University, Boston, MA).

5. Laura McPheters: *"Turbo coding for partial response channels,"* April 2001 (joined as Assistant Professor at Northern Illinois University).

6. Cenk Argon: *"Turbo product codes with applications to data storage and optical communications,"* December 2002 (joined Seagate Technology, Bloomington, MN).

7. Pornchai Supnithi: *"M-ary optical data storage,"* December 2002 (currently Associate Professor, Department of Telecommunication Engineering, King Mongkut's Institute of Technology, Bangkok, Thailand).

8. Andrew Thangaraj: *"Iterative coding for optical fiber and data storage,"* August 2003 (currently Associate Professor at India Institute of Technology-Madras).

9. Jeongseok Ha: *"Punctured LDPC codes,"* December 2003 (currently Associate Professor at Korea Advanced Institute of Technology (KAIST), Daejeon, Korea).

10. Estuardo Licona: *"Coding and capacity for $M$-ary optical recording systems,"* May 2004 (joined Marvell Semicondutor, Fremont, CA).

11. Aravind Nayak: *"Timing recovery for turbo-coded systems,"* August 2004 (co-advised with John Barry, joined Agere Systems, Longmont CO).

12. Majid Fozunbal: *"Coding and information-theoretic aspects of multiple antenna communication systems,"* December 2004 (co-advised with Ron Schafer, joined Hewlett Packard Labs, Palo Alto, CA).

13. Olivier Lambert-Guerreau: *"Multidimensional Quantum Key Distribution with Single Side Pulse and Single Side Band Modulation Multiplexing,"* December 2005 (joined TOTAL, Paris, France).

14. Yogesh Sankarasubramanium: *"New capacity-approaching codes for run-length-limited channels,"* May 2006 (currently at Hewlett Packard Labs, Bangalore, India)

15. Shayan Srinivasa: *"Constrained coding and signal processing for holographic memories,"* May 2006 (currently Assistant Professor, Indian Institute of Science, Bangalore, India).

16. Souvik Dihidar: *"Coding for security and the wiretap channel,"* December 2006 (joined Marvell Semiconductor, Santa Clara, CA).

17. Jaehong Kim: *"LDPC codes for next generation wireless communications,"* December 2006 (joined Samsung Advanced Institute of Technology, Seoul, Korea).

18. Woonhaing Hur: *"Incremental redundancy LDPC codes for hybrid ARQ schemes,"* January 2007 (joined Samsung Electronics, Seoul, Korea).

19. Rajesh Narasimha: *"Information theory and machine learning in networks and automated feature extraction,"*, December 2007 (co-advised with Prof. Chuanyi Ji, joined Texas Instruments, Dallas, Texas).

20. Matthieu Bloch: *"Physical Layer Security,"* May 2008 (joined as Assistant Professor, School of Electrical and Computer Engineering, Georgia Tech-Lorraine).

21. Pierrick Burgain: *"On the control of airport departure times,"* December 2010 (co-advised with Eric Feron, School of Aerospace Engineering).

22. Demijan Klinc: *"On the applications of puncturing in error correction coding,"* May 2011 (joined Apple, Inc.).

23. Arunkumar Subramanian: *"Coding techniques for information-theoretic strong secrecy on wiretap channels,"* December 2011 (joined Link-A-Media, Inc., Fremont, CA).

24. Jiaxi Xiao: *"Information Theoretic Applications in Security and Data Storage,"* May 2012 (joined IntercontinentalExchange Inc., Atlanta, GA).

25. Willie Harrison: *"Physical layer security: practical aspects of channel coding and cryptography,"* August 2012, (joined University of Colorado, Colorado Springs)

26. Elnaz Banan Sadeghian: *"Multidimensional Signal Processing in Patterned Media ,"* December 2016, (co-advised with John Barry, joined Qualcomm.)

- *M.S. STUDENTS GRADUATED*
  1. Demijan Klinc, May 2005.
  2. Tarek Kouman, May 2002.
  3. Sarat Krishnan, May 2003.
  4. Christopher Smith, May 2000.
  5. Jian Luo, May 1996.
  6. Kannnan Panchapakesan, M.S. May 1995.

- *POSTDOCTORAL RESEARCHERS*
  1. Dr. Bane Vasic (1995-1996)
  2. Dr. Toshihiko Morita (2000)
  3. Dr. Jeongseok Ha (2003-2004)
  4. Dr. Sunghwan Kim (2005-2006)
  5. Dr. Hyoungsuk Jeon (2010-2013)

- *M.S. PROJECTS SUPERVISED (all at Rochester Institute of Technology)*
  1. Lee Minich: *"Trellis coded quantization,"* 1996.
  2. Igor Spivak: *"Methods for Signal Presence Detection on the Narrowband HF Channel,"* 1996.
  3. David Arcoraci: *"Real Time Video Compression using Linear Prediction,"* 1996.
  4. Michael Meath: *"Personal Communications Systems,"* 1995.
  5. Alan Baker: *"Wavelet transforms and image coding,"* 1994.
  6. David Hunter: *"Advanced error correcting codes,"* 1994.
  7. Theophilus Ike: *"Cryptography as a secure speech communication approach,"* 1993.
  8. Suleiman Isa Wali: *"The coordinate cryptosystem,"* 1993.
  9. Samuel Adeosun: *"Multiple access communications systems,"* 1993.
  10. Krich Cheosakul: *"Sigma- delta modulation,"* 1993.

11. Mark Abumeri: *"Data communications over HF channels,"* 1994.
12. Wei Wang: *"Noisy Channel Quantization,"* 1993.

- *UNDERGRADUATE RESEARCH PROJECTS (UROP) ADVISED*
  1. Andrew Adams: B.S. May 1994 (Rochester Institute of Technology).
  2. Suarav Agrawal: B.S. May 1995 (Rochester Institute of Technology).
  3. Umar Faruqui: B.S. May 1997.
  4. Kristen Schaeffer: B.S. May 1998.
  5. Sergey Timofeev: B.S. 2003.
  6. John Parish: B.S./M.S. 2007.
  7. David Lindberg: B.S./M.S. 2008.

## *EXTRAMURAL FUNDED RESEARCH*

1. **Planning Grant: an ECE Community Building Organization** (PI: G. Pappas, co-PIs: S. Batalama, S. McLaughlin, W. Sanders, J. Janowiak)
   Funding source: NSF, $100,000                                                      9/1/2016 - 6/1/17
2. **Vision, Branding and Advocacy: A workshop to shape the future of ECE** (PI: McLaughlin, co-PIs: G. Pappas, W. Sanders, J. Janowiak)
   Funding source: NSF, $60,000                                                    12/1/2015 - 3/1/16
3. **MRI: Development of the Robotarium: A Shared, Remote Access Multi-Robot Laboratory** (PI: Egerstedt, co-PIs: Eric Feron, Raheem Beyah, Steve McLaughlin)
   Funding source: NSF, $1,500,000                                                    9/1/2015 - 9/1/18
4. **Synchronization and Detection for Two-Dimensional Magnetic Recording** (co-PI with John Barry)
   Funding source: Advanced Storage Technology Consortium, $350,000        9/1/2011 - 9/30/15
5. **Georgia Research Alliance Phase 2: Whisper Communications (awarded to GT)**
   Funding source: Georgia Research Alliance, $95,000                             12/31/10 - 9/30/11
6. **SBIR Phase 1: Wireless Security (awarded to Whisper Communications)**
   Funding source: National Science Foundation, $150,000                           7/1/10 - 1/31/11
7. **Georgia Research Alliance Phase 1: Whisper Communications (awarded to GT)**
   Funding source: Georgia Research Alliance, $49,000                              5/1/09 - 12/31/10
8. **Georgia Research Alliance Phase 0: Whisper Communications (awarded to GT)**
   Funding source: Georgia Research Alliance, $8,000                                1/1/09 - 5/1/09
9. **Secure Communications for the Wiretap Channel**
   Funding source: ETRI Korea, $140,000                                             9/1/08 - 9/1/10
10. **Franco-American Doctoral Network Planning Grant,** (co-PI with M. Scott, Univ. of Florida and M. Loots UIUC)
    Funding source: National Science Foundation, $20,000                            9/1/07 - 9/1/08
11. **Georgia Tech/University of Science and Technology-Lille (France)**
    Funding source: Franco-American Council on Educational Services, $150,000   9/1/07 - 12/31/09
12. **High speed secure quantum networks (HQNet)** (co-PI with Prof. Paul Voss, collaboration with eight researchers at 3 universities, 2 companies)
    Funding source: Agence Nationale de la Recherche, $1,240,000                  1/1/07 - 12/31/09
13. **Thales Research and Technology** (Served as Institute's PI, funds went to six faculty)
    Funding source: Thales Research and Technology, $650,000                      9/1/06 - 10/1/07
14. **Physical Layer Security - Quantum and Classical Techniques**
    Funding source: CNRS (Unite Mixte Internationale), $120,000                   1/1/07 - 1/1/09
15. **Physical Layer Security - Information Theoretic Security in Wireless Systems and More**
    Funding source: NSF, $240,000                                                 10/1/06 - 10/1/09
16. **Reliable and Secure Distributed Storage Systems**
    Funding source: Seagate Research, $306,000                                     3/1/07 - 3/1/11
17. **M-ary methods in holographic storage** (Co-PI with A. Adibi)
    Funding source: AFOSR, $361,000                                               5/1/05 - 5/1/08

6

18. **Secure communications with quantum techniques** (co-PI with A. Thangaraj (IIT-Madras) and J. Merolla (CNRS) )
    Funding source: Foreign Ministries of France and India, $175,000                     1/05-1/07

19. **Coding and signal processing for next generation recording systems** (co-PI with John Barry)
    Funding source: NSF, $375,000                                                        9/04-9/07

20. **Channel design for MEMs-based probe storage**
    Funding source: Seagate Technology, $143,000                                         9/03-9/05

21. **Advanced coding in next generation wireless systems**
    Funding source: Samsung Advanced Institute of Technology, $480,000                   1/03-1/07

22. **Georgia Tech / Texas Instruments Leadership University Research in DSP** (led by J. McClellan)
    Funding source: Texas Instruments, $120,000 (SWMcL portion)                          4/02-4/07

23. **Multi-antenna, coded wireless systems,** (Co-PI with G. Stuber, J. Barry, J. Li, M. Ingram)
    Funding source: NSF ITR, $1,800,000                                                  10/1/01-10/1/04

24. **Ultra high density holographic storage,** (Co-PI with A. Adibi and F. Fekri)
    Funding source: AFOSR, Amount: $540,000                                              10/1/01-10/1/04

25. **Iterative codes for optical networks.**
    Funding source: CIENA Corporation, $77,000                                           3/1/01-4/1/02

26. **Low density codes for hard drives.**
    Funding source: Fujitsu Laboratories, $148,000                                       4/1/01 - 9/1/03

27. **Signal processing considerations for perpendicular recording,** (Co-PI with J. Barry)
    Funding source: Seagate Technologies, $105,000                                       7/1/00-7/1/03

28. **Hardware implementation of iterative methods for magnetic recording channels.**
    Funding source: Seagate Technologies, $169,000                                       7/1/00-7/1/03

29. **Low density coding methods for magnetic recording.**
    Funding source: Texas Instruments, $50,000                                           3/1/00-3/1/02

30. **Error control codes: from theory to commercialization,** (Co-PI with F. Fekri, R. Mersereau, R. Shafer)
    Funding source: Cutting Edge Research Grant, $100,000                                7/1/99-7/1/00

31. **Turbo coding and timing recovery for high density digital magnetic recording**
    Funding source: Information Storage Industries Consortium (INSIC), $225,000          9/1/99-7/1/05

32. **Fundamental limits and coding for M-ary recording channels**
    Funding source: NSF- CAREER/PECASE, $500,000                                         10/1/97-7/1/02

33. **Modulation Encoding for M-ary PDM and Phase-Change Recording**
    Funding source: NIST/Calimetrics, $328,000                                           10/1/97-9/1/01

34. **Source-channel coding for low-rate speech coding**
    Funding source: General Electric, Corporate Research and Development, $29,579        10/1/96-10/1/97

35. **Coding for Nonbinary Recording Channels**
    Funding source: NSF GOALI, $85,551                                                   9/1/95-12/31/96

36. **Advanced Coding and Signal Processing for High Density Optical Recording**
    Funding source: Optex Communications Corp. $103,550                                  6/1/95-7/31/96

37. **Vector Quantization for Noisy Channels**
    Funding source: NSF, Research Initiation Award. $116,291                             6/1/93-12/31/96

38. **Image Compression in a Tactical Environment** (Co-PI with M. Raghuveer, H. Rhody)
    Funding source: Harris/RF Communications, $129,284                                   6/1/95-7/31/96

39. **Lossless Compression of High Fidelity Audio**
    Funding source: NSF, Research Experiences for Undergraduates. $45,000                6/1/93-12/31/96

40. **M-ary Coded Modulation for the High Density Optical Recording Channel**
    Funding source: NIST/Optex Communications. $82,448                                   3/1/93-6/1/94

<u>*SERVICE ACTIVITIES*</u>

- **External evaluator:**

  - -National Science Foundation, Office of Int'l Science and Engineering, (Committee of Visitors, March 2018)
  - -National Science Foundation, Office of Int'l Science and Engineering, (Chair, Committee of Visitors, March 2015)
  - -School of Engineering, Washington University in St. Louis (Chair, March 2016)
  - -Dept. of Electrical Engineering, SUNY Buffalo (Chair, November 2015)
  - -International Program Strategy, Case Western Reserve University, (September 2010)
  - -International Program Strategy, The Ohio State University, (May 2009)
  - -International Program Strategy, Emory University, (Chair, May 2009)

- **Institute of Electrical and Electronics Engineers (IEEE):**

  - **IEEE Information Theory Society:** *President (2005), First Vice President* (2004), *Second Vice President* (2003), *Junior Past President* (2004), *Senior Past President* (2007), *Board of Governors*, (1999-2007), *Committee Chair, Electronic Products* (1999-2005), *Committee Chair, 50th Anniversary Cumulative Index,* (1997-1998), *Committee Member, Transactions Policy Review Committee,* (1997-2003), *Publications Committee, (2001-2007), Awards Committee (Chair), (2006-2008),Nominations Committee, (2004-2007).*

  - **Associate Editor:** *IEEE Transactions on Information Theory,* 2006-2008.

  - **Publications Editor:** *IEEE Transactions on Information Theory,* 1995-1999.

  - **Information Theory Society Digital Library:** Responsible for creating a digital library that includes every paper written in the Transaction since its inception (10,000 papers, 50,000 pages). This digital library inspired the IEEExplore electronic product, now accounting for an income of more than $10M per year for IEEE.

  - **IEEE Publications Activities Board, Member at Large** 1998-2001, Member of board that defined publication budget, programs, and policy for IEEE

  - **Secretary, Atlanta Section, 2000-2001.**

  - **Conference Co-Chair:** *SPIE Conference on Signal Processing and Coding for Information Storage,* at Photonics East 95, Philadelphia,PA October 1995. *IEEE Information Theory Workshop,* Porto, Portugal, 2008. *IEEE ICNC, PHY Security Workshop,* Doha, Qatar, 2016.

  - **Technical Program Chair:** *IEEE Communication Theory Workshop,* May 2002, *IEEE International Conference on Communications, Communications Theory Symposium,* May 2003.

  - **Technical Program Committees ad Session Chair (more than 50)**

  - **Publications Chair:** *2002 Wireless Personal and Mobile Communications Conference,* Maui, HI September 2002, *1998 International Conference on Communications,* Atlanta, GA May 1998.

- **Panel Member:** National Science Foundation, CISE Directorate, Communications Research Program, April 1996, May 1997, April 1998, November 1999, October 2000, May 2001, January 2002, November 2003, April 2005, October 2009, January 2011, April 2014.

- **Panel Member:** National Science Foundation, SBIR, April 2001 February 2002, March 2004, March 2005, September 2005, March 2006. September 2009.

- **Institute and Department Service:**

  Member, 5-year Evaluation Committee of Dean Nelson Baker - (2017)

  Co-Chair, Search Committee - Chair of Dept. of Biomedical Engineering at GT/Emory (2016)

  Co-Chair, CODA Building Shepherds Group (2015-present)

  Co-Chair, Corporate Innovation Center Task Force (2015-2016)

  Member, Georgia Tech Arts Council (2016-present)

  Member, GTRI Director Search Committee (2015)

Chair, Investigative Committee, Faculty Plagiarism (2014)

Co-Chair - Chartered Institute Subcommittee on Open Access (2012-13)

Member, Provost Search Committee (2010)

Member, College of Engineering Dean Search Committee (2011)

Co-Chair, Institute Strategic Planning Committee, co-lead Global Engagement (2009-2010)

Co-Chair, GT Lorraine Strategic Planning Committee (2005)

Director of Assessment Search Committee (2006)

Institute Student Activities Committee (2001-2003)

Steering Committee - Georgia Tech Quantum Institute (2007)

Advisory Board Chair, Georgia Tech Center for International Business Education and Research (College of Management) (2007-present)

Co-Chair, Advisory Board, The Logistics Institute Asia Pacific (Georgia Tech/National University of Singapore Institute)

Co-Chair, Advisory Board, Georgia Tech/Jilin University Mathematics Institute

ECE Reappointment, Promotion and Tenure Committee

ECE Strategic Planning Committee

ECE Faculty Recruiting Committee

ECE Graduate Committee

ECE Undergraduate Curriculum Committee

ECE Student/Faculty Committee

ECE Undergraduate Research Opportunities Program Faculty Advisor

- **Memberships:** Eta Kappa Nu, Tau Beta Pi, IEEE (Fellow), Information Theory Society, Communications Society, Optical Society of America, American Society of Engineering Education, Association of International Education Administrators (AIEA).

### *EDITED BOOKS*

S. Verdu and S.W. McLaughlin, *Information Theory: 50 Years of Discovery,* John Wiley/ IEEE Press, July 1999.

M.R. Raghuveer, S.A. Dianat, S.W. McLaughlin, M. Hassner, *Coding and Signal Processing for Information Storage,* SPIE, October 1995.

### *BOOK CHAPTERS* (* denotes student advisee at time of publication)

C. Argon* and S.W. McLaughlin, "Turbo Product Codes for Optical CDMA," *Wiley Encyclopedia of Telecommunications*, 2005.

C. Argon* and S.W. McLaughlin, "Turbo codes for fiber optic communications," *Turbo Code Applications: a journey from a paper to realizations,* Springer-Verlag, 2006.

A. Nayak*, J. Barry, and S. W. McLaughlin, "Cramer-Rao bound for timing recovery on channels with intersymbol interference," *DIMACS Series in Discrete Mathematics and Theoretical Computer Science Volume 6, 2004.*

### *JOURNAL PUBLICATIONS* (* denotes student advisee at time of publication)

1. B. Vasic, M. Khatami, M. Nakamura, Y. Okamoto, Y. Kanai, J. Barry, S. McLaughlin, E. Sadeghian, " A Study of TDMR Signal Processing Opportunities Based on Quasi-Micromagnetic Simulations," *IEEE Transactions on Magnetics*, vol. 15, no. 4,, April 2015.

2. H. Jeon, I.M. Kim, S. McLaughlin, and J. Ha, "Secure Communications with Untrusted Secondary Users in Cognitive Radio Networks," *IEEE Transactions on Wireless Communications*, vol. 13, no. 4, pp. 1790-1805, April 2014.

3. H. Jeon, J. Choi, S. McLaughlin, and J. Ha, "Channel Aware Encryption and Decision Fusion for Wireless Sensor Networks," *IEEE Transactions on Information Forensics and Security*, vol. 8(4), pp. 619-625, March 2013.

4. W. Harrison, M. Bloch, J. Barros, and S. W. McLaughlin, "Coding for Secrecy'," Special Issue: Signal Processing for Cyber-security and Privacy, *IEEE Signal Processing Magazine,* 30(5), pp. 41-50 (2013)

5. D. Klinc*, J. Ha, J. Barros, S. W. McLaughlin, and B.J. Kwak, "LDPC Codes for the Gaussian Wiretap Channel," *IEEE Transactions on Information Forensics and Security*, vol. 6, no. 3,pp. 532-540, September 2011.

6. A. Subramaniam*, M. Bloch, A. Thangaraj, S.W. McLaughlin, "Strong Secrecy on the Binary Erasure Wiretap Channel Using Large-Girth LDPC Codes," *IEEE Transactions on Information Forensics and Security*, vol. 6, no. 3,pp. 585-594, September 2011

7. W. Harrison*, J. Almeida, J. Barros, and S. W. McLaughlin, "Coding and Cryptography: Physical-Layer Security through Stopping Sets," *IEEE Transactions on Information Forensics and Security*, vol. 6, no. 3,pp. 575-584, September 2011.

8. J. Vilela*, M. Bloch, J. Barros, and S. W. McLaughlin, "Wireless secrecy regions with friendly jamming," *IEEE Transactions on Information Forensics and Security*, vol. 6, no. 2, pp. 256-266, June 2011.

9. R. Narasimha, S. Dihidar, C. Ji and S. McLaughlin,"Scalable Diagnosis in IP Networks Using Path-Based Measurement and Inference: A Learning Approach, " *Special Issue on Network Technologies for Emerging Broadband Multimedia Services, Elsevier Journal of Visual Communication and Image Representation*, Vol. 21, No. 2, 175-191, Feb. 2010.

10. R. Narasimha*, H. Ouyang, A. Gray, S.W. McLaughlin, S. Subramaniam, "Automatic joint classification and segmentation of whole cell 3D images," *Pattern Recognition*, vol. 42, no.6, pp. 1067-1079, 2009.

11. S. Srinivasa* and S.W. McLaughlin, "Capacity bounds for two-dimensional asymmetric M-ary $(0, k)$ and $(d, \infty)$ channels," *IEEE Transactions on Communications*, vol. 57, no. 6, pp.1584 - 1587, June 2009.

12. J. Kim*, A. Ramamoorthy, S. W. McLaughlin, "The Design of Efficiently-Encodable Rate-Compatible LDPC Codes," *IEEE Transactions on Communications*, vol. 57, no. 2, pp. 365-375, Feb. 2009.

13. R. Narasimha*, I. Aganj, A. Bennett, M. J. Borgnia, D. Zabransky, G. Sapiro, S.W. McLaughlin, J. L. S. Milne, and S. Subramaniam, "Quantitative evaluation of denoising algorithms for biological electron tomography," *Journal of Structural Biology*, vol. 164, no.1 October 2008.

14. M. Bloch*, R. Narasimha*, and S. W. McLaughlin, "Network Security for Client-Server Architecture using Wiretap Codes," *IEEE Transactions on Forensic and Information Security*, vol. 3, no. 3, pp. 404-413, Sept. 2008.

15. M. Bloch*, J. Barros, M. Rodrigues, S.W. McLaughlin, "Wireless Information Theoretic Security," *IEEE Transactions on Information Theory*, vol. 54, no. 6, pp. 2515-2534 (2008). **Winner of 2011 IEEE ComSoc & Information Theory Society Joint Paper Award.**

16. M. Bloch*, N. J. Cerf, T. Debuisschert, E. Diamanti, S. Fossier, R. Garcia-Patron, P. Grangier, E. Karpov, J. Lodewyck, S. McLaughlin, and R, Tualle-Brouri, "Quantum key distribution over 25 km with an all-fiber continuous variables system," (Vol.76, No.4):*Physical Review Letters - B.*

17. J. Ha, J. Kwon, D. Klinc*, and S. M. McLaughlin, "A Layered BP Decoding for Punctured LDPC Codes," *IEEE Communications Letters*, vol. 11, no. 5, pp. 440-442, May 2007.

18. A. Thangaraj, S. Dihidar*, A.R. Calderbank, S. W. McLaughlin, J.-M. Merolla, "Applications of LDPC Codes to the Wiretap Channel," *IEEE Transactions on Information Theory*, vol. 53, no. 8, pp. 2933-2945, August 2007.

19. M. Bloch*, F. Patois, J-M Merolla, S. W. McLaughlin, "Efficient Frequency Coded Quantum Key Distribution," *Optics Letters*, Vol. 32 issue 3, February 2007

20. S. G. Srinivasa*, P. Lee, and S. W. McLaughlin, "Post-error correcting code modeling of burst channels using hidden Markov models with applications to magnetic recording," *IEEE Transactions on Magnetics*, vol. 43, no. 2, pp. 572-579, February 2007.

21. Y. Sankarasubrmanium* and S. W. McLaughlin, "Fixed-rate maximum runlength limited codes from variable rate bit stiffing," *IEEE Transactions on Information Theory*, vol 53, no. 8, pp 2769-2790.

22. A. Nayak*, J. Barry, and S.W. McLaughlin, "Optimal preamble placement for frequency tracking - a Cramer-Rao bound approach," *IEEE Transactions on Magnetics*, vol. 42, no. 6, pp. 1730-1742, June 2006.

23. O. L. Guerreau*, F. J. Malassenet, and S. W. McLaughlin, "Enhanced throughput for QKD: A multiplexed approach," *IEEE Journal of Selected Topics in Quantum Electronics*, vol. 12, no. 4, July-Aug. 2006 pp. 914 - 917.

24. F. Fekri, R. Mersereau, S.W. McLaughlin, and R. Schafer, "Block error correcting codes using finite field wavelet transforms," *IEEE Transactions on Signal Processing*, vol. 54, no. 3, March 2006, pp. 991 - 1004, April 2006.

25. J. Ha, J. Kim*, D. Klinc*, and S. W. McLaughlin, "Rate-compatible punctured low-density parity-check codes with short block lengths," *IEEE Transactions on Information Theory*, vol. 52, no. 2, pp. 728-738, February 2006.

26. A. Nayak*, J. Barry, G. Feyh, and S.W. McLaughlin, "Timing recovery with frequency offset and random walk: Cramer-Rao bound and maximum a posteriori timing recovery," *IEEE Transactions on Communications*, vol. 54, no. 10, pp.1896 - 1896, Oct. 2006.

27. Y. Sankarasubrmanium* and S.W. McLaughlin, "Two Capacity Achieving Code Constructions for the $(d, k)$ Constraint," *IEEE Transactions on Information Theory*, vol. 52, no. 7, pp. 3333 - 3343, July 2006.

28. S. Babvey*, A. G. Bourgeois, J. A. Fernndez-Zepeda, and S. W. McLaughlin, "Scalable and Efficient Implementations of the LDPC Decoder Using Reconfigurable Models," *International Journal of Foundations of Computer Science*, vol. 17, no. 2, (2006), pp. 303-322.

29. M. Fozunbal*, S. W. McLaughlin and R. Schafer, "On Capacity Analysis of with Receiver Side Information, Part 1: Continuous Alphabet Channels," *IEEE Transactions on Information Theory*, vol. 51, no. 9, pp. 3075-3086, September 2005.

30. M. Fozunbal*, S.W. McLaughlin and R. Schafer, "On Capacity Analysis of with Receiver Side Information, Part II: Multiple Antenna Channels," *IEEE Transactions on Information Theory*. Vol. 51, Issue 9, pp. 3086 - 3101, September 2005.

31. O. Guerreau*, F. Malassenet, S.W. McLaughlin, J.-M. Merolla, "Quantum Key distribution without a single photon source via a strong reference," *IEEE Photonics Technology Letters*, vol. 18, no. 8, pp. 1755-1757, August 2005.

32. S. Babvey* and S. W. McLaughlin, "On LDPC Codes Satisfying the $(0, k)$ RLL Constraint," *IEEE Transactions on Magnetics*, vol. 41, no. 10, pp. 2953-2955, October 2005.

33. M. Fozunbal*, S.W. McLaughlin and R. Schafer, "On space-time-frequency coding over MIMO-OFDM systems," *IEEE Transactions on Wireless*, vol. 4, no. 1, pp. 320-331, January 2005.

34. G. Stuber, J. Barry, S.W. McLaughlin, G. Li, M. Ingram, T. Pratt "Broadband MIMO-OFDM Wireless," *IEEE Proceedings*, vol. 92, no. 2, pp. 271-294, February 2004.

35. M. Fozunbal*, J. Landsberg, S.W. McLaughlin and R. Schafer, "Design criterion for time and spatially correlated MIMO channels," *IEEE Transactions on Information Theory*, vol. 50, no. 9, pp. 1910-1926, September 2004.

36. P. Supnithi*, R. Lopes, S. W. McLaughlin, "Reduced-complexity turbo equalization for high density magnetic recording systems," *IEEE Transactions on Magnetics*, vol. 39, no. 5, pp. 2585-2587, September 2003.

37. S.W. McLaughlin, "Optical recording and advanced signal processing," *IEEE Signal Processing Magazine*, Special Issue on Signal Processing for Digital Recording, vol. 15, no. 4, pp.83-94, July 1998.

38. J. Barry, A. Kavcic, S. McLaughlin, A. Nayak*, "Iterative timing recovery," *IEEE Signal Processing Magazine,* vol. 21, no. 1, pp. 89-102, January 2004.

39. M. Fozunbal*, S.W. McLaughlin and R. Schafer, "On performance limits of space-time codes: a sphere-packing bound approach," *IEEE Transactions on Information Theory*, vol. 49, no. 10, pp. 2681-2687, October 2003.

40. C. Argon*, K. Patel, S.W. McLaughlin, and S. Ralph "Exploiting diversity in multimode fiber communications links via multisegment detectors and equalization," *IEEE Communications Letters*, vol. 7, no. 8, pp. 400-402, August 2003.

41. J. Ha* and S. W. McLaughlin, "Low density parity check codes over Gaussian channels with erasures," *IEEE Transactions on Information Theory* vol. 49 , no. 7, pp. 1801-1809, July 2003.

42. J. Ha*, J. Kim*, and S. W. McLaughlin, "Rate compatible puncturing of LDPC codes for AWGN channels," *IEEE Transactions on Information Theory*, vol. 50, no. 11, pp. 2824-2836, November 2004.

43. A. Nayak*, J. Barry and S.W. McLaughlin, "Joint timing recovery and turbo equalization for coded partial response channels", *IEEE Transactions on Magnetics* vol. 38 no. 5, pp. 2295 -2297,Sep 2002.

44. P. Kovintewat*, I. Ozgunes, E. Kurtas, J. Barry and S. W. McLaughlin, "Generalized PR targets for perpendicular recording with jitter noise," *IEEE Transactions on Magnetics* vol. 38 no. 5 , pp. 2340 -2342, September 2002.

45. A. Thangaraj* and S. W. McLaughlin, "Thresholds and scheduling for LDPC-coded partial response channels," *IEEE Transactions on Magnetics*, vol. 38 no. 5 , pp. 2307 -2309, September 2002.

46. J. Ha*, A. Mody, J. Soon, J. Barry, S. W. McLaughlin, G. Stuber, "LDPC coded OFDM with Alamuti/SVD diversity technique," *Wireless Personal Communications*, vol. 23, pp. 183-194.

47. C. Argon* and S. W. McLaughlin, "Parallel, low-latency decoding of turbo product codes," *IEEE Communication Letters*, vol. 6, no. 2, pp.70-72, Feb. 2002.

48. C. Argon* and S.W. McLaughlin, "Turbo product code for optical CDMA systems," *IEEE Journal on Lightwave Technology*, vol. 20, no.9, pp. 1653-1663, September 2002.

49. C. Argon* and S.W. McLaughlin, "Efficient decoding of turbo product codes,", *IEEE Transactions on Communications*, vol. 52, no. 6, pp. 896-898, June 2004.

50. L. McPheters* and S. W. McLaughlin, "Turbo coded, RLL constrained optical recording channels with DVD mark size," *IEEE Transactions on Magnetics*, vol. 38, no.1, pp. 298-302, January 2002.

51. A. Thangaraj* and S.W. McLaughlin, "Quantum codes from $q$-ary images of self-dual cyclic codes," *IEEE Transactions on Information Theory*, vol. 47, no. 3, pp. 1176-1177, April 2001.

52. K. Anim-Appiah* and S.W. McLaughlin, "Turbo codes cascaded with high-rate block codes for $(0, k)$ constrained channels," *IEEE Journal on Selected Areas of Communication*, vol. 19, no. 4, pp. 677-685, April 2001.

53. H. Sung, Y. Yuan, B.V.K. Kumar, E. Kurtas, L. McPheters* and S. W. McLaughlin, "Performance of Iterative (Turbo) decoding for PR equalized optical storage channels," *IEEE Journal on Selected Areas of Communication*, vol. 19, no. 4, pp. 774-782, April 2001.

54. F. Fekri*, S. W.McLaughlin, R. Mersereau, and R. Schafer, "Double circulant self-dual codes using finite field wavelet transforms," *Springer Verlag Lecture Notes on Computer Science*, Fossorier, Imai, Lin and Poli Eds, November 1999.

55. R. Sivasankaran*, S. W. McLaughlin, and L. McPheters, "Sequential decoding of turbo codes for partial response magnetic recording channels," *IEEE Transactions on Magnetics*, vol. 36, no.5, pp. 2179-2183, September 2000.

56. R. Sivasankaran* and S. W. McLaughlin, "Dual stack decoding of recursive convolutional codes," *IEEE Transactions on Communications*, vol. 49, no. 7, pp. 1158-1167, July 2001.

57. S. Datta* and S.W. McLaughlin, "Optimal block codes for M-ary runlength limited channels," *IEEE Transactions on Information Theory*, vol. 47, no. 5, pp. 2069-2078, July 2001.

58. M. Khan*, M. Smith, and S. W. McLaughlin, "Trellis coded multistage vector quantization," *IEEE Transactions on Communications*, vol. 49, no.6, pp. 937-942, June 2001.

59. M. Khan*, M. Smith and S. W. McLaughlin, "Conditional entropy constrained trellis coded rediual vector quantization," *IEEE Signal Processing Letters*, vol. 7, no. 3, pp.49-52, March 2000.

60. L. McPheters*, K. Narayanan*, and S.W. McLaughlin, "Precoded PRML,serial concatenation and iterative (turbo) decoding," *IEEE Transactions on Magnetics*, vol. 35, no. 5, pp. 2325-2328, September 1999.

61. S. Datta* and S.W. McLaughlin, "An enumerative method for runlength limited codes: permutation codes," *IEEE Transactions on Information Theory*, vol. 45, no. 6, pp. 2199-2204, September 1999.

62. S.W. McLaughlin*, P. Lee, R. Cloke, and B.Vasic, "Capacity,power spectral density and codes for the one-pairs constraint," *IEEE Transactions on Magnetics*, vol. 35, no. 3, pp. 2080-2086, May 1999.

63. A.R. Calderbank, R. Laroia, and S.W. McLaughlin, "Partial response codes for electron trapping optical memories," *IEEE Transactions on Communications*, vol. 46, no. 8, pp. 1011-1029, August 1998.

64. O. Milenkovic, B.V. Vasic, and S.W. McLaughlin, "Power spectral density of multitrack (0,G/I) codes," *Electronics Letters*, vol. 33, no. 9, pp. 784-786 (1997).

65. B.V. Vasic, S.W. McLaughlin and O. Milenkovic, "Channel capacity of $M$-ary redundant multitrack runlength limited codes," *IEEE Transactions on Information Theory*, vol. 44, no. 2, pp. 766-775, March 1998.

66. S.W. McLaughlin, "Five runlength-limited codes for $M$- ary recording channels," *IEEE Transactions on Magnetics*, vol.33, no. 3, pp. 2442-2450, May 1997.

67. B.V. Vasic, O. Milenkovic, and S.W. McLaughlin, "Scrambling and nonequiprobable signaling," *Electronics Letters*, vol. 32, no. 17, pp. 1551-1552.

68. S.W. McLaughlin, "The construction of $M$-ary $(d,\infty)$ codes that achieve capacity and have the fewest number of encoder states," *IEEE Transactions on Information Theory*, vol. 43, no.2, pp. 699-703, March 1997.

69. S.W. McLaughlin and A. Khayrallah, "Shaping codes constructed from cost constrained graphs," *IEEE Transactions on Information Theory*, vol. 43, no. 2, pp. 692-699, March 1997.

70. S.W. McLaughlin, D.L. Neuhoff and J.J. Ashley, "Optimal binary index assignments for a class of equiprobable scalar and vector quantizers," *IEEE Transactions on Information Theory*, vol. 41, no. 6, pp.2031-2037, November 1995.

71. S.W. McLaughlin, J. Luo, and Q. Xie, "On the capacity of $M$-ary run-length limited codes," *IEEE Transactions on Information Theory*, vol. 41, no. 5, pp. 1508-1512, September 1995.

72. S.W. McLaughlin, "Improved distance M-ary (d,k) codes for high density recording," *IEEE Transactions on Magnetics,* vol.MAG-31, no.2, pp. 1155-1160, March 1995.

73. S.W. McLaughlin and D.L. Neuhoff, "Source-channel coding of analog data for digital magnetic recording," *IEEE Transactions on Magnetics*,vol. 30, no.1, pp. 128-145, January 1994.

74. S.W. McLaughlin and D.L. Neuhoff, "Upper bounds to capacity of the magnetic recording channel," *IEEE Transactions on Magnetics,* vol. 29, no.1, pp. 59-67, January 1993.

_CONFERENCE PUBLICATIONS (REFEREED)_ (* denotes student advisee at time of publication)

75. J. Zou*, F. Fekri and S. McLaughlin, "Mining Streaming Tweets for Real-Time Event Credibility Prediction in Twitter," to appear *2015 IEEE/ACM International Conference on Advances in Social Networks Analysis and Mining*, 2015

76. B. Vasic, M. Khatami, Y. Nakamura, Y.Okamoto, Y. Kanai, J. Barry, S. McLaughlin, E. Sadeghian*, "A Study of TDMR Signal Processing Opportunities Based on Quasi-Micromagnetic Simulations," *IEEE Magnetic Recording Conference (TMRC)*, 2014.

77. H. Jeon, I.M. Kim, S. McLaughlin, J. Ha, "Secure Communications with Untrusted Secondary Users in Cognitive Radio Networks," *IEEE Globecom*, Anaheim, CA, pp. 1072-1078, Dec. 2012.

78. W. Harrison* and S. W. McLaughlin, "Combining Wiretap Codes with the Simple Substitution Cipher," *IEEE Information Theory Workshop,* Lausanne, Sept 2012,

79. W. Harrison* and S. W. McLaughlin, "Equivocations for the simple substitution cipher with erasure-prone ciphertext," *IEEE Information Theory Workshop,* Lausanne, Sept 2012,

80. W. Harrison*, J. Almeida, D. Klinc , S. W. McLaughlin, and J. Barros, "Physical-Layer Security over Correlated Erasure Channels," *IEEE International Conference on Communications,* May 2012.

81. H. Jeon, J. Ha, and S. McLaughlin, "Channel Aware Encryption and Decision Fusion for Wireless Sensor Networks, " *IEEE Intl. Workshop on Information Forensics and Security*, December 2011

82. H. Jeon, J. Ha, and S. McLaughlin, "Cooperative secure transmission for distributed detection in wireless sensor networks, " *IEEE 54th International Midwest Symposium on Circuits and Systems*, August 2011, Seoul, pp1-4.

83. S. W. McLaughlin, "Coding for the wiretap channel," *International Conference on Communications, Workshop on Physical Layer Security*, Kyoto, June 2011 (Invited Plenary) .

84. J. Xiao*, X. Ma and S. W. McLaughlin, "Code design for the Gaussian wiretap channel," *Conference on Information Sciences and Systems*, March 2011.

85. A. Suresh, A. Subramanian*, A. Thangaraj, M. Bloch and S. McLaughlin, "Coding for Strong and Weak Security in Wiretap Channel," (invited) *2010 International Turbo Coding Symposium*, Brest, France, October 2010.

86. A. Suresh, A. Subramanian*, A. Thangaraj, M. Bloch and S. McLaughlin, "Strong Secrecy for Erasure Wiretap Channels," *IEEE Information Theory Workshop,* August 2010.

87. W. Harrison*, J. Almeida, D. Klinc , S. W. McLaughlin, and J. Barros, "Stopping Sets for Physical-Layer Security," *IEEE Information Theory Workshop,* August 2010.

88. J. Xiao*, X. Ma and S. W. McLaughlin , "Random Complex Field Code Design for Security over Wiretap Channels," *IEEE Communication Theory Workshop*, May 2010.

89. J. Vilela*, M. Bloch*, J. Barros, and S. W. McLaughlin, "Friendly Jamming for Wireless Secrecy," *IEEE International Conference on Communications*, May 2010.

90. J. Xiao*, X. Ma and S. W. McLaughlin, "Quantifying Post-Detection Mutual Information of MIMO Systems," *ICASSP*, May 2010.

91. S. Babvey*, S. W. McLaughlin, A. Preethy, "Enumerative Coding for Energy and Delay Reduction in Deep Sub-Micron Buses," *IEEE International Conference on Computer Design* , October 2009, Lake Tahoe.

92. D. Klinc*, J Barros, B.J. Kwak, and S. W. McLaughlin, "LDPC codes for Physical Layer Security," *IEEE Globecom*, November 2009.

93. W. Harrison* and S. W. McLaughlin, "EXIT Charts Applied to Tandem Coding and Cryptography in a Wiretap Scenario," *IEEE International Workshop on Information Theory*, Taromina, October 2009.

94. D. Klinc* and S. W. McLaughlin, "Density evolution - based performance of LPDC codes on the Gaussian wiretap channel," *IEEE International Workshop on Information Theory*, Taromina, October 2009.

95. W. Harrison* and S. W. McLaughlin, "Tandem coding and crypto on wiretap channels: EXIT chart analysis," *IEEE International Symposium on Information Theory*, Seoul, July 2009.

96. B.-J. Kwak, N.-O. Song, B.-S. Park, D. Klinc*, D. S. Kwon, and S. W. McLaughlin , "Physical Layer Security with Yarg Code," *Conference on Information Sciences and Systems*, Princeton, March 2009.

97. J. Xiao*, A. Karabaschi, A. Adibi, S. W. McLaughlin, "Multilevel Coding and Multistage Decoding for M-ary Two-Dimensional ISI Channels," *Conference on Information Sciences and Systems*, March 2009.

98. W. Harrison*, S. W. McLaughlin, "Physical-Layer Security: Combining Error Control Coding and Cryptography," *International Conference of Communications, Communications Theory Workshop*, June 2009.

99. D. Klinc*, S. W. McLaughlin "Optimized Puncturing and ShorteningDistributions for Nonbinary LDPC Codes over the Binary Erasure Channel," *Allerton Conference of Communications, Control and Computers,* October 2008.

100. S. Babvey*, S. W. McLaughlin, A. Preethy, "Enumerative Coding for Energy and Delay Reduction in Deep Sub-Micron Buses," *11th EUROMICRO Conference on Digital System Design*, September 3-5, 2008, Parma, Italy.

101. D. Klinc*, J. Ha, S. W. McLaughlin, "Punctured LDPC codes over GF($q$)," *IEEE International Symposium Turbo Coding*, Lausanne, September 2008.

102. R. Narasimha*, H. Ouyang, A. Gray, S.W. McLaughlin, and S. Subramaniam "Automatic mining of whole cell tomograms for cancer detection," *SIAM Conference of Data Mining,* October 2007.

103. M. Bloch*, R. Narasimha* and S. W. McLaughlin, "Client-Server Architecture Design based on Wiretap Codes," *IEEE International Zurich Conference,* Zurich, May 2008.

104. R. Narasimha*, S. W. McLaughlin, A. Gray, D. Zabransky, and S.Subramaniam, "Automatic Segmentation of Mitochondria in MNT-1 Cells for Cancer Detection using Learning," *IEEE Conf. on Acoustics, Speech and Signal Processing,* May 2008.

105. M. Bloch*, J. Barros, S. McLaughlin, "Practical Information-Theoretic Bit Commitment," *2007 Allerton Conference on Communciations, Control and Computers*, Monticello , IL, October 2007.

106. R. Narasimha*, A. Bennett, D. Zabransky, R. Sougrat, S. McLaughlin, and S. Subramaniam, "Gigabytes to Bytes: Automated de-noising and feature extraction as applied to the analysis of HIV architecture and variability using electron tomography," *IEEE Conference on Acoustics, Speech and Signal Processing,* June 2007.

107. R. Narasimha*, C. Ji, S. Dihidar*, and S. McLaughlin, "Scalable Fault Diagnosis in IP Networks using Graphical Models: A Variational Inference Approach," *IEEE International Conference on Communications*, June 2007.

108. J. Ha*, J. Kwon, D. Klinc and S. McLaughlin, "Fast Decoding of Punctured LDPC Codes," *IEEE International Symposium on Information Theory*, Nice, July 2007.

109. S. Kaimalettu, A. Thangaraj, M. Bloch*, S. McLaughlin "Constellation Shaping with LDPC codes," *IEEE International Symposium on Information Theory*, Nice, June 2007.

110. M. Bloch*, J. Barros, M. Rodrigues, S. McLaughlin, "Physical-Layer Security for Wireless Systems: Theory and Practice," *Workshop on Information Theory and Its Applications* San Diego, February 2007.

111. R. Narasimha*, I. Aganj, M. Borgnia, G. Sapiro, S. W. McLaughlin, J. Milne and S. Subramaniam "From Gigabytes to Bytes: Automated Denoising and feature Identification in Electron Tomograms of Intact Bacterial Cells," *Fourth IEEE International Symposium on Biomedical Imaging*, 2007.

112. S. Kaimalettu*, A. Thangaraj, S. W. McLaughlin, "Constellation Shaping using Codes with a Tree Tanner Graph," *National Conference on Communications*, Chennai, February 2007.

113. M. Bloch*, J. Barros, M. Rodrigues, S. W. McLaughlin, "Physical-Layer Security for Wireless Systems: The Case of Imperfect Channel Knowledge," *IEEE Information Theory Workshop*, Chengdu, October 2006.

114. J. Barros*, M. Rodrigues, M. Bloch, S. W. McLaughlin, "Opportunistic secret key agreement on the Gaussian fading channel ," *Allerton Conference on Communication, Control, and Computing*, September 2006.

115. S. G. Srinivasa*, O. Momtahan, A. Karbaschi, S. W. McLaughlin, and A. Adibi, "M-ary, Binary, and Space-Volume Multiplexing Trade-offs for Holographic Channels," *IEEE Globecomm,* San Francisco, December 2006.

116. W. Hur* and S. W. McLaughlin, "An Adaptive Low-Density Parity Check Coded V-BLAST System over Time-Varying MIMO Channels," *International Conference on Wireless Network 2006*.

117. W. Hur* and S. W. McLaughlin, "Throughput performance of Incremental Redundancy LDPC Coded MIMO V-BLAST System," *International Wireless Communication and Mobile Computing Conference 2006.*

118. S.G. Srinivasa* and S. W. McLaughlin, "Capacity lower bounds for two-dimensional M-ary $(0, k)$ and $(d, \infty)$ runlength-limited channels," *IEEE International Symposium on Information Theory,* Seattle, May 2006.

119. J. Kim*, W. Hur*, A. Ramamoorthy, and S. W. McLaughlin, "Design of Rate-Compatible Irregular LDPC Codes for Incremental Redundancy Hybrid ARQ Systems," *IEEE International Symposium on Information Theory,* Seattle, May 2006.

120. Y. Sankarasubramanium*, and S. McLaughlin, "Bit stuffing for $(0, G/I)$ runlength-limited constraints," *IEEE International Symposium on Information Theory,* Seattle, May 2006.

121. W. Hur* and S. McLaughlin, "Incremental Redundancy Low-Density Parity Check Codes for MIMO V-BLAST Systems," *Conference on Information Sciences and Systems,* Princeton 2006.

122. M. Bloch*, A. Thangaraj, and S. W. McLaughlin, "Efficient Reconciliation of Correlated Continuous Random Variables using LDPC Codes," *IEEE International Symposium on Information Theory ,* Seattle 2006.

123. O. L. Guerreau*, F. J. Malassenet, S. W. McLaughlin, and J.-M. Merolla , "Time Domain Single Side Pulse Interference Quantum Key Distribution Scheme," *ERATO conference on Quantum Information Science*, August 2005.

124. J. Kim*, A. Ramamurthy, S. McLaughlin, "Efficient Encoder Design of Rate-Compatible LDPC Codes," *Turbo Code Symposium,* Munich May 2006.

125. M. Bloch*, A. Thangaraj, and S. W. McLaughlin, "Efficient Reconciliation of Correlated Continuous Random Variables using LDPC Codes," *IEEE Information Theory Workshop*, Uruguay 2006.

126. R. Narasimha*, S. Dihidar*, C. Ji and S. McLaughlin, "A Scalable Probing-based Approach for Congestion Detection using Message Passing," *IEEE International Conference on Communications,* Istanbul, May 2006.

127. J. Kim*, A. Ramamurthy, S. McLaughlin, "Linear-time Encodable, Rate-Compatible Punctured Irregular Low-Density Parity-Check Codes," *IEEE International Conf. on Communications,* Istanbul, May 2006.

128. S. G. Srinivasa*, P. Lee, S. W. McLaughlin, "Post-ECC modeling of magnetic recording channels using hidden markov models," *IEEE International Conf. on Communications,* Istanbul, May 2006.

129. S. Dihidar*, A. Thangaraj and S. McLaughlin, "Linear-time decodable codes for the wiretap channel," *Allerton Conference on Communication, Control, and Computing,* Urbana, IL, October, 2005.

130. R. Narasimha*, S. Dihidar*, C. Ji and S. McLaughlin, "A Scalable Approach to Detect End-to-End Congestion using Coding Theory," *Allerton Conference on Communications and Computing*, October 2005.

131. Y. Sankarasubramanium*, and S. McLaughlin, "Fixed-rate maximum runlength-limited codes from variable-rate bit stuffing," *Allerton Conference on Communication, Control, and Computing,* Urbana, IL, October 2005.

132. S. Srinivasa* and S. McLaughlin, " Capacity Bounds and Coding Schemes for Two-Dimensional Asymmetric k-Constrained Runlength-limited Arrays," *Allerton Conference on Communication, Control, and Computing,* Urbana, IL, October 2005.

133. O. L. Guerreau*, S. W. McLaughlin, F. J. Malassenet, and J.-M. Merolla, "Time domain single side pulse interference quantum key distribution scheme" , 2005, pt. 3, p 605-6 vol.3 ," *31st European Conference on Optical Communication,* 2005.

134. S. Babvey*, A. Bourgeois, F. Zepeda, S. W. McLaughlin, "Scalable and Efficient Implementations of the LDPC Decoder Using Reconfigurable Models," *7th Workshop on Advances in Parallel and Distributed Computational Models),* 2005.

135. S. Babvey*, A. Bourgeois, F. Zepeda, S.W. McLaughlin, "A Parallel Implementation of the Message-Passing Decoder of LDPC Codes Using a Reconfigurable Optical Model," *IEEE Sixth International Conference on Software Engineering, Artificial Intelligence, Networking and Parallel/Distributed Computing (SNPD 2005)* .

136. D. Klinc*, J. Ha, J. Kim* and S. W. McLaughlin, "Rate-Compatible Punctured Low-Density Parity-Check Codes for Future Wireless Digital Transmission Systems," *IEEE Globecom 2005,* St. Louis, November 2005.

137. A. Thangaraj, S. Dihidar*, R. Calderbank, S. McLaughlin, J. Merolla, "On capacity achieving codes for the wiretap Channel," Beligum, Netherlands, Luxembourg (Benelux) Workshop on Information Theory, Brussels, May 2005.

138. E. Licona* and S.W. McLaughlin, "An M-ary runlength limited encoding scheme for optical data storage," *2005 Optical Data Storage Conference,* Waikiki, May 2005.

139. A. Thangaraj, S. Dihidar*, R. Calderbank, S. McLaughlin, J. Merolla, "On capacity achieving codes for the wiretap channel," *IEEE International Symposium on Information Theory,* Adelaide, Australia, September, 2005.

140. Y. Sankarasuramanium*, and S. McLaughlin, "A fixed-rate, bit stuffing approach for high efficiency $(0, k)$ constrained codes," *IEEE International Symposium on Information Theory,* Adelaide, Australia, September, 2005.

141. A. Nayak*, J. Barry, and S. McLaughlin, "Training Symbol Placement for Frequency Acquisition on Magnetic Recording Channels," *IEEE International Magnetics Conference,* 2005.

142. S. W. McLaughlin, "M-ary optical data storage," *IEEE International Conference on Acoustics Speech and Signal Processing,* Philidelphia, 2005.

143. M. Bloch*, J.-M. Merolla, S. W. McLaughlin and J.-P. Goedgebuer, "Long distance continuous variable transmission system using sideband detection method", First Russian-French Laser Physics Workshop for Young Scientists (RFLPW-YS), July 2004, St. Petersburg, Russia.

144. A. Nayak*, J. Barry, and S. McLaughlin, "Cramer-Rao bound for timing recovery on channels with intersymbol interference," *DIMACS Series in Discrete Mathematics and Theoretical Computer Science Volume 6, 2004,* February 2005.

145. S. Srinivasa* and S. W. McLaughlin, "Pixel misalignment due to rotation: information loss and signal recovery," *IEEE International Conference on Acoustics Speech and Signal Processing,* Philidelphia, May 2005.

146. S. Babvey*, S. W. McLaughlin, "On LDPC Codes Satisfying the $(0, k)$ RLL Constraint," *IEEE International Magnetics Conference,* Nagoya, Japan, May 2005.

147. S. Babvey*, A. Bourgeois, F. Zepeda, Steven W. McLaughlin, "An Efficient R-Mesh Implementation of LDPC Codes Message-Passing Decoder," *19th IEEE International Parallel and Distributed Processing Symposium* , 2005.

148. J.-M. Merolla, O. L. Guerreau*, A. Thangaraj, S. W. McLaughlin, and F. J. Malassenet, "Practical quantum cryptography system using single sideband scheme and WDM compensation technique," *The International Conference on Solid State Quantum Information processing, SSQIP 03,* Amsterdam (Netherlands), p. 167, Dec. 2003.

17

149. M. Fozunbal*, S. McLaughlin and R. Schafer, "Partial ordering relations for multiple antenna system," *Allerton Conference on Communication, Control, and Computing*, Champaign IL, October, 2004.

150. O. Guerreau*, J. Merolla, F. Malassenet, S. W. McLaughlin, "Long Distance Quantum Key Distribution Protocol Secure against PNS attack," *Quantum Information Processing and Communication Workshop*, Rome, Italy, 2004.

151. S. Srinivasa* and S. W. McLaughlin, "Enumeration Algorithms for Constructing $(d_1, k_1, d_2, k_2)$ Run Length Limited Arrays: Capacity Estimates and Coding Schemes," IEEE Information Theory Workshop, San Antonio, TX, October 2004.

152. O. Guerreau*, J. Merolla, F. Malassenet, S. W. McLaughlin, "Strong Reference Quantum Key Distribution Protocol Secure against the PNS attack," *European Conference on Optical Communications*, Stockholm, October 2004.

153. J. Cussey, M. Bloch*, A. Thangaraj, J.-M. Merolla, and S. W. McLaughlin, "Direct-modulation scheme for free-space quantum cryptography," *European Conference on Optical Communication,*, Stockholm, Sweden, September 2004.

154. Y. Sankarasubramanium*, and S. McLaughlin, "New time-domain approaches to constrained coding," *International Symposium on Information Theory and Its Applications,* Parma, Italy, October 2004.

155. A. Thangaraj, R. Calderbank, S. McLaughlin, J. Merolla, "Codes on graphs for the wiretap channel," *International Symposium on Information Theory and Its Applications,* Parma, Italy, October 2004.

156. M. Fozunbal*, S. McLaughlin, and R. Schafer, "On performance limits of MIMO-OFDM with black fading," *IEEE Wireless Communications and Networking Conference,* Atlanta, March, 2004.

157. P. Ambrose-Lacourt, S. E. Ralph and S. W. McLaughlin, "Coherent optical code-division multiple access with dynamic encoder and decoder," *CLEO 2004,* San Francisco, CA May 2004.

158. K. Balemarthy, K. M. Patel, A. Polley, S. E. Ralph and S. W. McLaughlin, "Equalization via iterative detection in multi-mode fiber optic links," *The 17th Annual Meeting of the IEEE Lasers and Electro-Optics Society*, LEOS 2004. Volume 2, 7-11 Nov. 2004 Page(s):755 - 756.

159. M. Fozunbal*, S. McLaughlin and R. Schafer, "The Uniqueness of the Capacity-Achieving Distribution over Non-Coherent Flat-Fading Channels," *IEEE International Symposium on Information Theory,* Chicago, July, 2004.

160. S. Dihidar*, S. McLaughlin, "Expander codes revisited: AWGN channels," *IEEE International Symposium on Information Theory,* Chicago, July, 2004.

161. Y. Sankarasubramanium* and S. W. McLaughlin, "On capacity equivalences for RLL constraints," *IEEE International Symposium on Information Theory,* Chicago, July, 2004.

162. J. Ha, J. Kim* and S. W. McLaughlin, "Finite length, rate-compatible punctured LDPC codes," *IEEE International Symposium on Information Theory,* Chicago, July, 2004.

163. S. Garani* and S. W. McLaughlin, "Constructive capacity bounds for two dimensional constraints," *Allerton Conference on Communication, Control, and Computing,* October 2003.

164. E. Licona* and S.W. McLaughlin, "Comparison of multilevel fixed length and RLL modulation for optical data storage," *Optical Data Storage Topical meeting/SPIE Proceedings,* vol. 509, July 2003.

165. M. Fozunbal*, S. W. McLaughlin and R. Schafer, "Performance analysis for space time codes in the presence of space-time correlation," *IEEE Vehicular Technology Conference*, Orlando, June 2003.

166. E. Licona* and S.W. McLaughlin, "MLSE for M-ary optical data storage," *2003 Globecomm,* San Francisco, CA, December 2003.

167. M. Fozunbal*, S.W. McLaughlin and R. Schafer, "Design criteria for space time codes ," *Virginia Tech Symposium on Wireless Personal Communications,* Roanoke, VA, June 2003.

168. E. Licona* and S.W. McLaughlin, "Comparison of multilevel fixed length and RLL modulation for optical data storage," *2003 Optical Data Storage Conference*, Vancouver, May 2003.

169. J. Ha* and S.W. McLaughlin, "Punctured LPDCs for AWGN channels," *IEEE International Symposium on Information Theory*, Yokohama, Japan, July 2003.

170. Y. Sankarasubramanium*, I. Akyildiz, S. W. McLaughlin, "Energy efficiency based packet size optimization in wireless sensor networks," *Sensor Networks Workshop, IEEE International Conference on Communications*, 2003.

171. P. Supnithi* and S. W. McLaughlin, "Reduced complexity turbo equalization for high density magnetic recoding channels," *IEEE Intermag 2003*, Boston, MA.

172. S. E. Ralph, K. M. Patel, C. Argon*, A. Polley, and S. W. McLaughlin, "Intelligent Receivers for Multimode Fiber: Optical and Electronic Equalization of Differential Modal Delay ," *IEEE LEOS Annual Meeting*, Glasgow, October 2002.

173. S. W. McLaughlin, "M-ary optical recording," *IEEE Workshop on Information Theory,* Essen, Germany, September 2002.

174. M. Fozunbal*, S. W. McLaughlin and R. Schafer, "Sphere packing bound for MIMO channels," *IEEE International Conference on Communications,* Anchorage, AK, May 2003.

175. J. Ha* and S.W. McLaughlin, "Punctured LPDCs for AWGN channels," *IEEE International Conference on Communications,* Anchorage, AK, May 2003.

176. S. W. McLaughlin*, Y-C. Lo, C. Pepin, "Multilevel DVD: Coding beyond 3 bits/data cell," *2002 ODS/ISOM*, Maui, Hawaii, July 2002.

177. A. R. Nayak*, J. R. Barry, and S. W. McLaughlin, "Lower Bounds for the Performance of Iterative Timing Recovery at Low SNR," *15th International Symposium on Mathematical Theory of Networks and Systems,* University of Notre Dame, August, 2002.

178. C. Argon*, S. W. McLaughlin, K. Patel, and S. Ralph, "Spatially Resolved Equalization and Decision Feedback Equalization for Multimode Fiber Links," *LEOS Summer Topical Meetings*, Mont Tremblant, Quebec, 2002.

179. A. Nayak*, J. Barry and S. W. McLaughlin, "Joint timing recovery and turbo equalization," *IEEE International Conference on Magnetics (INTERMAG) Conference*, Amsterdam, May 2002.

180. P. Kovintewat, I. Ozgunes, E. Kurtas, J. Barry, and S. W. McLaughlin, "Performance analysis of GPR targets for perpendicular recording," *IEEE International Conference on Magnetics (INTERMAG) Conference*, Amsterdam, May 2002.

181. J. Ha* and S.W. McLaughlin, "Density evolution, thresholds and design of punctured LPDCs and AWGN channels with erasures," *International Symposium on Information Theory*, Lausanne, Switzerland, June 2002.

182. A. Thangaraj* and S.W. McLaughlin, "Thresholds of LDPCs on partial response channels," *IEEE International Conference on Magnetics (INTERMAG) Conference*, Amsterdam, April 2002.

183. A. Thangaraj* and S.W. McLaughlin, "On iterative, hard-decision decoding of EG codes," *International Symposium on Information Theory*, Lausanne, Switzerland, June 2002.

184. C. Argon*, K. Patel, S.W. McLaughlin, and S. E. Ralph, "Spatially resolved equalization and forward error correction for multimode fiber," *International Conference on Communications*, New York, May 2002.

185. J. Ha*, A. Mody, J. Soon, J. Barry, S.W. McLaughlin, G. Stuber, "LDPC coded OFDM with Alamuti/SVD diversity technique," *Wireless Personal Multimedia Communications Conference* , Aalborg, Denmark, September 2001.

186. P. Supnithi*, S.W. McLaughlin, T.Lo, C. Pepin, D. Warland, "Iterative, soft decision decoding of DVD and CD ECC," *International Symposium on Optical Memory*, Taipei, Taiwan, October 2001.

187. C. Argon*, S.W. McLaughlin, "Efficient decoding of turbo product codes," *Allerton Conference on Communication, Control, and Computing*, October 2001.

188. C. Argon* and S. W. McLaughlin, "Turbo product codes for optical CDMA," *Proceedings of IEEE Globecomm 2001*, San Antonio, CA, November 2001.

19

189. E. Licona*, P.Supnithi, S. McLaughlin, "M-ary recording on optical discs: fundamental limits and practical performace," *Proceedings of IEEE Globecomm 2001*, San Antonio, CA, November 2001.

190. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "Wavelet convolutional codes with bipartite trellises," *International Symposium on Information Theory*, Washington, DC, June 2001.

191. L. McPheters* and S. McLaughlin, "Turbo coded, RLL constrained optical recording channels with DVD mark size," *Optical Data Storage Conference*, Santa Fe, April 2001.

192. S. McLaughlin, D. Lee, T.Lo, C. Pepin, P. Supnithi*, D. Warland, "Advanced coding and signal processing for multilevel write-once and rewritable optical data storage," *Optical Data Storage Conference*, Santa Fe, April 2001.

193. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "Convolutional codes using finite field wavelets," *Proceedings of International Conference on Acoustics, Speech, and Signal Processing 2001*.

194. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "Convolutional codes using finite field wavelets," *2000 Allerton Conference on Communication, Control and Computing*, University of Illinois, Urbana, IL October 2000.

195. C. Argon*, S. McLaughlin, and T. Souvignier, "Turbo product codes decoded with a modified Chase decoder," *International Conference on Communications*, Helsinki, Finland, June 2001.

196. T. Souvignier, C. Argon*, S. McLaughlin, and K. Thamvichai, "Turbo product codes for partial response channels," *International Conference on Communications*, Helsinki, Finland, June 2001.

197. A. Thangaraj* and S. McLaughlin, "Thresholds of LDPCs on PR channels," *International Symposium on Information Theory*, Washington, DC, June 2001.

198. A. Thangaraj* and S. McLaughlin, "Quantum codes from $q$-ary images of self-dual cyclic codes," *International Symposium on Information Theory*, Washington, DC, June 2001.

199. R. Sivasankaran* and S. McLaughlin, "Sequential APP decoding of convolutional codes," *International Symposium on Information Theory*, Washington, DC, June 2001.

200. S. McLaughlin, "Multi-level optical data storage using phase change discs," *2000 Workshop on Coding and Signal Processing for Data Storage*, New Orleans, LA, August 2000.

201. M. Oneill, T. Wong, D. Warland and S. McLaughlin, "Multi-level optical data storage using phase change discs," *The Magnetic Recording Conference 2000*, Santa Clara, CA, August 2000.

202. W. Ryan and S. McLaughlin, "Turbo and LDPC codes for magnetic recording," *2000 Turbo Code Symposium*, Brest France, Sept 2000.

203. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "The wavelet Golay code and more," *2000 Globecom*, San Francisco, CA 2000.

204. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "Rate 1/L block codes using finite field wavelet transforms; A new class of MDS codes and more," *2000 Conference on Information Sciences and Systems*, Princeton, NJ, March 2000.

205. M.A. Khan*, M.J.T. Smith, S. W. McLaughlin, "Trellis coded RVQ: its geometrical advantages and application to image coding," *International Conference on Acoustics, Speech and Signal Processing*, Istanbul, Turkey, May 2000.

206. R. Sivasankaran*, S. McLaughlin and L. McPheters, "Dual stack iterative decoding for partial response channels," *International Magnetics Conference*, Toronto, Canada, April 2000.

207. S. Datta*, S. W. McLaughlin, "Optimal block codes for M-ary RLL constraints," *International Symposium on Information Theory*, Sorrento, Italy, July 2000.

208. L. McPheters* and S.W. McLaughlin, "Iterative (turbo) decoding or partial response optical recording systems," *ISOM/ODS 1999*, Kauai, Hawaii, July 1999.

209. J. Fan, A. Friedmann, E. Kurtas, and S. McLaughlin, "Low density parity check codes for partial response channels," 1999 Allerton Conference on Communication, Control and Computing, University of Illinois, Urbana, IL October 1999.

210. R. Sivasankaran* and S. McLaughlin, "Dual stack decoding of recursive convolutional codes,," *1999 Allerton Conference on Communication, Control and Computing*, University of Illinois, Urbana, IL, October 1999.

211. K. Anim-Appiah* and S. McLaughlin, "Soft-in, soft-out decoding of nonsystematic runlength limited codes," *1999 Allerton Conference on Communication, Control and Computing*, University of Illinois, Urbana, IL October 1999.

212. K. Anim-Appiah* and S. McLaughlin, "Constrained input turbo codes for $(0, k)$ RLL constrained channels," *1999 Conference on Information Sciences and Systems*, Johns Hopkins University, Baltimore, MD March1999.

213. F. Fekri*, S. McLaughlin, R. Mersereau, and R. Schafer, "Double circulant self-dual codes using finite field wavelet transforms," *Symposium on Applied Algebra, Algebraic Algorithms, and Error-Correcting Codes*, Honolulu, MI, Nov 1999.

214. J. P. LeBlanc and S.W. McLaughlin, "MMSE channel truncation for magnetic channels," *INTERMAG '99*, Kyongju, Korea May 1999.

215. J. P. LeBlanc and S.W. McLaughlin, "Enhanced RAM-based equalizers for nonlinear channels," *Proceedings of the 1998 Asilomar Conference on Computers and Communications*, Pacific Grove, CA, Nov. 2-4, 1998.

216. L. McPheters* and S.W. McLaughlin, "Precoded PRML,serial concatenation and iterative (turbo) decoding," *INTERMAG '99*, Kyongju, South Korea May 1999.

217. M.A. Khan*, M.J.T. Smith, S. W. McLaughlin, "Multistage trelliscoded quantization with application to image coding," *International Symposium on Circuits and Systems*, Orlando, FL, May 1999.

218. M.A. Khan*, M.J.T. Smith, S. W. McLaughlin "A new trelliscoded recursive scalar quantizer," ,*Asilomar Conference on Signals, Systems and Computers*, Pacific Grove, CA, November 1998.

219. L. McPheters* and S.W. McLaughlin, "Turbo equalization and iterative decoding in magnetic recording," (invited paper), *Asilomar Conference on Signals, Systems and Computers*, Pacific Grove, CA, November 1998.

220. S.W. McLaughlin, and S. Datta*, "Asymptotically efficient, binary-compatible codes for M-ary runlength limited constraints," *1998 Information Theory Workshop*, Killarney, Ireland, June 1998.

221. W. Ryan, L. McPheters*, and S.W. McLaughlin, "Turbo coding and equalization for PR4 equalized Lorentzian channels," *1998 Conference on Information Sciences and Systems*, Princeton, NJ March 1998.

222. S.W. McLaughlin, P. Lee, and R. Cloke, "Capacity, power spectral density and codes for the one-pairs constraint," *International Symposium on Information Theory 1998*, Cambridge, MA August, 1998.

223. B.V. Vasic, S.W. McLaughlin, G. Djordjevic, and I. Djordjevic, "Tradeoffs in binary and nonbinary optical recording," *Optical Data Storage Conference*, Aspen, CO, May 1998.

224. S.W. McLaughlin, P. Lee, and R. Cloke, "Codes for improved timing recovery in PR4 and EPR4 magnetic recording," *Globecom 1997*, Phoenix, AZ November, 1997.

225. S.W. McLaughlin, P. Lee, and R. Cloke, "A new constraint for improved timing recovery in partial response magnetic recording channels," *1997 Conference on Information Sciences an Systems*, Baltimore, MD, March 1997.

226. B.V. Vasic, S.W. McLaughlin, and O. Milenkovic, "Channel capacity of $M$-ary redundant multitrack runlength limited codes," *International Symposium on Information Theory*, Ulm, Germany, June 1997.

227. J.P. Le Blanc and S.W. McLaughlin, "Nonequiprobable constellation shaping and blind constant modulus algorithm equalization," *1996 Conference on Information Sciences an Systems*, Princeton, NJ, March 1996.

228. S.W. McLaughlin and A.S. Khayrallah, "Shaping codes constructed via the state splitting algorithm," *1996 Conference on Information Sciences an Systems*, Princeton, NJ, March 1996.

229. S.W. McLaughlin, "Capacity-achieving M-ary runlength limited codes," *SPIE Photonics East, Conference on Coding and Signal Processing for Recording,* Philadelphia, October 1995.

230. S.W. McLaughlin, A.R. Calderbank, R. Laroia, J. Gerpheideand A. Jain, "Partial response modulation codes for electron trapping optical storage," *1995 SPIE Optical Data Storage Conference,* San Diego, CA, June 1995.

231. S.W. McLaughlin, J. Luo*, and Q. Xie, "On the capacity of $M$-ary run-length limited codes," *1995 International Symposium on Information Theory*, Whistler, British Columbia, Canada, September 1995.

232. A. Adams* and S.W. McLaughlin, "Lossless compression of high fidelity audio," *1995 International Conference in Acoustics, Speech and Signal Processing,* Detroit, MI, May 1995.

233. S.W. McLaughlin, A.R. Calderbank, and R. Laroia, "Partial response codes for M-ary optical recording channels," *1994 International Symposium on Information Theory and Its Application,* Sydney, Australia, November 1994.

234. S.W. McLaughlin, "Improved distance M-ary (d,k) codes for multiamplitude optical recording," *Invited Paper, 1994 Magnetic Recording Conference,* San Diego, CA, August 1994.

235. S.W. McLaughlin, "Trends in Lossy Compression: Current and Future Directions," *1994 American Institute for Pattern Recognition Conference,* Washington, DC, October 1994.

236. S.W. McLaughlin, J. Gerpheide, and A. Earman, "Full digital read/write disk drive using M-ary coding," *1994 Optical Data Storage Conference,* Dana Point, CA, May 1994.

237. S.W. McLaughlin, A. Earman, J. Gerpheide, "M-ary runlength limited codes for high density optical recording," *1994 International Symposium on Information Theory,* Trondheim, Norway, July 1994.

238. S.W. McLaughlin, "High density optical recording with applications to real time video coding," *1994 IEEE Dual-Use Technologies and Aplications,* Utica, NY, May 1994.

239. S.W. McLaughlin, J. Ashley, and D.L. Neuhoff, "The optimality of the natural binary code," *1992 Joint Dimacs/IEEE Workshop on Coding and Quantization,* Rutgers University. New Brunswick, NJ, October 1992.

240. S.W. McLaughlin and D.L. Neuhoff, "Asymptotic noisy channel quantization," *Proceedings of 1993 International Symposium on Information Theory,* San Antonio, TX, January 1993.

241. S.W. McLaughlin and D.L. Neuhoff, "Achievable data and bit densities for digital magnetic recording," *1992 Conference on Information Systems and Sciences,* Princeton, NJ, March 1992.

242. S.W. McLaughlin and D.L. Neuhoff, "Combined source- channel coding for magnetic recording," *25th Annual Asilomar Conference on Signals, Systems and Computers,* Pacific Grove, CA, November 1991.

243. S.W. McLaughlin and D.L. Neuhoff, "Asymptotic bounds in source-channel coding," *1991 International Symposium on Information Theory,* Budapest, Hungary, June 1991.

244. A.R. Calderbank, S.W. McLaughlin and D.F. Lyons, "Low-complexity adaptive quantization of images," *1991 International Symposium on Information Theory,* Budapest, Hungary, June 1991.

245. A.R. Calderbank, S.W. McLaughlin and D.F. Lyons, "A low-complexity adaptive two-stage quantizer," *1991 Conference on Information Systems and Sciences,* Johns Hopkins University, Baltimore, MD, March 1991.

### CONFERENCE PRESENTATIONS (NON-REFEREED)

246. S.W. McLaughlin, "CREATE-X: A framework for entrepreneurial confidence and student-led startups," QS - SFS on Electrical Engineering, Singapore, March 2016.

247. S. Calandra and S.W. McLaughlin, "University Globalization," Treasury Institute for Higher Education Annual Conference, Charleston, SC, Jan 2012.

248. S. W. McLaughlin, "Global Engagement and GT's International Plan," (opening Plenary) *14th Colloquium on International Engineering Education,* Provo, UT, November 2011.

249. S. W. McLaughlin, "Global Partnerships," *ASEE Global Symposium,* Shanghai, China, October 2011.

250. S. W. McLaughlin, "Rebooting Education," *Global Competitiveness Forum,* Riyadh, Saudi Arabia, January 2011.

251. S. W. McLaughlin, "Models for International Dual and Joint Degree programs," *NAFSA Annual Conference* Kansas City, MO, June 2010.

252. S. W. McLaughlin, "Dual and joint degree programs from the state university perspective," *Association of International Education Administrators Annual Conference,* Washington, DC, February 2010.

253. S. W. McLaughlin, "International campus operations," *Association of International Education Administrators Annual Conference,* Atlanta, GA, February 2009.

254. S. W. McLaughlin, "International campuses - are they for real?" *Annual Meeting of the American Association of Collegiate Registrars and Admissions Officers,* Orlando, FL, March 2008.

- *OTHER PUBLICATIONS*

*Information Storage Industries Consortium, Optical Disc Roadmap,* August 1998 (one of approx. 50 participants)

*Information Storage Industries Consortium, Optical Disc Roadmap,* August 2002 (co-leader of Signal Processing Technologies).

*Information Storage Industries Consortium, Optical Disc Roadmap,* August 2006 (leader of Signal Processing Technologies).

## SHORT COURSES TAUGHT

(1) *Multilevel Optical Recording* IEEE/LEOS/OSA/SPIE Optical Data Storage Topical Conference, Vancouver, BC 2003. Half day short course taught with D.K. Warland, UC-Davis.

(2) *Information Theoretic Security* IEEE International Symposium on Information Theory, Toronto, ON 2008. Half day short course taught with Joao Barros, University of Porto.

## U.S. PATENTS ISSUED

1. 8,781,125 *Systems and methods of secure coding for physical layer communication channels*, issued 7/15/2014

2. 8,667,380 *Secure communication using non-systematic error control codes*, issued 3/4/2014

3. 8,484,545 *Secure communication using error correction codes* issued 7/9/2013

4. 8,213,616 *Systems and method for providing opportunistic security for physical communication channels* issued 7/3/2012.

5. 8,145,972 *Apparatus and method for coding in communication system* issued 3/27/2012.

6. 7,904,792 *Apparatus and method for transmitting/receiving signal in a communication system* 3/8/2011.

7. 7,818,650 *Channel encoding apparatus and method* (joint inventor) issued 10/19/2010.

8. 7,657,824 *Method for puncturing an LDPC channel code,* (joint inventor) issued 2/2/2010.

9. 7,451,385 *Channel encoding apparatus and method* (joint inventor) issued 11/11/2008.

10. 7,136,333 *Method and apparatus for reading and writing a multilevel signal from an optical disc oscillators* (joint inventor) issued 11/14/2006.

11. 6,898,756 *System and method for enabling efficient error correction and encryption using wavelet transforms over finite fields* (joint inventor) issued 5/24/2005.

12. 6,847,760 *Spatially resolved equalization and forward error correction for multimode fiber links* (joint inventor), issued 1/25/2005.

13. 6,842,873 *Advanced forward error correction* (joint inventor), issued 1/05/2005.

14. 6,657,933 *Method and apparatus for reading and writing a multilevel signal from an optical disc* (joint inventor), issued 12/02/2003.

15. 6,385,255 *Coding system and method for partial response channels* (joint inventor), issued 5/07/2002.

16. 6,381,724 *Method and apparatus for modulation encoding data for storage on a multi-level optical recording medium* (joint inventor), issued 4/30/2002.

17. 6,377,529 *Method for providing improved equalization for the reading of marks on optical data-storage media* (joint inventor), issued 4/23/2002.

18. 6,246,346 *Storage system employing high rate code with constraint on runlength between occurrences of influential pattern* (joint inventor), issued 6/12/2001.

19. 6,150,964, *M=10 (2,10), D=3.75 runlength limited code for multi-level data* , issued 11/21/2000.

20. 5,781,130, *M-ary (d,k) runlength limited code for multi-level data* (joint inventor), 7/14/98.

21. 6,148,428, *Method and apparatus for modulation encoding data for storage on a multi-level optical recording medium* (joint inventor), issued 11/14/2000.

22. 5,537,382, *Partial response coding for a multilevel optical recording channel*, 7/16/96

23. 5,657,014, *M=7 (3,7) D= 3.33 runlength limited code for multilevel data*, 8/12/97

24. 5,659,311, *M=6 (2,4) D=3.0 runlength limited code for multilevel data* 9/19/97

25. 5,659,310, *M=5 (0,2) D=2.0 runlength limited code for multilevel data* 8/19/97

26. 5,663,722, *M=10 (3,6) D= 4 runlength limited code for multilevel data*, 9/2/97

27. 5,663,723, *M=7 (1,3) D= 3.0 runlength limited code formultilevel data.* 9/2/97

28. 5,668,546, *M=6 (3,6) D= 3.2 runlength limited code for multilevel data.* 9/16/97

29. 5,670,956, *M=5 (3,7) D= 3.0 runlength limited code formultilevel data.* 9/23/97

30. 5,675,330, *M=5 (4,11) D= 3.33 runlength limited code for multilevel data.* 10/7/97

31. 5,680,128, *M=6 (3,8) D= 3.33 runlength limited code for multilevel data* 10/21/97

32. 5,682,154, *M=4 (1,2) D=2.0 runlength limited code for multilevel data* 10/28/97

33. 5,682,155, *M=6 (4,11) D= 3.33 runlength limited code for multilevel data* 10/28/97

34. 5,748,118, *M=8 (1,3) runlength limited code for multilevel data*, 5/5/98

35. 5,748,118, *M=7 (3,8) runlength limited code for multilevel data*, 5/5/98.

36. 5,757,293, *M=8 (1,2) runlength limited code for multilevel data*, 5/26/98.


*PERSONAL*
Born: Pittsburgh, Pennsylvania, 1962.
Married to Mary Grace Fisher, son William (19)

# Exhibit E

1   Harold H. Davis, Jr. (SBN 235552)
    harold.davis@klgates.com
2   **K&L GATES LLP**
    4 Embarcadero Center Suite 1200
3   San Francisco, CA 94111
    Tel: (415) 882-8200
4   Fax: (415) 882-8220

5   Patrick J. McElhinny, *pro hac vice*
    patrick.mcelhinny@klgates.com
6   Mark G. Knedeisen, *pro hac vice*
    mark.knedeisen@klgates.com
7   Christopher M. Verdini, *pro hac vice*
    christopher.verdini@klgates.com
8   Anna Shabalov, *pro hac vice*
    anna.shabalov@klgates.com
9   **K&L GATES LLP**
    K&L Gates Center
10  210 Sixth Avenue
    Pittsburgh, Pennsylvania 15222
11  (412) 355-6500

12  Theodore J. Angelis, *pro hac vice*
    theo.angelis@klgates.com
13  **K&L GATES LLP**
    925 Fourth Avenue, Suite 2900
14  Seattle, WA 98104
    (206) 623-7580

15
    *Counsel for Plaintiff*
16  *Carnegie Mellon University*

17              **UNITED STATES DISTRICT COURT**

18            **NORTHERN DISTRICT OF CALIFORNIA**

19               **SAN FRANCISCO DIVISION**

20  CARNEGIE MELLON UNIVERSITY,

21                  Plaintiff,

22  vs.                                        Case No.: 3:18-cv-04571-JD

23  LSI CORPORATION and AVAGO                  **REBUTTAL DECLARATION OF PROF.**
    TECHNOLOGIES U.S. INC.,                    **STEVEN W. McLAUGHLIN**
24
                    Defendants.
25

26

27          I, Steven W. McLaughlin, declare as follows:

28          1.      I am the same Steven W. McLaughlin that provided an opening declaration

("McLaughlin Op. Decl.") on April 9, 2019, regarding claim construction for the CMU Patents.

2.     On April 9, 2019, Defendants served CMU with an "Opening Declaration from Emina Soljanin, Ph.D." (Soljanin Op. Decl.).  In the Declaration, Dr. Soljanin opined that claim 4 of the '839 Patent, read in light of the specification and prosecution history of the patent, does not inform a person of ordinary skill as to the scope of the claimed subject matter with reasonable certainty as of the time frame the patent was filed due to the terms (a) "Viterbi-like detector" and (b) "each sample corresponds to a different sample time instant."  On May 7, 2019, Defendants' counsel purported to withdraw Dr. Soljanin's declaration.  I offer this declaration in further support of my opening declaration and to address the opinions in Prof. Soljanin's declaration to the extent Defendants continue to rely on the opinions expressed therein now or in the future.  As set forth in my McLaughlin Op. Decl., a person having ordinary skill in the art ("PHOSITA") would understand the meaning of those two terms with reasonable certainty in the context of the '839 Patent.

3.     To the extent that it is Defendants' position that a PHOSITA in this case would possess at least a Master's degree in electrical engineering; would also have at least two years of experience in industry or academia; could also have a Ph.D. in electrical engineering in lieu of industry experience; and would have experience in the implementation, design, and analysis of data detection algorithms including equalization, decoding, and filtering, including experience with the Viterbi algorithm, the BCJR algorithm, and partial response filtering, then the skill level that Defendants ascribe to a PHOSITA is similar to the skill level that I set forth at ¶ 58 of my McLaughlin Op. Decl.  In addition, Defendants and I appear to agree that a PHOSITA in the context of the '839 Patent would be knowledgeable about sequence detection and different types of sequence detectors.  Defendants and I both also appear to agree that a PHOSITA in this field would have a high skill level.

4.     I am informed that a patent claim, like claim 4 of the '839 Patent, when viewed in

1

light of the specification and prosecution history, must inform a PHOSITA about the scope of the invention with reasonable certainty, and that this requirement, so understood, mandates clarity, while recognizing that absolute precision is unattainable. My opinions below setting forth the knowledge a PHOSITA would possess apply to the 1997-1998 time frame, during which the application for the '839 Patent and the provisional patent application to which it claims priority were filed, unless otherwise noted.

**A.      "Viterbi-like detector"**

5.      To the extent that it is Defendants' position that the term "Viterbi-like" in claim 4 of the '839 Patent is indefinite because it does not inform, with reasonable certainty, a PHOSITA about the scope of the detector, I disagree for the reasons set forth in my McLaughlin Op. Decl. at ¶¶ 60-74 and for the reasons set forth below.

6.      I disagree with the assertion that the specification of the '839 Patent does not provide any qualitative or quantitative guidance to a PHOSITA as to the meaning of "Viterbi-like." The "Detailed Description" section of the '839 Patent starts by describing components of a magnetic recording system, including a "detector circuit" that, with reference to Figure 1 of the '839 Patent (shown below), "detects the data from the data stream [from read head 22] and outputs the data." *Id.* at col. 3:18-19.



REBUTTAL DECLARATION OF PROF. STEVEN W. McLAUGHLIN                    CASE NO. 3:18-CV-04571
303388458 V2

7.    The '839 Patent then provides more details about the detector circuit.  It describes a correlation-sensitive maximum likelihood sequence ("CS-MLD") detector circuit that is "part of the detector circuit 26 of FIG. 1."  *Id.* at col. 3:29-31.  The CS-MLD detector circuit is shown in Figure 2 of the '839 Patent (shown below).  This figure shows that the CS-MLD detector circuit comprises a "Viterbi-like detector."  *See id.* at col. 3:31-33.  As shown in Figure 2, the Viterbi-like detector circuit receives "signal samples" as inputs and produces as output "decisions and delayed signal samples."  *Id.* at col. 3:33-34.



8.    Then '839 Patent then describes how the "Viterbi-like detector" operates.  The '839 Patent explains that a "Viterbi-like detector":

- uses a "maximum likelihood sequence ('MLS') estimation algorithm" (*id.* at col. 3:24-32); and

- makes its decisions from the signal sample inputs:

    ○ using a tree/trellis…;

    ○ finding the best path through the trellis (e.g., "maximizing the [factored form of the] likelihood function")…;

    ○ using branch metric values…; and

    ○ using one or more branch metric functions for computing those branch metric values.

*Id.* at col. 3:50 to col. 7:5 and col. 10:26 to col. 11:19.

3

9.      This description of the operation of the Viterbi-like detector in the '839 Patent is consistent with a PHOSITA's understanding of how a detector employing a Viterbi algorithm in a magnetic recording channel operates.  Specifically, a detector in a magnetic recording channel that employs the Viterbi algorithm determines the likely sequence of symbols written to the disk from the signal samples, where the sequence is indicated by the best path through the trellis and is determined using branch metric values calculated for branches of the trellis.  From these teachings in the '839 Patent, a PHOSITA would, therefore, understand that a "Viterbi-like detector" according to the '839 Patent determines the likely sequence of symbols written to the disk from the signal samples, where the sequence is indicated by the best path through the trellis and is determined using branch metric values calculated for branches of the trellis, using the Viterbi algorithm or a similar ("like") sequence detection algorithm.

10.      Other passages in the '839 Patent are consistent with this description of the Viterbi-like detector.  As a first example, in the "Background of the Invention" section of the '839 Patent, at col. 1:30-37, the '839 Patent teaches that a Viterbi-like detector uses a tree/trellis and branch metrics:

> … Viterbi-like detectors in the form of partial response maximum likelihood (PRML) schemes or hybrids between tree/trellis detectors and decision feedback equalizers (DFE), such as FDTS/DF, MDFE and RAM-RSE.  These methods were derived under the assumption that additive white Gaussian noise (AWGN) is present in the system.  The resulting ***trellis/tree branch metrics*** are then computed as Euclidian distances.  (emphasis added)

This passage categorizes PRML, FDTS/DF, MDFE, and RAM-RSE detectors as Viterbi-***like*** detectors.  I summarized PRML, FDTS/DF, RAM-RSE, and MDFE detectors in my McLaughlin Op. Decl. at ¶¶ 66-69.  I explained that these detector types, which would have been known to a PHOSITA, are all types of sequence detectors that use, for example, a tree/trellis, branches, branch metric values, paths, and branch metric function(s) to determine the likely sequence of symbols from

4

signal samples.  Consequently, a PHOSITA would know that a "Viterbi-like detector" in the '839

Patent is a sequence detector that uses these elements of the Viterbi algorithm.

11.    As a second example, from col. 4:4 to col. 7:10, the '839 Patent derives different

branch metric functions for different noise assumptions, including the general correlation-sensitive

branch metric functions at equation 13 for a correlation length L > 0.  Immediately after deriving

equation 13, the '839 Patent explains that the derived branch metric functions can apply to different

*types* of Viterbi architectures, "such as PRML, FDTS/DF, RAM-RSE, or, MDFE," stating as

follows:

> In the derivations of the branch metrics (8), (10) and (13), no
> assumptions were made on the exact Viterbi-type
> architecture, that is, the metrics can be applied to any
> Viterbi-type algorithm such as PRML, FDTS/DF, RAM-
> RSE, or, MDFE.

PRML, FDTS/DF, RAM-RSE, and MDFE are the exact same detector types that are categorized as

"Viterbi-like" in the "Background of the Invention" section of the '839 Patent, described above.

Even though the above-quoted passage uses the word "type" as opposed to "like," which is used in

the claims, a PHOSITA would understand from this explanation that all of these types of detectors

are "Viterbi-like" in the context of the '839 Patent, especially considering (i) the characterization of

them being "Viterbi-like" in the "Background of the Invention" section of the '839 Patent and

(ii) the PHOSITA's high skill level.

12.    The prosecution history of the '839 Patent confirms my view of how PHOSITA

would understand the term "Viterbi-like detector."  The patent examiner in the original examination

of the '839 Patent did not find the term "Viterbi-like detector" to be unclear, but instead correctly

identified U.S. Patent No. 5,689,532 to Fitzpatrick as disclosing a "Viterbi-like detector."  *See*

March 10, 2000 Office Action at p. 3 (CMU_LSI_00000135).  In particular, the examiner identified

a "reduced complexity post-processor" of Fitzpatrick as a Viterbi-like detector, *see id.* at p. 3 (citing

col. 5:45-67 of Fitzpatrick), even though the inventors did not explicitly list a post-processor architecture as a Viterbi-like detector. Fitzpatrick's reduced complexity post-processor is a "Viterbi-like detector" as the examiner concluded, which is consistent with my opinion, because it determines the likely sequence of symbols written to the disk from the signal samples, where the sequence is indicated by the best path through a reduced-state trellis and is determined using branch metric values calculated for branches of the trellis.

13. Similarly, in the re-examination of the '839 Patent, the Requester and the Requester's expert asserted—and the reexamination examiners accepted—that the Ph.D. thesis written by Weining Zeng disclosed a Viterbi-like detector. For example, section 4.4 of Zeng's thesis discloses a detector that uses a four-state, three-symbol sequence trellis. The Requester and the Requester's expert identified, among other things, the Zeng detector as a Viterbi-like detector. CMU_LSI_00034383.00024 to .00026; CMU_LSI_0034383.00674 to .00676. The re-examination examiner "accepted" this assertion. CMU_LSI_00034383.01177. Again, consistent with my opinion, none of them found that the term "Viterbi-like detector," when read in light of the specification, fails to inform, with reasonable certainty, a PHOSITA about the scope of term.

14. The '180 Patent is a continuation-in-part of the '839 Patent and includes some additional material that is not in the earlier-filed '839 Patent. One such additional disclosure in the '180 Patent is the sentence at col. 14:9-13 of the '180 Patent, which states:

> The teachings of the present invention can be extended beyond Viterbi-like detectors to apply to turbo decoders, soft-decision detectors, and detectors utilizing the Viterbi algorithm, the BCJR algorithm, the Soft-Output Viterbi Algorithm (SOVA), and other similar algorithms.

I disagree with any assertion that this sentence creates uncertainty as to the scope of claim 4 of the '839 Patent because it allegedly implicitly defines "Viterbi-like detector" to exclude detectors that implement the Viterbi algorithm or the Soft Output Viterbi algorithm ("SOVA"), such that a detector

REBUTTAL DECLARATION OF PROF. STEVEN W. MCLAUGHLIN                CASE NO. 3:18-CV-04571
303388458 V2

that uses the Viterbi algorithm (or a SOVA) cannot be a "Viterbi-like detector."

15.     A PHOSITA would understand the technologies that are referred to at col. 14:9-13 of the '180 Patent, such as turbo decoders, the BCJR algorithm, and the SOVA algorithm.  Turbo decoders are decoders that have at least two BCJR (also known as MAP) detectors/decoders working in collaboration through an interleaver.  The BCJR (or MAP) algorithm is a symbol sequence detection algorithm that is implemented using two Viterbi-like detectors working in tandem—one in the forward direction and one in the backward direction (with direction being in terms of the trellis).  Thus, a PHOSITA would understand that both turbo decoders and detectors implementing the BCJR algorithm include multiple Viterbi-like detectors working together to perform the detection or decoding task.  Therefore, a PHOSITA would consider both turbo decoders and detectors implementing the BCJR algorithm to contain Viterbi-like detectors.

16.     The SOVA is also an augmentation to a single Viterbi-like detector. A SOVA provides additional estimates of the conditional probability of a given symbol value (e.g., a 0 or 1) in the final surviving detected sequence (corresponding to a path through the trellis).  Such "soft" information provides a reliability of each symbol that was in the detected sequence and can be useful for outer (or second) codes in concatenated systems (and HDD read channels typically comprises concatenated systems).  A PHOSITA, therefore, would also conclude that a SOVA detector is a Viterbi-like detector.

17.     With this background information, which a PHOSITA would know and understand, there are several reasons why a PHOSITA would *not* interpret the sentence at col. 14:9-13 of the '180 Patent to teach that a Viterbi-like detector *excludes* detectors that use the Viterbi algorithm or the SOVA.

18.     First, such a position leads to the obvious contradiction that a sequence detector that uses the Viterbi-algorithm or the SOVA is not a "Viterbi-like detector" as taught in the '839 Patent.

7

Such an interpretation would be illogical to a PHOSITA.  A PHOSITA would understand that a sequence detector that uses the Viterbi-algorithm is a "Viterbi-like" detector in light of '839 Patent's description of a "Viterbi-like detector" as a detector that uses "Viterbi sequence detection."  *See e.g.* Figure 6 at step 38.

19.     Second, such a position would be based on an incorrect interpretation of the word "***beyond***" in the sentence at col. 14:9-13 to mean "excluding."  In light of the teachings of the CMU Patents, a PHOSITA would ***not*** interpret "beyond" in this context to mean "excluding."  Instead, a PHOSITA would interpret "beyond" to mean not only the Viterbi-like detectors explicitly identified earlier in the '180 Patent, but also the augmentations of Viterbi-like detectors identified at col. 14:9-13.  Thus, a PHOSITA would understand the sentence at col. 14:9-13 to mean that a "Viterbi-like detector" according to the '180 Patent encompasses the Viterbi-type detectors described previously in the '180 Patent and the '839 Patent, e.g., the PRML, FDTS/DF, RAM-RSE, and MDFE detector types mentioned at col. 7:39-43 of the '180 Patent (and col. 7:5-9 of the '839 Patent), plus additional detector types mentioned at col. 14:9-13, such as ones that are augmentations "beyond" a single Viterbi-like detector and perform the same function as a single Viterbi-like detector (i.e., symbol detection), such as turbo decoders and the BCJR algorithm, that use multiple Viterbi-like detectors, and/or the SOVA algorithm, which generates reliability (or "soft") information to be used by outer decoders in a concatenated system.  Such an ordinary-meaning interpretation of "beyond" avoids the above-described contradiction.

20.     Third, an assertion that the sentence at col. 14:9-13 of the '180 Patent instructs that the term "Viterbi-like detector" excludes detectors that use the Viterbi-algorithm or the SOVA does not address the text that immediately follows that sentence.  That text, at column 14:14-21 of the '180 Patent, which immediately follows the sentence at col. 14:9-13, states:

> Traditionally, these algorithms and devices have been derived and
> designed assuming that the communication channel is memoryless,

8

i.e. that the noise in the channel is white and uncorrelated.  However, the teachings of the present invention, in which the branch metric computations are performed assuming the channel has memory, i.e. the noise is correlated and the noise statistical correlation is possibly signal dependent, can be applied to any device or algorithm in which **branch metrics must be computed**.

 (emphasis added).

21.    The phrase "these algorithms" in the above passage refers to the algorithms mentioned in the immediately prior sentence at col. 14:9-13, i.e., "turbo decoders, soft-decision detectors, and detectors utilizing the Viterbi algorithm, the BCJR algorithm, the Soft-Output Viterbi Algorithm (SOVA), and other similar algorithms."  The further explanation at col. 14:14-21 explains that these algorithms all involve "branch metric computations," which teaches a PHOSITA that all of these algorithms use branches, and therefore use a tree/trellis, and are "Viterbi-like detectors" as claimed in the '839 Patent.  Further, a PHOSITA would have understood that all of "these algorithms" involve "branch metric computations" because they are augmentations of the Viterbi algorithm.

22.    Academic literature, such as the Zeng-Moon paper[1] and the Laferté paper[2], use the term "Viterbi-like" in a manner consistent with CMU's proposed construction.  Each uses a trellis/tree to compute its Viterbi-like task.  The fact that the Laferté paper uses the term "quadtree" instead of trellis does not change my conclusion since the '839 Patent describes a Viterbi-like detector in terms of a "tree/trellis."  For example, col. 5:48-49 of the '839 Patent refers the "branch metric of the **trellis/tree** in the **Viterbi-like algorithm**."  As another example, one of the types of Viterbi-like detectors identified in the  CMU Patents are FDTS/DF detectors (*see* '839 Patent at col.

---

[1] Weining Zeng & Jaekyun Moon, "Modified Viterbi Algorithm for a Jitter-Dominant 1–D$^2$ Channel," 28 IEEE Trans. Magnetics 2895, 2896 (1992).

[2] J.-M. Laferté et al., "Hierarchical Statistical Models for the Fusion of Multiresolution Image Data," Proc. IEEE Int'l Conf. on Computer Vision 908, 911 (1995).

9

7:5-9) and the "T" in FDTS/DF stands for "tree."  Thus, a PHOSITA would understand that the CMU Patents contemplate tree structures as being Viterbi-like.

23.    For these reasons and those expressed in my McLaughlin Op. Decl., a PHOSITA, when viewed in light of the specification and prosecution history, would understand the scope of term "Viterbi-like detector" with reasonable certainty.

**B.    "each sample corresponds to a different sampling time instant"**

24.    The claim term "each sample corresponds to a different sampling time instant" in claim 4 of the '839 Patent conveys to a PHOSITA the scope of claim 4 with reasonable certainty for the reasons set forth in my McLaughlin Op. Decl. at ¶¶ 117-122 and for the reasons set forth below.

25.    The words in this claim term are all common English words with known meanings, particularly to a PHOSITA.  From their common English meanings alone a PHOSITA would know and understand the meaning of the claim phrase.  Moreover, "sampling" is a fundamental concept in electrical engineering where discrete values of a waveform are obtained at periodic time intervals.[3] Indeed, sampling is taught in undergraduate-level electrical engineering classes on signals and systems.   For example, at Georgia Tech, where I am the dean of College of Engineering and have taught in the School of Electrical and Computer Engineering (ECE) since 1996, our core undergraduate electrical engineering curriculum includes two classes that cover sampling: (a) ECE2026—Introduction to Signal Processing and (b) ECE3084—Signals and System. Collectively, these undergraduate courses in our ECE program cover, among other things, the topics of discrete-time representation of continuous-time signals, sampling and digital filters (which are circuits, like the FIR filters described in the '839 Patent, that process samples of a continuous-time signal).  I have taught predecessor versions for each of these classes during my tenure at Georgia

---

[3] *See e.g.* McGraw-Hill Dictionary of Scientific and Technical Terms, 5th ed. (1994) (defining "sampling" at "Process of obtaining a sequence of instantaneous values of a wave") (CMU_LSI_00279951); Academic Press Dictionary of Science and Technology (1992) ("a process in which a series of instantaneous wave values are obtained") (CMU_LSI_00279740).

Tech. Thus, from undergraduate studies alone, a PHOSITA would know the meanings of the individual words in this claim term, as well as the meaning as a whole, in the context of the '839 Patent.

26. In 1972, Professor G. David Forney, a professor at the Massachusetts Institute of Technology, authored the seminal paper describing the application of the Viterbi algorithm in channels with intersymbol interference, "Maximum-Likelihood Sequence Estimation of Digital Sequences in the Presence of Intersymbol Interference, IEEE Transactions on Information Theory, May 1972, pp. 363-378. His paper describes, and shows in Figure 2 thereof (reproduced below), a receiver structure consisting of "a linear filter, called a whitened matched filter, a symbol-rate *sampler*, and a recursive nonlinear processor, called the Viterbi algorithm." *Id.* at p. 363 (emphasis added). As indicated by Figure 2 of the paper, the Viterbi Algorithm block receives samples denoted $z_0$, $z_1$, …, "every T sec[onds]" from the sampler, which is depicted as a switch in the figure. In other words, the switch closes every T seconds so that the instantaneous value of the signal being sampled (in this case, the output of the whitened matched filter) at the time the switch is closed is passed to the Viterbi Algorithm block. Otherwise the switch is open. That way, the samples that the Viterbi Algorithm block receives are T seconds apart. This depiction of sampling in Forney's paper is consistent with how a PHOSITA would understand sampling.



Fig. 2.   Maximum-likelihood sequence estimator.

27. The equation for producing the samples $z_k$ in Figure 2 is also shown as equation (32) in Forney's paper, which states:

REBUTTAL DECLARATION OF PROF. STEVEN W. McLAUGHLIN                    CASE NO. 3:18-CV-04571
303388458 V2

1
2
3
4
5
6
7
8

> More generally, we shall now show that for any spectral factorization of the form (27), the filter $w(t)$ whose chip $D$-transform is
>
> $$w(D,t) \triangleq \frac{1}{f(D)} h(D,t) \qquad (31)$$
>
> is well defined, and its time reversal $w(-t)$ can be used as a whitened matched filter in the sense that its sampled outputs
>
> $$z_k = \int_{-\infty}^{\infty} r(t) w(t - kT) \, dt \qquad (32)$$
>
> satisfy (30) with $n(D)$ a white Gaussian noise sequence.

9   In equation (32), Forney uses the index (subscript) k to enumerate both the sample ($z_k$) and the

10  sampling time instant ($kT$) at which the sample was taken.  That is, Forney identifies sample $z_k$ to be

11  the sample value taken at the $k$-th sampling time instant "$kT$."  A PHOSITA would have been

12  familiar with this notational convention because it is commonly used in the field of electrical

13  engineering when describing sampling.  A PHOSITA would also have been familiar with Forney's

14  seminal paper on the Viterbi algorithm by virtue of their educational and work experience.  As such,

15  a PHOSITA would have understood that the same index (in this case, $k$) can enumerate both the

16  sample and the sampling time instant.  A PHOSITA would also understand that the "sampling ***rate***"

17  in the example, i.e., the rate at which the sampler samples the output of the whitened matched filter,

18  is 1/T.

19

20       28.    The term "sampling time instant" and its synonym "sample instant" are also well-

21  known terms to a PHOSITA.  For example, below is an excerpt from undergraduate-level textbook,

22  "Introduction to Signals and Systems," by Douglas K. Lindner, 1999, McGraw-Hill, ISBN0-256-

23  25259-9, which is "designed for a one- or two- semester, sophomore-junior level core course on

24  signals and systems."  Consistent with my opinion above that sampling is taught to electrical

25  engineers at the undergraduate level, this text book ("Linder textbook") has a chapter, Chapter 17,

26  that introduces sampling.

27

28

29.      Shown below is an expert from Chapter 17 of the Linder textbook.  Part (a) of Figure 17.2.1 in the excerpt below, from pages 660-661, depicts a continuous-time signal, with time shown along the x- (horizontal) axis and the value (or amplitude) of the signal shown along the y- (vertical) axis.  The figure shows that the continuous-time signal is sampled at discrete "sample instants," denoted 0, $T_S$, $2T_S$, $3T_S$, $4T_S$, $5T_S$.  Thus, the textbook author uses the term "sample instant" to refer to a point in time when the continuous-time signal was sampled, which is consistent with how a PHOSITA would understand the term "sample instant."  A PHOSITA would also understand "sample instant" as used in the Linder textbook to be synonymous with "sampling time instant" as used in the '839 Patent because of the close similarity in the terms and the disclosures of the '839 Patent.  The excerpt from the Linder textbook also shows that the values of the continuous-time signal at the discrete sample instants are referred to as "sample values," which is also consistent with a PHOSITA's understanding.

13

### 17.2.2  Definitions

Sampling is the process of extracting a discrete-time signal from a continuous-time signal. The mathematical definition of sampling is given next.

**Definition 17.2.1:** Let $x(t)$ be a continuous-time signal and let $T_s > 0$ be a fixed number. From $x(t)$ we derive the discrete signal

$$\hat{x}(n) = x(nT_s) \quad \text{for} \quad n = \ldots, -2, -1, 0, 1, 2, \ldots$$

The number $T_s > 0$ is called the <u>sample period</u>. The <u>sampling frequency</u> $f_s$, in hertz, is defined as $f_s = \dfrac{1}{T_s}$. In radians the sampling frequency is $\omega_s = 2\pi f_s$. The time $t = nT_s$ is called a <u>sample instant</u>. The interval $nT_s \le t < (n+1)T_s$ is called the <u>sample interval</u>. The numbers $x(nT_s)$ are called the <u>sample values</u> of $x(t)$. The discrete signal $\hat{x}(n)$ is called the <u>discrete-time sampled version</u> of $x(t)$. The process of extracting the sample values from $x(t)$ is called <u>sampling</u>.  ▲▲

\* \* \*

The sampling process is shown pictorially in Figure 17.2.1. Figure 17.2.1a shows a continuous-time signal $x(t)$. This signal is sampled with a sample period of $T_s$. The corresponding sample values $x(nT_s)$ are also shown in Figure 17.2.1a. From these sample values the sampled version of $x(t)$, $\hat{x}(n)$, is constructed as in Definition 17.2.1.



**Figure 17.2.1** Graphical Representation of Sampling

30.     Each "sample instant" in Figure 17.2.1 in the above excerpt is separated by $T_s$ seconds, just as in Forney's paper, where the output of the whitened matched filter was sampled

14

"every T sec."  In addition, the Linder textbook in the excerpt above derives the equation for the discrete signal to be $\hat{x}(n) = x(nT_s)$ for $n$ = …, -2, -1, 0, 1, 2, … (at Definition 17.2.1.).  Thus, the Linder textbook uses a notation similar to that used by Forney by using the same index $n$ to enumerate both the sample $\hat{x}(n)$ and the sampling time instant $(nT_s)$.

31.    Another example showing that the term "sampling time instant" and its synonym "sample instant" are also well-known terms to a PHOSITA is from the senior-level undergraduate textbook, "Digital Signal Processing: Fundamentals and Applications," by Lizhe Tan and Jean Jiang, 2013, Academic Press – Elsevier, ISBN 978-0-12-415893-1 ("Tan & Jiang textbook").  This undergraduate level textbook covers sampling in Chapter 2.

32.    An excerpt from pages 15-16 of the Tan & Jiang textbook, shown below, shows a graph of a continuous signal similar to the one shown in the Linder textbook.  The Tan & Jiang textbook uses the term "sampling time instant" to refer to the time when the signal was sampled, which is consistent with how a PHOSITA would understand the term and how it is used in the '839 Patent.  A PHOSITA would further understand that "sampling time instant" in the Tan & Jiang textbook is synonymous with "sample instant" as used in the Linder textbook.



give the ADC enough time to convert it. This process is called *sample and hold*. Since there exits one amplitude level for each sampling interval, we can sketch each sample amplitude level at its corresponding sampling time instant shown in Figure 2.2, where 14 samples at their sampling time instants are plotted, each using a vertical bar with a solid circle at its top.

**FIGURE 2.2**

Display of the analog (continuous) signal and the digital samples versus the sampling time instants.

33.     The Tan & Jiang textbook also uses the notation used by Forney where the same index enumerates both the sample value and the sampling time instant.  Below is excerpt from page 23 of the Tan & Jiang textbook, showing Figure 2.8 thereof (about reconstruction of an analog signal from digital samples).  As shown in part (a), the index *n* is used to denote both the signal sample values $y(n)$ and the sampling time instants *n*, such that the 0-th signal sample is denoted y(0), the 1-st signal sample is denoted y(1), the 2-nd signal sample is denoted y(2), and so on.



**FIGURE 2.8**

Signal notations at the reconstruction stage.

34.     Consistent with this ordinary meaning in the field, the term "sampling time instant" is often used in patents.  Through online searching of the U.S. Patent Office patent database (patft.uspto.gov/netahtml/PTO/search-adv.htm), I found one hundred twenty three (123) U.S. patents that use the term "sampling time instant" in their specification, thirty nine (39) of which issued prior to 2001 (inclusive).[4]  I also found eighteen (18) other U.S. patents (besides the '839 Patent) that use

---

[4] Search terms: spec/"sampling time instant" AND isd/1/1/1900->12/31/2001

16

this term in the claims, four (4) of which issued between 1991 and 2001 (inclusive).[5]  Also, the search function on the IEEE digital library web site (ieeexplore.ieee.org) shows seventeen (17) papers that use the term, three (3) of which were published prior to 2001.

35.     The '839 Patent uses the term "sample" consistent with its ordinary meaning in the field.  Figure 3, which is very similar to the sampling diagrams in the Linder and Tan & Jiang textbooks excerpted above, shows a sampling process in which the readback waveform is sampled at periodic intervals to obtain the signal sample values $r_1$ to $r_{18}$.  In that connection, the '839 Patent describes Figure 3 as "an illustration of a **sample signal waveform**, its **samples**, and written symbols."  Col. 2:41-42 (emphasis added).



36.     In light at least the foregoing, a PHOSITA would have understood the meaning of the terms "samples" and "sampling time instants" as referenced in the '839 Patent.  Additionally, because Figure 3 resembles the standard sampling diagrams found in undergraduate textbooks, such as the Linder and Tan & Jiang textbooks described above, a PHOSITA would understand that Figure 3 is a representation of the sampling process, with clearly illustrated sampling time instants.  Consequently, a PHOSITA would have immediately recognized that the samples $r_1$, $r_2$, …, $r_{18}$ are

---

[5] Search terms: aclm/"sampling time instant" AND isd/1/1/1900->12/31/2001

REBUTTAL DECLARATION OF PROF. STEVEN W. McLAUGHLIN                    CASE NO. 3:18-CV-04571
303388458 V2

samples taken at discrete sampling time instants.

37.     A PHOSITA would further understand that the readback waveform depicted in Figure 3 of the '839 Patent is a time-varying signal because the read head senses the variations in the magnetic flux as the medium rotates under the read head.  Col. 3:7-18.  As the disk rotates over time, the variations in magnetic flux detected by the read head will change over time.  Thus, a PHOSITA would understand that the samples of the readback signal are at different *time* points, i.e., each from "a different sampling time instant."  Samples from different sampling time instants are depicted in Figure 3.  Sample $r_1$ is from a different sampling time instant than sample $r_2$, which is from a different sampling time instant than $r_3$, and so on.  Thus, a PHOSITA would understand the scope of the claim term "each sample corresponds to a different sampling time instant" with reasonable certainty when viewed in light of the specification and prosecution history of the '839 Patent.

38.     The '839 Patent also describes the sampling *rate*, stating that the readback waveform can be "sampled one sample per symbol…."  Col. 4:6-7; *see also* col. 4:1-2 (readback waveform "sampled at the rate of one sample per symbol interval").  The "symbols" in this context are the symbols written to the disk.  *See e.g.,* col. 3:52-53; col. 4:4.  As described above, the readback signal is a time-varying signal and if it was sampled at a rate of one sample per symbol, the readback signal would be sampled at a rate that is synchronized to, or corresponds with, the rate at which the written symbols pass under the read head.  Accordingly, a PHOSITA would understand that there is a one-to-one correspondence between the readback signal samples and the symbols written to the disk.  Such a 1-to-1 sampling rate explains why in Figure 3 the written symbols, denoted by the "*a*" terms, use the same index as the signal samples, denoted by *r* terms; the sample $r_1$ corresponds to the value of the time-varying readback signal for the 1st written symbol being read, $a_1$, and so on.

39.     The Forney paper as well as the Linder and Tan & Jiang textbooks collectively show that it is standard in the field when describing sampling to write, for example, "$r_5$," i.e., to use the

18

index (subscript) 5, to denote the 5-th sample taken at the 5-th sampling time instant. In the '839 Patent, because the sampling time instants coincide with the written symbols when using a sampling rate of "one sample per symbol…." (col. 4:6-7), the '839 Patent uses the same index $i$ for both the samples and the symbols. Thus, Professors Kavcic and Moura, the inventors of the CMU Patents, used the standard convention in the '839 Patent, except that they used, for example in Figure 3, the symbols to denote the sampling time instants due to the correspondence between the symbols and the sampling time instants. Using different indices for the samples, symbols and sampling time instants would have introduced unnecessary complexity.

40.    Other passages from the '839 Patent explain the "sampling time instants." For example, Figure 5 and col. 10:45-51 give an example where the signal sample values $r_i$ and $r_{i+1}$ correspond, respectively, to time indexes $i$ and $i+1$ of the trellis. Also, the passage at col. 9:24-29 describes the relationship between the timing of the signal samples and the sequence of symbols. This passage describes that based on the samples $r_i$, $r_{i+1}$,…, $r_{i+L}$, a decision could be made by the detector that the most likely estimate of the symbol sequence is $\hat{a}_{i-Kt}, …, \hat{a}_{i+L+Kt}$, where $L$ is the correlation length. These passages show how the sampling time instants relate to the trellis time indexes and to the symbols, and these explanations are consistent with how a PHOSITA would understand sampling and maximum likelihood sequence detection.

41.    Claim 4 also provides context for sampling and the term "sampling time instants" because it refers to "branches of a trellis for a Viterbi-like detector" and "branch metric values." A Viterbi-like detector detects data from a signal having intersymbol interference ("ISI") by using samples from the signal. Col. 3:21-22. Consequently, in order to compute branch metric values for branches of a trellis for a Viterbi-like detector, a PHOSITA would know that the signal having the ISI, in this context the readback waveform, needs to be periodically sampled in order to account for the ISI in the signal using the Viterbi algorithm.

19

42.     The fact that claim 4 uses both of the terms "time instant" and "time index" would not confuse a PHOSITA because the context in which the terms are used is clear from the claims.  Claim 4 recites that the branch metric function is selected for branches of the trellis "at a certain time index…"  The term "time index" in claim 4 refers to a cell or transition or stage of the trellis.  Figs. 4-5 of the CMU Patents show branches at a "time index" of a trellis and how the trellis "time index" relates to a sampling time instant when using a sampling rate of "one sample per symbol…."  '839 Patent at col. 4:6-7.  In contrast, "sampling time instant" refers to the time at which the readback signal is sampled, as described above.

43.     Even though the '839 Patent specification may not use the word "time," "time index" or "sampling time instant," specifically in relation to the (i) branches, (ii) the process of selecting a branch metric function, or (iii) the samples, the scope of claim 4 is not uncertain because the '839 Patent describes the sampling *rate* for the readback waveform, stating that the readback waveform can be "sampled one sample per symbol."  Col. 4:1-7.  A PHOSITA would know that a sampling "rate" in this context is the measure of how many times the instantaneous values of the readback signal is obtained per a unit of time (e.g., one second).  *See e.g.*, McGraw-Hill Dictionary of Scientific and Technical Terms, 5th ed. (defining "sampling rate" at "The rate at which measurements of physical quantities are made") (CMU_LSI_00279951).  Thus, a PHOSITA would understand that the sampling of the readback waveform occurs at periodic instants of *time* because it has a rate.

44.     For these reasons and those expressed in my McLaughlin Op. Decl., a PHOSITA, when viewed in light of the specification and prosecution history, would understand the scope of term "each sample corresponds to a different sampling time instant" with reasonable certainty.

1    **C.    Conclusion**

2        45.    I have personal knowledge of the facts stated in this declaration and could testify

3    competently to them if asked to do so.  I am being compensated in this matter for my time at a rate

4    of $550 per hour.  I have no financial interest in the outcome of this litigation involving the CMU

5    Patents.  I reserve the right to make additional opinions regarding the topics addressed herein after

6    my review of any expert report on claim construction from Defendants.

7

8        46.    I hereby declare that all statements made herein of my own knowledge are true and

9    that all statements made on information and belief are believed to be true, and further that these

10   statements were made with the knowledge that willful false statements and the like so made are

11   punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States

12   Code.

13

14   Executed on this 21 day of September, 2019, in Atlanta, Georgia.

15

16

17                                                   _____
                                                      Steven W. McLaughlin
18

19

20

21

22

23

24

25

26

27

28

REBUTTAL DECLARATION OF PROF. STEVEN W. McLAUGHLIN                    CASE NO. 3:18-CV-04571
303388458 V2