# EXHIBIT 1

# Two-track Codes for Magnetic Recording Channels

Emina Soljanin and Costas N. Georghiades[1]
Electrical Engineering Department, Texas A&M University, College Station, TX 77843, USA

*Abstract* — A reduction in the track-width in disc-recording systems results in a desirable increase in areal density, but also in the undesirable appearance of inter-track interference (ITI) and loss in signal-to-noise ratio (SNR), in addition to intersymbol-interference (ISI). One way the effects of ITI may be alleviated is through the use of multiple-head systems simultaneously writing and reading a number of adjacent tracks. We investigate the performance of two-track detectors, and design codes that combat two-dimensional interference patterns, ISI in the axial dimension and ITI in the radial dimension.

## I. Summary

Information is written on the medium in two adjacent tracks. There are two reading heads flying over these tracks. Each head responds to the magnetization of the adjacent track by producing a signal as if it were positioned over that track, but with an amplitude modified by a weighting parameter $\alpha$. The multi-track detector observes the two signals and uses them to produce a maximum-likelihood estimate of the recorded data in each of the two tracks.

We first prove that codes designed for improving noise immunity in single-track systems can be used for recovering the SNR loss due to track narrowing, in two-track, two-head systems. However, these codes are not capable of recovering the loss in performance due to ITI.

We then introduce a class of two-dimensional codes capable of combating the SNR loss due to both track narrowing and the presence of ITI for two-track, two-head systems when each track can be modelled as the $(1 - D)$ channel, [1]. These codes are constructed from $G_N$, the FSTD of almost-finite-type shown in Fig. 1. A rate 2/3 code can be constructed from



Figure 1: Two-track FSTD $G_N$.

$G_2$, a rate 3/4 form $G_3$, and a rate 4/5 from $G_7$. Encoders

[1] This work was supported by the the National Science Foundation under grant NCR-9016329.

with sliding-block decoders and reduced-complexity Viterbi detectors can be constructed for these codes [2].

Results are summarized in Fig. 2, which shows the two-track minimum distance parameter for the uncoded and three coded systems. This distance determines the performance for high values of SNR, when the minimum probability of error in the system is well approximated by $Q\left(\sqrt{d_{min}^2 SNR}\right)$. Coded



Figure 2: Performance of the optimal two-head detector for channel of two interfering tracks with and without coding.

system 1 applies the rate 1/2 biphase code on each of the two tracks. Coded system 2 applies a single-track MSN code of rate higher than 1/2 on each of the two tracks. Coded system 3 applies a two-track code constructed from $G_N$ of rate higher than 1/2.

## References

[1] E. Soljanin, C. N. Georghiades, "Coding for two-head recording systems," *submitted to IEEE Transaction on Information Theory*.

[2] E. Soljanin, C. N. Georghiades, "Sliding-block codes for two-track magnetic recording channels," *Proceedings of the 28-th CISS*, Princeton, March 1994.