# EXHIBIT 3

# EMINA SOLJANIN

94 Brett Rd.
Piscataway, NJ 08854

201 213 6905 *or* emina.soljanin@rutgers.edu
https://www.ece.rutgers.edu/emina-soljanin

## RESEARCH EXPERTISE AND INTERESTS

Theoretical understanding and practical solutions that enable efficient, reliable, and secure operation of distributed systems (storage and computing). Coding and Information Theory. Power systems. Quantum Computing.

## EDUCATION

**Ph.D.** Electrical Engineering, Texas A&M University, *1994.*

**Dissertation:** *Coding for Improving Noise Immunity in Multi-Track, Multi-Head Recording Systems*

**Research areas:** constrained coding, symbolic dynamics, multi-input, multi-output communications, and data storage.

**M.S.** Electrical Engineering, Texas A&M University, *1989.*

**Thesis:** *New Approach to the Design of Digital Algorithms for Electric Power Measurements*

**Research areas:** power systems and digital signal processing.

**B.S.** European Diploma Degree (M.S. equivalent), Electrical Engineering, University of Sarajevo, Bosnia and Herzegovina (former Yugoslavia), *1986.*

**Thesis:** *Long-Term Hydro-Plants Scheduling for Electric Power Networks*

**Research areas:** power systems, stochastic and combinatorial optimization, and graph theory.

## EMPLOYMENT HISTORY

**Professor**, Rutgers University, *Jan. 2016 –*

**Member of Technical Staff**, Mathematics of Networks and Systems Research Department, Bell Labs, **Postdoctoral** *Sept. 1994 – Dec. 2015 Jan. 1996*, **Regular** *Feb. 1996 – Mar. 2004*, **Distinguished** *Apr. 2004 –*.
*Working on a wide range of mathematical problems arising in communications and storage networks; in particular coding, information theoretic, and (more recently) queueing problems concerning efficient, reliable, and secure networking for big data.*

**Research Engineer**, Energoinvest, IRIS Institute, Department for Mathematical Modelling, Sarajevo, Bosnia, *June 1986 – May 1988.*
*Developing optimization algorithms and software for power system planning and operation.*

## RESEARCH AND TEACHING VISITS, MENTORING

**Visiting Scientist** The Simons Institute for the Theory of Computing, UC Berkeley, *Spring 2015.*

**Lecturer** for the *2011 Information Theory Summer School.*

**Guest Professor** at ENSEA/Univ. Cergy-Pontoise/CNRS, ETIS group, France, *Sept. 2010.*

**Guest Lecturer** at the University College Dublin, Claude Shannon Institute, *Jan. 2009,* teaching an intensive course on *Network Coding.*

**Visiting Professor** at Ecole Polytechnique Fédérale de Lausanne (EPFL), *Jan.–Dec. 2008*

**Adjunct Professor** at Columbia University, *Spring 2004–Fall 2005,* teaching *Communication Theory I & II*.

**Adjunct Professor** at Brooklyn Polytechnic University, *Fall 2004,* teaching *Inform. Theory*

**Lecturer** at Texas A&M University, *academic year 1993/1994,* teaching *Elec. Circuit Theory*.

**Lecturer** at University of Sarajevo, Bosnia, *academic years 1986/1987 and 1987/1988,* teaching *Signal Processing I & II*.

**Mentor** for an NSF postdoctoral researcher at Bell Labs, *July 2010 – July 2012*

**Mentor** for three Bell Labs postdoctoral researchers, *May 1998 – May 2000 Jan. 2000 – Jan. 2001,* organizing and supervising their research projects.

**Mentor** for summer interns at Bell Labs and DIMACS, organizing and supervising research projects for up to three interns almost every summer since 1997.

**Ph.D Thesis Committee Member,** students at Rutgers (4), Columbia (1), EPFL (3), Aalborg (1), MIT (2), Toronto (1). – *various degrees of supervision/involvement*

**Host Scientist** for Bell Labs Global Science Scholars program for final-year high-school (2003–2005). Project design, lecturing, and a week-long supervision for visiting students.

## PROFESSIONAL ACTIVITIES AND SERVICE

**President** for the *IEEE Inform. Theory Soc.*, 2019.

**IEEE Koji Kobayashi Award Committee Member,** 2014 –, **Committee Chair** for 2018 and 2019 awards.

**First Vice President** for the *IEEE Inform. Theory Soc.*, 2018.

**Second Vice President** for the *IEEE Inform. Theory Soc.*, 2017.

**IEEE Alexander Graham Bell Medal Committee Member,** 2017 – .

**IEEE Fellows Committee Member** for the *IEEE Inform. Theory Soc.*, 2016 – .

**AWM Meetings Committee,** 2016/17.

**IEEE Richard W. Hamming Medal Committee Member,** 2013 –2016.

**External Advisory Committee** and **Industrial Board Member** for the NSF Science & Technology Center for Science of Information (NSF-STC-CSoI), 2013 –.

**Best Paper Award Committee Member** (3 times) for *IEEE Inform. Theory Society*

**Board of Governors Member** for the *IEEE Inform. Theory Soc.*, 2009 – 2011 and 2013 –.

**DIMACS Council Member,** 2003 –.

**DIMACS Postdoctoral Committee Member,** 2001 – 2011.

**Co-Chair for DIMACS Special Focus** on Cybersecurity, 2011 – 2016.

**Co-Chair for DIMACS Special Focus** on Comput. Inform. Th. and Coding, 2000 – 2005.

**Guest Editor** for the *Elsevier-PhyCom, Special Issue on Network Coding and its Applications to Wireless Communications,* March 2013.

**Editorial Board Member** *Springer Journal on Applicable Algebra in Engineering, Communication and Computing,* 2008 –.

**Associate Editor** for Coding Techniques, *IEEE Trans. on Inform. Theory,* 1997 – 2000.

**Technical Program Co-Chair** for the *2008 IEEE Inform. Theory Workshop* and *2012 International Symposium on Network Coding*

**Workshop Co-Organizer**
*User Anonymity and Data Privacy*, July/August, 2019 within the ICERM Women in Data Science and Mathematics Research Collaboration Workshop. *Codes for Data Storage with Queues for Data Access*, July, 2017 within the ICERM Women in Data Science and Mathematics Research Collaboration Workshop. Dagstuhl Seminar on *Coding Theory in the Time of Big Data,* Schloss Dagstuhl, Aug. 2016, DIMACS Workshop on *Network Coding: the Next 15 Years,* Dec. 2015, BIRS Workshop on *Mathematical Coding Theory in Multimedia Streaming*, Banff, Oct. 2015. DIMACS Workshop on *Coding Theoretic Methods for Network Security*, April 2015, INFOCOM Workshop on *Communications and Networking Techniques for Contemporary Video*, April 2014, DIMACS Workshop and Working Group on Algorithms for Green Data Strage, Dec. 2013, Dagstuhl Seminar on Coding Theory, Schloss Dagstuhl, Aug. 2013, BIRS Workshop on *Applications of Matroid Theory and Combinatorial Optimization to Information and Coding Theory,* Banff, Aug. 2009, DIMACS Working Group and Workshop on *Coding, Streaming and Compressive Sensing* (March 2009), DIMACS Working Group on *Network Coding* Jan. 2005 and DIMACS Working Group and Workshop on *Theoretical Advances In Information Recording* (March 2004).

**Special-Session Organizer** *(selected, invited to organize):* Tutorials at *2015 IEEE Internat. Symp. on Inform. Theory (ISIT'15),* "Information Theory & Coding for Contemporary Video," *2013 IEEE Inform. Theory Workshop (ITW'13)* in Seville, "Network Coding" at *2006 IEEE Comm. Theory Workshop* (CTW'06) in Puerto Rico, "Network Coding" at *2006 IEEE Inform. Theory Workshop (ITW'06)* in Chengdu, "Emerging Applications of Information Theory" at *2004 IEEE Inform. Theory Workshop (ITW'04)* in San Antonio.

**Technical Program Committee Member** for *(selected) IEEE Internat. Symp. on Inform. Theory (ISIT),* 2000 – 2002, 2004, and 2008 – , *IEEE Inform. Theory Workshop (ITW),* 2004 – 2009, *IEEE 2005 Int. Conf. Wireless Networks, Commun., and Mobile Comput., Int. Workshop on Wireless Networks: Communication, Cooperation and Competition,* 2007, *Commun. Theory Symp. at IEEE Global Telecommun. Conf. (GLOBECOM) 2007–2008*, *Internat. Conf. on Comm. (ICC)* 2009.

**Technical proof-reader** for the *IEEE Transac. Inform. Theory*, 1990 – 1992.

**Research Proposal Reviewer** for NSF, BSF (United States-Israel Binational Science Foundation), Danish Research Council for Technology and Production Sciences, Research Grants Council of Hong Kong, SFI (Science Foundation of Ireland), UC MICRO Program (University of California Microelectronics Innovation and Computer Research Opportunities).

**Affiliations** with IEEE Inform. Theory and Communications Societies, American Mathematical Society (AMS), Association for Women in Mathematics (AWM), NSF Center for Discrete Mathematics and Computer Science (DIMACS).

## SELECTED BELL LABS SERVICE

**Graduate Research Program for Women (GRPW)** and **Cooperative Research Fellowship Program (CRFP) for Minorities and Women** committee member, 2002 – 2009.

**Global Science Scholars** committee member and host to student visitors, 2003–2005.

**Afirmative Action** Committee Member, 1996 – 1999.

**Library Liaison,** provided periodic recommendations for book ordering, collected and provided feedback on journal usage, 1996 – .

**Seminars Sponsor,** recruited and hosted speakers for several internal seminars and reading groups, 1996 – .

**Committee Service,** served on numerous hiring and various ad-hoc committees, 1995 – .

## RECOGNITIONS

- *Distinguished Alumnus Award,* by College of Engineering, Texas A&M University, 2017.
- *Distinguished Lecturer* for IEEE Information Theory Society, 2015 – 2016.
- *IEEE Fellow*, for contributions to coding theory and coding schemes for transmission and storage systems, *class of 2014.*
- *IEEE IT Society 2013 Padovani Lecturer,* a person whose research is considered to be of particular interest to students and postdocs is selected to give a special lecture at the yearly North American School of Information Theory. Lecture Ttile: "Secret Lives of Codes: From Theory to Practice and Back"
- *Best Paper Award* for the paper "Trade-off between cost and goodput in wireless: replacing transmitters with coding," (with M. Kim, M. Medard, MIT, J. Barros, Univ. of Porto, and T. Klien, Bell Labs) at *MONAMI'13.*
- *Honorable mention of the paper* "Asymptotic spectra of trapping sets in irregular LDPC code ensembles," (with O. Milenkovic, and P. Whiting, Bell Labs) at the *ICC 2006;* citation: "It provided an important contribution towards the statistical characterization and understanding of trapping sets, which are crucial to the assessment of error-floor effects in LDPC codes."
- *Distinguished Member of Technical Staff*, Bell Labs, March 2004.
- *IEEE Senior Member*, July 2003.
- Recognized as an *exceptional Bell Labs intern mentor* for the Summer 2003.
- IEEE *Referee Recognition* Award, 1998.
- Recognized in the 25th anniversary issue of *EE Times* as one of the 20 young engineers who are likely to make "significant contributions in the new millennium", Oct. 1997.
- Recognized for *teamwork at Bell Labs*, Dec. 1994.
- *Fouraker Fellowship* by EE Department, Texas A&M University, Sep. 1992 – Aug. 1993.
- *Electrical Power Institute Fellowship* for the masters at EE Department, Texas A&M University, Jun. 1988 – Dec. 1989.

## FUNDING

**NSF SaTC Small Collaborative Grant** for *Covert/Secret and Efficient Message Transfer in (Mobile) Multi-Agent Environments* at the level of $500,000 (with NJIT), Sept. 2018 – Aug. 2021. *(PI)*

**NSF CIF Small Collaborative Grant** for *Codes for Storage with Queues for Access* at the level of $500,000 (with Texas A&M), Sept. 2017 – Aug. 2020. *(PI)*

**NSF Funds** for supporting a postdoctoral researcher in industry, *July 2010 – June 2011*

**DIMACS Funds** – awarded by the NSF and other funding agencies for *DIMACS Special Focus on Cybersecurity,* for workshops, seminar series, visitors, and postdocs from 2011 through 2015. *(Focus Co-Chair)*

**NSF NeTS Medium Grant** for *Collaborative Research: Secure Networking Using Network Coding* at the level of $882,357 (with Caltech, Purdue, and UT Austin), Sept. 2009 – Aug. 2013. *(Industry Co-PI)*

**DARPA IAMANET Contract** for *PIANO: Principles for Intrinsically Assurable Network Operation,* with a multidisciplinary team from several universities (Caltech, MIT, Stanford, UMass, UT Austin), led by BAE, 2008. *(personal share $241,000 over 18 months)*

**NSF NeTS-NBD Small Grant** for *Coding and Transmission Schemes for Content Download* at the level of $569,000 (with UIUC and Rutgers), Sept. 2007 – Aug. 2010. *(Industry Co-PI)*

**NSF ITR Medium Grant** for *Network Coding From Theory to Practice* at the level of $1.85 million (with Caltech, MIT, and UIUC), Sept. 2003 – Aug. 2008. *(Industry Co-PI)*

**DIMACS Funds** – $205,000 budget awarded by the NSF and other funding agencies for *DIMACS Special Focus on Computational Information Theory and Coding* for workshops, seminar series, visitors, and postdocs from 2001 through 2004. *(Focus Co-Chair)*

**NAE Research Grant** – American recipient of the 1999 $10,000 Research Grant by the German-American Networking Program of the *National Academy of Engineering* and its German counterpart. (Elke Offer, TU Munich, was the German recipient.)

## JOURNAL PUBLICATIONS

1. M. F. Aktas and E. Soljanin, "Straggler Mitigation at Scale," *IEEE/ACM Transactions on Networking,* submitted Sept. 2018.

2. G. Joshi, E. Soljanin, and G. Wornell, "On the delay-storage trade-off in content download from coded distributed storage systems," *ACM Transactions on Modeling and Performance Evaluation of Computing Systems,* May 2017.

3. L. Tan, Y. Li, A. Khisti, E. Soljanin, "Successive segmentation-based coding for broadcasting over erasure channels," *IEEE Trans. Inform. Theory,* pp. 3026–3038, Jun. 2016.

4. C. Fragouli and E. Soljanin, "(Secure) Linear network coding multicast - A theoretical minimum and some open problems," *Journal on Des. Codes and Cryptography, The 25th Anniversary Issue,* pp. 269–310, Jan. 2016.

5. K. Guan, A. Tulino, P. Winzer, and E. Soljanin, "Secrecy capacities in space-division multiplexed fiber-optic communication systems," *IEEE Trans. Inform. Forensics & Sec.,* pp. 1325- 1335, July 2015.

6. M. Kim, T. Klein, E. Soljanin, J. Barros, M. Médard, "Modeling network coded TCP: analysis of throughput and energy cost," *ACM Springer Mobile Networks and Applications (MONET) Journal*, pp. 790–803, Dec. 2014.

7. G. Joshi, Y. Liu, and E. Soljanin, "On the delay-storage trade-off in content download from coded distributed storage systems," *IEEE J-SAC Special Issue on Communication Methodologies for the Next-Generation Storage Systems,* pp. 989–997, May 2014.

8. E. Song, E. Soljanin, P. Cuff, and V. H. Poor, "Rate-distortion-based physical layer secrecy with applications to multimode fiber," *IEEE Trans. Commun.*, pp. 1080–1090, March 2014.

9. S. Kokalj, E. Soljanin, and P. Spasojevic, "Low complexity differentiating adaptive erasure codes in multimedia wireless broadcast," *IEEE Trans. Commun.,* pp. 3462-3471, Aug. 2013.

10. Y. Li, E. Soljanin, and P. Spasojević, "Three schemes for wireless coded broadcast to heterogeneous users," *Elsevier-PhyCom, Special Issue on Network Coding and its Applications to Wireless Communications,* pp. 114–123, March 2013.

11. Z. Kong, E. Yeh, and E. Soljanin, "Coding improves the throughput-delay trade-off in mobile wireless networks," *IEEE Trans. Inform. Theory,* pp. 6894–6906, Nov. 2012.

12. I. Andriyanova and E. Soljanin, "Optimized IR-HARQ schemes based on punctured LDPC codes over the BEC," *IEEE Trans. Inform. Theory,* pp. 6433-6445, Oct. 2012.

13. S. Kokalj and E. Soljanin, "Suppressing the cliff effect in video reproduction quality," *Bell Labs Technical Journal, Video Issue,* March 2012.

14. S. El Rouayheb, E. Soljanin, and A. Sprintson, "Secure network coding for wiretap networks of type II," *IEEE Trans. Inform. Theory,* pp. 1361–1371, March 2012.

15. Y. Li, E. Soljanin, and P. Spasojević, "Effects of generation size and overlap on throughput and complexity in randomized linear network coding," *IEEE Trans. Inform. Theory,* pp. 1111–1123, Feb. 2011.

16. Z. Kong, S. Aly, and E. Soljanin, "Decentralized coding algorithms for distributed storage in wireless sensor networks," invited for *IEEE J-SAC Special Issue on Data Communication Techniques for Storage Channels and Networks*, pp. 261–267, Feb. 2010.

17. S. Kokalj, P. Spasojevic, and E. Soljanin, "Doped Fountain coding for minimum delay data collection in circular networks," *IEEE J-SAC Special Issue on Network Coding for Wireless Communication Networks,* pp. 673–684, June 2009.

18. E. Soljanin, P. Gupta, G. Kramer, "Network coding for efficient network multicast," *Bell Labs Technical Journal, Enabling Science and Technology Issue,* pp. 157-166, March 2009.

19. Z. Kong, S. Aly, E. Soljanin, E. Yeh, and A. Klappenecker, "Network coding capacity of random wireless networks under a signal-to-noise-and-interference ratio model," *IEEE Trans. Inform. Theory,* submitted 2008.

20. E. Soljanin, "Network Multicast with Network Coding," *IEEE Signal Processing Magazine*, pp. 109–112, Sept. 2008.

21. R. Liu, P. Spasojevic, and E. Soljanin, "Incremental redundancy cooperative coding for wireless networks: cooperative diversity, coding, and transmission energy gain," *IEEE Trans. Inform. Theory,* pp. 1207–1224, March 2008.

22. O. Milenkovic, E. Soljanin, and P. Whiting, "Asymptotic spectra of trapping sets in regular and irregular LDPC code ensembles," *IEEE Trans. Inform. Theory,* pp. 39–55, Jan. 2007.

23. C. Chekuri, C. Fragouli, and E. Soljanin, "On average throughput benefits and alphabet size in network coding," *IEEE Trans. Inform. Theory,* pp. 2410–2424, June 2006.

24. R. Liu, P. Spasojevic, and E. Soljanin, "Reliable channel regions for good binary codes transmitted over parallel channels," *IEEE Trans. Inform. Theory,* pp. 1405–1424, April 2006.

25. C. Fragouli and E. Soljanin, "Information flow decomposition for network coding," *IEEE Trans. Inform. Theory,* pp. 829–848, March 2006.

26. R. Liu, P. Spasojevic, and E. Soljanin, "On the weight spectrum of good linear binary codes," *IEEE Trans. Inform. Theory,* pp. 4369–4373, Dec. 2005.

27. E. Soljanin, N. Varnica, and P. Whiting, "Incremental redundancy hybrid ARQ with LDPC and Raptor codes," submitted to *IEEE Trans. Inform. Theory,* Sept. 2005.

28. E. Soljanin and E. Offer, "Bit-optimal decoding of codes whose Tanner graphs are trees," J. Discrete Applied Mathematics, Elsevier Science, vol. 128/1, pp. 293–303, 2003.

29. E. Soljanin, "Compressing quantum mixed-state sources by sending classical information," *IEEE Trans. Inform. Theory,* pp. 2263–2275, Aug. 2002.

30. E. Soljanin, "Writing sequences on the plane," *IEEE Trans. Inform. Theory,* pp. 2263–2275, June 2002.

31. A. Mojsilović, J. Hu, and E. Soljanin, "Extraction of perceptually important colors and similarity measurement for image matching, Retrieval, and Analysis," *IEEE Trans. Image. Proc.,* pp. 1238–1248, Nov. 2002.

32. A. Mojsilovic and E. Soljanin, "Color quantization and processing by Fibonacci lattices," *IEEE Trans. Image Proc.,* pp. 1712–1725, Nov. 2001.

33. E. Soljanin and A. J. Van Wijngaarden, "Application of distance enhancing codes," *IEEE Trans. Magn.,* pp. 762–767, Mar. 2001.

34. R. Karabed, P. H. Siegel and E. Soljanin, "Constrained coding for binary channels with high intersymbol interference," *IEEE Trans. Inform. Theory,* pp. 1777–1797, Sept. 1999.

35. B. E. Moision, P. H. Siegel, and E. Soljanin, "Distance-enhancing codes for digital recording," *IEEE Trans. Magn.,* pp. 69-74, Jan. 1998.

36. E. Soljanin and C. N. Georghiades, "Multihead detection for multitrack recording channels," *IEEE Trans. Inform. Theory,* pp. 2988–2997, Nov 1998.

37. E. Soljanin "A coding scheme for generating bipolar dc-free sequences," *IEEE Trans. Magn.,* pp. 2755–2757, Sept. 1997.

38. E. Soljanin and C. N. Georghiades, "Coding for two-head recording systems," *IEEE Trans. Inform. Theory,* pp. 747–755, May 1995.

39. M. Kezunovic, E. Soljanin, B. Perunicic, and S. Levi, "New approach to the design of digital algorithms for electric power measurements," *IEEE Trans. Power Delivery,* Vol. 6, pp. 516–523, Apr. 1991.

40. B. Perunicic, M. Kezunovic, and E. Soljanin, and S. Levi, "Digital signal processing algorithms for power and line parameter measurements with low sensitivity to frequency change," *IEEE Trans. Power Delivery,* Vol. 5, pp. 1209–1215, Apr. 1990.

## REFEREED CONFERENCE PUBLICATIONS


1. S. E. Anderson, A. Johnston, G. Joshi, G. L. Matthews, C. Mayer, and E. Soljanin, "Service rate region of content access from erasure coded storage," *IEEE Information Theory Workshop (ITW)*, Guangzhou, China, Nov. 2018.

2. J. Zhong, R.D. Yates and E. Soljanin,"Timely lossless source coding for randomly arriving symbols," *IEEE Information Theory Workshop (ITW)*, Guangzhou, China, Nov. 2018.

3. A. Behrouzi Far and E. Soljanin, "On the effect of task-to-worker assignment in distributed computing systems with stragglers," *56th Annual Allerton Conference,* Monticello, IL, Oct. 2018.

4. P. Peng and E. Soljanin, "On distributed storage allocations of large files for maximum service rate," *56th Annual Allerton Conference,* Monticello, IL, Oct. 2018.

5. J. Zhong, R.D. Yates and E. Soljanin, "Multicast with prioritized delivery: how fresh is your data," *IEEE International Workshop on Signal Processing Advances in Wireless Communications (SPAWC)*, Kalamata, Greece, June 2018.

6. J. Zhong, R.D. Yates and E. Soljanin, "Two freshness Metrics for local cache refresh," *IEEE International Symposium on Information Theory (ISIT)*, Vail, CO, June 2018.

7. M. F. Aktas and E. Soljanin, "Heuristics for analyzing download time in MDS coded storage systems," *2018 IEEE Int. Symp. Inform. Theory* Vail, July 2018.

8. M. F. Aktas, S. E. Anderson, A. Johnston, G. Joshi, S. Kadhe, G. L. Matthews, C. Mayer, and E. Soljanin, "On the service capacity region of accessing erasure coded content," *Proc. 55th Annual Allerton Conference on Communication, Control, and Computing,* Oct. 2017.

9. J. Zhong, R.D. Yates and E. Soljanin, "Minimizing content staleness in dynamo-style replicated storage systems," *IEEE INFOCOM Age of Information (AoI) Workshop*, Honolulu, HI, Apr. 2018.

10. J. Zhong, E. Soljanin, and R. D. Yates, "Status updates through multicast networks," *55th Annual Allerton Conference*, Monticello, IL, Oct. 2017.

11. M. F. Aktas, P. Peng, and E. Soljanin, "Straggler mitigation by delayed relaunch of tasks," *Proceedings of the IFIP WG 7.3 Performance,* ACM. Nov. 2017.

12. M. F. Aktas, P. Peng, and E. Soljanin, "Effective straggler mitigation: which clones should attack and when?" *SIGMETRICS Performance Evaluation Review* 45(2): 12–14, ACM. Jun. 2017.

13. M. Aktaş, E. Najm, and E. Soljanin, "Simplex queues for hot data download," ACM SIGMETRICS 2017, Jan. 2017.

14. E. Najm, R. Yates, and E. Soljanin, "Status updates through M/G/1/1 queues with HARQ," *IEEE International Symposium on Information Theory (ISIT)*, Aachen, Germany, June 2017.

15. J. Zhong, R.D. Yates and E. Soljanin, "Backlog-adaptive compression: age of information," *IEEE International Symposium on Information Theory (ISIT)*, Aachen, Germany, June 2017.

16. R.D. Yates, E. Najm, E. Soljanin, and J. Zhong, "Timely updates over an erasure channel," *IEEE International Symposium on Information Theory (ISIT)*, Aachen, Germany, June 2017.

17. M. Noori, E. Soljanin, M. Ardakani, "On storage allocation for maximum service rate in distributed storage systems," *2016 IEEE Int. Symp. Inform. Theory (ISIT'16),* Barcelona, July 2016.

18. K. Guan, P. Winzer, A. Tulino, and E. Soljanin, "Physical layer security of space-division multiplexed fiber-optic communication system in the presence of multiple eavesdroppers," *2015 IEEE Global Telecommunications Conf. (GLOBECOM'15),* San Diego, Dec. 2015.

19. G. Joshi, E. Soljanin, and G. Wornell, "Using efficient redundancy to reduce latency in cloud systems," *52nd Annual Allerton Conference,* Monticello, IL, Oct. 2015.

20. S. Kadhe, E. Soljanin, and A. Sprintson, "When do the availability codes make the stored data more available?" invited for *53nd Annual Allerton Conference,* Monticello, IL, Oct. 2015.

21. Y. Li, K. Guo, X. Wang, E. Soljanin, and T. Woo, "SEARS: Space efficient and reliable storage system in the cloud," *40th IEEE Conference on Local Computer Networks (LCN),* Clearwater Beach, FL, USA, Oct. 2015.

22. U. J. Ferner, M. Médard, E. Soljanin, "Why reading patterns matter in storage coding and scheduling design," *8'th IEEE International Conference on Cloud Computing (IEEE CLOUD 2015)*, New York, July, 2015.

23. G. Joshi, E. Soljanin, and G. Wornell, "Queues with Redundancy: Latency-Cost Analysis," *Mathematical Performance Modeling and Analysis (MAMA) Workshop in conjunction with ACM SIGMETRICS,* Prtland, OR, June 2015.

24. S. Kadhe, E. Soljanin, and A. Sprintson, "Analyzing the download time of availability codes," *2015 IEEE Int. Symp. Inform. Theory (ISIT'15),* Hong Kong, June 2015.

25. L. Tan, M. Kaveh, A. Khisti, and E. Soljanin, "Coding for source-broadcasting over erasure channels with feedback," *2015 IEEE Int. Symp. Inform. Theory (ISIT'15),* Hong Kong, June 2015.

26. M. Heindelmaier and E. Soljanin, "Isn't hybrid ARQ enough?" invited for *52nd Annual Allerton Conference,* Monticello, IL, Oct. 2014.

27. A. Singh Rawat and E. Soljanin, "Dynamic control of video quality for AVS," *2014 IEEE Int. Symp. Inform. Theory (ISIT'14),* Honolulu, July 2014.

28. Y. Li, L. Tan, A. Khisti, and E. Soljanin, "Successive segmentation-based coding for broadcasting over erasure channels," *2014 IEEE Int. Symp. Inform. Theory (ISIT'14),* Honolulu, July 2014.

29. I. Andriyanova, A. Julé, and E. Soljanin, "The code rebalancing problem for a storage-flexible data center network," *2013 IEEE International Conference on Big Data (IEEE BigData 2013)*, Santa Clara, CA, Oct. 2013.

30. K. Guan, P. Winzer, E. Soljanin, and A. Tulino, "On the secrecy capacity of the space-division multiplexed fiber optical communication systems," *2013 First IEEE Conference on Communications and Network Security (CNS'13),* Washington, DC, Oct. 2013.

31. M. Kim, T. Klien, E. Soljann, M. Médard, and J. Barros,"Trade-off between cost and goodput in wireless: replacing transmitters with coding," *5th Int. Conf. on Mobile Networks and Management (MONAMI'13)*, Cork, Ireland, Sept. 2013. *(best paper award)*

32. E. Soljanin, "Some coding and information theoretic problems in contemporary (video) content delivery," *2013 IEEE Inform. Theory Workshop (ITW'13),* Seville, Spain, Sept. 2013. *(invited)*

33. L. Tan, Y. Li, A. Khisti, and E. Soljanin, "Source broadcasting over erasure channels: distortion bounds and code design," *2013 IEEE Inform. Theory Workshop (ITW'13),* Seville, Spain, Sept. 2013.

34. G. Joshi and E. Soljanin, "Round-robin overlapping generations coding for fast content download," *2013 IEEE Int. Symp. Inform. Theory (ISIT'13),* Istanbul, Turkey, July 2013.

35. L. Tan, A. Khisti, E. Soljanin, "Distortion bounds for broadcasting a binary source over binary erasure channels," *13'th Canadian Workshop on Information Theory (CWIT'13),* Toronto, Canada, June 2013.

36. K. Guan, E. Song, E. Soljanin, and P. Winzer, "Physical layer security in space-division multiplexed fiber optic communications," *46th Asilomar Conference on Signals, Systems, and Computers,* Monterey, California, Amsterdam, The Netherlands Nov. 2012.

37. K. Guan, P. Winzer, and E. Soljanin, "Information-Theoretic Security in Space-Division Multiplexed Fiber Optic Networks," *2012 European Conference and Exhibition on Optical Communication (ECEOC'2012),* Amsterdam, The Netherlands, June 2012.

38. G. Joshi, Y. Liu, and E. Soljanin, "Coding for fast content download," invited for *50th Annual Allerton Conference,* Monticello, IL, Oct. 2012.

39. U. J. Ferner, M. Médard, E. Soljanin, "Toward sustainable networking: storage area networks with network coding," *50th Annual Allerton Conference,* Monticello, IL, Oct. 2012.

40. L. Tan, A. Khisti, E. Soljanin, "Quadratic gaussian source broadcast with individual bandwidth mismatches," *2012 IEEE Int. Symp. Inform. Theory (ISIT'12),* Cambridge, MA, June 2012.

41. Y. Li, P. Vingelmann, M. V. Pedersen, and Emina Soljanin, "Round robin streaming with generations," *2012 Int. Symp. on Network Coding, (NetCod'12),* Cambridge, MA, June 2012.

42. S. Kokalj, E. Soljanin, and P. Spasojevic,"Is rateless paradigm fitted for lossless compression of erasure–impaired sources?" invited for *49th Annual Allerton Conference,* Monticello, IL, Sept. 2011.

43. A. Bhowmick, A. Rawat, E. Soljanin, and S. Vishwanath, "Update efficient codes for distributed storage," *2011 IEEE Int. Symp. Inform. Theory (ISIT'11),* St. Petersburg, July 2011.

44. S. Kokalj-Filipovic, E. Soljanin, and Y. Gao, "Cliff effect suppression through multiple-descriptions with split personality," *2011 IEEE Int. Symp. Inform. Theory (ISIT'11),* St. Petersburg, July 2011.

45. N. P. Anthapadmanabhan, E. Soljanin, and S. Vishwanath, "Update-efficient codes for erasure correction," invited for *48th Annual Allerton Conference,* Monticello, IL, Sept. 2010.

46. E. Soljanin, "Reducing delay in mobile multi-agent information relaying," invited for *48th Annual Allerton Conference,* Monticello, IL, Sept. 2010.

47. Y. Li, E. Soljanin, and P. Spasojević, "Collecting coded coupons over generations," *2010 IEEE Int. Symp. Inform. Theory (ISIT'10),* Austin, USA, June 2010.

48. M. Sardari, R. Restrepo, F. Fekri, and E. Soljanin, "Memory allocation in distributed storage networks," *2010 IEEE Int. Symp. Inform. Theory(ISIT'10),* Austin, USA, June 2010.

49. Y. Li, E. Soljanin, and P. Spasojević, "Collecting coded coupons over overlapping generations," *2010 Int. Symp. on Network Coding, (NetCod'10)*, Toronto, Canada, June 2010.

50. I. Andriyanova and E. Soljanin, "IR-HARQ schemes with finite-length punctured LDPC codes over the BEC," *Proc. 2009 IEEE Int. Inform. Theory Workshop (ITW'09),* Taormina, Italy, Oct. 2009.

51. Y. Li and E. Soljanin, "Rateless codes for single-server streaming to diverse users," in *Proc. 48th Annual Allerton Conference,* Monticello, IL, Sept. 2009.

52. Z. Kong, E. Yeh, and E. Soljanin, "Coding improves the throughput-delay trade-off in mobile wireless networks," *2009 IEEE Int. Symp. Inform. Theory (ISIT'09)*, Seul, Korea, July 2009.

53. S. Kokalj, P. Spasojevic, E. Soljanin, and R. Yates, "ARQ with doped Fountain decoding," *Proc. 2008 IEEE Int. Symp. on Spread Spectrum Techniques and Applications (ISSSTA'08),* Bologna, Italy, Aug. 2008.

54. S. Aly, Z. Kong, and E. Soljanin, "Raptor codes based distributed storage algorithms for large-scale wireless sensor networks," *2008 IEEE Int. Symp. Inform. Theory (ISIT'08)*, Toronto, Canada, July 2008.

55. A. Mills, B. Smith, T. C. Clancy, E. Soljanin, and S. Vishwanath ”On secure communications over wireless erasure networks,” *2008 IEEE Int. Symp. Inform. Theory (ISIT'08)*, Toronto, Canada, July 2008.

56. S. Aly, Z. Kong, and E. Soljanin, “Fountain codes based distributed storage algorithms for large-scale wireless sensor networks,” in *Proc. Int. Conf. Inform. Processing in Sensor Networks (IPSN'08)*, St. Louis, MO, USA, April 2008.

57. S. Kokalj, P. Spasojevic, R. Yates, and E. Soljanin, “Decentralized Fountain codes for minimum-delay data collection,” *Proc. 42nd Annual Conference on Information Sciences and Systems (CISS'08)*, Princeton, NJ, March 2008.

58. Z. Kong, S. Aly, E. Soljanin, A. Klappenecker, and E. Yeh, “Network coding capacity of random wireless networks under a signal-to-interference-and-noise model,” in *Proc. 45th Annual Allerton Conference*, Monticello, IL, Sept. 2007.

59. C Lott, O Milenkovic, and E. Soljanin, “Hybrid ARQ: theory, state of the art and future directions,” in *Proc. 2007 IEEE Int. Workshop Inform. Theory (ITW'07)*, Bergen, Norway, July 2007 (*Invited*)

60. S. El Rouayheb and E. Soljanin, “On wiretap networks II,” *2007 IEEE Int. Symp. Inform. Theory (ISIT'07)*, Nice, France, June 2007.

61. S. El Rouayheb, C. N. Georghiades, E. Soljanin, A. Sprintson, “Bounds on codes based on graph theory,” *2007 IEEE Int. Symp. Inform. Theory (ISIT'07)*, Nice, France, June 2007.

62. E. Soljanin, N. Varnica, and P. Whiting, “Raptor codes for hybrid ARQ,” in *Proc. 44th Annual Allerton Conference*, Monticello, IL, Oct. 2006.

63. O. Milenkovic and E. Soljanin, “Enumeration of RNA secondary structures: a constrained coding approach,” *40th Asilomar Conference on Signals, Systems, and Computers*, Monterey, California, Oct. 2006.

64. C. Chekuri, C. Fragouli, and E. Soljanin, “Achievable information rates in single-source non-uniform demand networks,” in *Proc. 2006 IEEE Int. Symp. Inform. Theory (ISIT'06)*, Seattle, WA, USA., July 2006.

65. O. Milenkovic, E. Soljanin, and P. Whiting, “Asymptotic spectra of trapping sets in irregular LDPC code ensembles,” *2006 IEEE Int. Conf. Commun. (ICC '06)*, Istanbul, Turkey, June 2006.

66. E. Soljanin, N. Varnica, and P. Whiting, “Punctured vs rateless codes for hybrid ARQ,” in *Proc. 2006 IEEE Int. Inform. Theory Workshop (ITW'06)*, Punta del Este, Uruguay, March 2006. (*invited*)

67. Y. Shi and E. Soljanin, “On multicast in quantum networks,” in *Proc. 40th Annual Conference on Inform. Sciences and Systems (CISS'06)*, Princeton, NJ, March 2006. *(invited)*

68. O. Milenkovic, E. Soljanin, and P. Whiting, “Stopping and trapping sets in generalized covering arrays,” in *Proc. 40th Annual Conference on Information Sciences and Systems (CISS'06)*, Princeton, NJ, March 2006.

69. O. Milenkovic, E. Soljanin, and P. Whiting, “Asymptotic spectra of trapping sets in regular LDPC code ensembles,” in *Proc. 43st Annual Allerton Conference*, Monticello, IL, Oct. 2005.

70. C. Chekuri, C. Fragouli, and E. Soljanin, “On throughput benefits and alphabet size in network coding,” *2005 IEEE Int. Symp. Inform. Theory (ISIT 2005)*, Adelaide, Australia, Sept.,2005.

71. E. Soljanin, N. Varnica, and P. Whiting, “LDPC codes for hybrid ARQ,” *2005 IEEE Int. Symp. Inform. Theory (ISIT 2005)*, Adelaide, Australia, Sept. 2005.

72. R. Liu, P. Spasojevic, and E. Soljanin, "Cooperative diversity with incremental redundancy turbo coding for quasi-static wireless networks," in *Proc. the 6th IEEE Internat. Workshop on Signal Processing Advances for Wireless Commun. (SPAWC'05),* New York City, June 2005.

73. C. Fragouli and E. Soljanin, "Decentralized network coding," *Proc. 2005 IEEE Int. Inform. Theory Workshop (ITW'04),* San Antonio, TX, Oct. 2004.

74. C. Fragouli and E. Soljanin, "On average throughput benefits for network coding," *Proc. 42st Annual Allerton Conference,* Monticello, IL, Oct. 2004.

75. R. Liu, P. Spasojevic, and E. Soljanin, "Performance analysis of multilevel punctured turbo codes," *Proc. 42st Annual Allerton Conference,* Monticello, IL, Oct. 2004.

76. A. Ashikhmin, N. Gopalakrishnan, J. Kim, E. Soljanin, and A. Wijngaarden, "On efficient link error prediction based on convex metrics," in *Proc. IEEE Vehicular Technology Conference (VTC2004-Fall),* Los Angeles, CA, Sept. 2004.

77. C. Fragouli and E. Soljanin, "Subtree decomposition for network coding," *Proc. 2004 IEEE Int. Symp. Inform. Theory (ISIT 2004)*, Chicago, USA, June 27–July 2, 2004.

78. R. Liu, P. Spasojevic, and E. Soljanin, "Reliable channel regions for good codes transmitted over parallel channels," *Proc. 2004 IEEE Int. Symp. Inform. Theory (ISIT 2004)*, Chicago, USA, June 27–July 2, 2004.

79. C. Fragouli and E. Soljanin, "A connection between network coding and convolutional codes," *Proc. 2004 IEEE Int. Conf. Commun. (ICC'04),* Paris, France, June 2004.

80. R. Liu, P. Spasojevic, and E. Soljanin, "Incremental multi-hop based on good punctured codes and its reliable hop rate," in *Proc. IEEE Wireless Communications and Networking Conference 2004 (WCNC 2004),* Atlanta, Georgia, Mar. 21–25, 2004.

81. C. Fragouli and E. Soljanin, and A. Shokrollahi, "Network coding as a coloring problem," in *Proc. 38 Annual Conference on Information Sciences and Systems (CISS'04,)* Princeton, NJ, March 2004. *(invited)*

82. R. Liu, P. Spasojevic, and E. Soljanin, "A throughput analysis of incremental redundancy hybrid ARQ schemes with turbo codes," in *Proc. 38 Annual Conference on Information Sciences and Systems (CISS'04,)* Princeton, NJ, March 2004.

83. R. Liu, P. Spasojevic, and E. Soljanin, "User cooperation with punctured turbo codes," *Proc. 41st Annual Allerton Conference,* Monticello, IL, Oct. 1–3, 2003.

84. R. Liu, P. Spasojevic, and E. Soljanin, "On the role of puncturing in hybrid ARQ schemes," *2003 Int. Symp. Inform. Theory (ISIT'03),* Yokohama, Japan, June, 2003.

85. R. Liu, P. Spasojevic, and E. Soljanin, "Punctured turbo code ensembles," *2003 Inform. Theory Workshop (ITW'03),* Paris, France, Mar. 31-Apr. 4, 2003.

86. E. Soljanin, R. Liu, and P. Spasojevic, "Hybrid ARQ with random transmission assignments," *DIMACS Workshop on Network Information Theory,* March 2003.

87. E. Soljanin and E. Offer, "LDPC codes: a group algebra formulation," *2001 Workshop on Coding and Cryptography* (WCC'01), Paris, France, Jan. 2001.

88. A. Mojsilovic and E. Soljanin, "Quantization of color spaces by fibonacci lattices," *2001 IEEE Int. Symp. Inform. Theory (ISIT'01),* Washington, DC, June 2001.

89. E. Soljanin, "Simple soft-output detection for magnetic recording channels," *2000 IEEE Int. Symp. Inform. Theory (ISIT'00),* Sorrento, Italy, June 2000.

90. E. Offer and E. Soljanin, "On the efficiency of some suboptimal algorithms for bit decoding of binary codes," *2000 IEEE Int. Symp. Inform. Theory (ISIT'00),* Sorrento, Italy, June 2000.

91. A. Mojsilovic and E. Soljanin, "Quantization of color spaces and processing of color images by Fibonacci lattices," *2000 SPIE Int. Symp.* San Jose, CA, Jan. 2000.

92. E. Soljanin and A. van Wijngaarden, "On the capacity of distance enhancing constraints for high density magnetic recording channels," *Proc. 1999 Workshop on Coding and Cryptography (WCC'99)*, Paris, France, Jan. 1999.

93. E. Soljanin, "Coding for Magnetic Recording Channels with Colored Noise and Intertrack Interference," *Proc. 1998 Inform. Theory Workshop (ITW'98)* San Diego, CA, Feb. 9-13, 1998., pp. 24.

94. B. Moision, P. H. Siegel, and E. Soljanin, "Error event characterization and coding for the equalized Lorentzian channel," *1998 IEEE Int. Symp. Inform. Theory (ISIT'98),* Cambridge, MA, Aug. 1998.

95. E. Soljanin, "A Shannon Theoretic Study of Penrose Tilings," *1998 IEEE Int. Symp. Inform. Theory (ISIT'98),* Cambridge, MA, Aug. 1998.

96. E. Soljanin, "Extended role of constrained coding in high density magnetic recording channels," *Proc. 1997 IEEE Int. Workshop Inform. Theory (ITW'97),* Longyearbyen, Norway, July 1997, *(Invited)*

97. B. Moision, P. H. Siegel, and E. Soljain, "Distance-enhancing codes for digital recording," *Proc. 1997 IEEE Magnetic Rec. Conf. (TMRC'97)* Minneapolis, MN, Sept. 1997.

98. E. Soljainin, "A coding scheme for generating dc–free sequences," *International Magnetics Conference (INTERMAG'97)*, New Orleans, Louisiana, Apr. 1–4, 1997.

99. E. Soljanin, "Decoding techniques for some specially constructed dc–free codes," *1997 IEEE Int. Conf. Commun. (ICC '97),* Montreal, Canada, June 1997.

100. E. Soljain and R. Urbanke, "On the performance of recursive decoding schemes," *1997 IEEE Int. Symp. Inform. Theory (ISIT'97),* Ulm, Germany, July 1997.

101. E. Soljanin, "On coding for binary partial-response channels that don't achieve the matched-filter-bound," *Proc. 1996 Inform. Theory Workshop (ITW'96),* Haifa, Israel, June 9-13, 1996, pp. 24. (*Invited*)

102. E. Soljanin and O. Agazzi, "An interleaved coding scheme for $(1-D)(1+D)^2$ partial response with concatenated Decoding," *Proc. 1996 IEEE Global Telecommunications Conf. (GLOBECOM'96),* London, UK, Nov. 1996.

103. E. Soljanin, "On–track and off–track distance properties of class 4 partial response channels," *Proc. 1995 SPIE Int. Symp. on Voice, Video, and Data Communications,* Philadelphia, PA, Oct. 1995, vol. 2605, pp. 92–102.

104. E. Soljanin, C. N. Georghiades, "A five-head, three-track, magnetic recording channel," *Proc. 1995 IEEE Int. Symp. Inform. Theory (ISIT'95),* Whistler, Canada, Sept. 1995, pp. 244.

105. E. Soljanin, C. N. Georghiades, "Coding for two-head recording systems," *IEEE Trans. Inform. Theory,* pp. 747–755, May 1995.

106. E. Soljanin, C. N. Georghiades, "Two-track codes for magnetic recording channels," *Proc. 1994 IEEE Int. Symp. Inform. Theory (ISIT'94),* Trondheim, Norway, June 1994, pp. 150.

107. E. Soljanin, C. N. Georghiades, "Sliding-block codes for two-track magnetic recording channels," *28th Annual Conference on Inform. Sciences and Systems (CISS'94),* Princeton, NJ, March 1994.

108. E. Soljanin, C. N. Georghiades, "On coding in multi-track, multi-head, digital recording systems," *Proc. 1993 IEEE Global Telecommunications Conf. (GLOBECOM'93),* Houston, TX, Dec. 1993, pp. 18–22.

109. B. Perunicic, S. Levi, M. Kezunovic, E. Soljanin, “Digital metering of active and reactive power in non-sinusoidal conditions using bilinear forms of voltage and current samples,” *Proc. IEEE Int. Symp. on Networks, Systems, and Signal Processing,* Zagreb, Yugoslavia, June 1989.

110. D. Dervisevic and E. Soljanin, “Automatic generation control in hydro–thermal electric power systems,” *Lecture Notes in Control and Inform. Sciences Series vol. 113, Springer–Verlag, System Modeling and Optimization, IFIP'87,* pp. 549–557.

111. N. Bajraktarevic, N. Cerimovic, D. Pikula, E. Soljanin, “Software package for real-time modeling of electric power system operation,” *YU CIGRE*, Cavtat, Yugoslavia, 1988. *(in Serbo–Croatian)*

112. E. Soljanin, D. Pikula, “Long-term hydro scheduling,” *1987 Yug. Symp. on Operations Research (SIMOPIS '87)*, Brioni, Yugoslavia, 1987. *(in Serbo–Croatian)*

113. Z. Tica, N. Cerimovic, D. Hadziosmanovic, D. Pikula, E. Soljanin, “Software package for long-term planning of electric power systems,” *YU CIGRE*, Cavtat, Yugoslavia, 1986. *(in Serbo–Croatian)*

---

## BOOKS, BOOK CHAPTERS, EDITING

1. C. Fragouli and E. Soljanin, invited monograph, *Network Coding Fundamentals,* Foundations and Trends in Networking. Hanover, MA: now Publishers Inc., June 2007.

2. C. Fragouli and E. Soljanin, invited monograph, *Network Coding Applications,* Foundations and Trends in Networking. Hanover, MA: now Publishers Inc., Jan. 2008.

3. *Advances in Information Recording,* DIMACS Series in Discrete Mathematics and Theoretical Computer Science, v. 73, American Mathematical Society, 2008, Paul H. Siegel, Emina Soljanin, B. Vasìc, and A. J. van Wijngaarden, eds.

4. E. Soljanin, R. Liu, P. Spasojević, “Hybrid ARQ with random transmission assignments,” in *Advances in Network Information Theory,* DIMACS Series in Discrete Mathematics and Theoretical Computer Science, v. 66, American Mathematical Society, 2004. P. Gupta, G. Kramer, and A. Wijngarden, eds.

5. B. Marcus and E. Soljanin, “Modulation codes for storage systems,” in *The Computer Engineering Handbook*, Boca Raton: CRC Press, 2002, V. G. Oklobdzija, ed.

6. E. Offer and E. Soljanin, “An algebraic description of iterative decoding schemes,” IMA Volumes in Mathematics and its Applications v. 123, Springer-Verlag, 2001, B. Marcus and J. Rosenthal, eds.

---

## SELECTED INVITED TUTORIAL/EXPOSITORY TALKS

1. “Codes for data storage with queues for data access,” *Advancing Women's Impact in Mathematics Symposium,* April, 2018 at Worcester Polytechnic Institute.

2. “Network coding: a combinatorial framework and an open problem,” *BIRS Workshop on Mathematics of Communications: Sequences, Codes and Designs*, Banff, January 2015.

3. “Basics of Network Coding,” *BIRS Workshop on Applications of Matroid Theory and Combinatorial Optimization to Information and Coding Theory,* Banff, August 2009.

4. “Network Coding: Theory and Practice,” pre-conference tutorial, *2007 IEEE Int. Symp. Inform. Theory (ISIT'07)*, Nice, France, June 2007.

5. “Hybrid ARQ: State of the Art,” *2007 IEEE Int. Inform. Theory Workshop (ITW'07),* Bergen, Norway, July 2007.

---

## SELECTED PLENARY AND INVITED RESEARCH TALKS

1. *Service Rates of Codes*, Oberwolfach Workshop on Contemporary Coding Theory, March 2019, and Dagstuhl Seminar on Algebraic Coding Theory for Networks, Storage, and Security, Dec. 2018.
2. *Service Rates of Codes and Vertex Covers of Graphs*, 2019 Joint Mathematics Meetings, Jan. 2019.
3. *Anonymity Mixes as Assembly Like and/or Coupon Collecting Systems*, Information Theoretic Privacy Workshop, UMASS, Amherst April, 2018
4. *Codes for Data Storage with Queues for Data Access*, UMASS, Amherst, December 2017.
5. *Codes for Data Storage with Queues for Data Access*, as a Taub Distinguished Visitor at the 7th Annual Henry Taub TCE Conference, Technion, Israel July 2017.
6. *Coding Theory in the Time of Big Data*, Dagstuhl Seminar, Aug. 2016.
7. *Codes for Data Storage with Queues for Data Access*, Shannon Centennial Event at Clemson University, Dec. 2016, and Shannon Centennial Event at AUST, Beirut, Dec. 2016.
8. *Cloud Storage Space vs. Download Time For Large Files*, Northeastern U. May 2016, Aalto U. Aug. 2016 (IEEE Distinguished Lecture), and CMU Oct. 2016.
9. *Multicast in Quantum Networks*, École de physique des Houches, April 2016.
10. *On Network-Induced Locality and Decoding Constraints*, plenary talk at Network Coding and Designs, Dubrovnik, April 2016.
11. *Codes with Network-Constrained Generator Matrices*, IPAM-UCLA Feb. 2016.
12. *How does Applied Math Become Applicable?* 18th Annual Nebraska Conference for Undergraduate Women in Mathematics, January 2016.
13. *Network Multicast Constrained Vectors*, plenary talk at Applied Algebra Days, University of Wisconsin, Madison, May 2016.
14. *Network coding: A theoretical minimum and an open problem*, Aalto U. Aug. 2016 (IEEE Distinguished Lecture).
15. *(Secure) Linear Network Coding Multicast: A Theoretical Minimum and An Open Problem*, Algebra and Cryptography Seminar, CUNY Graduate Center, Nov. 2016.
16. *Queues for Data Access from Coded Distributed Storage*, 18th INFORMS Applied Probability Society Conference, Istanbul, July. 2015.
17. *Cloud Storage Space vs. Download Time for Large Files*, NYIT REU Program, New York, June 2015.
18. *Storage Codes and Data Retrieval*, Workshop on Coding: From Practice to Theory, The Simons Institute for the Theory of Computing, UC Berkeley, Feb. 2015.
19. *Codes for Storage with Queues for Access*, Workshop on Inform. Theory and Applic. (ITA), UCSD, Feb. 2015.
20. *Codes for All Seasons*, plenary talk at 2014 IEEE Workshop on Inform. Theory, Nov. 2014.
21. *Urns & Balls and Communications*, Dept. of Statistics, Univ. of Auckland, Nov. 2014.
22. *How Does Applied Math Become Applicable?* MIT Graduate Women (GW6) student group coffee hour seminar, May 2014.

23. *A coding Tale of a Tail at Scale*, Stanford, Apr. 2014.

24. *How Should We Code in Multicast to Diverse Users and What For?* Stanford, Apr. 2014, and University of Hawaii, Nov. 2014.

25. *Secret Lives of Codes: From Theory to Practice and Back* 2013 Padovani Lecture at the 2013 North American School of Information Theory, Purdue University, June 2013.

26. *Is Coding Beyond the Physical Layer Helpful in Content Centric Networking?*, Workshop on Inform. Theory and Applic. (ITA), UCSD Feb. 2013.

27. *Rateless Codes for Efficient Content Download in Highly Heterogeneous Scenarios*, Aalborg University, Sept. 2012.

28. *Pushing Codes into Clouds*, NSF Workshop on Communication Theory and Signal Processing in the Cloud Era, Berkeley, June 2012.

29. *Urns & Balls and Communications*, MIT Math Seminar, Apr. 2012.

30. *What are Good Coding Schemes for Multicast in Heterogeneous Wireless Networks?* International Zurich Seminar on Communications, March 2012.

31. *How Does Applied Math Become Applicable?* plenary talk at Workshop on Inform. Theory and Applic. (ITA), UCSD Jan. 2012.

32. *Three Types of Redundancy Against Three Sources of Delay*, UIUC CSL Seminar, Apr. 2011.

33. *Double Dixie Cup Unicast*, UIUC CS Theory Seminar, Apr. 2011, Dagstuhl Seminar on Coding Theory, Nov. 2011.

34. *Content Preparation, Delivery, and Storage for Highly Heterogenous Networks*, EPFL, Oct. 2011, MIT EECS, Sept. 2011.

35. *Urns & Balls and Communications*, 2013 North American School of Information Theory, UT Austin, May 2011.

36. *On Storing and Retrieving (Coded) Data in Mobile P2P Networks*, Isaac Newton Institute for Mathematical Sciences, special programme on *Stochastic Processes in Communication Sciences*, Cambridge, UK, April 2010.

37. *Coded Streaming in Heterogenous Networks*, BL/HHI Joint Workshop, June 2011, ENST Sept. 2011.

38. *Coding for Delay in Networks*, Texas A&M, Mar. 2011, ETIS/CNRS, Sept. 2011.

39. *Quantum Network Multicast and Coding*, International Seminar on Quantum Networking (Towards Quantum Internet, Madrid, June 2009.

40. *Two (Non)standardized Applications of Fountain Codes*, ETH Zürich, December 2008.

41. *Coding Technologies: Trends, Challenges, Opportunities and Applications*, Alcatel–Lucent Technical Academy, Antwerp, Belgium, July 2008.

42. *On Wiretap Networks Implementing Network Coding*, EPFL, Feb. 2008, Universität Zürich, October 2008, Univ. Collage Cork Coding and Cryptography, May 2008.

43. *Coding Based P2P Storage and Distribution*, EPFL, Apr. 2008, Univ. Collage Cork Workshop Coding and Cryptography, May 2008, Supélec June 2008.

44. *Von Neumann Entropy in Quantum Data Compression*, EPFL & UMLV Workshop on Entropy, Sept. 2008.

45. *On the Throughput/Delay Tradeoff in Mobile Ad-Hoc Networks Implementing Network Coding,* Workshop on Inform. Theory and Applic. (ITA), UCSD Jan. 2008. Princeton, Supélec and Bell Labs Workshop on Wireless Networks, Princeton, Feb. 2008.

46. *Hybrid ARQ: Theory, State of the Art, and Future Directions,* EPFL, April 2008, ENST June 2008, and University of Arizona, EE, Nov. 2007.

47. *On Benefits of Network Coding in Content Distribution,* University of California Los Angeles (UCLA) and University of Arizona, Math, Nov. 2007.

48. *Punctured vs Rateless Codes For Hybrid ARQ,* Tsinghua University, Bejing, Oct. 2006, IEEE Int. Inform. Theory Workshop (ITW'06), Punta del Este, Uruguay, March 2006.

49. *On Throughput Benefits of Network Coding,* University of Southern California, Los Angeles, Aug. 2006, International Workshop on Wireless Ad Hoc & Sensor Networks (IWWAN 2006), New York, June 2006, CUBIN/ACoRN Inform. Theory Workshop, Melbourne, Australia, Sept. 2005.

50. *Some Computer Science Problems in Network Coding,* 2004 IEEE Inform. Theory Workshop, San Antonio, Texas, Oct. 2004.

51. *Network Coding: from Graph Theory to Algebraic Geometry,* EECS Distinguished Lecture Series, Univesrity of Michigan at Ann Arbor, Jan. 2003, and Columbia University, Feb. 2003.

52. *Frames in Quantum and Classical Information Theory,* EPFL, Lausanne, Switzerland, June 2004, Institute for Quantum Information Seminar, Caltech, Sept. 2003, Quantum Computing Seminar, Texas A&M University, April 2003, and DIMACS Workshop on Source Coding and Harmonic Analysis, May 2002

53. *Network Coding Based on Subtree Decomposition,* EE Seminar, Brooklyn Polytechnic University, Oct. 2003, and Information Science & Technology Seminar, Caltech, Sept. 2003.

54. *Hybrid ARQ in Wireless Networks,* Wireless Communications Lab Seminar, Texas A&M University, April 2003.

55. *Algebra of LDPC Codes*, AMS 2002 National Meeting, San Diego, CA, Jan. 2002, and Technical University, Ulm, Germany, Oct. 2000.

56. *Quantum Data Compression,* MSRI Information Theory Workshop, Berkeley, CA, Feb. 2002.

57. *LDPC Codes: A Group Algebra Formulation," DIMACS Workshop on Codes and Complexity*, Dec. 2001.

58. *Writing sequences on the plane,* DIMACS Mixer Seminar Series, Florham Park, NJ, Sept. 2001.

59. *On Quantum Source Coding Problems Beyond the Schumacher Compression,* AMS 2001 Spring Eastern Section Meeting, Hoboken, NJ, April 2001.

60. *Application of Distance Enhancing Modulation Codes to High Density Magnetic Recording Systems, TMRC 2000,* Santa Clara, CA, Aug. 2000.

61. *A Shannon Theoretic Study of Penrose Tilings,* Ecole Nationale Supérieure des Télécommunications (ENST), Paris, France, Jan. 1999.

62. *Writing Sequences on the Plane,* Lehrstuhl für Nachrichtentechnik, TU München, Munich, Germany, Oct. 1999.

63. *On the Role of Channel Distance Properties in Partial Response Signaling,* Lehrstuhl für Nachrichtentechnik, TU München, Munich, Germany, July 1999, and UC Berkeley, Berkeley, CA, Nov. 1997.

64. *Coding for Magnetic Recording Channels with Colored Noise and Intertrack Interference,* 1998 National Storage Industry Consortium (NSIC'98), Berkeley, CA, Jan. 1998.

65. *The Multi–User Problem in Magnetic Recording*, AT&T Labs – Research, Florham Park, NJ, March 1998.

66. *Coding in Recording and Transmission Systems*, Brown University, Department of Applied Mathematics, Providence, RI, April 1996.

67. *On Coding for Binary Partial-Response Channels that don't Achieve the Matched-Filter-Bound*, University of California at San Diego, Center for Magnetic Recording Research, San Diego, CA, May 1996.

---

## SELECTED RESEARCH REPORTS

1. E. Soljanin, "Raptor codes: from a math idea to LTE eMBMS," *Bell Labs Internal Report*, 2013.

2. R. Alface, S. Kokalj, J-F. Macq, C. Nuzman, and E. Soljanin, "Video Coding for Customized Direct Access," *Bell Labs Internal Report*, Dec. 2011.

3. U. Niesen, E. Soljanin, and G. Tucci, "Structured matrices for compressed sensing applications," *Bell Labs Internal Report*, June 2011.

4. A. Ashikhmin, E. Soljanin, R. Liu, and P. Spasojevic, "Hybrid ARQ for wireless networks: analysis of the standard scheme and directions for improvements," *Bell Labs Internal Report*, Oct. 2002.

5. E. Soljanin, "Spectrum shaping codes for 10Gb/s ethernet," *Bell Labs Internal Report*, Sept. 1999.

6. E. Soljanin, "Penrose tiling and recording data on the plane," *Bell Labs Internal Report*, Oct. 1998.

7. A. Barg, E. Soljanin, and R. Urbanke, "Efficient forward error correction for Lucent Technologies SONET Terminals," *Bell Labs Internal Report*, Sept. 1998.

8. E. Soljanin and R. Urbanke, "An efficient architecture for implementation of a multiplier and inverter in GF($2^8$), *Bell Labs Internal Report*, Mar. 1996.

9. C. N. Georghiades, E. Soljanin, K. Chang, R. Velidi, L. Cavalheiro, "Communications in intelligent vehicle highway systems,"*Research Report* 1245-3, Texas Transportation Institute, September 1990 – August 1991.

10. C. N. Georghiades, S. Patarasen, E. Soljanin, H. Jardak, W. Wills, "Communications in intelligent vehicle highway systems,"*Research Report* 1245-2, Texas Transportation Institute, Jan.– Aug. 1990.

---

## PATENTS

1. A. Emad, C. Nuzman, and E. Soljanin, "Methods and systems for determining crosstalk for a line in a vectored system," *U.S. Patent US9948769B2*, Apr. 2018.

2. K. Guan, E. Soljanin, and P. Winzer, "Secure data transmission via spatially multiplexed optical signals," *U.S. Patent 20170093503*, Sept, 2017.

3. T. Marzetta and E. Soljanin, "Secure compressive sampling using codebook of sampling matrices," *U.S. Patent US9548758B2*, Jan. 2017.

4. C. Nuzman, E. Soljanin, and A. Tulino, "Methods and systems for determining crosstalk for a joining line in a vectored system," *U.S. Patent US9258410B2*, Feb. 2016.

5. S. Kokalj-Filipovic, and E. Soljanin, "System and method for mitigating the cliff effect for content delivery over a heterogeneous network," *U.S. Patent US9203427B2*, Dec. 2015.

6. K. Guan, E. Soljanin, and P. Winzer, "Optical fibers with varied mode-dependent loss," *U.S. Patent US9172461B2*, Oct. 2015.

7. K. Guo, E. Soljanin, and T. Wu, "Secure file transfers within network-based storage," *U.S. Patent US20150052593A1*, Feb. 2015.

8. E. Soljanin, N. Varnica, and P. Whiting, "Encoded Transmission," *U.S. Patent US7669103B2*, Feb. 2010.

9. S. Aly, Z. Kong, and E. Soljanin, "Distributed storage in wireless sensor networks," *U.S. Patent US20090265141A1*, Oct. 2009.

10. A. Ashikhmin, N. Gopalakrishnan, J. Kim, E. Soljanin, and A. Wijngaarden "Method and apparatus for link error prediction in a communication system," *U.S. Patent US7331009B2*, Feb. 2008.

11. A. Mojsilovic and E. Soljanin, "Method of color quantization in color images," *U.S. Patent US6898308B2*, May 2005.

12. A. Mojsilovic and E. Soljanin, "Method of color quantization in color images," *U.S. Patent US6678406B1*, Jan. 2004.

13. E. Soljanin and A. van Wijngaarden, "Method and apparatus for implementing run-length limited and maximum-transition-run codes," *U.S. Patent US6241778B1*, June 2001.

14. E. Soljanin, "A low disparity coding method for digital data," *U.S. Patent US6188337B1*, Feb. 2001.

15. A. Mojsilovic and E. Soljanin, "Method of color quantization in color images," *Europ. Patent 00306489.6-2202*, Oct. 2000.

16. E. Soljanin, "A low disparity coding method for digital data," *Europ. Patent 00304355.1-2216*, July 2000.

17. N. Sayiner and E. Soljanin, "Method of detecting dc-free sequences," *U.S. Patent US5910969A*, June 1999.

18. E. Soljanin, "Method and apparatus for generating dc-free sequences," *U.S. Patent US5608397A*, Mar. 1997.