# EXHIBIT 7

IEEE TRANSACTIONS ON MAGNETICS, VOL. 28, NO. 5, SEPTEMBER 1992

2895

# Modified Viterbi Algorithm for a Jitter-dominant $1 - D^2$ Channel*

Weining Zeng and Jaekyun Moon
The Center for Micromagnetics and Information Technologies
Department of Electrical Engineering, University of Minnesota, Minneapolis, MN 55455

## ABSTRACT

One way to improve data capacity in magnetic recording is to increase linear density by storing magnetic transitions more closely in each track. However, experiments have shown that one drawback of such practice is the substantial increase of transition noise. Transition noise will degrade the performance of the detector, and, thus, reduce reliability of the reproduced information. Random jitter in the transition position is believed to be one of the major contributions to transition noise. Transition noise cannot be modeled as additive noise since it is data-dependent. In this paper, we propose a new detection scheme which yields better performance than the conventional Viterbi detector in jitter-dominant recording channels. The proposed detection scheme is based on the Gaussian jitter assumption, and is very similar to the Viterbi algorithm (VA) except that a modified branch error metric is used to incorporate the data-dependent nature of jitter noise. Error rate simulation results, obtained for channels dominated by either Gaussian jitter or truncated Gaussian jitter, show that the proposed detection scheme yields lower error rates than the VA.

## I   Introduction

In the recent gigabit per square inch experiment by IBM, transition noise was the dominant noise source [1]. Studies also show that the detection performance of the VA, which is an optimal detector in additive noise environments, is substantially degraded in the presence of transition noise [2, 3, 5]. In this paper, we propose a new detection scheme which improves significantly upon the VA when the channel is dominated by transition noise. This scheme is essentially a VA with a modified error metric to incorporate the data-dependence of jitter noise. While an extra effort is needed to compute the modified error metrics, the proposed algorithm provides better detection performance than the VA. Our simulation results show that the proposed detection scheme outperforms the VA in both the Gaussian jitter case and the more realistic truncated Gaussian jitter case. Furthermore, error events associated with the new detection scheme are found to be shorter than those of the conventional VA in the presence of jitter noise.

We describe the jitter-dominanted channel model and propose the new detection scheme in Section 2. Error rate simulation results and discussion are presented in Section 3.

## II   Channel Model and Proposed Detection Scheme

Although transition noise may arise from fluctuations of both transition positions and transition widths [6], we consider only the transition position shift in this paper. Jitter noise is modeled as a random time shift in the channel transition response [4]. The corresponding continuous time channel model is given by

$$Z(t) = \sum_{k=1}^{N} a_k h(t - kT - \Delta_k T) + w(t) \quad (1)$$

where $Z(t)$ is the readback waveform, $a_k$ is the transition sequence related to the binary data sequence $b_k$ by $a_k = \frac{1}{2}(b_k - b_{k-1})$, $N$ is the length of the entire set of data bits, $T$ is the bit interval, $h(t)$ is the isolated single transition response, $\Delta_k$ represents the random jitter in the position of the transition and $w(t)$ is the additive white noise process.

Assuming small jitter, the readback waveform (1) can be approximated by [7]

$$Z(t) = \sum_{k=1}^{N} a_k h(t - kT) - \sum_{k=1}^{N} a_k T h'(t - kT)\Delta_k + w(t). \quad (2)$$

Assuming $h(t)$ is the ideal class IV partial response, we obtain an equivalent discrete time channel model [7]:

$$Z_k = y_k + w_k - 2a_k\Delta_k + 2a_{k-1}\Delta_{k-1} \quad (3)$$
$$= y_k + n_k \qquad k = 1, 2, \ldots, N \quad (4)$$

where $y_k$ is given by $b_k - b_{k-2}$, and $n_k$ denotes the overall noise including both additive noise and jitter noise components (only the two most significant jitter terms $\Delta_k$ and $\Delta_{k-1}$ were included). Throughout this paper, we assume that $\Delta_k$'s are independent, identically distributed, zero mean random variables and that jitter noise is independent of white noise. Notice, however, that there exists in general significant correlation between adjacent $n_k$ values because of the correlation between successive $a_k$'s.

---

*Manuscript received February 17, 1992. This work was supported in part by the IBM Faculty Development Award Program and the National Science Foundation under Grant NCR-9110568.

Equation (4) can be written in the vector form:

$$\vec{Z} = \vec{y} + \vec{n} \qquad (5)$$

where the size of the vector is N. According to the maximum likelihood (ML) criterion, we need to find a particular $\vec{y}$ such that $\Pr(\vec{Z}|\vec{y})$ is maximized over all possible data patterns $\vec{y}$. Assuming $\vec{n}$ is Gaussian, $\Pr(\vec{Z}|\vec{y})$ can be expressed as

$$\Pr(\vec{Z}|\vec{y}) = \frac{1}{\sqrt{(2\pi)^N |V|}} \exp(-\frac{1}{2}(\vec{Z}-\vec{y})' V^{-1} (\vec{Z}-\vec{y})) \qquad (6)$$

where V is the covariance matrix of $\vec{n}$ (assuming V is non-singular). Let $e_k$ and $\lambda_k$ be the normalized eigenvectors and eigenvalues of V, respectively, i.e.,

$$V e_k = \lambda_k e_k \qquad k = 1, 2, ...N \qquad (7)$$
$$\text{and} \quad e'_k \cdot e_l = \delta_{kl}, \quad k = 1, 2, ...N \; l = 1, 2, ...N. \qquad (8)$$

where ' denotes the transpose. Let us define $U = (e_1, e_2, ..., e_N)$ and $\vec{q} = U^{-1} \vec{n}$. Then, equation (6) can be rewritten as

$$\begin{aligned}\Pr(\vec{Z}|\vec{y}) &= \frac{1}{\sqrt{(2\pi)^N \lambda}} \exp(-\frac{1}{2} \vec{q}' \; U' \; V^{-1} U \; \vec{q}) \\ &= \frac{1}{\sqrt{(2\pi)^N \lambda}} \exp(-\frac{1}{2} \sum_{k=1}^{N} \frac{q_k^2}{\lambda_k}),\end{aligned} \qquad (9)$$

where $\lambda = \prod_{k=1}^{N} \lambda_k$. Maximizing (9) is equivalent to maximizing $\ln \Pr(\vec{Z}|\vec{y})$, which in turn is equivalent to minimizing $\sum_{k=1}^{N} (\ln \lambda_k + q_k^2/\lambda_k)$. Thus, the optimal ML detector can be implemented using a Viterbi-like detector with an error metric $\ln \lambda_k + q_k^2/\lambda_k$, provided both jitter and additive noise are Gaussian. However, the error metric for each baud interval is dependent upon the entire data sequence. One way of handling this difficulty is to make a compromise between optimality and practicality by approximating V as a diagonal matrix (i.e., ignoring correlation in $n_k$'s). The quantities $\lambda_k$ and $q_k$ can then be computed easily without time delay. With this approximation, we obtain $\lambda_k = \sigma_k^2$ (the variance of $n_k$), and $q_k = Z_k - y_k$. Now the detection problem reduces to recursively minimizing $\sum_{k=1}^{N} (\ln \sigma_k^2 + (Z_k - y_k)^2/\sigma_k^2)$. This leads to our proposed detection scheme which has the same structure as the VA except that the error metric is given by $\ln \sigma_k^2 + (Z_k - y_k)^2/\sigma_k^2$ rather than $(Z_k - y_k)^2$, the standard error metric for the VA.

To implement the proposed algorithm, which we call the modified Viterbi algorithm (MVA), an extra effort is needed to compute the data-dependent noise power $\sigma_k^2$. For the $1 - D^2$ channel model, $\sigma_k^2$ is given by $4(a_k^2 + a_{k-1}^2)\sigma_\Delta^2 + \sigma_w^2$, where $\sigma_\Delta^2$ and $\sigma_w^2$ are the variances of $\Delta_k$ and $w_k$, respectively. For any given state-to-state transition in the Viterbi trellis, $a_k$ and $a_{k-1}$ are known and we can compute $\sigma_k^2$ at any bit interval provided that $\sigma_\Delta^2$ and $\sigma_w^2$ are given a priori. The next section discusses results from the error rate simulations for both MVA and VA.

## III  Results and Discussion

Let us compare the performance of the MVA and the VA in jitter-dominant channels. It has been shown in [8] that under



Figure 1: Error rate simulation results for Gaussian jitter ($\sigma_w = 0.01$).

the assumption of Gaussian jitter, the asymptotic error rate for the VA is given by

$$Q\left(\frac{2}{\sqrt{16\sigma_\Delta^2 + 2\sigma_w^2}}\right) \qquad (10)$$

where $Q(\cdot)$ is the tail integral of a unit-variance Gaussian probability density function. One important observation in (10) is that the performance of the VA is very sensitive to the jitter noise due to the factor 16 versus 2 for the white noise component. This explains the severe performance degradation of the VA in the presence of jitter noise.

It has also been shown in [8] that for the MVA, an analytical expression for the error rate does not exist because of the data-dependent probability density function of the underlying noise. We resort to simulation to study the performance of the MVA.

Error rate simulations were performed for representative jitter dominant cases with $\sigma_\Delta$ ranging from 0.15 to 0.6 and $\sigma_w$ set at 0.01. The simulated channel noisy output are obtained from (3). The results for Gaussian jitter are summarized in Fig. 1 along with the theoretical prediction for the VA obtained from (10). It can be seen that the MVA improves error rates upon the VA by a factor of 4 to 10. Notice that the improvements are tapered off at higher jitter noise power. Recall that going from the optimal ML detector to the MVA, we have neglected the correlations between $n_k$'s, which is proportional to jitter noise power $\sigma_\Delta^2$. As the jitter power increases, the sub-optimality of the MVA becomes more pronounced and, thus, a less improvement is achieved upon the VA. Also, it can be seen that for the VA, theoretical results and simulation results agree very well for the entire range of jitter.

The error patterns in the MVA are found different from those in the VA. Not only are the positions of errors in a block of data different but also the error event profiles differ considerably. The error event profiles for a representative jitter-dominant case are presented in Fig. 2. We observed that single



Figure 2: Error events distributions for the VA and the MVA ($\sigma_\Delta = 0.25$, $\sigma_w = 0.001$) out of 150,000 simulation points.



Figure 3: Error rate simulation results for truncated Gaussian jitter (with $\sigma_w = 0.01$).

2897

error events contribute for nearly 90% of the total error events for the MVA while single error events contribute only 54% of the total error events for the VA. Practical implication of this is that the decision delays (and, thus, the required path memory) associated with the MVA are shorter than that of the VA.

We have also run the simulation for truncated Gaussian jitter noise since in reality the jitter noise is bounded by T. The results are plotted in Fig. 3, where the truncated Gaussian jitter has been limited to the range of [-1, 1] (normalized to T). As can be observed, error rate improvements of the MVA upon the VA are very similar to the Gaussian jitter case.

## IV  Conclusions

We have proposed a modified Viterbi algorithm (MVA) for a jitter-dominant $1 - D^2$ channel. The MVA has the same structure as the Viterbi detector except that a modified error metric is used to explore the data-dependent nature of jitter noise. Error rate simulations have been performed for both VA and MVA under the assumptions of Gaussian jitter and truncated Gaussian jitter. Results show that the MVA yields lower error rates than the VA. Simulation study also indicates that the two detectors produce different types of error patterns.

## References

[1] T. D. Howell, D. P. McCown, T. D. Diola, Y-S. Tang, K. R. Hense and R. L. Gee, "Error Rate Performance of Experimental Gigabit per Square inch Recording Components", *IEEE Trans. Magn.*, Sept. 1990.

[2] R. W. Wood, "Jitter vs Additive Noise in Magnetic Recording: Effects on Detection", *IEEE Trans. Magn.*, Vol. 23, No. 5, Sept. 1987 pp2683-2685.

[3] J. Moon, "Discrete-time Modeling of Transition-noise-dominant Channels and Study of Detection Performance", *IEEE Trans. Magn.*, Nov. 1991.

[4] N. R. Belk, P. K. George and G. S. Mowry, "Noise in High Performance Thin-film Longitudinal Magnetic recording Media", *IEEE Trans. Magn.*, Vol. 19, Sept. 1985 pp1350-1355.

[5] J. Moon and L. R. Carley, "Detection Performance in the Presence of Transition Noise", *IEEE Trans. Magn.*, Sept. 1990.

[6] J. Moon, L. R. Carley and R. Katti, "Density Dependence of Noise in Thin Metallic Longitudinal Media", *J. Appl. Phys.*, April 1988.

[7] E. Feig, "Sequence Estimation for Class-IV Partial-response Channels with Jitter", *IEEE Trans. Comm.*, Vol. 38 No. 8, August 1990 pp1181-1189.

[8] W. Zeng and J. Moon, "Modified Viterbi Detection for Recording Channels with Jitter", To be presented at *ICC'92*, Chicago, June 1992.