# EXHIBIT 9

# Comparison of Different Detection Techniques for Digital Magnetic Recording Channels

Ke Han and Richard Spencer

Solid-State Circuits Research Laboratory, Department of Electrical and Computer Engineering, University of California, Davis

*Abstract* -- A methodology for comparing different detection schemes for digital magnetic recording channels is presented. This methodology builds on previous work to improve the estimates of the bit error rates and to expand the scope of the results presented.

## I. INTRODUCTION

A great deal of energy has been expended over the past few years in developing new detection techniques for digital magnetic recording. Research has mostly focused on partial response maximum likelihood (PRML) detection using the Viterbi algorithm (VA) [9], decision feedback equalization (DFE) [10], fixed-delay tree search with decision feedback (FDTS/DF) [2], and variations of these techniques. It is the purpose of this paper to establish a framework for making intelligent comparisons of different detection techniques. This work builds on previous comparisons [1]-[3], but in addition to being more comprehensive, it focuses on the methodology used rather than just the detailed results derived, so others can reproduce the results using their own models and assumptions.

We will first briefly discuss the optimal design of various detection techniques and will then analyze the performance of each. Finally, we compare PRML/VA, DFE, and FDTS/DF detectors under different circumstances.

## II. OPTIMAL DETECTOR DESIGN

A block diagram of a disk drive read channel with a sampling detector is shown in Fig. 1.



Fig. 1 Block diagram of the magnetic recording read channel.

In this block diagram, the incoming binary data sequence, $\{b_k\}$, is assumed to be written on the disk in a non return-to-zero (NRZ) format to create the magnetization $m(t)$. The terms $n_m(t)$, $n_e(t)$, and $n_{ITI}(t)$ are media noise, electronic noise and intertrack interference (ITI), respectively. $H(j\omega)$ is the transfer function of the magnetic recording channel. $H_R(j\omega)$ is a continuous-time receive filter. We assume in the following discussion that $H_R(j\omega)$ is fixed (this assumption is not necessary.). The output of this filter is sampled at a rate of $1/T$. $T(e^{j\omega T})$ is a discrete-time equalizer and its output is fed into a detector which will give $\{\hat{b}_k\}$, the estimation of the input sequence $\{b_k\}$.

### A. PRML/VA detection

A PRML read channel with a VA detector can be modeled as shown in Fig. 2.



Fig. 2 Block diagram of the read channel with a PRML/VA detector.

In Fig. 2, $T(e^{j\omega T})$ is a discrete-time equalizer that equalizes the real channel to a target polynomial, $P(e^{j\omega T})$. An error signal, $E_k$, is defined to be the difference between the outputs of the target channel and the equalized channel.

An optimal mean-squared error (MSE) design is to choose the equalizer $T(e^{j\omega T})$ so that the power of the error signal $E_k$ will be minimized. In practice, finite impulse response (FIR) filters are used. The optimal MSE design for the FIR equalizer can be found in [4].

### B. DFE Detection

A magnetic recording read channel with a DFE detector can be modeled as shown in Fig. 3.



Fig. 3 Block diagram of the read channel with a DFE detector.

Here, $T(e^{j\omega T})$ is the forward equalizer which will remove the pre-cursor intersymbol interference (ISI) and $D(e^{j\omega T})$ is the feedback equalizer, a strictly causal filter, which will remove all the post-cursor ISI. An error signal, $E_k$, is defined to be the difference between the input and the output of the slicer.

An optimal design is to choose $T(e^{j\omega T})$ and $D(e^{j\omega T})$ so that the power of the error signal $E_k$ will be minimized. There are two basic methods for designing a DFE detector; the zero-forcing design (ZF-DFE), and the MSE design

Manuscript received July 5, 1994; revised September 13, 1994.
This work was supported by the UC MICRO program, Analog Devices, HP, Level One Communications, National Semiconductor, Quantum, Seagate, and Silicon Systems Inc.

(MSE-DFE). In a ZF-DFE, the pre-cursor ISI is completely removed, while in a MSE-DFE, the pre-cursor ISI does not have to be completely removed, but the total noise power must be minimized. It can be proven [4] that after optimization of the forward and feedback equalizers, the power spectrum of the error signal at the input of the slicer is white. The optimal FIR equalizer design for the MSE-DFE can be found in [1].

### C. FDTS/DF Detection

A magnetic recording channel with a FDTS/DF detector can be modeled by the block diagram in Figure 4.



Fig. 4 Block diagram of the read channel with a FDTS/DF detector.

The forward equalizer, $T(e^{j\omega T})$, equalizes the real channel to a certain target. The feedback equalizer, $D(e^{j\omega T})$, will cancel the "tail" of the target response. The FDTS decision unit, which is a depth-limited exhaustive tree search algorithm, will see a truncated version of the target response.

The design of a FDTS/DF detector can be divided into two steps. First, we need to obtain the optimal forward equalizer and optimal target polynomial so that the mean-squared error between the target channel $Q(e^{j\omega T})$ and the equalized channel, as defined in Fig. 5, will be minimized. It can be proved that the optimization of $T(e^{j\omega T})$ and $Q(e^{j\omega T})$ here is exactly the same as that of $T(e^{j\omega T})$ and $D(e^{j\omega T})$ for a MSE-DFE detector [2]. The second step is to divide the optimal target polynomial, $Q(e^{j\omega T})$, into two parts. Assuming the order of $Q(e^{j\omega T})$ is $N$, if we decide that the depth of the tree structure in the FDTS block is $\tau$, then the first $\tau + 1$ terms of $Q(e^{j\omega T})$ will constitute the target polynomial that the FDTS sees, and the later $N - \tau$ terms of $Q(e^{j\omega T})$ will constitute the feedback filter, $D(e^{j\omega T})$.



Fig. 5 Optimizing the target polynomial for the FDTS/DF

### III. PERFORMANCE ANALYSES

#### A. VA detector

Assuming a white Gaussian error signal, the BER of a Viterbi detector is approximately given by

$$BER = K \cdot Q\left(\frac{d_{min}}{2\sigma_n}\right) \quad (1)$$

where $d_{min}$ is the minimum distance (defined later), $\sigma_n$ is the standard deviation of the error signal at the input of the detector, and $K$ is a constant.

Suppose the target polynomial is

$$P(D) = \sum_{i=0}^{N} p_i D^i, \quad (2)$$

the correct input sequence is $\{b_k\}$, $k = 0, 1, 2, \cdots$, and an estimate of the input sequence is $\{\hat{b}_k\}$, $k = 0, 1, 2, \cdots$, then the squared distance between the two sequences is:

$$d^2 = \sum_{k=0}^{\infty}\left|\sum_{i=0}^{N} p_i b_{k-i} - \sum_{i=0}^{N} p_i \hat{b}_{k-i}\right|^2 = \sum_{k=0}^{\infty}\left|\sum_{i=0}^{N} p_i e_{k-i}\right|^2, \quad (3)$$

where

$$e_k = b_k - \hat{b}_k. \quad (4)$$

So the minimum squared distance is given by

$$d_{min}^2 = \min_{\{b_k\}\neq\{\hat{b}_k\}} d^2 = \lim_{K\to\infty}\left[\min_{\{e_k\}} \sum_{k=0}^{K}\left|\sum_{i=0}^{N} p_i e_{k-i}\right|^2\right]. \quad (5)$$

Usually, the error signal in front of the VA detector is not white, and we should take the correlation into account when evaluating the performance of a VA detector.

The error correlation should be dealt with separately for each possible minimum-distance error event. Suppose the length of the error event is $L$, then the metric of the correct sequence is

$$m_1 = \sum_{k=0}^{L} n_k^2, \quad (6)$$

and the metric of the incorrect sequence is

$$m_2 = \sum_{k=0}^{L}\left|\left(n_k + \sum_{i=0}^{N} p_i b_{k-i}\right) - \sum_{i=0}^{N} p_i \hat{b}_{k-i}\right|^2$$

$$= \sum_{k=0}^{L}\left|n_k + \sum_{i=0}^{N} p_i e_{k-i}\right|^2, \quad (7)$$

where $n_k$ is the sample of the error signal at the detector input.

It can be derived that the probability of this error event is

$$\text{Prob}\{evt\} = \text{Prob}\{m_1 > m_2\}$$

$$= Q\left(\frac{d}{2\sigma_n}\frac{1}{\sqrt{1 + \frac{1}{d^2\sigma_n^2}\sum_{i=0}^{L}\sum_{j=0, j\neq i}^{L} c_i c_j R_n(|i-j|)}}\right) \quad (8)$$

where $c_i = \sum_{k=0}^{N} p_k e_{i-k}$ and $R_n(i) = E\{n_k \cdot n_{k+i}\}$ is the autocorrelation of the error signal.

Knowing the probability of each error event, we can derive a tight upper bound for the BER;

1130

$$\text{BER} \leq \sum_{s_i \in \Psi} \Pr\{evt_i, s_i\} w(evt_i)$$
$$= \sum_{s_i \in \Psi} \Pr(s_i) \Pr(evt_i \mid s_i) w(evt_i) \quad (9)$$

where $s_i$ is a path that can have a minimum-distance error event, $\Psi$ is a set of such paths, $\Pr\{evt_i|s_i\}$ is given by equation (8), and $w(evt_i)$ is the number of errors in error event $evt_i$. Usually the set of minimum distance error events is infinitely large. Here we choose $\Psi$ to be large enough that further increasing of the size of $\Psi$ doesn't increase the bound significantly.

The above analysis is checked by a numerical example in Fig. 6. In this figure, we can see that the calculation result with correlation considered is the upper bound of the real performance, as it is supposed to be. When the signal-to-noise ratio (SNR) is reasonably high, this upper bound is very tight.



Fig. 6 BER's calculated with and without correlation for a VA detector with PR4 channel and PW50=2T.

### B. DFE detector

In general, it is very difficult to evaluate the exact performance of DFE detectors because of error propagation. Some upper bounds on the error probability of the DFE have been proposed [7], but in most cases these upper bounds are too loose to be useful for magnetic recording. Others have investigated the use of Markov processes as a method of calculating the exact BER [8], but concluded that it is not practical to use a Markov process to compute the BER of DFE detectors for moderate or large numbers of feedback taps. Here we re-examine the Markov process and will prove that a Markov process is in fact a very efficient method for calculating the accurate BER of DFE detectors for magnetic recording channels.

If the equalized impulse response has finite duration and we ignore the residual precursor ISI, the impulse response of the equalized channel after the forward equalizer can be written as

$$h(n) = \sum_{i=0}^{N} h_i \delta(n - i), \quad (10)$$

where the response has been normalized so that $h_0 = 1$. The proper feedback equalizer should be

$$D(e^{j\omega T}) = \sum_{i=1}^{N} h_i e^{-j\omega T \cdot i} \quad . \quad (11)$$

Thus the input to the slicer, $u_k$, can be written as

$$u_k = n_k + \sum_{i=0}^{N} h_i b_{k-i} - \sum_{i=1}^{N} h_i \hat{b}_{k-i} = b_k + n_k + Z_k, \quad (12)$$

where $n_k$ is the $k^{th}$ sample of the error signal and

$$Z_k = \sum_{i=1}^{N} h_i e_{k-i} \quad . \quad (13)$$

Remember that $e_k$ is defined in (4).

The previous decision errors will reduce the margin of the detector against noise and the effect of the past $N$ decisions is summarized in the quantity $Z_k$. Since the past $N$ decisions will affect the current decision, we define an $N$-element vector that consists of the past $N$ decision error terms,

$$\Xi_k = [e_{k-1} \quad e_{k-2} \quad \cdots \quad e_{k-N}]. \quad (14)$$

Given the present error state vector, $\Xi_k$, and the probability distribution of the error signal, we can calculate the conditional probability of a particular decision error term, $e_k$;

$$\text{Prob}\{e_k \mid \Xi_k\} = \sum_{b_k} \text{Prob}\{e_k \mid \Xi_k, b_k\} \text{Prob}\{b_k\}. \quad (15)$$

These conditional probabilities also define the transition probabilities from one error state to the others. Assuming the successive error signal samples are independent, this is a Markov process [5]. With all the transition probabilities available, we can define the following transition equation ($n = 3^N - 1$)

$$\begin{bmatrix} p_{k+1}^0 \\ \vdots \\ p_{k+1}^n \end{bmatrix} = \begin{bmatrix} t_{0,0} & \cdots & t_{0,n} \\ \vdots & \ddots & \vdots \\ t_{n,0} & \cdots & t_{n,n} \end{bmatrix} \begin{bmatrix} p_k^0 \\ \vdots \\ p_k^n \end{bmatrix} \quad (16)$$

where $p_k^i$ is the probability of error state $\Xi_i$ at time $k$ and $t_{i,j} = \Pr\{\Xi_i | \Xi_j\}$. Since each error state can only evolve into one of three error states as the input to the channel is binary, there are only three non-zero elements in each row or column. The fact that this matrix is sparse is critical and greatly reduces the memory required to implement a solution.

The steady-state probabilities of all the error states can be given by the solution of Equation (16) with $p_{k+1}^i = p_k^i = p^i$. Directly solving this set of linear equations would be impractical for a large value of $N$, so we use an iterative method instead. Define the vector of error state probabilities as

$$\vec{P}_k = \begin{bmatrix} p_k^0 & p_k^1 & \cdots & p_k^n \end{bmatrix}^T \quad (17)$$

and start with an initial vector

$$\vec{P}_0 = \begin{bmatrix} p_0^0 & p_0^1 & \cdots & p_0^n \end{bmatrix}^T \quad (18)$$

that satisfies $p_0^i \geq 0$ and $\sum_{i=0}^{n} p_0^i = 1$ .

Then iterate to find the new vector by using (16) repeatedly. Equation (16) can be rewritten as

$$\vec{P}_{k+1} = T \cdot \vec{P}_k \quad (19)$$

3

It can be proven that this iterative procedure will converge. In fact, in any stage of the iteration, the probability vector $\vec{P}_k$ must satisfy

$$\sum_{i=0}^{n} p_k^i = 1 \qquad (20)$$

Therefore, the last element in $\vec{P}_k$ can be found from the first $n$ elements. These $n$ elements are given by

$$\begin{bmatrix} p_{k+1}^0 \\ \vdots \\ p_{k+1}^{n-1} \end{bmatrix} = \begin{bmatrix} t_{0,0} & \cdots & t_{0,n} \\ \vdots & \ddots & \vdots \\ t_{n-1,0} & \cdots & t_{n-1,n} \end{bmatrix} \begin{bmatrix} p_k^0 \\ \vdots \\ 1 - \sum_{i=0}^{n-1} p_k^i \end{bmatrix}$$

$$= \left[ \begin{bmatrix} t_{0,0} & \cdots & t_{0,n-1} \\ \vdots & \ddots & \vdots \\ t_{n-1,0} & \cdots & t_{n-1,n-1} \end{bmatrix} - \begin{bmatrix} t_{0,n} \\ \vdots \\ t_{n-1,n} \end{bmatrix} [1 \cdots 1] \right] \begin{bmatrix} p_k^0 \\ \vdots \\ p_k^{n-1} \end{bmatrix} + \begin{bmatrix} t_{0,n} \\ \vdots \\ t_{n-1,n} \end{bmatrix}$$

That is,

$$\vec{P}'_{k+1} = A \cdot \vec{P}'_k + \vec{B} \qquad (21)$$

where

$$A = \begin{bmatrix} t_{0,0} & \cdots & t_{0,n-1} \\ \vdots & \ddots & \vdots \\ t_{n-1,0} & \cdots & t_{n-1,n-1} \end{bmatrix} - \begin{bmatrix} t_{0,n} \\ \vdots \\ t_{n-1,n} \end{bmatrix} [1 \cdots 1], \qquad (22)$$

$$\vec{B} = \begin{bmatrix} t_{0,n} & t_{1,n} & \cdots & t_{n-1,n} \end{bmatrix}^T, \qquad (23)$$

and

$$\vec{P}'_k = \begin{bmatrix} p_k^0 & p_k^1 & \cdots & p_k^{n-1} \end{bmatrix}^T, \qquad (24)$$

and

$$p_{k+1}^n = 1 - \sum_{i=0}^{n-1} p_{k+1}^i. \qquad (25)$$

In order to show that the iteration given by (21) converges, we need to prove the following theorem.

**Theorem:** The magnitudes of all the eigenvalues of the matrix $A$ are strictly less than one.

Proof:
The characteristic equation of the matrix $T$ is given by

$$\Phi(T) = \det\{\lambda I - T\} = \begin{vmatrix} \lambda - t_{0,0} & \cdots & -t_{0,n} \\ \vdots & \ddots & \vdots \\ -t_{n,0} & \cdots & \lambda - t_{n,n} \end{vmatrix}$$

$$= (\lambda - 1) \begin{vmatrix} \lambda - t_{0,0} + t_{0,n} & \cdots & -t_{0,n-1} + t_{0,n} \\ \vdots & \ddots & \vdots \\ -t_{n-1,0} + t_{n-1,n} & \cdots & \lambda - t_{n-1,n-1} + t_{n-1,n} \end{vmatrix}$$

$$= (\lambda - 1) \det\{\lambda I - A\} = (\lambda - 1) \Phi(A) \qquad (26)$$

It can be proved [6] that the matrix $T$ has only one eigenvalue that is equal to one, and the magnitudes of the rest of its eigenvalues are strictly less than one. Therefore, the theorem proved.

We now know that the iteration described by (21) will converge for any proper initial value of $\vec{P}_0$, and so does equation (19). After obtaining the steady-state solution of (19), the BER is given by

$$\text{BER} = 1 - \sum_{k=0}^{n} p_k \cdot \text{Prob}\{e_k = 0 | \Xi_k\}. \qquad (27)$$

A numerical example is given in Fig. 7 in which the BER of a ZF-DFE is calculated assuming a white Gaussian error signal. We can see that the calculation results are almost the same as the simulated performance. In the case of the MSE-DFE, the calculation results are not exact, because the assumption of the independence of successive error signals is not true. Nevertheless, comparing simulated BER's to the analytically derived values showed that after modifying the distribution function of the error signal, the calculation results are a very good approximation.



Fig. 7 BER's calculated with and without error propagation for a ZF-DFE with white Gaussian noise. $N = 8$.

### C. FDTS/DF detector

If we ignore the error propagation and assume a white Gaussian error signal, the bit error rate of the FDTS/DF detector is given by (1), but here $d_{min}$ is the minimum distance between paths in the upper and lower halves of the tree structure within the decision unit.

Because of the finite depth of the tree structure and the decision feedback, the effect of error propagation is introduced. Fortunately, in order to evaluate the performance of the FDTS/DF detector with error propagation included, we can use a method that is similar to the evaluation of the performance of the DFE. Note that error correlation is no longer a problem since after the optimization of the forward equalizer and the target polynomial, the error signal at the input of the decision unit is white.

Since the past $N - \tau$ decisions and the $\tau$ future inputs will affect the current decision, we define an $N$-element error state vector that consists of the past $N - \tau$ decisions and the $\tau$ future inputs (note that the time $k - \tau$ is regarded here as the current time);

$$\Xi_k = \begin{bmatrix} e_{k-N} & \cdots & e_{k-\tau-1} & b_{k-\tau} & \cdots & b_{k-1} \end{bmatrix}. \qquad (28)$$

Approximating the successive error samples as independent, the progression of this error vector with time is a Markov process, and the transition probability can be calculated.

Suppose the current error state is given by (28) and the correct input sequence corresponds to a path in the lower half of

the tree structure (i.e., $b_{k-\tau} = 0$) Then the transition probability from this state to the state,

$$\Xi_{k+1} = \begin{bmatrix} e_{k+1-N} & \cdots & e_{k-\tau} = -1 & b_{k+1-\tau} & \cdots & b_k \end{bmatrix}, \text{ is}$$

$$\text{Prob}\{\Xi_{k+1}|\Xi_k\} = \text{Prob}\{\hat{b}_{k-\tau} = 1, b_k|\overline{\Xi_k}\}$$

$$= \text{Prob}\{b_k\}\text{Prob}\{\hat{b}_{k-\tau} = 1|\Xi_k, b_k\}$$

$$= \frac{1}{2}\text{Prob}\begin{pmatrix} \min\{\text{path metrics in upper half}\} \\ > \min\{\text{path metrics in lower half}\} \end{pmatrix} \Xi_k, b_k \end{pmatrix}. \quad (29)$$

Similarly, we can calculate any other transition probabilities. The transition probability matrix is again sparse.

Based on this idea, we developed an algorithm to calculate the BER of the FDTS/DF detector with error propagation included. A numerical example is given in Fig. 8, where a white Gaussian error signal is assumed. As we can see, the calculated BER's are very close to the simulated performance.



Fig. 8 BER's calculated with and without error propagation for a FDTS/DF detector assuming white Gaussian noise. $L = 8$ and $\tau = 2$.

## IV. THEORETICAL COMPARISON

In this section we present comparisons of the different detectors based on the analytical results presented. In these comparisons we use a Lorentzian model for the channel, which is given by

$$h(t) = \frac{1}{1 + (2t/PW50)^2} \quad (30)$$

in the time domain and

$$H(j\omega) = 0.5 \cdot \pi \cdot PW50 \cdot \exp(-PW50|\omega|) \quad (31)$$

in the frequency domain, where $PW50$ is the pulsewidth at the 50% amplitude points. We also use an ideal lowpass filter (LPF) with a bandwidth equal to half of the baud rate as the receive filter. For the VA detectors the target polynomials have the form $(1-D)(1+D)^n$. The media noise and the electronic noise terms make equal contributions to the noise power at the output of the LPF. For the ITI we assume no guardband between adjacent tracks and both the loss of signal amplitude and the gain of adjacent track amplitude are linear functions of the offtrack percentage [1]. In all cases enough taps have been used in the equalizers so that adding taps does not improve the performance noticeably.

An overall performance comparison of the three detectors is given in Figures 9 and 10, where it is assumed that there isn't any ITI. The results are presented at a fixed BER and show the channel SNR required (measured at the output of the LPF) versus density. In this way, the relative linear densities achievable at a given SNR can be readily compared. As can be seen, when the density is low ($PW50 < 2.3T$), the DFE works better than all the VA detectors considered. When the density is relatively high ($PW50 > 2.3T$), the DFE is outperformed first by VA detectors with EPR4 and then by most of the VA detectors. With modest decision unit complexity ($\tau = 5$), the FDTS/DF detector performs best for every density.

A comparison of performance sensitivity to the estimation error of density is given in Figures 11 and 12. We can see that the VA detector with EPR4 type target polynomial is more robust than the DFE detector, and all the FDTS/DF detectors behave similar to the DFE.

Finally, a comparison of offtrack performance is given in Figures 13 and 14. We can see that the DFE detector is less sensitive to offtrack position than all the VA detectors, and the offtrack performance of all the FDTS/DF detectors is similar to that of the DFE.



Fig. 9 Performance comparison for VA nd DFE with 50/50 noise, fixed BER of 1E-8, and no ITI.



Fig. 10 Performance comparison for the DFE and FDTS/DF with 50/50 noise, fixed BER of 1E-8, and no ITI. $L = 8$ for the FDTS/DF.

## V. CONCLUSION

An analytical methodology for comparing different detection techniques has been presented. The method can be used with any models for the channel, the noise sources, the front end filters, and the equalizers. In our numerical experiments, we have seen that the relative performances of these different

detectors are very sensitive to the channel models. From the numerical results presented in this paper, we see that whenever the correlation of error signal is increased, such as when the density is not exactly what is expected, or intertrack interference is present, the DFE detectors will show some advantage over the VA detectors, especially when the VA detectors have high-order target polynomials. While a FDTS/DF with modest complexity can outperform both the VA and the DFE detectors, and seems to be a promising technique for the future.



Fig. 11 SNR versus the percentage error in the PW50 expected for VA and DFE with PW50=2.5T, 50/50 noise, BER=1E-8, and no ITI.



Fig. 12 SNR versus the percentage error in the PW50 expected for DFE and FDTS/DF with PW50=2.5T, 50/50 noise, BER=1E-8, and no ITI. $L = 8$ for the FDTS/DF.



Fig. 13 Offtrack performance of VA and DFE with PW50=2.5T, 50/50 noise, and BER=1E-7.



Fig. 14 13 Offtrack performance of DFE and FDTS/DF with PW50=2.5T, 50/50 noise, and BER=1E-7. $L = 8$ for the FDTS/DF.

REFERENCES

[1]. William L. Abbott, John M. Cioffi and Hemant K. Thaper, "Performance of Digital Magnetic Recording with Equalization and Offtrack Interference", *IEEE Transactions on Magnetics, Vol. 27, No. 1*, January 1991.

[2]. Jaekyun Moon and L. Richard Carley, "Performance Comparison of Detection Methods in Magnetic Recording", *IEEE Transactions on Magnetics, Vol. 26, No. 6*, November 1990.

[3]. F. Dolivo, R. Hermann and S. Olcer, "Performance and Sensitivity Analysis of Maximum-likelihood Sequence Detection on Magnetic Recording Channels", *IEEE Transactions on Magnetics, Vol. 25, No. 5*, September 1989.

[4]. Edward A. Lee and David G. Messerschmitt, *Digital Communication*, second edition, Boston: Kluwer, 1994.

[5]. Athanasios Papoulis, *Probability, Random Variables, and Stochastic Processes*, third edition, McGraw-Hill, Inc., 1991.

[6] E. Seneta, *Non-negative Matrices and Markov Chains*, second edition, Springer-Verlag, 1973.

[7]. Donald L. Duttweiler, James E. Mazo and David G. Messerschmitt, "An Upper Bound on the Error Probability in Decision-Feedback Equalization", *IEEE Transactions on Information Theory, Vol. 20, No. 4*, July 1974, pp. 490--497.

[8]. G. Tamburelli, "On the Exact Error Probability Evaluation of a Decision Feedback and Feedforward Receiver for Finite Impulse Response (FIR) Channels", in *Proc. Nat. Telecommun. Conf.*, Los Angeles, CA, Dec. 5-7, 1977, pp. 11:3-1--11:3-5.

[9] Thomas W. Matthews and Richard R. Spencer, "An integrated analog CMOS Viterbi detector for digital magnetic recording," *IEEE J. of Solid-State Circuits*, Vol. 28, No. 12, Dec., 1993, pp 1294-1302

[10] Kevin D. Fisher, John M. Cioffi, William L. Abbott, Philip S. Bednarz, and Michael Melas, "An adaptive RAM-DFE for storage channels," *IEEE Trans. on Commun.*, vol. 39, no. 11, pp 1559-1568, Nov. 1991