# EXHIBIT 10

the QW diode. A series resistance represents frequency-dependent (due to the 'skin effect') losses.

The capacitance of the diode was assumed to vary inversely as a function of the length $L$ of the depletion region according to eqn. 1 from Reference 8:

$$L = [W^2 + (2\varepsilon/eN_D)(V_J - V_A)]^{1/2} \qquad (1)$$

where $W$ is the total length of the two barriers plus the well (see Fig. 1b) $N_D$ and $\varepsilon$ are the doping level and dielectric constant, respectively, of the 2000 Å epitaxial layers outside the barriers. In our case $V_A$, which is the voltage over the accumulation region (adjacent to the QW), is neglected. Including $V_A$ would increase the capacitance by about 5%. The calculated parallel capacitance of the QW varied between about 260 and 13 fF for 64 mW input power.

The parallel resistance of the QW diode was presumed to follow the measured $I/V$ characteristic of the diode (Fig. 1a).

The frequency-dependent series resistance of the QW diode was calculated to be between 22–32 Ω at 83 GHz, depending on the contact resistance (measured to be between 2 and $4 \times 10^{-6} \Omega \text{cm}^2$) of the chip.

The theoretically-calculated results at an output frequency of 249 GHz are shown in Fig. 2 for −0·2 V bias voltage. Two theoretical curves are plotted in Fig. 2, one for a contact resistance of $2 \times 10^{-6} \Omega \text{cm}^2$ and the other for a resistance of $4 \times 10^{-6} \Omega \text{cm}^2$. It can be seen that the experimental and theoretical curves for the higher contact resistance follow each other closely. However owing to the negative differential resistance above about 2 V for the device (see Fig. 1a) the program did not always converge. The broken line of the theoretical curves in Fig. 2 indicates the regions where the simulation failed to reach a stable solution.

At point A in Fig. 2 the theoretically-calculated efficiency starts to increase. This is owing to the voltage swing of the pump signal across the QW diode exceeding the voltage for peak current in the $I/V$ characteristic of the diode (see Fig. 1a). Thus the negative differential resistance portion of the $I/V$ characteristic of the QW enhances the efficiency of the tripler.

In Fig. 3 is plotted the measured and calculated efficiency as a function of DC bias voltage for two different pump power levels 14·9 and 49·2 mW at 249 GHz output frequency. The contact resistance is assumed to be $4 \times 10^{-6} \Omega \text{cm}^2$ in the theoretical calculations. The broken lines of the theoretical curves in Fig. 3 indicate the region where the simulation failed to reach a stable solution. However, it can be seen that the general behaviour of the theoretical curves agrees well with the measured ones. Thus the simple equivalent circuit applied here for the QW diode could be used as a first approximation for the diode.

Owing to the asymmetric $I/V$ curve of the QW for finite bias voltage, the embedding impedance at the even harmonic also has to be taken into consideration. The most important harmonic in this case is the second, where the embedding reactance was calculated to be about −35 Ω (the embedding resistance is zero below the cutoff frequency of the output waveguide).

*Discussion:* By varying the width of the QW barriers and the well, the voltages for the peak and valley currents in the $I/V$ characteristics can be reduced and point A in Fig. 2 is shifted towards lower input power. Thus higher efficiency at lower input powers should be possible.

The upper frequency of the multiplier is limited owing to the frequency response of the well itself[1,9] and transit-time effects related to the drift regions.[10,11]

*Acknowledgment:* We thank Prof. E. Kollberg for helpful discussions and support throughout this work and Dr. T. Andersson for supplying the QW wafers. They would also like to thank N. Whyborn for a critical reading of the manuscript. The Swedish board for Technical Development and the European Space Agency (ESTEC) are acknowledged for their financial support.

A. RYDBERG                                    16th January 1989
H. GRÖNQVIST

*Department of Radio & Space Science
and Onsala Space Observatory
Chalmers University of Technology
S-412 96 Göteborg, Sweden*

**References**

1 SOLLNER, T. C. L. G., BROWN, E. R., and LE, H. Q.: 'Microwave and millimeterwave resonant-tunneling devices'. To appear in 'Physics of quantum electron devices' (Springer-Verlag)
2 BATELAAN, P. D., and FRERKING, M. A.: 'Quantum well multipliers'. Proc. 12th conf. on infrared and millimeter waves, 1987
3 BATELAAN, P. D., and FRERKING, M. A.: 'A quantum-well frequency multiplier with millimeterwave output'. Proc. 4th int. conf. on infrared physics, Zurich, 1988, pp. 527–529
4 ERICKSON, N. R.: 'A high frequency tripler for 230 GHz'. Proc. Europ. microwave conf., 1982, pp. 288–292
5 RYDBERG, A.: 'Oscillator and multiplier development for millimeterwave radioastronomy'. Proc. workshop on solid-state sources at millimeter and submillimeter wavelengths, Ulm, F.R. Germany, 1987
6 SIEGEL, P. H., KERR, A. R., and HWANG, W.: 'Topics in the optimization of millimeter-wave mixers'. NASA tech. paper 2287, March 1984
7 Harwell subroutine library, routine VA09A
8 BROWN, E. R., GOODHUE, W. D., and SOLLNER, T. C. L. G.: 'Fundamental oscillations up to 200 GHz in resonant tunneling diodes and new estimates of their maximum oscillation frequency from stationary-state tunneling theory', *J. Appl. Phys.*, 1988, **64**, pp. 1519–1529
9 FRENSLEY, W. R.: 'Quantum transport calculation of small-signal response of a resonant tunneling diode', *Appl. Phys. Lett.*, 1987, **51**, pp. 448–450
10 SONG, I., and PAN, D.-S.: 'Analysis and simulation of quantum well injection transit time diode', *IEEE Trans.*, 1988, **ED-35**, pp. 2315–2322
11 KESAN, V. P., NEIKIRK, D. P., BLAKEY, P. A., STREETMAN, B. G., and LINTON, T. D., JUN.: 'The influence of transit-time effects on the optimum design of maximum oscillation frequency of quantum well oscillators', *ibid.*, 1988, **ED-35**, pp. 405–413



**Fig. 3** *Measured and calculated efficiency versus bias voltage for the tripler*

■ measured efficiency at 14·9 mW input power
□ calculated efficiency at 14·9 mW input power
▲ measured efficiency at 49·2 mW input power
△ calculated efficiency at 49·2 mW input power

## LOW-COMPLEXITY VITERBI-LIKE DETECTOR FOR 'TWO-RAY' CHANNELS

*Indexing terms: Telecommunications, Digital transmission, Interference, Signal detection*

A new type of 'near' maximum-likelihood detector is presented. The proposed method is especially suitable for so-called 'two-ray' channels with a long impulse response, which may occur for instance in digital mobile radio.

*Introduction:* One method to combat intersymbol interference (ISI) in digital transmission is the use of a maximum-likelihood (ML) detector implemented as a Viterbi algorithm.[1]

The major drawback of using such a Viterbi detector is the fact that the number of calculations to be carried out per received sample as well as the amount of memory required, grow exponentially with the length of the ISI. Because of this, the Viterbi detector has been used mainly to equalise channels with relatively short impulse responses. For longer ISI, less complex types of detector have been used, e.g. the linear equaliser or the decision feedback equaliser (DFE).[2] In this letter we will describe a low-complexity 'Viterbi-like' detector especially suitable for 'two-ray' channels, i.e. channels with an impulse response that mainly consists of two dominant taps.

*Deinterleaved Viterbi equaliser:* As stated above, the number of calculations that has to be carried out by the Viterbi algorithm, as well as the amount of memory required, in general grows exponentially with the length of the channel impulse response $h_c(k)$. However, this is not true if the impulse response consists of only two nonzero taps separated by a certain number of samples $N$ (see Fig. 1, where $N = 3$). This is commonly referred to as an ideal 'two-ray' channel.



**Fig. 1** *Ideal two-ray channel, $N = 3$*

In this case we can easily design an ML detector in which the number of operations per sample is reduced to that of an ordinary Viterbi detector with only two states. The amount of memory required will also be reduced, and will grow only linearly with the length of $h_c(k)$. These reductions are achieved by observing that the received samples $y(k)$ and $y(k - \delta)$ are independent for $\delta \neq N$. We may therefore regard the received sequence $\{y(.)\}$, as $N$ interleaved and mutually independent sequences $\{y_1(.)\}, \ldots, \{y_N(.)\}$, each one transmitted over a channel with an impulse response as shown in Fig. 2. By deinterleaving the received sequence into the $N$ independent sequences and letting each of these pass through a Viterbi detector adjusted to the impulse response of Fig. 2, we will be able to detect the data with the same performance as with an ordinary high-complexity Viterbi detector. The deinterleaved Viterbi detector is shown in Fig. 3 for $N = 3$. Each box labelled $VA_2$ symbolises an ordinary two-state Viterbi detector capable of equalising an impulse response of length 2.



**Fig. 2** *Impulse response seen by each detector in deinterleaved Viterbi detector*

Because of the deinterleaving, only one of the two-state Viterbi detectors is active during each sample time. The number of operations to be carried out per received sample is therefore the same as for one Viterbi detector working with an impulse response of length 2. On the other hand, the memory requirements for the deinterleaved Viterbi detector will be equal to the memory requirements of an ordinary two-state Viterbi detector multiplied by the interleaving factor $N$.



**Fig. 3** *Deinterleaved Viterbi detector for ideal two-ray channel, $N = 3$*

In a practical situation, the ideal two-ray channel of Fig. 1 never occurs. A real nonideal two-ray channel may instead look as shown in Fig. 4. There are two 'major' taps and several 'minor' taps.



**Fig. 4** *Nonideal two-ray channel*

The deinterleaved Viterbi detector described above cannot be used to equalise this channel unless the minor taps of the impulse response are first removed or at least reduced to a negligible size. Otherwise, these taps will have the effect of an increased noise level, thereby giving an unacceptable performance degradation.

One way to remove the minor taps of the impulse response is shown in Fig. 5. In addition to the deinterleaved Viterbi detector (the box labelled DVA) we now use an extra, low-complexity detector, preferably a DFE. The DFE gives us a preliminary decision $\tilde{d}(n)$, of the sent data. This decision is then passed through a filter with an impulse response equal to the minor taps of the channel, i.e. the channel impulse response excluding the two largest taps. By subtracting the filter output from the received signal and assuming correct decisions from the DFE, we obtain an overall impulse response of the ideal two-ray type. The delay element $z^{-n}$ in Fig. 5 is necessary for compensating the decision delay of the DFE.



**Fig. 5** *Deinterleaved Viterbi detector combined with ordinary low-complexity detector to remove intersymbol interference not included in two major taps*

In the case of an erroneous decision from the DFE, the minor taps will not be removed from the channel impulse response; instead they will be enlarged. However, simulations have shown that in most cases the deinterleaved Viterbi detector will still be able to make a correct decision, as long as the minor taps are not too large and the DFE errors do not occur too frequently.

*Simulation results:* To determine the performance of the deinterleaved Viterbi detector, simulations have been carried out for several different channels. Fig. 6 shows the result of a simulation of a binary PAM transmission. The channel impulse response $h_c(k)$ is that of Fig. 4. The channel also adds

white Gaussian noise to the signal. A total number of $10^6$ symbols has been transmitted in each simulation.

Curve $a$ shows the bit error rate (BER) as a function of the signal/noise ratio (SNR) of an ordinary 16-state Viterbi detector. Curve $b$ shows the BER achieved when using the deinterleaved Viterbi detector described above. It was used together with a DFE with five feed-forward taps and three feedback taps. Finally, curve $c$ shows the performance achieved if the low-complexity DFE is used alone.

The use of the deinterleaved Viterbi detector gives a significantly better performance than the use of the DFE, although not as good as the use of a full-complexity 16-state Viterbi detector. However, the complexity of the deinterleaved Viterbi detector is much lower than that of the full Viterbi detector, and close to that of the DFE. The importance of this reduction in complexity increases as the length of the channel impulse response grows.



**Fig. 6** *Performance of deinterleaved Viterbi detector compared to performance of full-complexity Viterbi detector and DFE*

*a* Full-complexity Viterbi detector
*b* Deinterleaved Viterbi detector
*c* DFE

*Conclusions*: A new type of 'near' maximum-likelihood detector has been described. The proposed method is especially suitable for so-called 'two-ray' channels. Simulations have shown that the performance of the new detector is somewhere between the performance of low-complexity detectors, e.g. the DFE, and that of a full-complexity Viterbi detector. The complexity of the proposed method is much lower than that of the full Viterbi detector, a fact that becomes more important as the length of the channel impulse response grows.

E. DAHLMAN                                                23rd January 1989
Telecommunication Theory
Royal Institute of Technology
S-100 44 Stockholm, Sweden

**References**

1  FORNEY, G. D.: 'The Viterbi algorithm', *Proc. IEEE*, 1973, **61**, pp. 268–278
2  PROAKIS, J. G.: 'Digital communications' (McGraw-Hill, 1983)

---

## OBSERVATION AND MECHANISM OF KINK EFFECT IN DEPLETION-MODE AlGaAs/GaAs AND AlGaAs/GaInAs HEMTs

*Indexing terms: Semiconductor devices and materials, Transistors*

The appearance and the mechanism of a kink effect (a sudden rise in the drain current) in the output $I(V)$ characteristics of depletion-mode conventional AlGaAs/GaAs and pseudomorphic AlGaAs/GaInAs high-electron-mobility transistors is reported for the first time. The kink is postulated to arise from impact ionisation in the 2-DEG. The generated electrons drift towards the drain, while generated holes are prevented from entering the AlGaAs layer by the heterojunction barrier, and are injected into the GaAs buffer layer. These holes subsequently combine with electrons on the source side of the channel.

*Introduction*: High-electron-mobility transistors (HEMTs) have recently attracted much attention for their improved noise and high-frequency operation over MESFETs. This is a direct attribute of the 2-DEG channel, formed at the AlGaAs/GaAs (or AlGaAs/GaInAs) heterointerface. Recently, very low-noise performance of cryogenically cooled HEMTs has been reported.[1–3] These devices have also been considered for millimetre-wave power applications,[4] where the maximum power achieved is limited by the gate-to-drain breakdown voltage. In this letter we report the mechanism for a soft breakdown (or kink) phenomenon. This soft breakdown can seriously limit low-noise operation, so it is important to understand the mechanisms involved.

*Device structures and fabrication*: The devices reported in this letter were fabricated on selectively doped $Al_{0.28}Ga_{0.72}As/GaAs$ and $Al_{0.23}Ga_{0.77}As/Ga_{0.89}In_{0.11}As$ heterostructures, grown by molecular-beam epitaxy on 2 in GaAs semi-insulating substrates. The conventional HEMT structure consisted of a 1 µm undoped GaAs buffer layer, a 40 Å undoped $Al_{0.28}Ga_{0.72}As$ layer, a 300 Å Si-doped $(1.5 \times 10^{18} \, cm^{-3})$ $n$-$Al_{0.28}Ga_{0.72}As$ layer and a 750 Å Si-doped $(2 \times 10^{18} \, cm^{-3})$ $n$-GaAs cap layer. The 750 Å cap layer was grown to enable low-resistance ohmic contact formation. The AlGaAs/GaInAs pseudomorphic HEMT structure consisted of a 1 µm undoped GaAs buffer layer, a 120 Å undoped $Ga_{0.89}In_{0.11}As$ layer, a 40 Å undoped $Al_{0.23}Ga_{0.77}As$ layer, a 400 Å Si-doped $(1.5 \times 10^{18} \, cm^{-3})$ $n$-$Al_{0.23}Ga_{0.77}As$ layer and a 500 Å Si-doped $(2 \times 10^{18} \, cm^{-3})$ $n$-GaAs cap layer. Depletion-mode devices were fabricated using evaporated Ni/AuGe/Ni/Au contact pads to form the source and the drain. Alloying was later carried out in two stages.[5] This results in low contact resistance with good surface morphology. The GaAs cap layer was then recessed chemically prior to forming



**Fig. 1** *Drain current against drain voltage*

*a* AlGaAs/GaAs HEMT (0·5 µm × 60 µm)
*b* AlGaAs/GaInAs pseudomorphic HEMT (0·5 µm × 120 µm)
$V_{gs}$ step = −0·2 V