# EXHIBIT 13

# Detection in the Presence of Media Noise

## Greg Burd

## 1.0 Introduction

This paper considers a problem of signal detection for Inter-symbol Interference (ISI) channels with pattern dependent media noise. Maximum A Posteriori detector for such channels was developed by Kavcic and Moura, see [1] for more details. Even though Kavcic's detector provides significant gains over conventional Viterbi detector in the presence of media noise, it is not very appealing due to implementation complexity. This paper presents a sub-optimal version of Kavcic's detector which provides nice trade-off between the performance and complexity of original algorithm.

## 2.0 Non-linear channel model

Figure 1 shows a typical magnetic recording system

**FIGURE 1. Typical magnetic recording channel**



Here the channel is modeled as non-linear ISI channel with signal dependent media noise. Let $h(D) = h_0 + h_1 D + h_2 D^2 + h_3 D^3 + h_4 D^4$ be Viterbi target polynomial. Let x(D) represent channel input and y(D) be its output. For the non-linear channel y(D) is modeled by

$$y_i(x(D)) = \bar{y} + m_i(x(D)) + n_i \qquad (EQ\ 1)$$

where $\bar{y} = \sum_{k=0}^{4} x_{i-k} h_k$, and $m_i(x(D))$ is the non-linear pattern dependent media noise contribution. The noise term, $n_i$, is Markov process with memory L,

$$n_i(x(D)) = \sum_{j=1}^{L} f_j(x(D)) n_{k-j} + \sigma(x(D)) N(0, 1) \qquad (EQ\ 2)$$

It will be further assumed that all pattern dependent parameters are causal function of x(D) with the memory equals that of the channel, i.e.

---

$$m_i(x(D)) = m_i\left( x_{i-4}\ x_{i-3}\ x_{i-2}\ x_{i-1}\ x_i \right) \quad \text{(EQ 3)}$$

$$\sigma_i(x(D)) = \sigma_i\left( x_{i-4}\ x_{i-3}\ x_{i-2}\ x_{i-1}\ x_i \right) \quad \text{(EQ 4)}$$

$$f_j(x(D)) = f_j\left( x_{i-4}\ x_{i-3}\ x_{i-2}\ x_{i-1}\ x_i \right),\ \text{for j=1,..,L} \quad \text{(EQ 5)}$$

The corresponding non-linear Viterbi Branch Metric (BM) is given by

$$BM = \sigma_{max}^2 \ln(\sigma^2) + \left( y - (\bar{y}+m) - \sum_{j=1}^{L} f_j(x(D)) n_{k-j} \right)^2 \cdot \left( \frac{\sigma_{max}^2}{\sigma^2} \right) =$$

$$\alpha + \left( y - (\bar{y}+m) - \sum_{j=1}^{L} f_j(x(D)) n_{k-j} \right)^2 \cdot \beta^2 = \quad \text{(EQ 6)}$$

$$\alpha + \left( \left( y - (\bar{y}+m) - \sum_{j=1}^{L} f_j(x(D)) n_{k-j} \right) \cdot \beta \right)^2$$

## 3.0 Media Noise List Detector

The proposed Media Noise detector consists of linear Viterbi detector, Linear Post Processor (linear PP), and non-linear Post Processor (non-linear PP)

**FIGURE 2. Media noise detector diagram**



Linear PP takes sampled channel output and Viterbi decisions as inputs and filters for the dominant error events (a typical list of dominant error events for magnetic recording system includes {+}, {+,-}, {+,-,+}, {+,-,+,-}, {+,-,+,-,+},... error events). For each block of length C, linear PP identifies (but does not correct) a list of N least reliable Viterbi decisions (including location, error type, and polarity) by considering linear Maximum Likelihood Distance Penalty (MLDP) associated with an error event,

$$MLDP_{lin}(error) = PM_{lin}(\text{viterbi\_out+error}) - PM_{lin}(\text{viterbi\_out}) \quad \text{(EQ 7)}$$

Linear PP then passes the list to the Non-linear PP which in tern computes MLDP for each error event in the list using non-linear Path Metric of EQ6. Note that

$$MLDP_{nlin}(error) = PM_{nlin}(\text{viterbi\_out+error}) - PM_{nlin}(\text{viterbi\_out}) =$$
$$\sum (BM_{nlin}(\text{viterbi\_out+error}) - BM_{nlin}(\text{viterbi out})) \tag{EQ 8}$$

Figure 3 shows a filter implementing MLDP calculation with non-linear metric.



**FIGURE 3. MLDP penalty filter**

The non-linear PP is then chooses the error event with the smallest non-linear MLDP. Finally the correction is made if this error event has

$$MLDP(error) < threshold < 0 \tag{EQ 9}$$

## 4.0 Performance

To study the performance of proposed detector a bit-by-bit simulation have been done at UBD=2.2, with 50/50 media noise as defined in [2], with Viterbi target=[4,3,-2,-3,-2]. The linear PP screens for {+, +-+, +-+-+, +-} error events. The detector parameters are L=3, N=2. Figure 4 shows that proposed list detector is only 0.3 dB away from the optimal Kavcic detector, and gives 1.1dB gain over the conventional linear Viterbi detector.

**FIGURE 4.**



## 5.0 Conclusion

A new sub-optimal media noise list detector was presented in Section 3. Section 4 shows that the list detector gives a nice trade-off between complexity and trade-off of the optimal Kavcic's detector.

Finally, note that proposed list detector is not limited to the channel model discussed in section 2, more generally it can be applied with any non-linear PM. Furthermore the detector can be easily modified to simultaneously serve as a cyclic parity code decoder.

**Index**

[1] A. Kavcic, J. Moura, "The Viterbi Algorithm and Markov Noise Memory", IEEE Trans. Inform. Theory.

[2] R. He, N. Nazari, "An Analytical Approach for Performance Evaluation of Partial Response System in the Presence of Signal-Dependent Medium Noise", Global Telecommunication Conference, 1999.