# EXHIBIT 17

HARDEO SAHAI
ANWER KHURSHID
Pocket
DICTIONARY OF
α
ARIMA
β
D²
χ
δ
EDA
σ
STATISTICS



# Pocket Dictionary of Statistics

*McGraw-Hill Higher Education*

*A Division of The McGraw-Hill Companies*

POCKET DICTIONARY OF STATISTICS

Published by McGraw-Hill, an imprint of The McGraw-Hill Companies, Inc. 1221 Avenue of the Americas, New York, NY, 10020. Copyright © 2002 by The McGraw-Hill Companies, Inc. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.

Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

 This book is printed on acid-free paper.

1 2 3 4 5 6 7 8 9 0 BKM/BKM 0 9 8 7 6 5 4 3 2 1

ISBN 0-07-251693-3

Publisher: *Brent Gordon*
Executive editor: *Richard T. Hercher, Jr.*
Developmental editor: *Lee Stone*
Senior marketing manager: *Zina Craft*
Associate project manager: *Catherine R. Schultz*
Production supervisor: *Carol A. Bielski*
Coordinator of freelance design: *Mary Kazak*
Media producer: *Greg Bates*
Cover design: *Jon Resh*
Typeface: *9/11 Times Roman*
Compositor: *Interactive Composition Corporation*
Printer: *Bookmart Press*

**Library of Congress Cataloging-in-Publication Data**

Sahai, Hardeo.
Pocket dictionary of statistics / Hardeo Sahai, Anwer Khurshid.
p. cm.
ISBN 0-07-251693-3 (alk. paper)
1. Mathematical statistics—Dictionaries. I. Khurshid, Anwer. II. Title.
QA276.14 .S25 2002
519.5′03—dc21 2001044248

www.mhhe.com

Prefac
Ackno
List of

The D

are easy to use, do not make the usual assumptions about the data set, and can be used to assess the significance in a **hypothesis test.**

**computer package**– A set of **computer programs** for storing, retrieving, and analyzing data using commonly used statistical procedures and techniques. Some widely used computer packages are **SAS, SPSS, BMDP,** and **MINITAB,** among others.

**computer program**– A set of instructions written in a language that a computer can read.

**computer simulation**– See *Monte Carlo method.*

**computer software**– Same as *computer package.*

**conceptual model**– The process of conceiving or defining **outcomes** of a phenomenon on the basis of theoretical considerations.

**concordant pairs**– See *Kendall's tau.*

**concurrent control group**– Same as *concurrent controls.*

**concurrent controls**– In a **clinical trial,** concurrent controls are subjects assigned to a **placebo** or **control group.** The most widely used method of assigning subjects to a **treatment** or control group is to use **random allocation** to determine which treatment each patient receives.

**conditional distribution**– Same as *conditional probability distribution.*

**conditional logistic regression**– A type of **logistic regression** used for paired **binary data.** It is commonly used in the analysis of **case-control studies** where **cases** and **controls** have been individually matched.

**conditional mean of** $Y$– In a **regression analysis,** the **mean** $\mu_{Y|x}$ of a **conditional probability distribution** of the **dependent variable** $Y$, for a given value of the **independent variable** $X$. For example, if two **random variables** $X$ and $Y$ with means $\mu_1$ and $\mu_2$, **variances** $\sigma_1^2$ and $\sigma_2^2$, and **correlation** $\rho$ have a **bivariate normal distribution,** then the conditional probability distribution of $Y$ given $X$ is normal with mean $\mu_2 + \rho(\sigma_2/\sigma_1)(x - \mu_1)$ and variance $(1 - \rho^2)\sigma_2^2$.

**conditional probability**– The **probability** of an **event** given that another event has occurred. The conditional probability of $A$ given that another event $B$ has occurred is denoted as $P(A|B)$. It is calculated by the formula $P(A|B) = P(A \cap B))/P(B)$, where $P(A \cap B)$ is the probability of intersection of $A$ and $B$. The formula assumes that $P(B) > 0$. The conditional probability is a measure of the likelihood that a particular event will occur, given that another event has already occurred. The notion of conditional probability plays a fundamental role in the postulation of **Bayes' theorem.** Compare *unconditional probability.*

**conditional probability distribution**– In a **bivariate** or **multivariate distribution,** the **probability distribution** of a **random variable** (or the **joint distribution** of several random variables) when the values of one or several other random variables are held constant.

**conditional standard deviation**– In a **bivariate analysis,** the **standard deviation** of a **conditional probability distribution of** $Y$ given $X$.

**paired samples**– Two or more **samples** having the characteristic that each **observation** in one sample has one and only one **matching** observation in the other samples. Paired samples can arise in a number of different ways. For example, in a **clinical trial,** an individual may serve as his own **control** resulting in before and after **treatment groups.** In many studies involving **matching** of twins or chicks from the same litter, we have examples of what are known as natural pairing. In **case-control studies,** paired samples arise as a consequence of matching each **case** to a control in terms of certain characteristics known to be related to both the disease and the **risk factor.**

**paired-sample *t* test**– Same as *paired t-test.*

**paired *t* test**– The **statistical test** based on **Student's *t* statistic** for comparing the differences between **paired observations.** It is used when there are two **paired** or **matched groups** or in **crossover designs** involving pre- and postmeasurements made on the same group of subjects. The test is based on the differences between the **observations** of the **matched pairs.** The number of **degrees of freedom** for the paired $t$ test is $n - 1$ where $n$ is the number of pairs. The use of the paired $t$ test requires the assumption of **normality.** Some nonparametric alternatives to the paired $t$ test are the **sign test** and the **Wilcoxon signed-rank test.**

**pairwise comparison**– A comparison of the difference between two **treatment group** means taken in pairs. See also *analysis of variance, multiple comparison, two-sample t test.*

**pairwise independence**– In **probability theory,** when each pair of a set of **events** is independent, they are said to be pairwise independent. For example, three events $A_1, A_2, A_3$ defined on the same **sample space** are pairwise independent if

$$P(A_1 \cap A_2) = P(A_1)\,P(A_2), \qquad P(A_1 \cap A_3) = P(A_1)P(A_3) \qquad P(A_2 \cap A_3) = P(A_2)P(A_3)$$

Pairwise independence does not imply **mutual independence.**

**panel study**– A type of **longitudinal study** in which a group of subjects (called a "panel") are surveyed on more than one occasion and their responses on some topic under investigation are solicited. For example, a group of high school seniors may be followed for several years and **data** collected about their future education, family life, and career and educational opportunities.

**parallel design**– Same as *parallel-group design.*

**parallel-group design**– An **experimental design** involving two or more separate groups of subjects, each receiving just one of the **treatments** being compared.

**parameter**– The numerical characteristic or descriptive measure of a **population** resulting from the combination of population **measurements** according to certain mathematical operations. Some examples of a parameter are the **population mean,** designated as $\mu$, and the **population standard deviation,** designated as $\sigma$. Parameters are usually denoted by Greek letters to distinguish them from corresponding characteristics of **samples** called **statistics,** which are denoted by Roman letters. In a **statistical** or **probability model** a parameter is a **constant** that wholly or partially characterizes a function or a **probability distribution.** The values of a parameter are usually restricted by the particular problem under study.

**parameter space**– The set of
bility distribution.

**parameter value**– The partic

**parametric hypothesis**– A h
hypothesis that the **mean** of
parametric hypothesis.

**parametric methods**– These
or more **population parame**
and **Pearson's correlation c**
for estimating parameters or
ally involve the assumption
*distribution-free methods, n*

**parent population**– The po
*sampled population, target*

**Pareto diagram**– A graph
ing causes or sources of p
**quency** or magnitude from
of a **cause-and-effect diag**
its use to industrial proble

Pareto di

**Pareto distribution**–
mathematical equation

$f(x) = \alpha k^{\alpha}$

The distribution was o
pirical relationship bet
to denote any distribut
economic literature, a
appropriate value of o
recent **data** indicate
developed countries a

usually are great varieties
or distribution is usually
n parameters of its own.
nalysis, prior probabili-



ve events prior to being
rson's initial subjective
evidence obtained from
ntecedent probabilities.
tribution.



will occur. It expresses
vent. When the experi-
a measure of one's be-
l probability, objective

chance)

e

bility distribution.
and the horizontal
on will be between

e curve is 1. Then













Examples of some probability density curves

**probability density function–** A **frequency function** that describes the **probability distribution** of a **continuous random variable.** A probability density function may be represented by a smooth continuous curve and **probabilities** are represented by areas under the curve. The area under the curve over an interval is proportional to the probability that the **random variable** will assume a value in the interval.




Graphical representation of a probability density function

**probability distribution–** A **relative frequency distribution** of a **random variable,** giving the **probability** of occurrence of observations of various possible values of the random variable. A probability distribution may be **empirical** or theoretical. The empirical frequency distribution can be generated by using **simulation.**




Probability distribution for the outcomes of rolling a pair of dice