# EXHIBIT 18

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARNEGIE MELLON UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 2:09-cv-00290-NBF |
| | ) | |
| MARVELL TECHNOLOGY GROUP, LTD., | ) | |
| and MARVELL SEMICONDUCTOR, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT 3 TO**

**DECLARATION OF CHRISTOPHER M. VERDINI IN SUPPORT OF
PLAINTIFF CARNEGIE MELLON UNIVERSITY'S SUR-REPLY BRIEF IN
OPPOSITION TO MARVELL DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT OF INVALIDITY OF U.S. PATENT NOS. 6,201,839 AND 6,438,180**

**FILED UNDER SEAL PURSUANT TO THE COURT'S MARCH 21, 2011 ORDER**

CMU_LSI_00201040

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARNEGIE MELLON UNIVERSITY,                )
                                           )
              Plaintiff,                    )
       v.                                   )    Civil Action No. 2:09-cv-00290-NBF
                                           )
MARVELL TECHNOLOGY GROUP, LTD.,            )
and MARVELL SEMICONDUCTOR, INC.,           )
                                           )
              Defendants.                   )

## <u>DECLARATION OF STEVEN W. McLAUGHLIN</u>

I, Steven W. McLaughlin, declare as follows:

1.      I am over the age of twenty-one (21), of sound mind, and competent to make this declaration.

2.      I submit this declaration in support of CMU's Sur-Reply Brief in Opposition to Marvell Defendants' Motion for Partial Summary Judgment of Invalidity of U.S. Patent Nos. 6,201,839 and 6,438,180 ("the CMU patents").

3.      I am the same Steven W. McLaughlin who submitted a declaration ("my First Declaration"), filed January 31, 2011, in support of CMU's Reply Brief in Opposition to Marvell Defendants' Motion for Partial Summary Judgment of Invalidity of U.S. Patent Nos. 6,201,839 and 6,438,180.

4.      I have read Marvell's Reply Memorandum in Support of Partial Summary Judgment of Invalidity of U.S. Patent Nos. 6,201,839 and 6,438,180, filed February 28, 2011, including the exhibits thereto, which include the Declaration of John G. Proakis (referred to herein as "Proakis Dec.") and the Declaration of Glen Worstell (referred to herein as "Worstell Dec."), which primarily discuss U.S. Patent No. 2,282,251 ("the Worstell patent").

CMU_LSI_00201041

## OVERVIEW OF DISAGREEMENTS WITH DECLARATIONS OF PROF. PROAKIS AND MR. WORSTELL

5.      Based on my review of the Proakis and Worstell declarations, both Prof. Proakis and Mr. Worstell take the view that equation 20 of the Worstell patent represents a set of different branch metric functions because there are different target values for various trellis branches. *See e.g.*, Proakis Dec. at ¶¶ 18-48; Worstell Dec. at ¶¶ 21-32.   At ¶¶ 19-21 of his declaration, for example, Prof. Proakis uses what is known in the field of data detection and described in CMU patents at equation 8 ('839 patent at col. 6:13) as the "Euclidean branch metric" to support his position.  In connection with that discussion, Prof. Proakis asserts that changes in the values associated with the $m_i$ argument (or input)[1] in the Euclidean branch metric results in there being multiple different branch metric functions (one for each different possible $m_i$ value).  These $m_i$ values are known in the field of data detection (and referred to by both Prof. Proakis and Mr. Worstell) as the "target" values.  I previously described target values to the Court during the Technology Tutorial held April 7, 2010.  See Ex. 11 at pp. 65-69.  In my opinion, as explained further below, these target values are "inputs" to a branch metric function and different target values **do not** create different branch metric functions.

6.      Before explaining why I consider Prof. Proakis's and Mr. Worstell's conclusions to be incorrect, I am aware that the parties in this case have agreed that the term "branch metric function" as used in the Group I claims means "a mathematical function for determining a 'branch metric value' for a 'branch.'"  Based on this construction, which includes the term "function," an understanding of how a person of ordinary skill in the art uses that term will help me explain my opinion to the Court.

7.      I also note preliminarily that the view of Prof. Proakis and Mr. Worstell that the different **target values** in Worstell's eq. 20 purportedly create multiple different branch metric functions is different from Prof. Wolf's view.  Prof. Wolf's view was that "the set of **potential FIR filter configurations** corresponds to a set of different branch metric functions...."  Wolf Dec. at ¶ 32.  Because target values are not the same thing as FIR filter configurations, I consider

---

[1] In connection with my declaration, the terms "argument" and "input" are interchangeable.

CMU_LSI_00201042

Declaration of Steven W. McLaughlin

the view of Prof. Wolf on one hand to be different from the view of Prof. Proakis and Mr. Worstell on the other hand. I disagree with Prof. Wolf for the reasons stated in my First Declaration, and I disagree with Prof. Proakis and Mr. Worstell for the reasons stated in this declaration.[2]

8.      My view and the view of numerous textbooks listed below is that the target value $(m_i)$ for a branch metric function is one of two arguments (or inputs) used in the function itself, as explained in further detail below. As such, I disagree with both Prof. Proakis and Mr. Worstell; equation 20 of the Worstell patent does not represent a set of multiple different branch metric functions that are applied to a plurality of signal samples by Worstell's Viterbi detector. Worstell's equation 20 is a single branch metric function.

9.      My view is supported by numerous mathematical and engineering textbooks that cover metric and distance functions, which are the type of functions being discussed in this matter, and which are, by all definitions, two-argument functions. The views of Prof. Proakis and Mr. Worstell are contradicted by these textbooks. See ¶ 32 below.

10.      In my review of the Proakis and Worstell declarations, I cannot find any explanation by either Prof. Proakis or Mr. Worstell as to why it is appropriate, in contradiction of well-understood mathematical principles described in the numerous mathematical and engineering textbooks cited below, to consider the target value $(m_i)$ of a branch as a part of a (i.e., a "parameter" of a) branch metric function, and not as the argument (input) used in a branch metric function.

11.      Based on my review of the Proakis and Worstell declarations, Prof. Proakis, but not Mr. Worstell (and not Prof. Wolf), takes the view that the transition noise multiplier

---

[2] The Worstell patent does not disclose a "suboptimal version" of the Viterbi-like detector of the CMU patents. Among other things, because Worstell's Viterbi detector applies the same tap weight Wi configuration across all trellis branches at a certain time index, the Worstell patent cannot account for signal-dependent correlated noise. *See* My First Declaration at ¶¶ 12-23. Marvell's MNP products, on the other hand, are a sub-optimal version of the ideal Kavcic-Moura detector because, among other reasons, the MNP products are capable of applying signal-dependent branch metric functions that account for signal-dependent correlated noise for a subset of the trellis branches, not all of the trellis branches, at a certain time index.

CMU_LSI_00201043

described in the Worstell patent (*see* Worstell patent at col. 10:48-59) constitutes a set of branch metric functions. *See* Proakis Dec. at ¶¶ 49-52. As stated in my First Declaration, and further explained below, no aspect of the Worstell patent's transition noise multiplier is applied to a plurality of signal samples where each sample corresponds to a different sampling time instant (or, time variant signal samples). *See* My First Declaration at ¶ 25 and ¶¶ 41-44 below. Consequently, I disagree with Prof. Proakis that the transition noise multiplier creates a set of multiple branch metric functions that can be selected in the "selecting" steps of claims 1 and 4 of the '839 patent and claim 1 of the '180 patent because the transition noise multiplier is not applied to a plurality of time variant signal samples, as required by the "applying" steps of these claims. Rather, the transition noise multiplier is applied to a single value, in this case an already computed branch metric <u>value</u> for every "one" branch.

## BACKGROUND ON DISTANCE FUNCTIONS

12.     In mathematics, a "function" is a mathematical relation that uniquely associates members of a first set (often called the "domain") with members of a second set (often called the "range"). A function operates on one or more so-called "arguments" or "inputs" in the domain to yield an output or value in the range.   In more common terms, a function is like a mathematical machine that takes one or more "inputs" (or "arguments") and processes them to produce an output.  It is common knowledge that as the "inputs" (or "arguments") to the function vary or take on different values, the output may take on different values, but this does not change the function itself.

13.     A function $f$ is often denoted as $f(x) = y$, where $x$ is the argument (or input) and $y$ is the output. For example, in the function $f(x) = Nx$, every output $y$ is computed by multiplying the argument (or input) $x$ by N. N in this case is considered the "parameter" of the function because it is part of the mathematical operation of the function $f$ that is applied to the argument (or input) $x$ to obtain the output $y$.

14.     Consistent with this explanation, I note that Encyclopedia Britannica online (www.britannica.com/EBchecked/topic/222041/function) defines a simple one-argument (one-input) "function" as follows (Ex. 12).

- 4 -

CMU_LSI_00201044

Declaration of Steven W. McLaughlin

---

ARTICLE   *from the* **Encyclopædia Britannica**

mathematics

**function,** in mathematics, an expression, rule, or law that defines a relationship between one variable (the independent variable) and another variable (the dependent variable). Functions are ubiquitous in mathematics and are essential for formulating physical relationships in the sciences. The modern definition of function was first given in 1837 by the German mathematician Peter Dirichlet:

> If a variable $y$ is so related to a variable $x$ that whenever a numerical value is assigned to $x$, there is a rule according to which a unique value of $y$ is determined, then $y$ is said to be a function of the independent variable $x$.

This relationship is commonly symbolized as $y = f(x)$. In addition to $f(x)$, other abbreviated symbols such as $g(x)$ and $P(x)$ are often used to represent functions of the independent variable $x$, especially when the nature of the function is unknown or unspecified.

---

15.     As an example, consider the function $f(x) = 2x$. The mathematical operation for $f$ that is applied to the argument (or input) $x$ is to multiply $x$ by 2. The relationship between some possible $x$ values and the corresponding $y$ values (the function output) are shown in the table below:

| $x$ | Mathematical operation | $y$ |
|---|---|---|
| 1 | times 2 | 2 |
| 2 | times 2 | 4 |
| 3 | times 2 | 6 |
| 4 | times 2 | 8 |

In this example, the multiplier 2 in the function $f(x) = 2x$ is a parameter of the function $f$ because it is part of the function $f$ that operates on the argument $x$ to obtain the output $y$. More importantly, as shown in the table above, the value of the argument (or input) $x$ can change (from 1 to 2 to 3 and so on in the example above), yet the changes in the argument (or input) does not result in there being multiple different functions according to basic principles of mathematics. Rather, there is a single function operating on different arguments (or inputs).

16.     Several websites also describe basics of functions in a similar manner. These include:

CMU_LSI_00201045

Declaration of Steven W. McLaughlin

    a.  http://mathsisfun.com/definitions/function.html

    b.  http://intermath.coe.uga.edu/dictnary/descript.asp?termID=155

    c.  http://en.wikipedia.org/wiki/Function_(mathematics

    d.  http://eom.springer.de/F/f041940.htm

    e.  http://mathworld.wolfram.com/Function.html

17.    Further, a function can have more than one argument (or input). For example, a two-argument function can be represented as $f(r,t) = y$, which indicates that the output $y$ is a function of two arguments (inputs), $r$ and $t$. An example of a two-argument function is $f(r,t) = 2r + t + 1$. The relationship between possible $r$ and $t$ values and the corresponding $y$ values (the function output) are shown in the table below:

| Arguments | | Function mathematical operation | Output $y$ |
|---|---|---|---|
| $r$ | $t$ | | |
| 8 | 1 | multiply first input by 2, add to the second input and add 1 | 18 |
| 9 | 3 | multiply first input by 2, add to the second input and add 1 | 22 |
| 10 | 5 | multiply first input by 2, add to the second input and add 1 | 26 |
| 11 | 7 | multiply first input by 2, add to the second input and add 1 | 30 |

Here again, one can see that the arguments (inputs) $r$ and $t$ can and do change. These changes, do not, however, result in the function $f(r, t) = 2r + t + 1$ being treated as multiple different functions. Rather, this function is singular in nature, and is simply a mathematical "machine" used to process the different arguments (or inputs) into corresponding outputs – the values of $y$.

CMU_LSI_00201046

18.     In mathematics, a "metric" or "distance function" is used to measure a distance between two points in a space.  See e.g.:

    a.  Merriam-Webster's Online Dictionary, 11th ed. (www.merriam-webster.com/dictionary/metric?show=0&t=1300299000) (defining "metric" as "a mathematical function that associates a real nonnegative number analogous to distance with each pair of elements in a set such that the number is zero only if the two elements are identical, the number is the same regardless of the order in which the two elements are taken, and the number associated with one pair of elements plus that associated with one member of the pair and a third element is equal to or greater than the number associated with the other member of the pair and the third element");

    b.  Encarta® World English Dictionary, North American Edition (encarta.msn.com/encnet/features/dictionary/DictionaryResults.aspx?refid=1861629644) ("**mathematical function:** a mathematical function defined for a coordinates system that assigns a value to each pair of elements equal to the distance between them, or to a property analogous to distance between points on a line.");

    c.  Claude Berge, <u>Topological Spaces</u> (1963) (Ex. 13) (discussed below);

    d.  Theodore W. Gamelin and Robert Everist Greene, <u>Introduction to Topology</u> (1983) (Ex. 14) (discussed below);

    e.  Wikipedia (en.wikipedia.org/wiki/Metric_(mathematics)) ("In mathematics, a **metric** or **distance function** is a function which defines a distance between elements of a set.")

    f.  Encyclopedia Britannica online (Ex. 15, definition for "metric spaces," provided below).

- 7 -

CMU_LSI_00201047

Declaration of Steven W. McLaughlin

19.     Distance metric functions have two arguments (or inputs) corresponding to the two points for which the distance is being measured.  Stated simply, to determine a "distance," two (input) values need to be specified so that the "distance" between them can be computed using a metric or distance function.  Thus, distance metric functions are two-argument (two-input) functions.

20.     Consistent with this explanation, Encyclopedia Britannica online (www.britannica.com/EBchecked/topic/378781/metric-space) defines "metric space" as follows (Ex. 15):

---

ARTICLE  *from the* **Encyclopædia Britannica**

mathematics

**metric space**, in mathematics, especially topology, an abstract set with a distance function, called a metric, that specifies a nonnegative distance between any two of its points in such a way that the following properties hold: (1) the distance from the first point to the second equals zero if and only if the points are the same, (2) the distance from the first point to the second equals the distance from the second to the first, and (3) the sum of the distance from the first point to the second and the distance from the second point to a third exceeds or equals the distance from the first to the third. The last of these properties is called the triangle inequality. The French mathematician Maurice Fréchet initiated the study of metric spaces in 1905.

The usual distance function on the real number line is a metric, as is the usual distance function in Euclidean $n$-dimensional space. There are also more exotic examples of interest to mathematicians. Given any set of points, the discrete metric specifies that the distance from a point to itself equal 0 while the distance between any two distinct points equal 1. The so-called taxicab metric on the Euclidean plane declares the distance from a point $(x, y)$ to a point $(z, w)$ to be $|x - z| + |y - w|$. This "taxicab distance" gives the minimum length of a path from $(x, y)$ to $(z, w)$ constructed from horizontal and vertical line segments. In analysis there are several useful metrics on sets of bounded real-valued continuous or integrable functions.

Thus, a metric generalizes the notion of usual distance to more general settings. Moreover, a metric on a set $X$ determines a collection of open sets, or topology, on $X$ when a subset $U$ of $X$ is declared to be open if and only if for each point $p$ of $X$ there is a positive (possibly very small) distance $r$ such that the set of all points of $X$ of distance less than $r$ from $p$ is completely contained in $U$. In this way metric spaces provide important examples of topological spaces.

A metric space is said to be complete if every sequence of points in which the terms are eventually pairwise arbitrarily close to each other (a so-called Cauchy sequence) converges to a point in the metric space. The usual metric on the rational numbers is not complete since some Cauchy sequences of rational numbers do not converge to rational numbers. For example, the rational number sequence 3, 3.1, 3.14, 3.141, 3.1415, 3.14159, … converges to π, which is not a rational number. However, the usual metric on the real numbers is complete, and, moreover, every real number is the limit of a Cauchy sequence of rational numbers. In this sense, the real numbers form the completion of the rational numbers. The proof of this fact, given in 1914 by the German mathematician Felix Hausdorff, can be generalized to demonstrate that every metric space has such a completion.

**Stephan C. Carlson**

---

CMU_LSI_00201048

Declaration of Steven W. McLaughlin

21.     Apart from mathematical principles, common sense tells us that there are two arguments (or inputs) used in a distance metric function, corresponding to the two points between which the distance is being measured.

22.     In a Viterbi-like detector, like those described in the CMU patents and the Worstell patent, distance functions, called "branch metric functions," are used to assign  values to branches of the trellis, i.e., the branch metric values.  As previously noted, the term "branch metric function" is a claim term in the CMU patents that has been agreed upon by the parties to mean "a mathematical function for determining a 'branch metric value' for a 'branch.'"

23.     The two arguments (inputs) for a branch of the branch metric function are the signal sample (or plurality of signal samples) and the target value (or a plurality of target values) for the branch.  This can easily be seen using the Euclidean branch metric (which uses only one signal sample) relied upon by Prof. Proakis at ¶¶ 19-21 of his declaration (also equation 8 of the CMU patents):

$$M_i = N_i^2 = (r_i - m_i)^2$$

In the Euclidean branch metric above, the "$r_i$" represents a signal sample, and the "$m_i$" represents the "target" or ideal value for the $i$th branch that would have been detected had there been no noise in the read channel.  The difference (or "discrepancy") between these two values is often referred to as the "noise," and this Euclidean branch metric function for a branch of the Viterbi trellis performs the mathematical operation of the branch metric function on the "discrepancy" between the sample value and the target value (i.e., the noise) to determine the distance measure (branch metric value).

24.     There are many known distance metric functions, including the Euclidean distance function, the Hamming distance function, and the Manhattan distance function.  Each of these functions operates on the difference between the two arguments (or inputs); as such, they are two-argument metric functions.  Such functions are often denoted as $d(r,t)$, where $d$ (or some other letter or symbol for the function) is the function and $r$ and $t$ (or some other letters or symbols) are the two arguments (or inputs) to the function $d$.  While these arguments (inputs) can

- 9 -

CMU_LSI_00201049

be different, the underlying function does not change when the arguments $r$ and $t$ change, and each of these distance metric functions represents a single function.

25.     As shown above, the Euclidean distance or branch metric function[3] can be represented as $d(r,t) = (r - t)^2$.  *See* eq. 8 of CMU patents.  The mathematical relationship of the Euclidean branch metric function is to square the difference between the two arguments (inputs), $r$ and $t$.  Typically in this notation, $r$ represents a signal sample value and $t$ represents the target value for a branch.  The relationship between some possible $r$ and $t$ values and the corresponding $y$ values (the function output) are shown in the table below.

| Arguments | | Euclidean distance function mathematical operation | Output $y$ |
|---|---|---|---|
| $r$ | $t$ | | |
| 8 | 1 | square difference | 49 |
| 9 | 0 | square difference | 81 |
| 10 | -1 | square difference | 121 |
| 11 | 2 | square difference | 81 |

26.     The Hamming distance between two sequences of symbols of equal length is the number of positions in the sequence at which the corresponding symbols are different.  See Proakis, <u>Digital Communications</u>, 5th 3d. (2008), p. 414 (Ex. 6); Lin & Costello, <u>Error Control Coding: Fundamentals and Applications</u>, 2d ed. (2004), p. 12 (Ex. 16).  Put another way, it measures the minimum number of *substitutions* required to change one sequence into the other, or the number of *errors* that transformed one sequence into the other.  The relationship between some possible $r$ and $t$ values and the corresponding $y$ values (the function output) for the Hamming distance function are shown in the table below:

---

[3] Some authors describe the Euclidean distance or branch metric function as the square root of $(r-t)^2$.  For simplicity and consistency, in this declaration I use the expression $(r-t)^2$ as the Euclidean distance or branch metric function.

CMU_LSI_00201050

| Arguments | | Hamming distance function mathematical operation | Output $y$ |
|---|---|---|---|
| $r$ | $t$ | | |
| 1010010 | 0101010 | number of positions in the sequence where corresponding symbols are different | 4 |
| 1010010 | 1000010 | number of positions in the sequence where corresponding symbols are different | 1 |
| ♠♣♥♦♥♠ | ♠♣♥♦♣♦ | number of positions in the sequence where corresponding symbols are different | 2 |
| toner | roses | number of positions in the sequence where corresponding symbols are different | 3 |

27.     The Manhattan distance function is the sum of the absolute differences of the two end points' coordinates.  See National Institute of Standards and Technology, Dictionary of Algorithms and Data Structures (xlinux.nist.gov/dads//HTML/manhattanDistance.html) ("The distance between two points measured along axes at right angles.  In a plane with $p_1$ at $(x_1, y_1)$ and $p_2$ at $(x_2, y_2)$, it is $|x_1 - x_2| + |y_1 - y_2|$.")  In one dimension, the Manhattan distance is the absolute value of the difference between the two points, i.e., $d(r,t) = |r - t|$ (hence, the one-dimensional Manhattan distance function is often referred to the absolute value distance function, which is referred to at col. 11:5 of the Worstell patent).  The relationship between some possible $r$ and $t$ values and the corresponding $y$ values (the function output) for the one-dimensional Manhattan distance function are shown in the table below:

| Arguments | | Manhattan distance function mathematical operation | Output $y$ |
|---|---|---|---|
| $r$ | $t$ | | |
| 8 | 1 | Absolute value of difference | 7 |
| 9 | 3 | Absolute value of difference | 6 |
| 10 | 15 | Absolute value of difference | 5 |
| 11 | 7 | Absolute value of difference | 4 |

- 11 -

CMU_LSI_00201051

28.     I consider the Euclidean distance metric function, the Hamming distance metric function, and the Manhattan distance function to be different functions because their mathematical operations are different.  That is, they each apply different mathematical operations to their two arguments (two inputs).

29.     I do not consider there to be multiple Euclidean distance metric functions when one of the arguments (e.g., the target value) is varied because the mathematic operation remains the same in the Euclidean distance metric function even when one of the target values is changed.  Similarly, I do not consider there to be multiple Hamming distance functions or Manhattan distance functions when one of the arguments is changed because the mathematic operation of the respective functions remains the same even when only one of the two arguments is changed.

30.     As I understand the opinions of Prof. Proakis and Mr. Worstell, they consider there to be different branch metric functions each time one of the arguments (e.g., the target value) is changed. *See e.g.*, Proakis Dec. at ¶¶ 19-38; Worstell Dec. at ¶¶ 24-32.  For example, Prof. Proakis and Mr. Worstell would consider the following to represent four (4) different Euclidean branch metric functions because the $t$ argument takes on four (4) different values, even though the mathematic operation performed on the two arguments is the same:

| Arguments | | Euclidean branch metric function mathematical operation | Output $y$ |
|---|---|---|---|
| $r$ | $t$ | | |
| 8 | 1 | square difference | 49 |
| 8 | 0 | square difference | 64 |
| 8 | -1 | square difference | 81 |
| 8 | 2 | square difference | 36 |

31.     I disagree with this view of Prof. Proakis and Mr. Worstell.  In my view, the above table represents a single branch metric function (in particular, the Euclidean branch metric

CMU_LSI_00201052

function, whose operation is "square difference") because the same mathematic operation is being performed on the arguments $r$ and $t$ (namely, square the difference between $r$ and $t$). I also disagree with Prof. Proakis and Mr. Worstell in that, in my opinion, (i) branch metric functions are not one-argument functions but rather are two-argument distance functions, and (ii) different branch metric functions are not created each time one of the arguments to the function (e.g., the target value) takes on a different value.

32.     Numerous mathematical and engineering textbooks are consistent with my views. Those textbooks contradict the views of Prof. Proakis and Mr. Worstell, whose views are that multiple different branch metric functions are created when different target values are used.

Mathematical Textbooks

a.     The mathematical textbooks listed below describe metrics as two-argument distance functions. In my view, each of the books listed below contradicts Prof. Proakis's and Mr. Worstell's view that multiple different branch metric functions are created when different inputs such as target values are used.

b.     Ex. 13 is an excerpt from Claude Berge, Topological Spaces (1963). This book explains, at Chapter IV, § 1, that a metric is "a distance function." It also shows that a distance function or metric $d(x, y)$ has two arguments, $x$ and $y$. A relevant excerpt is provided below.

CMU_LSI_00201053

Declaration of Steven W. McLaughlin

---

### § 1. Metric spaces

Let $X$ be any set. A numerical function $d$ defined on $X \times X$ is called a distance function or metric if

(1)   $d(x, y) \geqq 0$,

(2)   $d(x, y) = 0 \quad \Leftrightarrow \quad x = y$,

(3)   $d(x, y) = d(y, x)$,

(4)   $d(x, y) + d(y, z) \geqq d(x, z)$.

The inequality (4) is the only condition likely to cause difficulty; it is called the triangular inequality.

The pair $(X, d)$ consisting of the set $X$ and the metric $d$, is called a metric space and $d(x, y)$ is called the distance between $x$ and $y$. If in any given situation only one metric on $X$ is involved and no confusion is possible, we follow the convention of referring to $X$ as the metric space.

---

c.     Ex. 17 is an excerpt from Stefan Rolewicz, <u>Metric Linear Spaces</u> (1972). This book, at Chap. I, expressly defines a metric as "a ***two-argument . . .*** function." A relevant excerpt is provided below.

---

Suppose that we are given in the space $X$ a two-argument positive real-valued function $\varrho(x, y)$, satisfying following conditions:

(1)   $\varrho(x, y) = 0$ *if and only if* $x = y$,

(2)   $\varrho(x, y) = \varrho(y, x)$,

(3)   $\varrho(x, y) \leqslant \varrho(x, z) + \varrho(z, y)$.

Such a function $\varrho(x, y)$ is called a *metric*. Condition (3) is called the *triangle inequality*. The space $X$ is called a *metric linear space* if the operations of addition and multiplication are continuous with respect to the metric $\varrho(x, y)$.

---

d.     Ex. 18 is an excerpt from John M. Lee, <u>Introduction to Topological Manifolds</u> (2000). This book explains, at page 348, that a metric is "a distance function" $d(x,y)$ with two arguments, $x$ and $y$. A relevant excerpt is provided below.

- 14 -

CMU_LSI_00201054

If $M$ is any set, a *metric* on $M$ is a function $d: M \times M \to \mathbb{R}$, also called a *distance function*, satisfying the following three properties:

(i)   SYMMETRY: For all $x, y \in M$, $d(x, y) = d(y, x)$.

(ii)  POSITIVITY: For all $x, y \in M$, $d(x, y) \geq 0$, and $d(x, y) = 0$ if and only if $x = y$.

(iii) TRIANGLE INEQUALITY: For all $x, y, z \in M$, $d(x, z) \leq d(x, y) + d(y, z)$.

e.   Ex. 14 is an excerpt from Theodore W. Gamelin and Robert Everist Greene, Introduction to Topology (1983). This book explains, at page 2, that a metric is "a real-valued function" $d(x, y)$ with two arguments, $x$ and $y$. A relevant excerpt is provided below.

A *metric* on a set $X$ is a real-valued function $d$ on $X \times X$ that has the following properties:

(1.1) $\qquad\qquad d(x, y) \geq 0, \qquad x, y \in X,$

(1.2) $\qquad\qquad d(x, y) = 0 \quad \text{if and only if} \quad x = y,$

(1.3) $\qquad\qquad d(x, y) = d(y, x), \qquad x, y \in X,$

(1.4) $\qquad\qquad d(x, z) \leq d(x, y) + d(y, z), \qquad x, y, z \in X.$

f.   Ex. 19 is an excerpt from J.L. Doob, Measure Theory (1994). This book explains, at section 11, that a metric is "a distance function." It also shows that a distance function $d(s, t)$ has two arguments, $s$ and $t$. A relevant excerpt is provided below.

CMU_LSI_00201055

## 11. Metric spaces

Recall that a *metric space* is a space coupled with a *metric*. A metric for a space $S$ is a *distance function* $d$, a function from $S \times S$ into $R^+$ satisfying the following conditions.

(a) Symmetry: $d(s,t) = d(t,s)$.
(b) Identity: $d(s,t) = 0$ if and only if $s = t$.
(c) Triangle inequality: $d(s,u) \leq d(s,t) + d(t,u)$.

Engineering Textbooks

g.      The engineering textbooks listed below describe distance metrics and branch metrics, generally in the context of sequence detectors and the Viterbi algorithm.

h.      The general view expressed in engineering textbooks is still that a metric or distance function is a two-argument (two-input) function (note that the positivity, symmetry and triangle-inequality properties for "metric spaces" described in the Encyclopedia Britannica entry above are not strictly required for branch metric functions as used in engineering textbooks).

i.      The engineering textbooks listed below include versions of textbooks from Prof. Proakis; some written before and some written after the CMU patents were issued.

j.      The engineering textbooks listed below also include versions of textbooks from the Court's technical advisor in this case, Daniel J. Costello, Jr.; also some written before and some written after the CMU patents were issued.

k.      In my view, the textbooks listed below, including the ones from Prof. Proakis and Prof. Costello, each contradict Prof. Proakis's and Mr. Worstell's view that multiple different branch metric functions are created when different

- 16 -

CMU_LSI_00201056

Declaration of Steven W. McLaughlin

target values are used.  *See* Proakis Dec. at ¶¶ 18-48 and Worstell Dec. at ¶¶ 24-32.

l.        Ex. 20 is excerpts from Shu Lin and Daniel J. Costello, Jr., <u>Error Control</u> <u>Coding: Fundamentals and Applications</u> (1983), written before the CMU patents were issued.  This book:

> i.   at page 317, defines "the log-likelihood function" $M(\mathbf{r}_l, \mathbf{v}_l)$ as
>      having two arguments, $\mathbf{r}_l$ and $\mathbf{v}_l$.  The branch metric $M(\mathbf{r}_l, \mathbf{v}_l)$ is
>      expressed in (according to mathematicians, scientists, and
>      engineers) classical function notation as described above, which
>      shows that the branch metric $M(\mathbf{r}_l, \mathbf{v}_l)$ is a single function, and in
>      particular a two-argument function.  In this branch metric function,
>      $\mathbf{r}_l$ is the binary sequence and $\mathbf{v}_l$ is the code word, which is
>      analogous to the target values of the Euclidean branch metric
>      function (see p. 316).

The log-likelihood function $\log P(\mathbf{r}|\mathbf{v})$ is called the *metric* associated with the path $\mathbf{v}$, and is denoted $M(\mathbf{r}|\mathbf{v})$.  The terms $\log P(\mathbf{r}_t|\mathbf{v}_t)$ in the sum of (11.2) are called *branch metrics*, and are denoted $M(\mathbf{r}_t|\mathbf{v}_t)$, whereas the terms $\log P(r_t|v_t)$ are called *bit metrics*, and are denoted $M(r_t|v_t)$.  Hence, the path metric $M(\mathbf{r}|\mathbf{v})$ can be written as

$$M(\mathbf{r}|\mathbf{v}) = \sum_{l=0}^{L+m-1} M(\mathbf{r}_l|\mathbf{v}_l) = \sum_{l=0}^{N-1} M(r_l|v_l). \tag{11.3}$$

A partial path metric for the first $j$ branches of a path can now be expressed as

$$M([\mathbf{r}|\mathbf{v}]_j) = \sum_{l=0}^{j-1} M(\mathbf{r}_l|\mathbf{v}_l). \tag{11.4}$$

> ii.  at page 320, describes the Hamming distance $d(\mathbf{r},\mathbf{v})$ as having two
>      arguments, $\mathbf{r}$ and $\mathbf{v}$.  The Hamming distance $d(\mathbf{r},\mathbf{v})$ is expressed in
>      classical function notation, which shows that the Hamming
>      distance $d(\mathbf{r},\mathbf{v})$ is a single function, and in particular a two-
>      argument function.

- 17 -

CMU_LSI_00201057

---

In the special case of a *binary symmetric channel* (BSC) with transition probability $p < \frac{1}{2}$, the received sequence **r** is binary ($Q = 2$) and the log-likelihood function becomes [see (11.11)]

$$\log P(\mathbf{r}\,|\mathbf{v}) = d(\mathbf{r}, \mathbf{v}) \log \frac{p}{1-p} + N \log(1-p), \qquad (11.5)$$

where $d(\mathbf{r}, \mathbf{v})$ is the Hamming distance between **r** and **v**. Since $\log[p/(1-p)] < 0$ and $N \log(1-p)$ is a constant for all **v**, an MLD for a BSC chooses **v** as the code word $\hat{\mathbf{v}}$ that minimizes the Hamming distance

$$d(\mathbf{r}, \mathbf{v}) = \sum_{l=0}^{L+m-1} d(\mathbf{r}_l, \mathbf{v}_l) = \sum_{l=0}^{N-1} d(r_l, v_l). \qquad (11.6)$$

Hence, in applying the Viterbi algorithm to the BSC, $d(\mathbf{r}_l, \mathbf{v}_l)$ becomes the branch metric, $d(r_l, v_l)$ becomes the bit metric, and the algorithm must find the path through

---

    iii.   at page 321, explains that the Hamming distance "replaces the log-likelihood function as the metric." In my view, this means that the Hamming distance and the log-likelihood function are different functions, and that, for example, separate Hamming functions are **not** created simply by changing one of the arguments, say **v**.

---

The details of the algorithm are exactly the same, except that the Hamming distance replaces the log-likelihood function as the metric and the survivor at each state is the path with the smallest metric.

---

  m.   Ex. 16 is excerpts from Shu Lin and Daniel J. Costello, Jr., Error Control Coding: Fundamentals and Applications, 2d ed. (2004), written **after** the CMU patents issued. This book:

    i.   at page 517, defines a "log-likelihood function" $M(\mathbf{r}_l, \mathbf{v}_l)$ as having two arguments, $\mathbf{r}_l$ and $\mathbf{v}_l$. The branch metric $M(\mathbf{r}_l, \mathbf{v}_l)$ is expressed in classical function notation, which shows that the branch metric $M(\mathbf{r}_l, \mathbf{v}_l)$ is a single function, and in particular a two-argument function. In this branch metric function, $\mathbf{r}_l$ is the binary sequence

---

- 18 -

CMU_LSI_00201058

Declaration of Steven W. McLaughlin

and $\mathbf{v}_l$ is the code word, which is analogous to the target values of the Euclidean branch metric function (see p. 517).

The log-likelihood function $\log(\mathbf{r}|\mathbf{v})$, denoted by $M(\mathbf{r}|\mathbf{v})$, is called the *metric* associated with the path (codeword) $\mathbf{v}$. The terms $\log P(\mathbf{r}_l|\mathbf{v}_l)$ in the sum of (12.3) are called *branch metrics* and are denoted by $M(\mathbf{r}_l|\mathbf{v}_l)$, whereas the terms $\log P(r_l|v_l)$ are called *bit metrics* and are denoted by $M(r_l|v_l)$. Hence, we can write the path metric $M(\mathbf{r}|\mathbf{v})$ as

$$M(\mathbf{r}|\mathbf{v}) = \sum_{l=0}^{h+m-1} M(\mathbf{r}_l|\mathbf{v}_l) = \sum_{l=0}^{h+m-1} \log P(\mathbf{r}_l|\mathbf{v}_l) = \sum_{l=0}^{N-1} M(r_l|v_l) = \sum_{l=0}^{N-1} \log P(r_l|v_l).$$

$$(12.4)$$

We can now express a partial path metric for the first $t$ branches of a path as

$$M([\mathbf{r}|\mathbf{v}]_t) = \sum_{l=0}^{t-1} M(\mathbf{r}_l|\mathbf{v}_l) = \sum_{l=0}^{t-1} \log P(\mathbf{r}_l|\mathbf{v}_l) = \sum_{l=0}^{nt-1} M(r_l|v_l) = \sum_{l=0}^{nt-1} \log P(r_l|v_l).$$

$$(12.5)$$

ii.   at page 522, describes the Hamming distance $d(\mathbf{r},\mathbf{v})$ as having two arguments, $\mathbf{r}$ and $\mathbf{v}$. The Hamming distance $d(\mathbf{r},\mathbf{v})$ is expressed in classical function notation, which shows that the Hamming distance $d(\mathbf{r},\mathbf{v})$ is a single function, and in particular a two-argument function.

- 19 -

CMU_LSI_00201059

In the special case of a *binary symmetric channel* (BSC) with transition probability $p < 1/2$,[1] the received sequence $\mathbf{r}$ is binary ($Q = 2$) and the log-likelihood function becomes (see (1.11))

$$\log P(\mathbf{r}|\mathbf{v}) = d(\mathbf{r}, \mathbf{v}) \log \frac{p}{1-p} + N \log(1-p), \qquad (12.9)$$

where $d(\mathbf{r}, \mathbf{v})$ is the Hamming distance between $\mathbf{r}$ and $\mathbf{v}$. Because $\log \frac{p}{1-p} < 0$ and $N \log(1-p)$ is a constant for all $\mathbf{v}$, an MLD for a BSC chooses $\mathbf{v}$ as the codeword $\hat{\mathbf{v}}$ that minimizes the Hamming distance

$$d(\mathbf{r}, \mathbf{v}) = \sum_{l=0}^{h+m-1} d(\mathbf{r}_l, \mathbf{v}_l) = \sum_{l=0}^{N-1} d(r_l, v_l). \qquad (12.10)$$

iii.   at page 522, explains that the Hamming distance "replaces the log-likelihood function as the metric." In my view, this means that the Hamming distance and the log-likelihood function are different functions, and that, for example, separate Hamming functions are **not** created by changing one of the arguments, say $\mathbf{v}$.

Hence, when we apply the Viterbi algorithm to the BSC, $d(\mathbf{r}_l, \mathbf{v}_l)$ becomes the branch metric, $d(r_l, v_l)$ becomes the bit metric, and the algorithm must find the path through the trellis with the smallest metric, that is, the path closest to $\mathbf{r}$ in Hamming distance. The operation of the algorithm is exactly the same, except that the Hamming distance replaces the log-likelihood function as the metric, and the survivor at each state is the path with the *smallest* metric.

iv.   at page 524, at around eq. 12.14, uses the "log-likelihood function," denoted $M(\mathbf{r} \mid \mathbf{v})$, as a metric, as opposed to the Hamming distance mentioned at page 522. Similarly to the other metrics described in this book, the log-likelihood function is shown as having two arguments, $\mathbf{r}$ and $\mathbf{v}$. Also, the fact that the authors use the singular "log-likelihood function" means that the log-

- 20 -

CMU_LSI_00201060

Declaration of Steven W. McLaughlin

likelihood function is one function and not a set of different

functions when one of the arguments (say **v**) changes.

where $N_0/E_s$ is the (normalized) one-sided noise power spectral density. If the channel is *memoryless*, the log-likelihood function of the received sequence **r** given the transmitted codeword **v** is

$$M(\mathbf{r}|\mathbf{v}) = \ln p(\mathbf{r}|\mathbf{v}) = \ln \prod_{l=0}^{N-1} p(r_l|v_l) = \sum_{l=0}^{N-1} \ln p(r_l|v_l)$$

$$= -\frac{E_s}{N_0} \sum_{l=0}^{N-1} (r_l - v_l)^2 + \frac{N}{2} \ln \frac{E_s}{\pi N_0}$$

$$= -\frac{E_s}{N_0} \sum_{l=0}^{N-1} (r_l^2 - 2r_l v_l + 1) + \frac{N}{2} \ln \frac{E_s}{\pi N_0} \qquad (12.14)$$

$$= (2\frac{E_s}{N_0}) \sum_{l=0}^{N-1} (r_l v_l) - \frac{E_s}{N_0} (|\mathbf{r}|^2 + N) + \frac{N}{2} \ln \frac{E_s}{\pi N_0}$$

$$= C_1(\mathbf{r} \cdot \mathbf{v}) + C_2,$$

n.  Ex. 21 is excerpts from W. Wesley Peterson and E.J. Weldon, Jr., Error-Correcting Codes, 2d ed. (1972).  This book explains at page 412 that a "distance function" such as Hamming distance, which is written in classical function notation, has two arguments ($c_i$ and r).  This means that the Hamming distance is a single two-argument function.  The excerpt also says that the Hamming distance can be used to calculate the distance for a branch in the Viterbi decoding algorithm, "although **others** can be used" (emphasis added).  I interpret this to mean that other distance functions besides the Hamming distance could be used to calculate the branch metric value for a branch.  This means that the Hamming distance is one branch metric function and not, contrary to the views of Prof. Proakis and Mr. Worstell, that the Hamming distance (or any other branch

- 21 -

CMU_LSI_00201061

Declaration of Steven W. McLaughlin

metric function) is a set of multiple functions when one of the arguments (one of the inputs) changes.

---

If the received sequence is $\mathbf{r} = r_0\, r_1 \ldots$, the decoder calculates the $q^{k_e}$ distances

$$d(\mathbf{c}_i, \mathbf{r}) = \sum_{j=0}^{m_e - 1} d(c_{ij}, r_j), \qquad i = 0, 1, \ldots, q^{k_e} - 1 \qquad (13.12)$$

where $r_j$ denotes a $q$-ary $n_0$-tuple. The usual distance function is Hamming distance, although others can be used. The distances associated with the $q^{k_0}$ paths for which the last $m_e - 1$ information blocks

---

o.  Ex. 5 is excerpts from John G. Proakis, <u>Digital Communications</u>, 3rd ed.

(1995), written **before** the CMU patents issued.  This book:

i.  at page 251, eq. 5-1-60, defines the Euclidean distance metric as:

$$D(r, s^{(m)}) = \sum_{k=1}^{K} \left( r_k - s_k^{(m)} \right)^2$$

where $r_1$, $r_2$, ...,$r_k$ is the received sequence and

$s^{(m)} = \left\{ s_1^{(m)}, s_2^{(m)}, ..., s_k^{(m)} \right\}$ is the sequence that maximizes a particular

conditional probability density function (see page 250).  The

function $D(r, s^{(m)})$ is expressed in classical function notation, which

shows that the Euclidean distance metric is a single function, and in

particular a single two-argument distance metric function, with the

two arguments being $r$ and $s^{(m)}$.

---

independent of $(r_1, r_2, \ldots, r_K)$, we find that an equivalent ML sequence detector selects the sequence $\mathbf{s}^{(m)}$ that minimizes the *euclidean distance metric*

$$D(\mathbf{r}, \mathbf{s}^{(m)}) = \sum_{k=1}^{K} (r_k - s_k^{(m)})^2 \qquad (5\text{-}1\text{-}60)$$

---

- 22 -

CMU_LSI_00201062

ii.   at pages 483-484, explains that the metric for the $j$th branch of the $i$th path through a Viterbi trellis is defined as "the logarithm of the joint probability of the sequence $\{r_{jm}, m = 1,2,3\}$ conditioned on the transmitted sequence $\{c^i_{jm}, m = 1,2,3\}$ for the $i$th path.  That is,

$$\mu_j^{(i)} = \log P\big(Y_j \big| C_j^{(i)}\big), \qquad j = 1, 2, 3, \ldots "$$

This means a branch metric function for a Viterbi detector has two arguments, $Y_j$ and $C_j^{(i)}$.  The author, Prof. Proakis, does not say here that there is a set of different branch metric functions when one of the arguments, say $C_j^{(i)}$, varies by branch $j$.  Instead, Prof. Proakis' textbook statements are consistent with all of the previous discussion about a branch metric function being a distance function that is one function with two arguments.

> A metric is defined for the $j$th branch of the $i$th path through the trellis as the logarithm of the joint probability of the sequence $\{r_{jm}, \ m = 1, 2, 3\}$ conditioned on the transmitted sequence $\{c_{jm}^{(i)}, \ m = 1, 2, 3\}$ for the $i$th path. That is,
>
> $$\mu_j^{(i)} = \log P(\mathbf{Y}_j \mid \mathbf{C}_j^{(i)}), \quad j = 1, 2, 3, \ldots \qquad (8\text{-}2\text{-}10)$$
>
> Furthermore, a metric for the $i$th path consisting of $B$ branches through the trellis is defined as
>
> $$PM^{(i)} = \sum_{j=1}^{B} \mu_j^{(i)} \qquad (8\text{-}2\text{-}11)$$

p.   Ex. 6 is excerpts from John G. Proakis, <u>Digital Communications</u>, 5th ed. (2008), written **after** the CMU patents issued.  This book at page 173 defines three different metrics as having two arguments.

- 23 -

CMU_LSI_00201063

i. The first defined metric is the "distance metric," which is defined at eq. 4.2-26 as:

$$D(r, s_m) = \left\| r - s_m \right\|^2$$

$$= \int_{-\infty}^{\infty} \left( r(t) - s_m(t) \right)^2 dt$$

Here, the distance metric $D(r, s_m)$ is expressed in classical function notation, which shows that the distance metric is a function, and in particular a two-argument function, with the two arguments being $r$ and $s_m$. Prof. Proakis in his book says this metric "denot[es] the square of the Euclidean distance between $r$ and $s_m$." In my view, these statements contradict Prof. Proakis's views stated in his declaration that the Euclidean branch metric function has one argument and that a set of different Euclidean branch metric functions is created when one of the arguments (the target value) takes on different values. *See* Proakis Dec. at ¶¶ 18-21. Instead, Prof. Proakis's textbook statements are consistent with all of the previous discussion about a metric function being a distance function that is one function with two arguments.

At this point it is convenient to introduce three metrics that we will use frequently in the future. We define the *distance metric* as

$$D(r, s_m) = \left\| r - s_m \right\|^2$$
$$= \int_{-\infty}^{\infty} (r(t) - s_m(t))^2 dt \qquad (4.2\text{–}26)$$

denoting the square of the Euclidean distance between $r$ and $s_m$. The *modified distance*

ii. The second defined metric is the "modified distance metric," which is defined (at eq. 4.2-27) as:

- 24 -

CMU_LSI_00201064

$$D'(r, s_m) = -2r \cdot s_m + \|s_m\|^2$$

Like the first metric, this metric is expressed in classical function notation, which means that this distance metric is a single function, and in particular a two-argument function, with the two arguments being $r$ and $s_m$.

denoting the square of the Euclidean distance between $r$ and $s_m$. The *modified distance metric* is defined as

$$D'(r, s_m) = -2r \cdot s_m + \|s_m\|^2 \qquad (4.2\text{--}27)$$

and is equal to the distance metric when the term $\|r\|^2$, which does not depend on $m$, is removed. The *correlation metric* is defined as the negative of the modified distance

iii.   The third defined metric is the "correlation metric," which is defined (at eq. 4.2-28) as

$$C(r, s_m) = 2r \cdot s_m - \|s_m\|^2$$

$$= 2\int_{-\infty}^{\infty} r(t) s_m \, dt - \int_{-\infty}^{\infty} s_m^2(t) \, dt$$

Like the first and second metrics, this third metric is also expressed in classical function notation, meaning that this third metric also is a single two-argument function, with the two arguments being $r$ and $s_m$.

is removed. The *correlation metric* is defined as the negative of the modified distance metric and is given by

$$C(r, s_m) = 2r \cdot s_m - \|s_m\|^2$$
$$= 2\int_{-\infty}^{\infty} r(t) s_m(t) \, dt - \int_{-\infty}^{\infty} s_m^2(t) \, dt \qquad (4.2\text{--}28)$$

- 25 -

CMU_LSI_00201065

iv.  The fact that in his book Prof. Proakis calls these three functions by three different names *D, D'* and *C* (even though the two input arguments *r* and $s_m$ are common to all three functions) supports my views that changing the values of one or the other of the two arguments of the metric function does not create different metric functions.

v.  At page 511, similar to pages 483-484 of the 3rd edition of the textbook described above, explains that the metric for the *j*th branch of the *i*th path through a Viterbi trellis is defined as "the logarithm of the joint probability of the sequence $\{r_{jm}, m = 1,2,3\}$ conditioned on the transmitted sequence $\{c_{jm}^{(i)}, m = 1,2,3\}$ for the *i*th path.  That is,

$$\mu_j^{(i)} = \log P\big(Y_j \big| C_j^{(i)}\big), \qquad j = 1, 2, 3, \dots"$$

This means that a branch metric function for a Viterbi detector has two arguments, $Y_j$ and $C_j^{(i)}$.  The author, Prof. Proakis, does not say here (in his book) that there is a set of different branch metric functions when one of the arguments, say $C_j^{(i)}$, takes on different values for certain branches *j*.  Instead, Prof. Proakis's textbook statements are consistent with all of the previous discussion about a branch metric function being a distance function that is one function with two arguments.

vi.  I note that in his book Prof. Proakis did not use the word "function" to describe the branch metrics.  However, as noted in the textbooks listed above, the term "metric" in this context is

- 26 -

CMU_LSI_00201066

Declaration of Steven W. McLaughlin

understood as a type of function.  This is supported by the fact that Prof. Proakis uses classical function notation to express the branch metrics.

33.     Contrary to his books, at ¶¶ 18-28 of his declaration, Prof. Proakis states that there are numerous Euclidean branch metric function*s* (plural), one for each possible target value in the channel.  His declaration includes several graphs that purportedly depict that there are numerous Euclidean branch metric functions, one for each possible target value in the channel.  In my view, these graphs are misleading because branch metric functions, such as the Euclidean branch metric function, are two-argument functions.  In the graphs in his declaration (including the graphs at ¶¶ 21, 26, and 28), Prof. Proakis has only plotted several one-argument cross-sections of the same **single** Euclidean branch metric function.  Similarly, in ¶ 26, Prof. Proakis has only plotted several one-argument cross-section of the same **single** variance-dependent branch metric function.  For these reasons, these graphs do not prove that multiple different branch metric functions are created when different target values are used.

## COMMENTS ABOUT EQUATION 20 OF THE WORSTELL PATENT

34.     The inputs (or arguments) to equation 20 of the Worstell patent are shown as the $X_{b,nt}$ terms.  The Worstell patent explains that the $X_{b,nt}$ terms are the differences between the samples and their associated target values (phrased as "correct sample value in the Worstell patent).  *See* Worstell patent, equation 2, at col. 4:41-44.  The Worstell patent refers to the $X_{b,nt}$ terms as "the noise and equalization error at time nt for branch b."  Worstell patent at col. 9:55-56.

35.     In my view, equation 20 of the Worstell patent is a **single**, two-argument branch metric function, just like the distance functions described above.  The two arguments are (1) the set of sample values ($y_{nt}$) and (2) the set of associated target values ($y_{b,nt}$).  *See* Worstell patent at equation 2, col. 4:39-44.  The target values are not parameters of the equation 20, but rather inputs or arguments.  As such, equation 20 of the Worstell patent is one branch metric function that may have different sets of two arguments depending on the branch of the trellis.  Equation 20 of the Worstell patent is not a set of multiple different branch metric functions.

- 27 -

CMU_LSI_00201067

Declaration of Steven W. McLaughlin

## SPECIFIC DISAGREEMENTS WITH PROF. PROAKIS AND MR. WORSTELL

36.     Prof. Proakis says at ¶¶ 19-21 and 27-28 of his declaration that there are a number of different Euclidean branch metric functions when a number of different target values are used. I disagree.  As stated above, and as corroborated by the numerous mathematical and engineering sources listed in previous sections, the Euclidean branch metric function is a single two-argument function, with the target value being one of the arguments.  The target value is an input used in the Euclidean branch metric function, and changes in the target value do not result in multiple different branch metric functions.

37.     In ¶¶ 22-26 of his declaration, Prof. Proakis describes the variance dependent branch metric function.  Prof. Proakis says in these paragraphs that he has plotted three different functions, but he has really just plotted three cross-sections of the same two-argument variance-dependent branch metric function, with one of the arguments (i.e., the target value) being different in each plotted cross-section.

38.     In ¶¶ 29-36 of the Proakis declaration and ¶¶ 24-32 of the Worstell declaration, Prof. Proakis and Mr. Worstell respectively discuss eq. 20 of the Worstell patent.  Prof. Proakis and Mr. Worstell say in these paragraphs that eq. 20 of the Worstell patent represents a number of different branch metric functions when a number of different target values are used.  I disagree.  As stated above, and as corroborated by the numerous mathematical and engineering textbooks listed above, eq. 20 of the Worstell patent is a single two-argument function, with the plurality of signal samples being one argument and the plurality of target values being the other argument.  Therefore, the target value(s) used in eq. 20 of the Worstell patent are arguments (inputs) to the Worstell branch metric function (singular), and changes in the target value(s) do not result multiple different branch metric functions.

39.     In ¶ 37 of his declaration, Prof. Proakis says "it is not possible for the Viterbi detection to function properly if there were only a single branch metric function that was the same on all branches." I disagree.  As corroborated by the numerous mathematical and engineering textbooks listed above, a single branch metric function can be used in a Viterbi detector because the two arguments (including the target values) can be different for different branches of the trellis, thereby yielding different resulting branch metric values when the single

- 28 -

CMU_LSI_00201068

branch metric function is applied to the different argument pairs. Prof. Proakis's opposite view in his declaration assumes incorrectly that changes in the target values input into the function necessarily result in there being multiple different branch metric functions, and, therefore, he assumes incorrectly that in my First Declaration that I opined that the target value arguments (or inputs) to Worstell's single branch metric function, eq. 20, never change.

40.     In ¶¶ 38-48 of the Proakis declaration and ¶¶ 33-36, 39-41, and 43-46 of the Worstell declaration, Prof. Proakis and Mr. Worstell opine that the Viterbi detector of the Worstell patent selects different versions of eq. 20 of the Worstell patent that are applied to a plurality of signal samples. I disagree. As stated above, and as corroborated by the numerous mathematical and engineering textbooks listed above, eq. 20 of the Worstell patent is a single two-argument function, with the target value(s) being one of the arguments. The target value (or a plurality of target values) is an input used in eq. 20 of the Worstell patent, and changes in the target value do not result in there being multiple different branch metric functions. Therefore, there are not multiple versions of the **single** branch metric function in eq. 20 available for selection by the Viterbi detector of the Worstell patent.

41.     In ¶ 49 of his declaration, Prof. Proakis says I contradicted the clear teachings of the Worstell patent in my First Declaration when I said "multiplication of Worstell's 'transition noise' adjustment… is not the application of Worstell's 'transition noise' adjustment to a plurality of signal samples that correspond to different time instances, but is, instead, the application of Worstell's 'transition noise' adjustment to the single branch metric $B_{b,nt}$." The basis for Prof. Proakis disagreement with my statement is the use of the plural term "metrics" in the Worstell patent (*see* Worstell patent at col. 10:54) when it describes the transition noise multiplier. I note, however, that Prof. Proakis does not explain why the plural term "metrics" in the Worstell patent contradicts my interpretation of the Worstell patent.

42.     In any event, I disagree with Prof. Proakis that my interpretation of the Worstell patent in contradicted by the Worstell patent. In my view, the "metrics" referred to at col. 10:54 of the Worstell patent are the eight (of sixteen) **metric values** for the eight (of sixteen) branches of the Viterbi trellis that represent a transition (i.e., a binary 1), and are not eight consecutive signal samples (i.e., they are not a plurality of time variant signal samples as the claim language

- 29 -

CMU_LSI_00201069

of the Group I claims requires). Thus, Worstell's transition noise adjustment is applied to eight branch **metric values** for eight different branches, and not to a plurality of time-variant signal samples for a single branch.

43.     Further support for my opinion in the previous paragraph is found in the discussion of Worstell's transition noise adjustment found at col. 10:56-61 of the Worstell patent. At this point in the specification, the Worstell patent discloses his one implementation of the transition noise adjustment. Specifically, the Worstell patent states that "[i]mplementing this in a fairly straightforward way would require 8 multipliers, one for each 'one' branch leading to each state in the appropriate trellis diagram." *Id*. Based on this language from the Worstell patent specification, the use of a single multiplier on a given "one" branch of the trellis means that only a single input can be processed in adjusting each branch metric value. The Worstell patent does not teach that the Worstell transition noise multiplier can be used on a "plurality of signal samples… wherein each sample corresponds to a different sampling time instant" at a "time index" of the trellis. Besides the transition noise multiplier itself, only one input – here the branch metric value computed using Worstell's eq. 20 – is input into the transition noise "multiplier" disclosed in Worstell's patent specification.[4]

44.     In ¶ 52 of his declaration, Prof. Proakis states, albeit with no explanation, that Worstell's transition noise adjustment "discloses multiple branch metric functions" and satisfies the "selecting" step of the Group I claims.[5] I disagree. As I stated previously and further explained above, no aspect of the Worstell patent's transition noise multiplier is applied to a plurality of time variant signal samples. *See* My First Declaration at ¶ 25. Consequently, I disagree with Prof. Proakis that Worstell's transition noise multiplier creates a set of multiple branch metric functions that can be selected in the "selecting" steps of claims 1 and 4 of the '839 patent and claim 1 of the '180 patent because the transition noise multiplier is not applied to a plurality of time variant signal samples.

---

[4] I note that Mr. Worstell's declaration says nothing about whether the transition noise adjustment described in his patent is applied to a plurality of signal samples, let alone a plurality of time variant signal samples.

[5] I note that Mr. Worstell does not make this claim at all.

- 30 -

CMU_LSI_00201070

45.     In ¶ 54, Prof. Proakis appears to suggest (although his comments are not totally clear to me) that the read signal developed by the read head 14 (see Worstell at col. 3:19-20), i.e., the signal that is processed (once converted to digital form) by Worstell's Viterbi detector 24, is "written to the disc." To the extent this is (or part of) Prof. Proakis's point in ¶ 54, I disagree. The read signal developed by the read head 14 is not written to the disc, but rather, as explained in the Worstell patent, is "indicative of flux reversals in the track over which read head 14 is positioned," i.e., it is what is known as the readback signal. Worstell patent at col. 3:19-20. If the readback signal was both the signal *written to* the disc and also the signal that is *read from* the disk, there would be no noise in the readback signal and Worstell's Viterbi detector would not be needed.

46.     In ¶ 55, Prof. Proakis relies on teachings outside the Worstell patent, namely the CMU patents themselves and the Lee-Cioffi paper. The equation in Prof. Proakis's ¶ 55 is inconsistent with the Worstell patent because (i) the Worstell patent does not disclose using any terms related to the logarithm of the variance and (ii) Worstell does not disclose dividing the noise term by the variance for all branches.

47.     In ¶ 56, Prof. Proakis contradicts other statements in his declaration. In the first sentence of ¶ 56, Prof. Proakis says that the "branch metric functions in Equation 20 of the Worstell patent *depend directly on* the noise terms at prior times…" (emphasis added). By saying here that the equation 20 "depend[s] directly on" the noise terms, Prof. Proakis is saying that Worstell's eq. 20 is a function of the noise terms. The noise terms are the differences between the signal samples and the target values. *See* Worstell patent at eq. 2 (col. 4:41). Thus, Prof. Proakis says in ¶ 56 that equation 20 is a single, two-argument function, with the two arguments being the signal sample values and the target values. This contradicts the portions of Prof. Proakis's declaration (see ¶¶ 18-48) where Prof. Proakis says that Worstell's eq. 20 represents multiple different branch metric functions due to the different possible target values.

48.     In the second sentence of ¶ 56, Prof. Proakis says that Worstell's eq. 20 is "signal dependent on its face" because the noise terms in eq. 20 "depend on the signal at earlier times." Candidly, it is not clear to me what Prof. Proakis is saying here. To the extent Prof. Proakis is saying that Worstell's eq. 20 accounts for the signal-dependent structure of the media noise (see

CMU_LSI_00201071

construction of "signal-dependent branch metric function"), I disagree.[6]  The Worstell patent never describes equation 20 as accounting for signal-dependent noise.  See, e.g., Worstell patent at col. 7:56-59 (saying that the branch metric "account[s] for correlated noise," which correlated noise in the Worstell patent is not signal-dependent).  The only place Worstell describes any type of signal-dependent adjustment is in connection with Worstell's transition noise multiplier, which is not applied to a plurality of time-variant signal samples.  It is wrong to claim that simply because the arguments (inputs) of Worstell's eq. 20 (i.e., the noise terms) contain signal samples, Worstell's eq. 20 accounts for the signal-dependent structure of the media noise.  In fact, Worstell's eq. 20 does not account for the signal-dependent structure of the media noise at all because the single $Wi$ tap weight configuration used in Worstell's Viterbi detector is not (and cannot be) signal-dependent precisely because it does not vary from branch to branch at a time index of the trellis.[7]

49.     I disagree with Prof. Proakis's ¶ 57.  For the reasons stated above and in my First Declaration, Worstell's eq. 20 does not represent a set of different branch metric functions because (i) the filter tap $Wi$ configuration is fixed across all trellis branches in a single time instant and (ii) the branch target values are not parameters of the function but rather are one of the arguments (inputs) used in this two-argument function.

50.     In footnote 5 at page 11 of his declaration, Mr. Worstell states that "it was assumed at the time of the filing of my Seagate patent that all tap weights Wi could vary during operation because the equalizer would be adaptive (i.e., the tap weights would change during operation depending on the difference between the target sampled value and the actual sampled value at each sample time)."  I note several things about this footnote:

---

[6] I note that Prof. Proakis's statement in his ¶ 56 appears similar to the arguments Marvell made concerning the construction of the claim term "signal-dependent noise."  I recall that Marvell argued that the proper construction of this term was "noise that depends on the signal," a construction that was divorced from the fact that the signal-dependent noise was noise that depended on the sequence of written symbols.

[7] The Viterbi-like detector in a read channel of a hard disk drive determines the likely sequence of bits written to the disc based on the samples of the readback signal.  Thus, the "unknown states" (or "hidden states") are the actual bits written to the disc and the "known states" are the readback signal sample values.

CMU_LSI_00201072

a. First, even if the filter configuration $W_i$ is adaptively computed (i.e., varied over time instances), Worstell still does not teach filter configurations $W_i$ that vary from one branch to another branch during the same (single) certain time instant (i.e., the time instant corresponding to one trellis section).

b. Second, the Worstell patent does not disclose that the tap weights Wi could vary during the operation of his detector. Neither Prof. Wolf nor Prof. Proakis nor Mr. Worstell has cited to any portion of the Worstell patent that indicates that the tap weights $Wi$ could vary during operation of his detector. In fact, I interpret Mr. Worstell's statement that it is "**assumed** at the time of the filing of my Seagate patent that all tap weights Wi could vary during operation" to confirm that the Worstell patent does not in fact disclose, expressly or inherently, that the tap weights $W_i$ could vary during operation.

## THE CMU INVENTION DISCLOSURE FORM

51.     CMU's Disclosure of Invention (Ex. 5 to CMU's Opposition Brief filed January 31, 2011) includes an equation (7) that is identical to equation 13 of the CMU patents. Equation (7) of the CMU Disclosure of Invention represents a set of different branch metric functions (one for each branch $i$) that are each applied to a plurality of signal samples. In addition, the branch metric functions of equation (7) of the CMU Disclosure of Invention are signal-dependent branch metric functions. The plurality of signal samples are indicated in equation (7) of the CMU Disclosure of Invention by the $\underline{N}_i$ and $\underline{n}_i$ terms (which are formed as the difference between the two arguments (or inputs) – the signal samples and the targets). That equation (7) of the CMU Disclosure of Invention represents a set of signal-dependent branch metric functions is indicated by the function parameters $C_i$ and $c_i$ terms, which function parameters (i.e., not function inputs) vary from one branch to another branch during one (single) certain time instant (single trellis section).

## COMMENTS ON THE TESTIMONY OF PROF. MOURA

- 33 -

CMU_LSI_00201073

52.     Marvell says in its reply brief that my First Declaration contradicts the deposition testimony of inventor Prof. Jose' Moura. *See* Marvell Reply Br. at 4-5. I disagree. Prof. Moura's testimony is consistent with my First Declaration and this declaration as well.

53.     Prof. Moura testified that even though Equation 8 of the CMU Patents (the Euclidean branch metric function) has different target values ($m_i$) depending on the branch, Equation 8 was not a set of branch metric functions. Prof. Moura explained the difference between Equations 8 and 10 of the CMU Patents and why only Equation 10 is a set of different branch metric functions:

> Q. (Mr. Radulescu) And then, with respect to equation 8, if you go up to the Euclidian distance branch metric, is it also your opinion that this equation 8 sets forth a set of branch metric functions? They depend on the little [$i$] and the little [$m$].
>
> MR. GREENSWAG: Objection, argumentative.
>
> Q. Okay. You can strike my post-commentary, but is it your opinion that this equation 8 sets forth a set of branch metric functions?
>
> A. (Prof. Moura) So, here, [$\sigma_i$] does not appear, so the [$m_i$] is computed for the current symbol that you are traversing, so you don't need to look at -- so this is the traditional Euclidian metric, so I would say that 8 is really a single function.
>
> Q. Based -- why is 8 a single -- equation 8, as set forth, just a single branch metric function, but, in your opinion, equation 10 sets forth a set of branch metric functions?
>
> A. Because I'm looking at the [$\sigma_i$], and the [$\sigma_i$] depends on sequences of symbols. … So you see we say there, but there variance depends on the written sequence of symbols, so the variance of the noise samples is no longer constant for all samples, where the index [$i$] denotes the dependence on the written symbol sequence. So that's why I'm saying that different -- the [$\sigma's$] will depend on the different paths.

Ex. 10 at 186:11-187:20.

54.     In my view, Prof. Moura's testimony that Equation 8 of the CMU Patents (the Euclidean branch metric function) is consistent with the numerous mathematical and engineering

CMU_LSI_00201074

textbooks cited above which describe branch metric functions as two-argument functions, the two arguments being the received sample value and the target value for the branch respectively.

Executed this _22_ th day of March, 2011 in Atlanta, Georgia.

Steven W. McLaughlin, Ph.D.

CMU_LSI_00201075