# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date:  December 19, 2019      Judge:  Hon. James Donato

Time:  32 Minutes

Case No.    **C-18-04571-JD**
Case Name    **Carnegie Mellon University v. LSI Corporation et al**

Attorney(s) for Plaintiff(s):    Patrick J. McElhinny/Anna Shabalov
Attorney(s) for Defendant(s):    Steven J. Rizzi/Ramy Hanna

Deputy Clerk:  Lisa R. Clark      Court Reporter:  Marla Knox

### PROCEEDINGS

Motion for Partial Summary Judgment -- Held

### NOTES AND ORDERS

Defendants' motion for partial summary judgment is under submission.  Dkt. No. 146.