UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION et al.,<br><br>Defendants. | Case No. 18-cv-04571-JD<br><br>**SECOND AMENDED SCHEDULING ORDER** |

The Court sets the following amended case management deadlines.

| Event | Deadline |
|---|---|
| Patent L.R. 4-6: Claim Construction Hearing and Tutorial | Tutorial: TBD<br>Claim construction: TBD |
| Patent L.R. 3-7: Advice of Counsel | 30 days after service of Court's Claim Construction Ruling |
| Deadline for LSI to amend its pleadings to add inequitable conduct | April 20, 2020 |
| Close of fact discovery | May 28, 2020 |
| Expert Disclosure (Initial) | July 9, 2020 |
| Expert Disclosure (Rebuttal) | August 13, 2020 |
| Reply Expert Reports | September 17, 2020 |
| Close of Expert Discovery | October 19, 2020 |
| Last Day to File *Daubert* and Summary Judgment Motions | December 21, 2020 |
| Final Pretrial Conference | TBD |
| Trial | TBD |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: January 16, 2020

_____
JAMES DONATO
United States District Judge