Edward P. Sangster (SBN 121041)
Edward.sangster@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

Patrick J. McElhinny, pro hac vice
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, pro hac vice
mark.knedeisen@klgates.com
Christopher M. Verdini, pro hac vice
christopher.verdini@klgates.com
Anna Shabalov, pro hac vice
anna.shabalov@klgates.com
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Tel: (412) 355-6500

Theodore J. Angelis, pro hac vice
theo.angelis@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

Attorneys for Plaintiff CARNEGIE
MELLON UNIVERSITY

Kenneth Steinthal (SBN 268655)
ksteinthal@kslaw.com
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:  (415) 318-1211
Facsimile:  (415) 318-1300

Steven Jay Rizzi (admitted *pro hac vice*)
srizzi@kslaw.com
Ramy Hanna (admitted *pro hac vice*)
rhanna@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 35th Floor
New York, NY 10036
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

Attorneys for Defendants LSI
CORPORATION and AVAGO
TECHNOLOGIES U.S. INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC., <br><br> Defendants. | Case No.  3:18-cv-04571-JD <br><br> **STIPULATION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULING ORDER** |

1    The Parties, Defendants LSI Corporation and Avago Technologies U.S., Inc. and Plaintiff

2    Carnegie Mellon University ("CMU"), jointly request, subject to approval of the Court, a one-

3    month extension of the remaining deadlines set forth in the Court's Third Amended Scheduling

4    Order (Dkt. 172).

5    On January 10, 2020, in light of the pending summary judgment motion (Dkt. No. 146)

6    and motion for judgment on the pleadings (Dkt. No. 105), the Court continued the tutorial and

7    claim construction hearing and extended the case schedule by 90 days.  (Dkt. No. 169.)  On March

8    30, 2020, the Court entered the Third Amended Scheduling Order setting the tutorial, claim

9    construction hearing, and trial as "TBD."  (Dkt. No. 172.)  The Court has not yet set a date for the

10    claim construction tutorial or hearing or for trial.  The close of fact discovery currently is set for

11    August 27, 2020, and expert disclosures are set to begin in October.  (*Id.*)

12    Both Parties have outstanding fact discovery, including written discovery requests and

13    party and third party depositions.  In light of the ongoing COVID-19 orders throughout the

14    nation—including in California, New York, Pennsylvania, and Colorado where the parties and

15    most third parties are located— that require businesses to lock down and operate remotely, to

16    maintain social distancing, and that limit travel, the Parties have agreed and will be taking

17    scheduled depositions remotely.  In addition, Defendants' parent, Broadcom, Inc., and Aleksandar

18    Kavcic, a named inventor on the Patents-in-Suit and an adjunct faculty at CMU, currently have a

19    dispute pending before the Court that Dr. Kavcic and CMU contend affects the timing of Dr.

20    Kavcic's deposition.  *See Kavcic v. Broadcom, Inc.*, 3:20-01246-JD.  Defendants disagree, and

21    have opposed a motion by Dr. Kavcic to quash their subpoena, which is currently pending before

22    the Court.  *See*  5:20-CV-04851; 3:20-MC-80121.

23    Defendants contend that the foregoing establishes sufficient good cause to amend the

24    schedule.  CMU disagrees, but, in the interest of compromise, the parties have agreed to a one-

25    month extension of the case deadlines. Defendants reserve the right to seek a further extension for

26    good cause.

27    In light of the foregoing, the Parties respectfully request, subject to approval of the Court,

28    an one-month extension of the case deadlines as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Patent L.R. 4-6: Claim Construction Hearing and Tutorial | Tutorial: TBD<br>Claim construction: TBD | No change |
| Patent L.R. 3-7: Advice of Counsel | 30 days after service of Court's Claim Construction Ruling | No change |
| Close of fact discovery | August 27, 2020 | September 28, 2020 |
| Expert Disclosure (Initial) | October 8, 2020 | November 9, 2020 |
| Expert Disclosure (Rebuttal) | November 12, 2020 | December 17, 2020 |
| Reply Expert Reports | December 17, 2020 | January 28, 2021 |
| Close of Expert Discovery | January 29, 2021 | March 5, 2021 |
| Last Day to File Daubert and Summary Judgment Motions | April 1, 2021 | May 3, 2021 |
| Final Pretrial Conference | TBD | No change |
| Trial | TBD | No change |

| | |
|---|---|
| 1 | Dated:  July 22, 2020 |
| 2 | K&L GATES LLP |
| 3 | By:  /s/  Christopher M. Verdini |
| 4 | Edward P. Sangster (SBN 121041)<br>Edward.sangster@klgates.com |
| 5 | K&L Gates LLP<br>4 Embarcadero Center, Suite 1200 |
| 6 | San Francisco, California 94111<br>Tel: (415) 882-8200 |
| 7 | Fax: (415) 882-8220 |
| 8 | Patrick J. McElhinny, pro hac vice |
| 9 | patrick.mcelhinny@klgates.com<br>Mark G. Knedeisen, pro hac vice |
| 10 | mark.knedeisen@klgates.com<br>Christopher M. Verdini, pro hac vice |
| 11 | christopher.verdini@klgates.com<br>Anna Shabalov, pro hac vice |
| 12 | anna.shabalov@klgates.com |
| 13 | K&L Gates LLP<br>K&L Gates Center |
| 14 | 210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222 |
| 15 | Tel: (412) 355-6500 |
| 16 | Theodore J. Angelis, pro hac vice |
| 17 | theo.angelis@klgates.com<br>K&L Gates LLP |
| 18 | 925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104 |
| 19 | |
| 20 | *Attorneys for Plaintiff Carnegie Mellon University* |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Respectfully submitted,

KING & SPALDING LLP

By: /s/  Ramy Hanna
KENNETH L. STEINTHAL (SBN 268655)
ksteinthal@kslaw.com
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone:   (415) 318-1211
Facsimile:    (415) 318-1300

STEVEN JAY RIZZI (admitted *pro hac vice*)
srizzi@kslaw.com
RAMY HANNA (admitted *pro hac vice*)
rhanna@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas, 35th Floor
New York, NY 10036
Telephone:   (212) 556-2100
Facsimile:    (212) 556-2222

*Attorneys for Defendants LSI Corporation and Avago Technologies U.S. Inc.*

**CERTIFICATE OF CONCURRENCE**

Pursuant to Civ. L.R. 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from the signatories for whom a signature is indicated by a conformed signature (/s/). I have on file records to support this concurrence for production for the Court if so ordered.

/s/ *Rami Hanna*
Rami Hanna

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 22, 2020, the foregoing document was served on all counsel of record via ECF.

/s/ *Rami Hanna*
Rami Hanna

**[PROPOSED] FOURTH AMENDED SCHEDULING ORDER**

Pursuant to the parties' stipulation, and good cause shown, the Court sets the following amended case management deadlines:

| Event | Current Deadline | Amended Deadline |
|-------|------------------|------------------|
| Patent L.R. 4-6: Claim Construction Hearing and Tutorial | <u>Tutorial</u>: TBD<br><u>Claim construction</u>: TBD | No change |
| Patent L.R. 3-7: Advice of Counsel | 30 days after service of Court's Claim Construction Ruling | No change |
| Close of fact discovery | August 27, 2020 | September 28, 2020 |
| Expert Disclosure (Initial) | October 8, 2020 | November 9, 2020 |
| Expert Disclosure (Rebuttal) | November 12, 2020 | December 17, 2020 |
| Reply Expert Reports | December 17, 2020 | January 28, 2021 |
| Close of Expert Discovery | January 29, 2021 | March 5, 2021 |
| Last Day to File Daubert and Summary Judgment Motions | April 1, 2021 | May 3, 2021 |
| Final Pretrial Conference | TBD | No change |
| Trial | TBD | No change |

**IT IS SO ORDERED.**

Dated: _____          _____

JAMES DONATO
United States District Judge