UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,<br><br>      Plaintiff,<br><br>      v.<br><br>LSI CORPORATION, et al.,<br><br>      Defendants. | Case No. 20-mc-80121-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge James Donato to determine whether it is related to *Carnegie Mellon University v. LSI Corporation, et al.*, Case No. 18-cv-04571-JD.

**IT IS SO ORDERED**.

Dated: July 23, 2020

_____
SALLIE KIM
United States Magistrate Judge