UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LSI CORPORATION, et al.,<br><br>　　　　　　　Defendants. | Case No.  18-cv-04571-JD<br><br>**FOURTH AMENDED SCHEDULING ORDER**<br><br>Re:  Dkt. No. 182 |

At the parties' joint request, Dkt. No. 182, and for good cause shown, the Court sets the following amended case management deadlines:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Patent L.R. 4-6:  Claim construction hearing and tutorial | <u>Tutorial</u>:  TBD<br><u>Claim construction</u>:  TBD | No change |
| Patent L.R. 3-7:  Advice of counsel | 30 days after service of Court's claim construction ruling | No change |
| Close of fact discovery | August 27, 2020 | September 28, 2020 |
| Expert disclosure (initial) | October 8, 2020 | November 9, 2020 |
| Expert disclosure (rebuttal) | November 12, 2020 | December 17, 2020 |
| Reply expert reports | December 17, 2020 | January 28, 2021 |
| Close of expert discovery | January 29, 2021 | March 5, 2021 |
| Last day to file *Daubert* and summary judgment motions | April 1, 2021 | May 3, 2021 |
| Final pretrial conference | TBD | No change |
| Trial | TBD | No change |

**IT IS SO ORDERED.**

Dated:  August 6, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
JAMES DONATO
United States District Judge