UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: September 29, 2020                                        Judge: Hon. James Donato

Time: 15 Minutes

Case No.    **C-18-04571-JD**
Case Name   **Carnegie Mellon University v. LSI Corporation et al**

Attorney(s) for Plaintiff(s):         Patrick McElhinny/Anna Shabalov
Attorney(s) for Defendant(s):         Ramy E. Hanna/Steven Rizzi
Attorney(s) for Interested Party:     Georges A. Haddad/Maureen J. Moody/Robert J. Ridge

Deputy Clerk: Lisa Clark

PROCEEDINGS

Telephonic Discovery Hearing (Not Reported) -- Held

NOTES AND ORDERS

The discovery dispute in Dkt. Nos. 187 and 194 about Dr. Kavcic's deposition raise largely the same issues being litigated in Case No. 20-cv-1246. The Court declines to resolve that lawsuit in the context of the discovery letters here. The Court proposed ways of moving forward with a fact witness deposition of Dr. Kavcic, which the parties turned away. Dr. Kavcic's testimony appears likely to play a role in claim construction and expert witness reports, among other events. The Court set deadlines for these proceedings, which are rapidly approaching, in an amended scheduling order, and judicial and party efficiency and economy will be poorly served by barreling ahead while the deposition question remains outstanding. Consequently, this case is stayed and administratively closed pending resolution of Case No. 20-1246. All remaining pretrial and trial dates are vacated, except for the deadlines in the orders re partial summary judgment and sealing, Dkt. Nos. 196, 197. The parties are encouraged to reach an agreement that would allow Dr. Kavcic to testify here without further delay.