Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
**K&L Gates LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

Patrick J. McElhinny, *pro hac vice*
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, *pro hac vice*
mark.knedeisen@klgates.com
Christopher M. Verdini, *pro hac vice*
christopher.verdini@klgates.com
Anna Shabalov, *pro hac vice*
anna.shabalov@klgates.com
**K&L Gates LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
(412) 355-6500

Theodore J. Angelis, *pro hac vice*
theo.angelis@klgates.com
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580

*Counsel for Plaintiff*
*Carnegie Mellon University*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

CARNEGIE MELLON UNIVERSITY,

Plaintiff,

v.

LSI CORPORATION and AVAGO TECHNOLOGIES U.S. INC.,

Defendants.

Case No. 3:18-cv-04571-JD

**PLAINTIFF CARNEGIE MELLON UNIVERSITY'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Civil L.R. 7-11(a), 79-5(d) and (e), Plaintiff Carnegie Mellon University ("CMU") respectfully moves this Court to order the Clerk of the Court to file under seal certain materials attached to the Declaration of Anna Shabalov ("Shabalov Opposition Declaration") filed in support of CMU's Memorandum of Law in Opposition to LSI's Summary Judgment Motion Regarding Accused Products Subject to the Court's Order on Implied License ("Opposition"), as identified in the chart below. CMU identified the materials in the chart below to Defendants in advance of filing this Motion. Based on correspondence with Defendants' counsel after CMU provided Defendants notice, Defendants identified the materials in the chart to be filed under seal because they contain information that Defendants contend is non-public, commercially sensitive, and proprietary information regarding Defendants' technology, products, and/or sales and pricing practices.

The requested relief sought is necessary and narrowly tailored to protect the confidentiality of Defendants' content at issue in the Opposition, as set forth in the accompanying Declaration of Anna Shabalov ("Shabalov Declaration").

Pursuant to Local Rule 79-5, a proposed order accompanies this request to file under seal.

Pursuant to Civil L.R. 79-5(d)(2), a courtesy copy of CMU's entire filing, including the complete and unredacted versions of the foregoing documents, will be lodged with the Court and served on counsel for Defendants.

The following chart identifies which paragraph of the Shabalov Declaration specifies the reasons for sealing as required by the Local Rules and the Standing Order for Civil Cases Before Judge James Donato, Paragraph 26(a)-(b).

| Document to be Sealed | Reasons for Sealing | Designating Party | Citation |
|---|---|---|---|
| Portions of CMU's CMU's Memorandum of Law in Opposition to LSI's Summary Judgment Motion Regarding Accused Products Subject to the Court's Order on Implied License | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU | Defendants | Shabalov Declaration, ¶¶ 3, 4 |

| | | | |
|---|---|---|---|
| | that they contend such materials should be redacted. | | |
| Portions of the Declaration of Dr. Christopher Bajorek in Support of Plaintiff's Opposition to Defendants' Summary Judgment Motion Regarding Accused Products Subject to the Court's Order on Implied License | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4 |
| Portions of the Declaration of Catharine M. Lawton in Support of Plaintiff's Opposition to Defendants' Summary Judgment Motion Regarding Accused Products Subject to the Court's Order on Implied License | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4 |
| Exhibit 1 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Source Code Information" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3-5 |

| | | | |
|---|---|---|---|
| Exhibit 2 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as “Highly Confidential Attorneys Eyes Only” under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 6 |
| Exhibit 6 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as “Highly Confidential Attorneys Eyes Only” under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 7 |
| Exhibit 7 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as “Highly Confidential Attorneys Eyes Only” under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 8 |

3

PLAINTIFF CARNEGIE MELLON UNIVERSITY’S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL CASE NO. 3:18-CV-04571-JD

| | | | |
|---|---|---|---|
| Exhibit 8 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 9 |
| Exhibit 9 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 10 |
| Exhibit 11 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 11 |

| | | | |
|---|---|---|---|
| Exhibit 12 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 12 |
| Exhibit 13 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 13 |
| Exhibit 14 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 14 |

| | | | |
|---|---|---|---|
| Exhibit 16 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 15 |
| Exhibit 17 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Third party designated the testimony "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case.  In addition, the testimony concerns information that Defendants have designated as "Highly Confidential Attorneys Eyes Only." | Third Party Western Digital | Shabalov Declaration, ¶¶ 3, 4, 16 |

| | | | |
|---|---|---|---|
| Exhibit 18 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Third party designated the testimony "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case. In addition, the testimony concerns information that Defendants have designated as "Highly Confidential Attorneys Eyes Only." | Third Party Seagate | Shabalov Declaration, ¶¶ 3, 4, 17 |
| Exhibit 19 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 18 |
| Exhibit 20 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 19 |

| | | | |
|---|---|---|---|
| Exhibit 21 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 20 |
| Exhibit 22 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 21 |
| Exhibit 24 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 22 |

| | | | |
|---|---|---|---|
| Exhibit 25 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 23 |
| Exhibit 26 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 24 |
| Exhibit 27 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 25 |

| | | | |
|---|---|---|---|
| Exhibit 30 to Shabalov Opposition Declaration (entirely under seal) | Civil L.R. 79-5(e); Defendants have designated the information as “Highly Confidential Attorneys Eyes Only” under the Protective Order in this case and confirmed to CMU that they contend such materials should be filed under seal. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 26 |
| Exhibit 32 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as “Highly Confidential Attorneys Eyes Only” under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 27 |
| Exhibit 33 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as “Highly Confidential Attorneys Eyes Only” under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 28 |

| | | | |
|---|---|---|---|
| Exhibit 35 to Shabalov Opposition Declaration | Civil L.R. 79-5(e); Defendants have designated the redacted information as "Highly Confidential Attorneys Eyes Only" under the Protective Order in this case and confirmed to CMU that they contend such materials should be redacted. | Defendants | Shabalov Declaration, ¶¶ 3, 4, 29 |

DATED: December 21, 2020

Respectfully submitted,

By: /s/ *Anna Shabalov*
Edward P. Sangster (SBN 121041)
edward.sangster@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

Patrick J. McElhinny, *pro hac vice*
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, *pro hac vice*
mark.knedeisen@klgates.com
Christopher M. Verdini, *pro hac vice*
christopher.verdini@klgates.com
Anna Shabalov, *pro hac vice*
anna.shabalov@klgates.com
**K&L Gates LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
(412) 355-6500

Theodore J. Angelis, *pro hac vice*
theo.angelis@klgates.com
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580

*Counsel for Plaintiff*
*Carnegie Mellon University*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2020, the foregoing **PLAINTIFF CARNEGIE MELLON UNIVERSITY'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL** was served via email on the counsel of record.

                                                                    */s/ Anna Shabalov*