Kirk D. Dillman (SBN 110486)
kdillman@mckoolsmithhennigan.com
Alan P. Block (SBN 143783)
ablock@mckoolsmithhennigan.com
**MCKOOL SMITH HENNIGAN, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Steven Rizzi
srizzi@McKoolSmith.com
Ramy E. Hanna
rhanna@McKoolSmith.com
**MCKOOL SMITH, P.C.**
One Manhattan West, 395 9th Avenue, 50th Floor
New York, New York 10001-8603
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

**Attorneys for Defendants LSI CORPORATION and AVAGO TECHNOLOGIES U.S. INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY, | Case No. 3:18-cv-04571-JD |
| Plaintiff, | |
| vs. | |
| LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC., | |
| Defendants. | |

**NOTICE OF APPEARANCE OF KIRK D. DILLMAN AS COUNSEL FOR LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.**

PLEASE TAKE NOTICE THAT Kirk D. Dillman is entering an appearance for Defendants LSI Corporation and Avago Technologies Inc. in this action and requests that all pleadings, notices,

orders, correspondence, and other papers in connection with this action be served upon him as follows:

>Kirk D. Dillman (SBN 110486)
>kdillman@mckoolsmithhennigan.com
>**MCKOOL SMITH HENNIGAN, P.C.**
>300 South Grand Avenue, Suite 2900
>Los Angeles, California 90071

DATED: June 2, 2021                          Respectfully submitted,

>By: /s/ *KIRK D. DILLMAN*
>Kirk D. Dillman (SBN 110486)
>kdillman@mckoolsmithhennigan.com
>Alan P. Block (SBN 143783)
>ablock@mckoolsmithhennigan.com
>MCKOOL SMITH HENNIGAN, P.C.
>300 South Grand Avenue, Suite 2900
>Los Angeles, California 90071
>Telephone: (213) 694-1200
>Facsimile: (213) 694-1234
>
>Steven Rizzi
>srizzi@McKoolSmith.com
>Ramy E. Hanna
>rhanna@McKoolSmith.com
>MCKOOL SMITH, P.C.
>One Manhattan West
>395 9th Avenue, 50th Floor
>New York, New York 10001-8603
>Telephone: (212) 402-9400
>Facsimile: (212) 402-9444
>
>**ATTORNEYS FOR LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on June 2, 2021.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

>/s/ *KIRK D. DILLMAN*
>Kirk D. Dillman