UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION, et al.,<br><br>Defendants. | Case No.  3:18-cv-04571-JD<br><br>**ORDER RE MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 203, 205, 208, 209, 212 |

At the Court's direction, *see* Dkt. No. 197, the parties filed a joint consolidated motion to seal selected exhibits, *see* Dkt. No. 203, related to claim construction and partial summary judgment motions. Third party, Marvell Semiconductor, Inc., filed a motion to seal two exhibits, *see* Dkt. No. 205, in response to the Court's order, Dkt. No. 197. In addition to these motions, plaintiffs and defendants filed motions to seal exhibits associated with LSI's motion for summary judgment. *See* Dkt. No. 208; Dkt. No. 209. Finally, defendants filed a motion to seal an exhibit associated with their motion for partial summary judgment. *See* Dkt. No. 212.

The Court concludes that the parties have met their burden for "articulat[ing] compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosures." *See In re Google Play Store Antitrust Litig.*, --- F. Supp. 3d ---, 2021 WL 4190165, at *1 (N.D. Cal. Aug. 25, 2021) (quoting *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006)). For each document the parties seek to seal, they have identified facts showing that the portions sought to be redacted and sealed were related to proprietary technical information or pricing strategies and manufacturing costs, the disclosure of which would cause the parties competitive harm. Consequently, the motions are granted.

**IT IS SO ORDERED.**

Dated:  September 29, 2021

_____
JAMES DONATO
United States District Judge