Edward P. Sangster (SBN 121041)
edsangster@klgates.com
**K&L GATES LLP**
4 Embarcardero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

*Counsel for Plaintiff*
*Carnegie Mellon University*

Kirk D. Dillman (SBN 110486)
kdillman@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:    (213) 694-1200
Facsimile:    (213) 694-1234

*Counsel for Defendants*
*LSI Corporation and*
*Avago Technologies U.S. Inc.*

*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY, | Case No. 3:18-cv-04571-JD |
| Plaintiff, | |
| v. | |
| LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC., | **JOINT STATEMENT PURSUANT TO Dkt. 243** |
| Defendants. | |

Pursuant to Court's Order (Docket No. 243), below is the disputed claim term chart which

also includes the relevant agreed and disputed terms from *CMU v. Marvell* pursuant to Judge

Fischer's jury charge (WDPA-2-09-cv-00290, Docket No. 764) and  Judge Fischer's Claim

1

1
2
3
4
5

Construction Order (WDPA-2-09-cv-00290, Docket No. 176, 2010 WL 3937157).[1]  The numbered terms correspond to the numbers in the table in Defendants' brief.  Terms alleged to be indefinite by Defendants have been included in the chart below for completeness although the Court indicated that indefiniteness would be addressed at summary judgment.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[1] Judge Fischer's December 27, 2012 jury charge addressed the following agreed constructions: "branch metric function," "function," "selecting," and "noise." (WDPA-2-09-cv-00290, Docket No. 764 at 70-71)

2

| No. | Claim Language | Plaintiff's Proposed Construction | Defendants' Proposed Construction | *CMU v. Marvell*'s Construction (WDPA-2-09-cv-00290) |
|---|---|---|---|---|
| 1 | **branch metric function**<br><br>Claim 2 of the '180 Patent<br>Claim 4 of the '839 Patent | A function for determining a branch metric value for a branch, where the first set of the function comprises one or more signal samples and one or more target values, and the second set comprises branch metric values. | A mathematical relation that uniquely associates signal samples with branch metric values. | Agreed construction[23]<br><br>*function:* "a mathematical relation that uniquely associates members of a first set with members of a second set."<br><br>*branch metric function*: "a mathematical function for determining a branch metric value for a branch." |
| 2 | **signal-dependent branch metric function**<br><br>Claim 2 of the '180 Patent<br>Claim 4 of the '839 Patent | A "branch metric function" that accounts for the signal-dependent structure of the media noise. | A branch metric function that accounts for the noise attributable to the specific symbol sequence associated with one branch, *i.e.*, when computing the branch metric value of a first branch the method selects the branch metric function that is specific to the signal dependent noise associated with that branch, which differs from the function for any other branch. | A disputed term.<br><br>Interpreted by Court as "a 'branch metric function' that accounts for the signal-dependent structure of the media noise."<br><br>*CMU v. Marvell*, 2010 WL 3937157, at *26. |

---

[2] CMU position: In a summary judgement ruling, Judge Fisher stated that "the inputs to the function are the actual values and target values …." *CMU v. Marvell*, Case No. 09-290, 2012 WL 1203353, at *8 (W.D. Pa. Apr. 10, 2012).

[3] LSI position: The jury was instructed to apply the agreed construction set forth herein, without any additional language from the summary judgment ruling.

3

| No. | Claim Language | Plaintiff's Proposed Construction | Defendants' Proposed Construction | *CMU v. Marvell*'s Construction (WDPA-2-09-cv-00290) |
|---|---|---|---|---|
| 3 | **a set [of signal-dependent branch metric functions]**<br><br>Claim 2 of the '180 Patent<br>Claim 4 of the '839 Patent | Two or more "signal-dependent branch metric functions" | "set": No construction necessary; in the alternative plain and ordinary meaning. One articulation of such meaning is "finite or infinite number of objects of any kind, of entities, or of concepts that have a given property or properties in common." | "*set*" was not separately construed; parties agreed to construction of "*selecting [a branch metric function ... from a set]*" as "to choose one from a set of more than one." *CMU v. Marvell*, Dkt. 120-1 at 3.[45] |

[4] CMU position: The Federal Circuit stated that "[t]here is no dispute that 'set' here requires more than one such function, as the claims require selecting among a plurality of such functions at a given time index." *CMU v. Marvell*, 807 F.3d 1283, 1294 (Fed. Cir. 2015).

[5] LSI position: The Federal Circuit's statement quoted by CMU was not an affirmance of a claim construction, but simply noted that the underlying construction was agreed to, and thus not disputed before the Federal Circuit.

4

| No. | Claim Language | Plaintiff's Proposed Construction | Defendants' Proposed Construction | CMU v. Marvell's Construction (WDPA-2-09-cv-00290) |
|---|---|---|---|---|
| 4 | **Viterbi-Like Detector**<br><br>Claim 4 of the '839 Patent | The preamble is limiting.<br><br>A detector that uses a "Viterbi-like algorithm." A **"Viterbi-like algorithm"** is an algorithm that is or is similar to the Viterbi algorithm, which is an iterative algorithm that uses a trellis to determine the best sequence of hidden states (in this case, written symbols) based on observed events (in this case, observed readings that represent the written symbols), where the determined sequence is indicated by the best path through the trellis and is determined using branch metric values calculated for branches of the trellis. | Indefinite - to be addressed at summary judgment | **Viterbi-Like Detector:** A detector that uses a Viterbi-like algorithm; **Viterbi-Like:** An algorithm that is or is similar to an iterative algorithm that uses a trellis to determine the best sequence of hidden states (in this case, written symbols) based on observed events (in this case, observed readings that represent the written symbols), where the determined sequence is indicated by the best path through the trellis and is determined using branch metric values calculated for branches of the trellis.<br><br>*CMU v. Marvell*, 2010 WL 3937157, at *26; *CMU v. Marvell*, 2011 WL 4527353 at *1 n.1. |
| 5 | **Each Sample Corresponds to a Different Sampling Time Instant**<br><br>Claim 4 of the '839 Patent | Each "signal sample" is from a different point in time. | Indefinite – to be addressed at summary judgment | Each signal sample is from a different point in time.<br><br>*CMU v. Marvell*, Dkt. 120-1 at 2. |

5

| No. | Claim Language | Plaintiff's Proposed Construction | Defendants' Proposed Construction | *CMU v. Marvell*'s Construction (WDPA-2-09-cv-00290) |
|---|---|---|---|---|
| 6 | **signal-dependent noise**<br><br>Claim 2 of the '180 Patent | Media noise in the readback signal whose noise structure is attributable to a specific sequence of symbols (e.g., written symbols). | Noise in a received signal attributed to the specific sequence of symbols. | A disputed term.<br><br>Interpreted by Court as "media noise in the readback signal whose noise structure is attributable to a specific sequence of symbols (e.g., written symbols)." *CMU v. Marvell*, 2010 WL 3937157, at *26. |
| 7 | **correlated noise**<br><br>Claim 2 of the '180 Patent | Noise with "correlation" among "signal samples," such as that caused by coloring by front-end equalizers, media noise, media nonlinearities, and magnetoresistive (MR) head nonlinearities. The noise in signal samples is "correlated" when the noise in the signal samples has a tendency to vary together. | Noise among signal samples that tends to vary together. | A disputed term.<br><br>Interpreted by Court as "noise with 'correlation' among 'signal samples,' such as that caused by coloring by front-end equalizers, media noise, media nonlinearities, and magnetoresistive (MR) head nonlinearities." *CMU v. Marvell*, 2010 WL 3937157, at *26. |

6

1

2
Date: December 11, 2024

3

4

5
*/s/ Christopher M. Verdini*

6
Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com

7
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200

8
San Francisco, California 94111
Tel: (415) 882-8200

9
Fax: (415) 882-8220

10
Patrick J. McElhinny, pro hac vice
patrick.mcelhinny@klgates.com

11
Mark G. Knedeisen, pro hac vice
mark.knedeisen@klgates.com

12
Christopher M. Verdini, pro hac vice
christopher.verdini@klgates.com

13
Anna Shabalov, pro hac vice
anna.shabalov@klgates.com

14
**K&L Gates LLP**
K&L Gates Center

15
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222

16
(412) 355-6500

17
Theodore J. Angelis, pro hac vice
theo.angelis@klgates.com

18
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900

19
Seattle, WA 98104
(206) 623-7580

20

21
***Counsel for Plaintiff***
***Carnegie Mellon University***

22

23

24

25

26

27

28

Respectfully submitted,

*/s/ Steven Rizzi*

Steven Rizzi (admitted *pro hac vice*)
srizzi@McKoolSmith.com
**MCKOOL SMITH, P.C.**
1301 6th Avenue, 32nd floor
New York, NY 10019
Telephone: (212) 402-9400
Fax: (212) 402-9444

***Counsel For Defendants***
***LSI Corporation and Avago***
***Technologies U.S. Inc.***

7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the Electronic Service List for this case.

*/s/ Steven Rizzi*
Steven Rizzi

8