UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: December 12, 2024      Judge: Hon. James Donato

Time: 1 Hour & 29 Minutes

Case No.      **3:18-cv-04571-JD**
Case Name      **Carnegie Mellon University v. LSI Corporation et al.**

Attorney(s) for Plaintiff(s):      Mark Knedeisen / Patrick Joseph McElhinny
Attorney(s) for Defendant(s):      Ramy Hanna / Steven Rizzi

Deputy Clerk: Lisa R. Clark
Court Reporter: Raynee Mercado

## PROCEEDINGS

Claim-construction hearing -- Held.

## NOTES AND ORDERS

Disputed terms #3 ("a set") and #7 ("correlated noise") are construed as stated on the record. The Court defers construing disputed terms #4 ("Viterbi-like detector") and #5 ("each sample corresponds to a different sampling time instant") to summary judgment because defendants raise indefiniteness challenges. The Court will issue a separate order stating all constructions.

A jury trial is set for April 7, 2025, at 9:00 a.m. to resolve the disputed questions of fact re the identity, quantity, prices, and revenues of accused products covered by an implied license, the identity, quantity, prices, and revenues of accused products not so covered, and the portion of revenues reasonably claimed by plaintiff CMU for sales of uncovered products. *See* Dkt. Nos. 196, 217. A pretrial conference is set for March 20, 2025, at 1:30 p.m. The parties should plan on no more than three (3) court days for the trial.