Erik J. Halverson (SBN 333492)
erik.halverson@klgates.com
**K&L GATES LLP**
4 Embarcardero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

*Counsel for Plaintiff*
*Carnegie Mellon University*

Kirk D. Dillman (SBN 110486)
kdillman@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 694-1200
Facsimile:    (213) 694-1234

*Counsel for Defendants*
*LSI Corporation and*
*Avago Technologies U.S. Inc.*

*[Additional counsel on signature page]*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.,<br><br>Defendants. | Case No. 3:18-cv-04571-JD<br><br>**JOINT TRIAL EXHIBIT LISTS**<br><br>Pretrial Conference: April 17, 2025<br>Time: 1:30 p.m.<br>Courtroom: 11<br><br>Hon. James Donato<br>Trial Date: May 5, 2025 |

1

Pursuant to the Court's Standing Order for Civil Jury Trials before Judge James Donato, Plaintiff Carnegie Mellon University ("CMU") and Defendants LSI Corporation and Avago Technologies U.S. Inc. (together, "LSI") respectfully submit their Joint Trial Exhibit Lists for the jury trial set for May 5, 2025. *See* ECF 249. Attached hereto as Exhibit A is the list of exhibits that the Parties agree are admissible. Attached hereto as Exhibit B is the list of exhibits the admissibility of which the Parties dispute. Attached hereto as Exhibit C is a key defining the objection abbreviations used in Exhibit B. Attached hereto as Exhibit D is a statement by CMU regarding its responses to LSI's objections to CMU's exhibits.

The Parties jointly submit the Joint Trial Exhibit Lists based on information that is reasonably available to the Parties at this time and at this stage of the proceedings. The Parties reserve the right to revise, amend, supplement, or modify the Joint Trial Exhibit Lists based on any pretrial rulings by the Court and/or to address any additional issues, arguments, evidence, or other developments in the case, including any meet and confers or other negotiations between the Parties, pending and anticipated motions, and similar developments.

Date: April 3, 2025

Respectfully submitted,

/s/ Christopher M. Verdini

Erik J. Halverson (SBN 333492)
erik.halverson@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

Patrick J. McElhinny, pro hac vice
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, pro hac vice
mark.knedeisen@klgates.com
Christopher M. Verdini, pro hac vice
christopher.verdini@klgates.com
Anna Shabalov, pro hac vice
anna.shabalov@klgates.com
**K&L Gates LLP**

Respectfully submitted,

/s/ Steven Rizzi

Steven Rizzi (admitted *pro hac vice*)
srizzi@McKoolSmith.com
**MCKOOL SMITH, P.C.**
1301 6th Avenue, 32nd floor
New York, NY 10019
Telephone: (212) 402-9400
Fax: (212) 402-9444

***Counsel For Defendants
LSI Corporation and Avago
Technologies U.S. Inc.***


Case 3:18-cv-04571-JD   Document 271   Filed 04/03/25   Page 3 of 4

```
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
(412) 355-6500

Theodore J. Angelis, pro hac vice
theo.angelis@klgates.com
```
**K&L Gates LLP**
```
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(206) 623-7580
```

*Counsel for Plaintiff*
*Carnegie Mellon University*

## ATTESTATION UNDER CIVIL LOCAL RULE 5-1

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of these documents has been obtained from Mr. Rizzi.

Dated: April 3, 2025

*/s/ Christopher M. Verdini*
Christopher M. Verdini


3


JOINT TRIAL EXHIBIT LISTS          CASE NO. 3:18-cv-04571-JD

# CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the Electronic Service List for this case.

*/s/ Christopher M. Verdini*
Christopher M. Verdini