1  Erik J. Halverson (SBN 333492)
   erik.halverson@klgates.com
2  **K&L GATES LLP**
   4 Embarcardero Center, Suite 1200
3  San Francisco, CA 94111
   Tel: (415) 882-8200
4  Fax: (415) 882-8220

5  *Counsel for Plaintiff*
   *Carnegie Mellon University*
6

7  *[Additional counsel on signature page]*

8

9

10  **IN THE UNITED STATES DISTRICT COURT**

11  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12  **SAN FRANCISCO DIVISION**

13  | CARNEGIE MELLON UNIVERSITY, | Case No. 3:18-cv-04571-JD |
    |---|---|
14  | Plaintiff, | |
15  | v. | **CMU'S RESPONSES TO DEFENDANTS' OBJECTIONS TO CMU'S EXHIBIT LIST** |
16  | LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC., | |
17  | Defendants. | Pretrial Conference: April 17, 2025 |
18  | | Time: 1:30 p.m. |
    | | Courtroom: 11 |
19  | | |
    | | Hon. James Donato |
20  | | Trial Date: May 5, 2025 |

CMU's specific responses to LSI's objections to CMU's trial exhibit list are set forth in the parties' joint list of opposed trial exhibits. Because of the repetitive nature of LSI's objections to almost all of CMU's trial exhibits, CMU, in addition to the specific responses set forth in the parties' joint list of opposed trial exhibits, incorporates the following responses into the specific responses where applicable.

1. To the extent LSI objects to any exhibits on the basis of a Motion *in Limine*, CMU incorporates all arguments and responses made in its opposition to said motions.

2. To the extent LSI objects on the basis of foundation to any LSI-produced document in this litigation, CMU responds that such document is an LSI business record that is admissible pursuant to Rule 803(6) of the Federal Rules of Evidence and foundation will be established at trial if necessary.

3. To the extent (i) LSI objects on the basis that a document is contrary to a Court order or (ii) CMU's response to an LSI objection is that a document is relevant and/or not unduly prejudicial, CMU incorporates all arguments it made as to the proper scope of the trial in the Joint Pretrial Statement, its Trial Brief, and the other pretrial documents filed concurrently herewith.

4. To the extent LSI objects that a document is "multiple documents," CMU responds that the document reflects how LSI produced the document and/or the document is complete for the purposes for which it is offered.

CMU reserves its right to supplement or modify these responses in light of, among other things, LSI's arguments in support of its objections, any discussions or agreements among the parties prior to trial, the availability (or lack thereof) of witnesses at trial, any of the Court's pretrial rulings and the actual evidence at trial. CMU also reserves its right to offer rebuttal or impeachment exhibits at trial.

| | | |
|---|---|---|
| 1 | Date: April 3, 2025 | Respectfully submitted, |
| 2 | | */s/ Christopher M. Verdini* |
| 3 | | Erik J. Halverson (SBN 333492) |
| | | erik.halverson@klgates.com |
| 4 | | **K&L GATES LLP** |
| | | Four Embarcadero Center, Suite 1200 |
| 5 | | San Francisco, California 94111 |
| | | Tel: (415) 882-8200 |
| 6 | | Fax: (415) 882-8220 |
| 7 | | Patrick J. McElhinny, pro hac vice |
| | | patrick.mcelhinny@klgates.com |
| 8 | | Mark G. Knedeisen, pro hac vice |
| | | mark.knedeisen@klgates.com |
| 9 | | Christopher M. Verdini, pro hac vice |
| | | christopher.verdini@klgates.com |
| 10 | | Anna Shabalov, pro hac vice |
| | | anna.shabalov@klgates.com |
| 11 | | **K&L Gates LLP** |
| | | K&L Gates Center |
| 12 | | 210 Sixth Avenue |
| | | Pittsburgh, Pennsylvania 15222 |
| 13 | | (412) 355-6500 |
| 14 | | Theodore J. Angelis, pro hac vice |
| | | theo.angelis@klgates.com |
| 15 | | **K&L Gates LLP** |
| | | 925 Fourth Avenue, Suite 2900 |
| 16 | | Seattle, WA 98104 |
| | | (206) 623-7580 |
| 17 | | |
| 18 | | *Counsel for Plaintiff* |
| | | *Carnegie Mellon University* |

2