# EXHIBIT 1



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# Transcript of Cecil Macgregor, 30(b)(6)

**Date:** September 18, 2020
**Case:** Carnegie Mellon University -v- LSI Corporation, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

```
1            IN THE UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                   SAN FRANCISCO DIVISION

4


5    CARNEGIE MELLON UNIVERSITY :
                                :
6             Plaintiff,        :
                                :
7    vs.                        : NO.
                                : 3:18-CV-04571-JD
8                                :
     LSI CORPORATION, ET AL.,   :
9                                :
              Defendants.       :
10

11                        - - -

12                 SEPTEMBER 18, 2020

13                        - - -

14    *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*

15

16            Remote videotaped deposition via Zoom

17   of Seagate 30(b)(6) representative

18   CECIL MACGREGOR commencing at 9:30 a.m., on the

19   above date, before Jennifer Billstein-Miller,

20   RMR, CCR-NJ, CRR #30XI00235100 and Notary

21   Public.

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Cecil Macgregor, 30(b)(6)

Conducted on September 18, 2020                     2

```
1    APPEARANCES:

2

3    FOR THE PLAINTIFF:

4    K&L GATES

5    Mark Knedeisen, Esquire

6    K&L Gates Center

7    210 Sixth Avenue

8    Pittsburgh, PA 15222

9    (412) 355-8966

10   mark.knedeisen@klgates.com

11

12

13   FOR THE DEFENDANTS:

14   KING & SPALDING

15   Steven Rizzi, Esquire

16   1185 Avenue of the Americas, 34th Floor

17   New York, NY 10036

18   (212) 556-2269

19   srizzi@kslaw.com

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Cecil Macgregor, 30(b)(6)

Conducted on September 18, 2020                    3

```
1    APPEARANCES (CONTINUED):

2

3    FOR SEAGATE AND THE WITNESS:

4    FAEGRE DRINKER BIDDLE & REATH LLP

5    Calvin Litsey, Esquire

6    2200 Wells Fargo Center

7    90 South Seventh Street

8    Minneapolis, Minnesota 55402

9    (612) 766-8608

10   calvin.litsey@faegredrinker.com

11

12

13

14   ALSO PRESENT:

15   Planet Depo Tech - Jillian Barricelli

16   Videographer - Adam Nudelman

17

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Cecil Macgregor, 30(b)(6)
Conducted on September 18, 2020                    8

| | | |
|---|---|---|
| 1 | CECIL MACGREGOR, after | 10:36:15 |
| 2 | having been first duly sworn, was | 10:36:15 |
| 3 | examined and testified as follows: | 10:36:16 |
| 4 | - - - | 10:36:16 |
| 5 | E X A M I N A T I O N | 10:36:16 |
| 6 | - - - | 10:36:16 |
| 7 | BY MR. KNEDEISEN: | 10:36:30 |
| 8 | Q.    Mr. Macgregor, good morning.  This is | 10:36:30 |
| 9 | Mark Knedeisen.  Can you hear me? | 10:36:33 |
| 10 | A.    Yes, I can. | 10:36:35 |
| 11 | Good morning. | 10:36:36 |
| 12 | Q.    Since we're all remote, where are you | 10:36:36 |
| 13 | located today? | 10:36:38 |
| 14 | A.    I'm in Longmont, Colorado, sitting in | 10:36:39 |
| 15 | my office in Seagate right now. | 10:36:41 |
| 16 | Q.    And is there anybody in your office | 10:36:43 |
| 17 | with you? | 10:36:47 |
| 18 | A.    No. | 10:36:48 |
| 19 | MR. KNEDEISEN:  Okay.  I'd like | 10:36:48 |
| 20 | to bring up Tab 22, which I guess will be | 10:36:51 |
| 21 | Exhibit 1044. | 10:36:54 |
| 22 | PLANET DEPO TECH:  Standby. | 10:36:55 |
| 23 | - - - | 10:36:55 |
| 24 | (Whereupon, Exhibit 1044 was | 10:36:55 |
| 25 | marked for identification.) | 10:36:55 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Cecil Macgregor, 30(b)(6)

Conducted on September 18, 2020                    9

| | | |
|---|---|---|
| 1 | - - - | 10:36:55 |
| 2 | BY MR. KNEDEISEN: | 10:37:05 |
| 3 | Q.   While we wait for that, do I call you | 10:37:35 |
| 4 | Mr. Macgregor, Dr. Macgregor?  Which do you | 10:37:38 |
| 5 | prefer? | 10:37:41 |
| 6 | A.   Mr. Macgregor is fine. | 10:37:41 |
| 7 | Q.   All right.  Mr. Macgregor, | 10:37:42 |
| 8 | Exhibit 1044 is the subpoena that CMU issued to | 10:37:59 |
| 9 | Seagate to testify in this matter. | 10:38:07 |
| 10 | Have you seen Exhibit 1044 | 10:38:09 |
| 11 | before? | 10:38:11 |
| 12 | THE WITNESS:  Can you scroll | 10:38:13 |
| 13 | through the exhibit? | 10:38:14 |
| 14 | Yes.  I have seen this document | 10:38:40 |
| 15 | before, yes. | 10:38:42 |
| 16 | BY MR. KNEDEISEN: | 10:38:42 |
| 17 | Q.   You're here today -- well, you're | 10:38:42 |
| 18 | remotely here today, virtually here today to | 10:38:44 |
| 19 | testify on behalf of Seagate, right? | 10:38:47 |
| 20 | A.   I am. | 10:38:53 |
| 21 | MR. KNEDEISEN:  I want to turn | 10:38:54 |
| 22 | to the second-to-last page of this | 10:38:55 |
| 23 | document, where the deposition topics are. | 10:38:57 |
| 24 | BY MR. KNEDEISEN: | 10:39:04 |
| 25 | Q.   Do you understand that you're | 10:39:05 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Cecil Macgregor, 30(b)(6)
Conducted on September 18, 2020                    10

| | | |
|---|---|---|
| 1 | designated to testify on five topics listed on | 10:39:05 |
| 2 | this page, and there's a sixth topic on the | 10:39:11 |
| 3 | next page? | 10:39:13 |
| 4 | A.   Yes, I am. | 10:39:19 |
| 5 | Q.   So how did you prepare for today's | 10:39:19 |
| 6 | deposition? | 10:39:21 |
| 7 | A.   Initially we had a series of meetings | 10:39:27 |
| 8 | with the Seagate external lawyers.  And they | 10:39:30 |
| 9 | would advise me as to how I had to prepare.  We | 10:39:37 |
| 10 | selected a series of people that I needed to | 10:39:42 |
| 11 | interview; and I performed those interviews. | 10:39:49 |
| 12 | They provided me with a set of documents that | 10:39:52 |
| 13 | they suggested I review; and I reviewed those | 10:39:56 |
| 14 | documents.  In addition, I am counting on my | 10:40:00 |
| 15 | own prior experience in the matter. | 10:40:06 |
| 16 | Q.   Okay.  That's a good intro. | 10:40:10 |
| 17 | What is your prior experience in | 10:40:13 |
| 18 | this matter?  If I can be more direct, you | 10:40:14 |
| 19 | presently work for Seagate, correct? | 10:40:18 |
| 20 | A.   I do. | 10:40:19 |
| 21 | Q.   And for how long have you worked at | 10:40:20 |
| 22 | Seagate? | 10:40:22 |
| 23 | A.   Almost 16 years. | 10:40:23 |
| 24 | Q.   And before your employment at | 10:40:27 |
| 25 | Seagate, where did you work? | 10:40:31 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Cecil Macgregor, 30(b)(6)

Conducted on September 18, 2020                    11

| | | |
|---|---|---|
| 1 | A.    Before Seagate I worked at | 10:40:35 |
| 2 | Maxtor Corporation. | 10:40:41 |
| 3 | Q.    For how long -- I'm sorry. | 10:40:45 |
| 4 | A.    Yeah, I worked at Maxtor Corporation. | 10:40:46 |
| 5 | Q.    And for how long did you work at | 10:40:46 |
| 6 | Maxtor? | 10:40:49 |
| 7 | A.    About nine years. | 10:40:59 |
| 8 | Q.    Did Seagate acquire Maxtor? | 10:40:59 |
| 9 | A.    Seagate did acquire Maxtor, yes. | 10:41:03 |
| 10 | Q.    Was that why you went from Maxtor to | 10:41:05 |
| 11 | Seagate in approximately 2004? | 10:41:08 |
| 12 | A.    No.  I moved to Seagate on my own | 10:41:11 |
| 13 | accord in 2004. | 10:41:16 |
| 14 | Q.    When did Seagate acquire Maxtor? | 10:41:21 |
| 15 | A.    In spring of 2006. | 10:41:24 |
| 16 | Q.    And what's your present position at | 10:41:36 |
| 17 | Seagate? | 10:41:39 |
| 18 | A.    I'm vice president of engineering in | 10:41:40 |
| 19 | charge of VLSI development.  It's four letters. | 10:41:43 |
| 20 | We say it is VLSI, or Victor Lima Sierra India. | 10:42:00 |
| 21 | Q.    And have you always worked in the | 10:42:03 |
| 22 | engineering department at Seagate? | 10:42:06 |
| 23 | A.    Yes. | 10:42:09 |
| 24 | Q.    I'm going to turn Topic 1 there in | 10:42:16 |
| 25 | the deposition topics.  It says: | 10:42:19 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Cecil Macgregor, 30(b)(6)

Conducted on September 18, 2020                    92

| | | |
|---|---|---|
| 1 | you mean engaging on purchasing and ordering | 01:16:48 |
| 2 | read channels from the defendants? | 01:16:58 |
| 3 | MR. RIZZI:  Object to form. | 01:17:00 |
| 4 | THE WITNESS:  I assume that it's | 01:17:05 |
| 5 | contained amongst other topics. | 01:17:06 |
| 6 | BY MR. KNEDEISEN: | 01:17:12 |
| 7 | Q.   Do you know if Seagate ever issues | 01:17:45 |
| 8 | quotations or requirements specifications to | 01:17:47 |
| 9 | its SoC suppliers? | 01:17:50 |
| 10 | MR. RIZZI:  Object to form. | 01:17:55 |
| 11 | MR. LITSEY:  Form.  Vague. | 01:17:56 |
| 12 | THE WITNESS:  Generally, no, I | 01:18:22 |
| 13 | don't believe so. | 01:18:24 |
| 14 | BY MR. KNEDEISEN: | 01:18:25 |
| 15 | Q.   When -- if Seagate wanted to solicit | 01:18:31 |
| 16 | a new SoC design from its SoC suppliers, what | 01:18:34 |
| 17 | would the first step be in the process? | 01:18:41 |
| 18 | MR. RIZZI:  Object to form. | 01:18:48 |
| 19 | MR. LITSEY:  Object to the form | 01:18:49 |
| 20 | and also object as outside the scope of | 01:18:49 |
| 21 | the 30(b)(6) topics. | 01:18:52 |
| 22 | THE WITNESS:  We typically did | 01:19:12 |
| 23 | not operate that way with | 01:19:13 |
| 24 | Avago/LSI/Broadcom because we had an | 01:19:16 |
| 25 | ongoing relationship with them.  So we | 01:19:22 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Cecil Macgregor, 30(b)(6)

Conducted on September 18, 2020                    93

| | | |
|---|---|---|
| 1 | would work kind of continuously on the | 01:19:29 |
| 2 | current SoC and then start engaging on the | 01:19:36 |
| 3 | next SoC. | 01:19:41 |
| 4 | BY MR. KNEDEISEN: | 01:19:42 |
| 5 | Q.   Are you familiar with the term | 01:19:51 |
| 6 | "design award letter"? | 01:19:52 |
| 7 | A.   Yes. | 01:19:57 |
| 8 | Q.   Do you know what -- what is a design | 01:19:57 |
| 9 | award letter? | 01:19:59 |
| 10 | MR. RIZZI:  Object to the form. | 01:20:03 |
| 11 | THE WITNESS:  It would inform | 01:20:08 |
| 12 | the supplier that Seagate has formally | 01:20:11 |
| 13 | decided to use their product in | 01:20:18 |
| 14 | production. | 01:20:24 |
| 15 | BY MR. KNEDEISEN: | 01:20:27 |
| 16 | Q.   So as we saw in some of the prior -- | 01:20:28 |
| 17 | or at least one of those prior exhibits, some | 01:20:29 |
| 18 | LSI custom channel macros were included in some | 01:20:34 |
| 19 | Seagate SoCs. | 01:20:39 |
| 20 | So would there be a design award | 01:20:41 |
| 21 | letter for each of those defendant read | 01:20:43 |
| 22 | channels? | 01:20:48 |
| 23 | MR. RIZZI:  Object to the form. | 01:20:50 |
| 24 | MR. LITSEY:  Object to the form. | 01:20:51 |
| 25 | It's vague and outside the scope of the | 01:20:52 |