1  Kirk D. Dillman (SBN 110486)
   kdillman@mckoolsmith.com
2  **MCKOOL SMITH, P.C.**
   300 South Grand Avenue, Suite 2900
3  Los Angeles, California 90071
   Telephone:   (213) 694-1200
4  Facsimile:   (213) 694-1234

5  Steven Rizzi (*pro hac vice*)
   srizzi@McKoolSmith.com
6  Ramy E. Hanna (*pro hac vice*)
   rhanna@McKoolSmith.com
7  **MCKOOL SMITH, P.C.**
   1301 Avenue of the Americas, 32nd Floor
8  New York, New York 10019
   Telephone:   (212) 402-9400
9  Facsimile:   (212) 402-9444

10
11 **COUNSEL FOR DEFENDANTS
   LSI CORPORATION and AVAGO
   TECHNOLOGIES U.S. INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,<br><br>           Plaintiff,<br><br>      v.<br><br>LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.,<br><br>           Defendants. | Case No. 3:18-cv-04571-JD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL (D.I. 275)** |

After full consideration of Plaintiff Carnegie Mellon University's ("CMU") Administrative Motion to Consider Whether Another Party's Material Should be Sealed (D.I. 275) and the Declaration of Steven Rizzi in support thereof, the Court finds good cause exists to seal certain portions of CMU's Trial Brief and attached exhibits as follows:

| Document | Portion(s) Sought to File Under Seal | Reasons for Sealing | Designating Party | Citation From Verdini Declaration (D.I. 275-1) and Rizzi Declaration |
|---|---|---|---|---|
| D.I. 276 CMU's Trial Brief | Highlighted portion on page 2, line 4 | The highlighted portion on page 2 contains the number of non-covered SoCs sold to LSI customers—Toshiba and Western Digital—during the damages period. | Defendants | Verdini Declaration ¶ 6<br>Rizzi Declaration ¶ 6 |
| D.I. 276 CMU's Trial Brief | Highlighted portion on page 4, line 12 | The highlighted portion on page 2 contains the number of non-covered SoC's during the damages period. | Defendants | Verdini Declaration ¶ 6<br>Rizzi Declaration ¶ 6 |
| D.I. 276 CMU's Trial Brief | Highlighted portion on page 6, lines 26-28. | The highlighted portion reveals specific competitively | Defendants | Verdini Declaration ¶ 6<br>Rizzi Declaration ¶ 7 |

| | | | | | |
|---|---|---|---|---|---|
| | | | sensitive read channel architecture details | | |
| | D.I. 276 CMU's Trial Brief | Highlighted portion on page 7, lines 1-3. | Highlighted portion discloses competitively sensitive details of potential aspects of LSI's research and development process | Defendants | Verdini Declaration ¶ 6<br>Rizzi Declaration ¶ 8 |
| | D.I. 276 CMU's Trial Brief | Highlighted screenshot on page 7, lines 5-12. | The highlighted screenshots entail two different slides revealing competitively sensitive information pertaining to simulations for specific LSI customers (e.g. HGST, Toshiba). | Defendants | Verdini Declaration ¶ 6<br>Rizzi Declaration ¶ 9 |
| | D.I. 276 CMU's Trial Brief | Highlighted screenshot on page 7, lines 13-20. | The highlighted screenshots entail two different slides revealing competitively sensitive architecture information | Defendants | Verdini Declaration ¶ 6<br>Rizzi Declaration ¶ 10 |

3

| | | | | |
|---|---|---|---|---|
| | | pertaining to technology developed at LSI. | | |
| D.I. 276 CMU's Trial Brief | Highlighted screenshot on page 7, lines 4-18. | The highlighted screenshots entail two different slides revealing competitively sensitive architecture information pertaining to technology developed at LSI. | Defendants | Verdini Declaration ¶ 6<br><br>Rizzi Declaration ¶ 11 |
| D.I. 276-1 Exhibit 1 | Highlighted portion at 211:14-20, 212:4 | Ex. 1 at 211:14-20 contains the number of non-covered SoC's sold to LSI customers during the damages period. Ex. 1 at 212:4 includes an approximation of the number of non-covered SoCs sold. | Defendants | Verdini Declaration ¶ 7<br><br>Rizzi Declaration ¶ 13 |
| D.I. 276-2 Exhibit 2 | Highlighted portions of Schedule 2.3 and notes | Highlighted portions of Schedule 2.3 contain non-public, competitively | Defendants | Verdini Declaration ¶ 8<br><br>Rizzi Declaration ¶ 13 |

| | | | | |
|---|---|---|---|---|
| | | sensitive information including the number of SoCs sold during the damages period, percentage of total sales that the sales to each customer represents, and details of LSI's internal database tracking same. | | |
| D.I. 276-3 Exhibit 3 | Highlighted portions at pages 93-100, 158-160 | Highlighted portions describe competitively sensitive architecture information. | Defendants | Verdini Declaration ¶ 9  Rizzi Declaration ¶ 14 |
| D.I. 276-4 Exhibit 4 | Highlighted portions on pages 97-102, 104 | Highlighted portions describe competitively sensitive details of simulator functions and read channel architectures | Defendants | Verdini Declaration ¶ 10  Rizzi Declaration ¶ 15 |
| D.I. 276-5 Exhibit 5 | Highlighted portions on pages 46-47, 173-174 | Highlighted portions on pages 46-7 reveal specific research and development | Defendants | Verdini Declaration ¶ 11  Rizzi Declaration ¶ 16 |

| | | | | |
|---|---|---|---|---|
| | | practices; highlighted portion on pages 173-174 include specific non-public terms in a response to request for quotation from Seagate | | |
| D.I. 276-6 Exhibit 6 | Ex. 6 at 138-48. | Highlighted portions on pages 138-47 reveals commercially sensitive information pertaining to LSI's business policies with specific customers. | Defendants | Verdini Declaration ¶ 12 Rizzi Declaration ¶ 17 |
| D.I. 276-7 Exhibit 7 | Ex.7 in its entirety | Ex.7 is an excerpted product specification that describes specific competitively sensitive read channel architectures in detail. | Defendants | Verdini Declaration ¶ 13 Rizzi Declaration ¶ 18 |
| D.I. 276-8 Exhibit 8 | Highlighted portion at -083 | Ex. 8 at -083 includes competitively sensitive architecture information | Defendants | Verdini Declaration ¶ 14 Rizzi Declaration ¶ 19 |

THEREFORE, IT IS HEREBY ORDERED that CMU's Administrative Motion to Consider Whether Another Party's Material Should be Sealed is GRANTED. The Clerk of Court shall file under seal the materials identified in the foregoing chart.

IT IS SO ORDERED.

DATED: _____, 2025         By: _____

                                                  Hon. James Donato
                                                  U.S. District Court Judge