PUBLIC VERSION

# EXHIBIT 2

*Privileged and Confidential - Attorneys' Eyes Only*

*Carnegie Mellon University v. LSI Corp., Avago*

**PUBLIC VERSION**

**Lawton Schedule 2.3**
**Royalty Base by Customer by Location**



*Notes and Sources*

[1] Analysis includes records with dates from September 1, 2011 through April 3, 2018 based on "SSD / Invoice Date" field in Appendix A and "Actual Billing Date (yyyymmdd)" in
[2] For Appendix A, units sum the amounts in the "Txn Qty" field for the customer identified in "Dmd Creation Cust" where an Accused Read channel is recorded in "Read Channel."
   For Appendix B, units sum the amounts in "Total Revenue Qty" for the customer identified in "Ww Customer Name" where an Accused Read channels is recorded in "Read Channel."
[3] U.S. (Ordering Location of Customer) multiplies worldwide units by LSI's "North America" share of revenues as reported in LSI's public filings, which LSI reports as being "primarily the United States"; LSI 2012 10-K, p.25, LSI 2013 10-K, p.28, 2014 and later are based on 2013 share.
[4] U.S. (Ship to U.S. Only) units are identified in Appendix A based on the field "Ship to Country" and in Appendix B based on the field "Ship To Cust Country Code".
[5] U.S. (Incremental Sold to U.S. Only) units are identified in LSI's sales data Appendix A based on the field "Bill to Country" and in Appendix B based on the field "Sold to Customer Country Code". For this category, I only count those units that are incremental to, (i.e., additive to), the U.S. "Ship to" category, meaning that "Ship to" is not identified with a U.S. location.
[6] Now including only records when they have non-zero dates from September 1, 2011 through April 3, 2018 are included based on the "SSD / Invoice Date" field in Appendix A and "Actual Billing Date (yyyymmdd)" in Appendix B.
[7] Now including only records where "Read Channel" in App A and B contains an accused LSI read channel.
   About ▮▮▮▮ are now excluded.
   About ▮▮▮▮ e now excluded. ▮
[8] Now defining design win customer based on "Dmd Creation Cust" in App A and, as before, "Ww CustomerName" in App B.
[9] Some device codes appear to be accounting entries and are not included in this analysis.

[A] This table summarizes sales information produced by LSI in the following files: Revised PLR 3-4 Disclosure Appendix B - HIGHLY CONFIDENTIAL - ATTORNEYS'....xlsx and HC_AEO_2nd_Revised PLR 3-4 Appendix A.xlsx, (herein "Appendix B" and "Appendix A").