PUBLIC VERSION

# EXHIBIT 3



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Transcript of Bruce Wilson, Ph.D.

**Date:** December 10, 2019
**Case:** Carnegie Mellon University -v- LSI Corporation, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
_____________________________x
CARNEGIE MELLON UNIVERSITY, :
Plaintiff, :
v. : Case No.
LSI CORPORATION and AVAGO : 3:18-cv-04571-JD
TECHNOLOGIES U.S., INC., :
Defendants. :
_____________________________x

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

VIDEO DEPOSITION OF BRUCE WILSON, Ph.D.
PALO ALTO, CALIFORNIA
TUESDAY, December 10, 2019
9:34 A.M.

Job No. 274637
Pages 1 - 299
Reported by: Anne M. Torreano, CSR, RPR, CCRR, CLR

2

Videotaped deposition of BRUCE WILSON, Ph.d., held at the offices of:

K&L GATES, LLP
620 Hansen Way
Palo Alto, California 94304
650.798.6700

Pursuant to Notice, before Anne M. Torreano, California Certified Shorthand Reporter #10520, Registered Professional Reporter, California Certified Realtime Reporter, Certified LiveNote Reporter.

3

A P P E A R A N C E S

FOR THE PLAINTIFF:
K&L GATES, LLP
BY: CHRISTOPHER M. VERDINI
BY: Mark G. KNEDEISEN
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
412.355.6500
christopher.verdini@klgates.com
mark.knedeisen@klgates.com

FOR THE DEFENDANTS:
KING & SPALDING LLP
BY: STEVEN J. RIZZI
1185 Avenue of the Americas, 34th Floor
New York, New York 10036
212.556.2269
srizzi@kslaw.com

ALSO PRESENT:
JOHN TORREANO, videographer

4

EXAMINATION INDEX

| BRUCE WILSON, Ph.D. | PAGE |
|---|---|
| BY ATTORNEY VERDINI | 12 |

EXHIBIT INDEX

| DEPOSITION | | PAGE |
|---|---|---|
| EXHIBIT 240 | Declaration of Bruce Wilson in support of Defendants' Motion for Partial Summary Judgment of Noninfringement Based on Implied License ("Have Made" Rights) | 42 |
| EXHIBIT 241 | PowerPoint: "Read Channel Architecture, Yuan Xing Lee Staff Face-to-Face Meeting, San Jose California, June 4th, 2013" (LSI-04571-0215258-0215318) | 65 |

(CONTINUED ON THE NEXT PAGE)

THE WITNESS: Can you ask that with respect to a specific architecture?
BY ATTORNEY VERDINI:
Q. Has there ever been an LSI architecture that has not been simulated before being proposed to a customer?
ATTORNEY RIZZI: Object to the form.
THE WITNESS: The -- since I joined in 2011, I cannot think of any read channel architecture that's been proposed to a customer before being simulated.
BY ATTORNEY VERDINI:
Q. In paragraph 13 of Exhibit 240, you refer to a blackbox. A blackbox is C code that LSI creates; is that correct?
**A. I have to say no just because of the way you asked the question. Maybe try with a little bit different language.**
Q. So what -- what is a blackbox?
**A. So a blackbox is a --**
ATTORNEY RIZZI: Object to the form.
Go ahead.
THE WITNESS: So generally speaking, a blackbox -- you know, in engineering, when people refer to blackbox, they mean some sort of a -- a

module where you understand what goes in and you understand what goes out. You understand the behavior of the module, but you don't -- you don't know what's inside it.
BY ATTORNEY VERDINI:
Q. And in paragraph 13, you wrote that, "Defendants provide code to Seagate to conduct its own simulation," and you referred to that as a blackbox; is that correct?
**A. Yes, that's right.**
Q. And the code that LSI provides to -- well, strike that.
LSI provides code for all of its customers; is that correct? Is that -- it's not unique to Seagate.
**A. Oh, it's not unique --**
ATTORNEY RIZZI: Object to the form.
THE WITNESS: Let me just say it's not unique to Seagate. I don't know that I would say we provide code to all our customers, but it's not unique to Seagate.
BY ATTORNEY VERDINI:
Q. And that code is designed to mimic a feature of the read channel architecture; is that correct?

**A. Yes, that's correct.**
Q. Does LSI use that same code to run its simulations?
ATTORNEY RIZZI: Object to the form.
THE WITNESS: We -- we routinely test the blackbox before we deliver to customers to make sure that it's doing what we think it's doing. That's the principal way that we would -- what was your language? -- run a simulation using the same blackbox code.
BY ATTORNEY VERDINI:
Q. In paragraph 14 of Exhibit 240, you are -- you switch from Seagate to HGST; correct?
**A. Yes, right.**
Q. In the first sentence you say it's generally the same process, but in the second sentence you say, "HGST works closely with Defendants to customize all aspects of the SoCs, including the read channels that Defendants developed for HGST."
Do you see that?
**A. I see that.**
Q. What is the distinction you are making between what is done for Seagate and what is done for HGST?

**A. So -- so broadly speaking, the read channel functionality inside the SoC product that we make for customers is composed of several different groups of functions. One -- one that we will probably talk about a lot today is the detector.**
**There's also analog block. There are the blocks related to providing information for the server mechanical system. There are blocks relating to functions that are used in manufacturing, for example, for finding defects. And we provide all of those blocks both to Seagate and HGST.**
**There is -- there is one block which, even though it is normally considered to be part of the read channel and not a part of some other subsystem within the SoC that Seagate makes itself and doesn't -- and tries very hard not to tell us anything about it, and it's the error correction block, the so-called low-density parity check code.**
THE REPORTER: I'm sorry. "The so-called" --
THE WITNESS: Oh, low-density parity check.
And so that's really the distinction I'm trying to make between Seagate and HGST.
BY ATTORNEY VERDINI:
Q. And in paragraphs 16 and 17, again, you

93

Q. In the second bullet point, you refer to the solution for data-dependent noise. Is that at this time Avago's solution that you're describing?
ATTORNEY RIZZI: Object to the form.
THE WITNESS: So the approach described here [redacted], this is a solution which is integrated into some SoCs that we've made for customers. I think to answer your question more precisely, it would be better if you just name products, and I can maybe address that.
BY ATTORNEY VERDINI:
Q. So in the second bullet point you write, [redacted]
**A. Yes, right.**
Q. And then the first subbullet says, [redacted]
**A. Right.**
Q. [redacted]
**A. Yes.**
Q. [redacted]

94

**A. Right.**
Q. And what is nonlinearity?
**A. So if you go back to the picture of the little overlapping pulses, the suggestion there is that the readback signal that you observed is the linear sum -- or sometimes called linear superposition -- of those overlapping pulses.**
**And so to the extent that the readback signal cannot accurately be described by that kind of linear sum of pulses, then that represents nonlinearity. And there are a number of phenomenon that can contribute to nonlinearity.**
[redacted]
ATTORNEY RIZZI: Object to the form.
THE WITNESS: Is there any way we can do this where you just, like, give me a list of read channel architectures and --
BY ATTORNEY VERDINI:
Q. So let me ask -- let me do it this way: I'll do it by generation --
**A. Okay.**
Q. -- and you can tell me if right or wrong and why.

95

So to your understanding, does the Redtail have a [redacted]
ATTORNEY RIZZI: Object to the form.
THE WITNESS: Redtail, no.
BY ATTORNEY VERDINI:
Q. Does the Copperhead generation of read channel architecture for -- strike that.
Does the Copperhead generation of read channel architecture [redacted]
**A. Yes.**
Q. Does the Anaconda read channel architecture have, [redacted]
**A. Yes.**
Q. Same question with respect to Mamba.
**A. Yes.**
Q. McLaren?
**A. Yes.**
Q. And Spyder?
**A. Yes.**
Q. What about Lotus?
**A. Oh, yes.**

96

Q. Are there any generations currently that are -- that do not have a -- [redacted]
**A. So there -- I'm assuming that the Redtail -- Redtail is, like, gone; right? We don't sell anymore of those. So I think the answer is no.**
**The only minor complication is that the -- if you have a read channel architecture that supports -- has sufficient circuitry that you can [redacted] if the customer wishes to configure it that way.**
Q. Do you know of any customer that configures the read channel architecture to [redacted]?
**A. I don't.**
Q. Why is using a -- strike that.
[redacted]
ATTORNEY RIZZI: Object to the form.
THE WITNESS: [redacted]

97

[redacted]

98

Q. And that ultimately improves the accuracy of the data that's read from the disk?
ATTORNEY RIZZI: Object to the form.
THE WITNESS: It leads to a detector that produces a low error rate and higher quality likelihood ratio.
BY ATTORNEY VERDINI:
Q. And that's good for a company like LSI; correct?
ATTORNEY RIZZI: Object to the form.
BY ATTORNEY VERDINI:
Q. That's the goal.
**A. It's certainly desirable to have a detector with lower error rate and higher quality likelihood ratios.**
(DEPOSITION EXHIBIT 245 MARKED.)
BY ATTORNEY VERDINI:
Q. Hand you what we'll mark as Exhibit 245. Exhibit 245 is an email from Dr. Yang dated July 28th, 2017, produced at LSI-0760623, and includes a PowerPoint presentation that runs through 0760644.
**A. Okay. So it's a very old presentation; right? The presentation at the time the email is written was nine or ten years old.**

99

Q. So you read my first question.
**A. Oh.**
Q. Why in July of 2017, was Dr. Yang sending you a presentation from January of 2008?
ATTORNEY RIZZI: Object to the form.
THE WITNESS: I don't recall. Was this in response to an email I sent him? Do you know?
BY ATTORNEY VERDINI:
Q. This is how we got it, just as attached. I don't know if it preceded a conversation you may have had with Dr. Yang.
**A. What's the date of this thing?**
Q. 2015.
**A. Okay. So you probably want me to refer to those; right?**
Q. No.
**A. I don't know.**
Q. Okay. This presentation -- I want to walk through the PowerPoint presentation --
**A. Yeah.**
Q. -- that's dated January 22nd, 2008 and is entitled [redacted] ESG Presentation Part 1."
**A. Got it, yeah.**
Q. Do you know what the reference to "ESG" is?

100

**A. Yeah, it's interesting. It's definitely a business unit, I'm guessing. Enterprise solutions group, possibly. So it's -- I don't know if this is a customer presentation. It could -- this could also be a presentation -- tutorial prepared for customers.**
Q. Did you -- did you -- do you recall doing anything with this presentation after Dr. Yang sent it to you in July of 2017?
**A. I don't. I don't have any recollection, unfortunately, of what led to us exchanging this document.**
Q. If you turn to slide 2, which is the outline --
**A. Yep.**
Q. -- the second bullet point is entitled "Review of [redacted]," and the third subbullet point is "[redacted]
**A. Got it.**
Q. Do you have an understanding of what Dr. Yang was referring to there?
ATTORNEY RIZZI: Object to the form.
THE WITNESS: I know what I understand [redacted]" to mean.

reduce power.

And so that's one example where, you know, nobody would have said SNR is the biggest differentiator. They would have said we've got to get power down. You know, if we have to give up on SNR, so be it. But that was a different point in time. Right?

So at different points -- I mean, I think with any product -- you know, if you're making trucks, you know, you're worried about torque one year, you're maybe worried about fuel efficiency the next year, crash safety the next -- you know, whatever is the hot-button topic. But I can -- I can testify that August 8th, 2012, that was the hot-button topic.

BY ATTORNEY VERBINI:

Q. And do you know why it was the hot-button topic?

**A. It was the hot-button topic because I think, in particular at WD, we were trying to win their business, and they were making the claim that our SNR performance wasn't as good as the competition.**

Q. And "the competition" refers to Marvell?

**A. It does, yeah.**

Q. On slide 2, the second bullet point says, "Collaborate amongst apps & Arch teams to optimize customer experience."

**A. Right.**

Q. What does that mean?

ATTORNEY RIZZI: Object to form.

THE WITNESS: So it means -- I think it means that another hot-button topic here is that there was a somewhat antagonistic relationship between architecture and applications at that point in time, where, you know, the applications team would look at us and say, "You guys make a part that's impossible for anybody to use, and we have to go to the customer and help them use it, but it's just impossible."

And then we would turn to them and say, "No, we make these really good parts, and you don't know how to get the best performance out of them, and you're making us look bad in front of the customer." And so that message is, "Hey, guys, we're all on the same team; quit bickering about it. And if we can't deliver the performance, you're both in trouble," you know. That's the message there.

BY ATTORNEY VERDINI:

Q. If you turn to slide 3 --

**A. Okay.**

Q. -- slide 3, are you familiar with the references here to PRS1, 2, 3, and sample delivery?

**A. I am.**

Q. And what is that -- what does -- what do those categories try to describe?

**A. Yeah, so these are checkpoints, and PRS1, PRS2, PRS3 are a checkpoint. And there are additional checkpoints later, like, as you get more into the new product integration phase.**

**"PRS" stands for product -- "product readiness status" or something like that. And each one of these is associated with an executive meeting where everybody in the room has to say, "Yeah, let's go forward," you know. So having said that, I've never been in one of these meetings where they didn't get the green light. So usually any issues are fleshed out ahead of the meeting.**

Q. So in PRS1, the last -- and at the bottom -- and this is for "Opportunities For Improvement" -- it references "Blackbox delivery needed."

Why is blackbox delivery needed in the PRS1 time frame?

**A. Because -- because at this point in time,**

**SNR was a big concern. The -- our customer was looking at the silicon that was presently available, and they were evaluating performance on the bench, and they perceived a performance shortfall relative to Marvell.**

**And so we would come to them and say, "We're going to make all these improvements, and the next generation is going to be way better," and so -- "but, you know, we'd like you to just go ahead and agree to let us make your SoC because we promise it's going to be better." Right?**

**And then they would say, "Well, you know, show me something" -- "show me some data so I can make a data-driven decision." And not only that, you know, but we could show them the data, but they would say, "Well, we need to be able to validate your data by generating it ourselves." And so that's why they needed blackbox delivery.**

**Blackbox delivery is not a formal requirement of the PRS1 checkpoint list. Again, this is just a reflection of where we were at this point in time.**

Q. You've mentioned design guides?

**A. Yeah.**

Q. Where in the -- is a design guide already

125

Q. If you turn to slide 19, this slide's entitled "Arch & App Pre-Silicon Engagement Needed." And you already talked a little bit on that.
On "SNR Enhancements/Features" bullet point, do you see that?
**A. Yes.**
Q. The second bullet point is "Training for SNR gains & recommend register settings to achieve gains."
**A. Yeah.**
Q. The "recommend register settings," is that for the customer?
ATTORNEY RIZZI: Object to form.
THE WITNESS: Ultimately, it's for the customer. What the applications team here is asking is they want to know, before the silicon is available, what they should be doing in order to get the best performance out of it. They don't want to be waiting. You know, the customer is looking to them, as the applications team, to help them get the best performance out of the part, but they -- they don't know because the architecture team never told them. They want to avoid that.
BY ATTORNEY VERDINI:
Q. And the last bullet point, what does it

126

mean to provide initial settings file with, "set & forget," "zone," and "zone & zone/head parameters"?
Do you know?
**A. Yeah. So -- so, you know, you probably know a hard disk drive is multiple disks which refers to heads, and a hundred thousand, two hundred thousand tracks. Right? As the head moves across the surface, as it moves toward the ID, the data rate changes in order to keep the density on the disk more or less the same. So as the -- you move towards the spindle, the speed of the disk slows down, and you have to lower the data rate.**
**So what they do is they divide the disk up into zones. Within a zone, they keep constant frequency. And there could be 20 or 40 or something zones on the surface of the disk. So you can imagine as you switch from one zone to another, the frequency will certainly change, and there may be other parameters that have to change as a consequence of the frequency changing. And so those would be the zone parameters.**
**The language here is being used very, very loosely. Right? "Set & forget" means the whole drive -- in fact, maybe every drive in the whole product line is all set the same. Right? "Zone" is**

127

**something that has to change from zone to zone. Mostly it's a consequence of changing frequency. And "zone" and "head parameters" means that it's not just the frequency, that, you know, there's something else about the head that has to be trained.**
**For example, the equalizer tap values would have to be trained on a per-zone, per-head basis.**
Q. Turn to the next slide. This is entitled "Arch & Apps Post-Silicon Engagement Needed."
Why are -- was there engagement needed post-silicon -- silicon from the architecture and applications team?
ATTORNEY RIZZI: Object to the form.
THE WITNESS: Yeah, so they're saying that if there are problems with the customer, then the architecture and applications team have to work together to solve the customer's problems. We can't just point at them and say they're no good, and they can't point at us and say we made bad parts.
BY ATTORNEY VERDINI:
Q. The second bullet point says, "Apps need to prove gains at customer sites"; is that accurate?
ATTORNEY RIZZI: Object to form.
THE WITNESS: Yeah. Yeah.

128

BY ATTORNEY VERDINI:
Q. So --
**A. It's true that one of the core responsibilities of the apps team is to help our customers get the best out of the part, best performance, best power, best data rate capability, whatever it is.**
**And at the point -- this point in time in 2012, a core requirement of the customer was to see that our SNR performance was competitive with Marvell's. And so that's what they need to do. They need to prove that our performance has improved, we have a performance gain since the previous generation of the part.**
**BY ATTORNEY VERDINI:**
Q. And is that the case from the time that you joined LSI till now?
ATTORNEY RIZZI: Object to form.
THE WITNESS: I was going say "no" because -- can you ask me a more specific question?
BY ATTORNEY VERDINI:
Q. So you said that was accurate in 2012?
**A. Yes.**
Q. Was it accurate in 2011 when you joined?
**A. It was.**

141

**frozen before the design is frozen [sic].**
Q. Because the design is using the -- the design team is using the architecture --
**A. Yeah, or if the design team is implementing the architecture. Right?**
Q. And at the bottom you have, "Business Milestone Schedule Driven By Customer Engagement and Engineering Milestones Driven By Tapeout Date"?
**A. Right.**
Q. What's the difference between business milestones and engineering milestones, in your mind?
**A. Well, PRS1 and PRS2 are business milestones.**
Q. So what does it mean to be a business milestone versus an engineering milestone?
**A. Well, first of all, let me just say, this distinction between a business milestone and an engineering milestone, it's not something that comes up a lot. I mean, I used it here to try to illustrate a point, I guess.**
**But, you know, the RFQ and the -- you know, response from the customer where they agree to engage with us, those are clearly business milestones. Right? Tapeout, engineering milestone. Architecture freeze, engineering milestone. So ...**

142

Q. If you turn to slide 28, it's entitled "Blackbox Critical for Customer Decisions."
**A. Got it.**
Q. And so that -- this slide is consistent with your previous testimony at this time that having a blackbox was important for customers in deciding to award designs to LSI?
ATTORNEY RIZZI: Object to form.
THE WITNESS: Specifically in this time frame, 2012, yeah.
BY ATTORNEY VERDINI:
Q. If you turn to slide 30 --
**A. Got it.**
Q. -- slide -- or bullet point 2 says, "This blackbox is a reliable indicator of read channel performance."
That's -- is that an accurate statement of the purpose of a blackbox?
ATTORNEY RIZZI: Object to the form.
THE WITNESS: Yeah, so the intention of the blackbox is that it should -- it should have the same behavior as the silicon that they will get later. The -- so the blackbox reliably indicates what the read channel will do. Until you're getting a good performance to implement, you still have to

143

put the right input into the blackbox. Like, whatever waveforms go in there have to be representative of the way that the read channel will ultimately be used.
But certainly, yeah, the blackbox is supposed to be a reliable indicator of what the read channel will do.
BY ATTORNEY VERBINI:
Q. And then the second subbullet point, what does it mean to "verify gains using customer recommended test conditions prior to blackbox delivery"?
**A. Oh. So the recording system can be characterized by a number of parameters. We talked earlier about intersymbol interference. So there's a measure of the degree of intersymbol interference. It's often referred to as, like, density measurement. Like, the more -- the greater the density number, the more intersymbol interference there is.**
**There's also different measures of signal-to-noise ratio. And also, the noise itself. We mentioned, for example, there can be data-dependent noise. Well, there's -- there's many different forms of noise.**

144

**So all of those we -- we ask our customers for guidance of, you know, what density they think they're going to be operating at, what SNR do they think they're going to be operating at, what's the relative amounts of, you know, electronics noise versus stationary media noise versus, you know, data-dependent media noise.**
**And so the point here is that, you know, we should ensure that we are always matched to what our customers' expectations are when we fulfill these simulations.**
Q. Separate from this slide deck -- and then we'll take a break -- are you familiar with the term "GDS file"?
**A. Yes.**
Q. What is a GDS file?
**A. I don't know what it stands for, but it's -- it's the file format that we send to the fab that allows them to make the masks.**
Q. And does that get transmitted to -- are you familiar with TSMC?
**A. Absolutely.**
Q. Does that get transmitted to TSM's [sic] facility in California?
ATTORNEY RIZZI: Object to the form.

157

**development --**
Q. And so this training plan with the reference to Longmont is taking place -- is at least intended to take place in Longmont; correct?
ATTORNEY RIZZI: Object to the form.
THE WITNESS: I mean, that's how I would interpret this page. And also, if you look at the second column, you can see some of the sessions are taking place at the LSI facility, and some are taking place at the Seagate facility.
BY ATTORNEY VERDINI:
Q. If you turn to slide 7, it's entitled "LSI SRC Gain: By feature"?
**A. Yeah.**
Q. What is the reference to "SRC gain"?
**A. So as we mentioned earlier, Seagate have their own LDPC solution. So the SoC that we make for Seagate contains less read channel IP than the SoC we make for, for example, HGST or WDC.**
**So what would be, like, a single logical unit in the SoC that we make for WD or HGST would be the read channel. In Seagate, it's two logical units. There's the SRC, which contains our functions for the read channel, and the SID, which contains the LDPC coder. That -- so the SID is**

158

**designed --**
Q. "SID," you're saying S-I-D; right?
**A. Yeah. And I think that stands for "Seagate Iterative Decoder," but I don't really know. That is designed exclusively by Seagate personnel. We have very little input into it. I think some of our team may do some of the, you know, synthesis, place-and-route, time and checking, but nothing at the architecture level.**
**And then, of course, the -- the SRC is a collaborative effort between -- collaborative effort between us and Seagate. We're doing most of the work on the architecture, you know, following their guidance.**
Q. And on slide 7, one of the blocks identified as -- [REDACTED]"; is that correct?
**A. That's correct, yeah.**
Q. And second column is the gain associated with each item in that block; is that correct?
**A. That's correct.**
Q. And is it correct that to obtain that gain, [REDACTED]
ATTORNEY RIZZI: Object to the form.
THE WITNESS: Yeah, so -- so these

159

represent improvements to the performance of the [REDACTED]. Yeah, so I -- if you were to -- yeah, as we discussed earlier, our product had [REDACTED] but it's entirely possible that we would get some of these gains with [REDACTED]. So if you compare [REDACTED] [REDACTED] that you would see the improvement.
BY ATTORNEY VERDINI:
Q. And you're not aware of any customer that [REDACTED]; correct?
**A. I'm not. No, I'm not. But I think the --**
Q. Has LSI ever recommend --
ATTORNEY RIZZI: Are you done with your answer?
ATTORNEY VERDINI: I'm sorry. Go ahead. I thought he was done.
THE WITNESS: I'm not aware of any customer that uses one NPFIR.
BY ATTORNEY VERBINI:
Q. Has LSI ever recommended to a customer while you've been there to [REDACTED]?
ATTORNEY RIZZI: Object to the form.
THE WITNESS: I'm not aware of any case.
The reason I brought up t[REDACTED]

160

example is because these gains are -- you certainly need [REDACTED], but it's not clear to me you need a [REDACTED] t [REDACTED] r[REDACTED]
BY ATTORNEY VERDINI:
Q. Does LSI's SRCs have a [REDACTED] t [REDACTED]?
**A. Well, to the extent that you can program it to [REDACTED]. The other thing, for what it's worth, is that some of these are mutually exclusive. For example, [REDACTED] [REDACTED]**
Q. Two different ways to do --
**A. Yeah.**
Q. Yeah. So if you turn to the next slide, this is "LSI SRC Gain: By generation."
**A. Right.**
Q. And do the generations of SRCs identified at the top of this table, are they all Spyder read channel architecture?
**A. So Emma is Spyder. Emma, Emma-B, Floresta, Floresta-D, they're all Spyder. So, for example, Emma-K corresponds to Spyder Azure. Emma-B corresponds to Boxster.**
THE REPORTER: I'm sorry, Doctor. I'm

297

(DEPOSITION CONCLUDED AT 5:54 P.M.)

298

ACKNOWLEDGEMENT OF DEPONENT

I, BRUCE WILSON, Ph.d., do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct, and accurate transcription of the testimony given by me, and any corrections appear on the attached Errata sheet signed by me.

_______________ ___________________________
(DATE) (SIGNATURE)

299

REPORTER'S CERTIFICATE

I, Anne Torreano, Certified Shorthand Reporter licensed in the State of California, License No. 10520, hereby certify that the deponent was by me first duly sworn, and the foregoing testimony was reported by me and was thereafter transcribed with computer-aided transcription; that the foregoing is a full, complete, and true record of said proceedings.

I further certify that I am not of counsel or attorney for either or any of the parties in the foregoing proceeding and caption named or in any way interested in the outcome of the cause in said caption.

Dated this 20th day of December, 2019.

[ ] Reading and Signing was requested.
[ ] Reading and Signing was waived.
[X] Reading and Signing was not requested.

ANNE M. TORREANO, CSR No. 10520