# EXHIBIT 4



## Highly Confidential - Attorneys Eyes Only

# Transcript of Weijun Tan, Ph.D.

**Date:** October 15, 2019
**Case:** Carnegie Mellon University -v- LSI Corporation, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

---

**Page 1**

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO DIVISION

Case No. 3:18-cv-04571-JD
---------------------------------------------

   VIDEOTAPE DEPOSITION OF:  WEIJUN TAN, Ph.D.
                October 15, 2019
   ("Highly Confidential - Attorneys' Eyes Only" and
   "Highly Confidential Source Code" portions included)
---------------------------------------------

CARNEGIE MELLON UNIVERSITY,

    Plaintiff,

    v.

LSI CORPORATION and AVAGO TECHNOLOGIES U.S. INC.,

    Defendants.
---------------------------------------------

         PURSUANT TO NOTICE AND SUBPOENA, the
videotape deposition of WEIJUN TAN, Ph.D., was taken
on behalf of the Plaintiff at 1900 Grant Street, Suite
1025, Denver, Colorado 80203, on October 15, 2019, at
10:28 a.m., before Sherry Wallin, Certified Realtime
Reporter, Registered Merit Reporter and Notary Public
within Colorado.
```

**Page 2**

```
                    A P P E A R A N C E S

For the Plaintiff:

     MARK G. KNEDEISEN, ESQ.
     CHRISTOPHER M. VERDINI, ESQ.
     K&L Gates L.L.P.
     210 Sixth Avenue
     Pittsburgh, Pennsylvania 15222-2613
     mark.knedeisen@klgates.com
     christopher.verdini@klgates.com

For the Defendants and the deponent:

     RAMY EMAD HANNA, ESQ.
     King & Spalding L.L.P.
     1185 Avenue of the Americas
     34th Floor
     New York, New York 10036
     rhanna@kslaw.com

Also Present:

     Davis Baumunk, Videographer
```

**Page 3**

```
                    I N D E X

EXAMINATION OF WEIJUN TAN, Ph.D.:              PAGE
October 15, 2019

By Mr. Knedeisen                                 11

* HIGHLY CONFIDENTIAL SOURCE CODE EXCERPT
  Pages 175 through 198

                                              INITIAL
DEPOSITION EXHIBITS:                         REFERENCE

Exhibit 201  Plaintiff's Amended Notice of       11
             Issuance of Subpoena to
             Weijun Tan to Testify at a
             Deposition

Exhibit 202  Subpoena to Testify at a            11
             Deposition in a Civil Action
             to: Weijun Tan

Exhibit 203  Resume of Weijun Tan                15

Exhibit 204  PowerPoint slides.                  38
             High-speed Channel detectors,
             by Fitzpatrick, et al.,
             4/1/08 (HIGHLY CONFIDENTIAL -
             ATTORNEYS' EYES ONLY)
             (LSI-04571-0418155 through
             0418172)

Exhibit 205  E-mail to DLA-readarch1 from        51
             Tan, Weijun, 12/2/10,
             Subject: BM and LLR scalings
             are finalized and checked in
             (HIGHLY CONFIDENTIAL -
             ATTORNEYS' EYES ONLY)
             (LSI-04571-0808108)

Exhibit 206  PowerPoint slides. ▓▓▓▓▓▓▓▓▓        62
             ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ g for McLaren, by
             Fitzpatrick and Tan, 6/17/08
             (HIGHLY CONFIDENTIAL -
             ATTORNEYS' EYES ONLY)
             (LSI-04571-0871017 through
             0871048)
```

**Page 4**

```
Exhibit 207  PowerPoint slides. ▓▓              78
             ▓▓▓▓▓▓▓▓▓▓▓▓, by Tan, et al.,
             6/12/08 (HIGHLY CONFIDENTIAL
             - ATTORNEYS' EYES ONLY)
             (LSI-04571-0401937 through
             0401945)

Exhibit 208  E-mail chain. Top e-mail to        81
             Tan, et al., from Yang,
             6/13/08, Subject: RE: Metric
             resolution (HIGHLY
             CONFIDENTIAL - ATTORNEYS'
             EYES ONLY) (LSI-04571-0874945
             through 0874952)

Exhibit 209  PowerPoint slides. Corvette        84
             Plus: ▓▓▓▓▓▓▓▓▓▓▓ g,
             by Tan, et al. (HIGHLY
             CONFIDENTIAL - ATTORNEYS'
             EYES ONLY) (LSI-04571-0612285
             through 0612305)

Exhibit 210  PowerPoint slides. B▓▓▓▓▓           92
             ▓▓▓▓▓▓▓▓▓▓▓ by Tan, et
             al., 12/16/13 (HIGHLY
             CONFIDENTIAL - ATTORNEYS'
             EYES ONLY) (LSI-04571-0612265
             through 0612284)

Exhibit 211  PowerPoint slides. ▓▓▓              96
             ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
             Tan, 12/6/12 (HIGHLY
             CONFIDENTIAL - ATTORNEYS'
             EYES ONLY) (LSI-04571-0523956
             through 0524002)

Exhibit 212  PowerPoint slides. McLaren          99
             ▓▓▓▓▓▓, by Tan, et al.,
             10/12/09 (HIGHLY CONFIDENTIAL
             - ATTORNEYS' EYES ONLY)
             (LSI-04571-0483202 through
             0483229)
```

```
                                                    97
1  talks about a ████████████████████████████
2  ██████████████████████████.  Do you see
3  that?
4       A.  Yes.
5       Q.  What is ██████████████████████
6  ████?
7       A.  It's a ████████████.
8       Q.  And is the fact that it's a dot C mean
9  it's a C file?
10      A.  It's a C file.
11      Q.  So it's a simulator file?
12      A.  Yes.
13      Q.  And you're familiar with the █████
14 █████████ simulator file?
15      A.  Yes.
16      Q.  And then right after that it says,
17 "Comment out █████████████████████
18 █████"  Do you see that?
19      A.  Yes.
20      Q.  What does "comment out" in this context
21 mean?
22      A.  Just remove, remove those two lines.
23 See that -- ███████████████████
24      Q.  And you're referring to the lines of
25 code at the bottom of page 5, the three lines?
```

```
                                                    98
1       A.  Yes.
2       Q.  And the bottom two lines have two double
3  slashes to start?
4       A.  Um-hum.
5       Q.  Does that mean they're commented out?
6       A.  Yes.
7       Q.  And both the last two lines start with
8  ███, and then there's an arrow.  Do you see that?
9       A.  Yes.
10      Q.  What does the ███ refer to?
11      A.  ███ is the C code variable since we
12 started it from a ████████████████████████
13 ████████████████████████████████.
14      Q.  And then what does the arrow to the
15 right of ███ signify?
16      A.  ████████████████████████
17 ████████████████████████████████
18 █████████████████████.
19      Q.  So could you turn to page 16, which ends
20 in page number 0523971.
21      A.  16.  Okay.
22      Q.  It's titled "████████████████
23 ████████████"  Do you see that?
24      A.  Yes.
25      Q.  What does "██████████" mean?
```

```
                                                    99
1       MR. HANNA:  Objection to form.
2       A.  ████████████████████████████
3  ████████████████████████████████████
4  ████████████████████████████████████
5  ████████████████████████████████████
6  ████.
7       Q.  (BY MR. KNEDEISEN)  And are -- is that
8  because -- strike that.
9            The actual LSI read channel chips, ████
10 ████████t, correct?
11      MR. HANNA:  Objection to form.
12      A.  ████████████████████████████
13 ████████████████████████████.
14      Q.  (BY MR. KNEDEISEN)  In C code?
15      A.  Yes.
16      Q.  What about in the actual hardware chips?
17      A.  ████████████████████████████
18           (Deposition Exhibit 212 was marked.)
19      Q.  Okay.  Next the court reporter will hand
20 to you what will be marked as Exhibit 212, which
21 starts at Bates number LSI-04571-0483202.
22           Did you get that?
23           THE REPORTER:  I think so.
24      Q.  (BY MR. KNEDEISEN)  Dr. Tan, do you
25 recognize Exhibit 212?
```

```
                                                   100
1       A.  Yes.
2       Q.  And what is Exhibit 212?
3       A.  It's McLaren ████████████.
4       Q.  And ████████████████████████?
5       A.  Yes.
6       Q.  And you're listed as the first author,
7  correct?
8       A.  Yes.
9       Q.  And it's dated October 12, 2009,
10 correct?
11      A.  Yes.
12      Q.  Could you turn to the second page?  At
13 the top it says "Motivation," correct?
14      A.  Which page?
15      Q.  Page 2.
16      A.  Oh, page 2, okay.
17      Q.  Does this list the motivation for
18 performing a McLaren ████████████?
19      MR. HANNA:  Objection to form.
20      A.  Yes.
21      Q.  (BY MR. KNEDEISEN)  Do you see the
22 fourth bullet point says "Drive waveform processing"?
23      A.  Yeah, I saw it.
24      Q.  What does "drive waveform processing"
25 mean?
```

Highly Confidential - Attorneys Eyes Only
Transcript of Weijun Tan, Ph.D.
Conducted on October 15, 2019

26 (101 to 104)

101

```
1         MR. HANNA:  Objection to form.
2      A.  Drive waveform means the waveform
3  captured from a drive.
4      Q.  (BY MR. KNEDEISEN)  And is that -- is a
5  waveform captured from a drive different from a
6  synthetic waveform?
7      A.  Yes.  It's different.
8      Q.  And did you personally use waveforms
9  captured from a drive in simulations that you
10 performed while at LSI?
11        MR. HANNA:  Objection to form.
12     A.  At a certain point, I did process
13 some -- such waveform.
14     Q.  (BY MR. KNEDEISEN)  And how did you
15 personally get the waveforms?
16     A.  ███████████████████████████████████
17 ████████████████████████████████████████████
18 ████████████████████████████████████████████
19 ████████████████████████████████████████████
20 ████████████████████████████████████████
21 ████████████████████████████████████████████
22 ████████████████████████████████████████████
23 ██████████████████████.
24     Q.  So let me see if I got that right.  It
25 seems like there is three steps there.  Somebody
```

102

```
1  captures the waveform at the output of the
2  preamplifier?
3      A.  Yes.
4      Q.  ████████████████████████████████████
5  ████████████████████████████████████████████
6  ████████████████████████████████████████████
7  ████████████████████████████████████████
8  ████
9      A.  Yes.
10     Q.  And did you personally perform any of
11 those steps in your tenure at LSI?
12     A.  I performed, like, the back end
13 simulation.
14     Q.  What you testified before was that
15 somebody would capture the waveform at the preamp.
16 Would those somebodies include customers?
17     A.  Yes.
18     Q.  Would it also include engineers in
19 the -- at LSI?
20     A.  That, I'm not very sure, because just --
21 I just received the waveform.  And who captured that
22 in the lab, no, I don't know.
23     Q.  And when you say you received the
24 waveform, is it correct that the waveform is stored in
25 a database and you would --
```

103

```
1      A.  Yes.  In files.
2      Q.  -- access it at the database?
3      A.  Yes.  In files.
4      Q.  The sub bullet point underneath "Drive
5  waveform processing" on page 2 says,
6  "Polarity-Dependent noise."  Do you see that?
7      A.  Yes.
8      Q.  What does "polarity-dependent noise"
9  mean to you?
10     A.  So in the magnetic drive there is a
11 transition from -- a transition has two directions.
12 Like, for example, is it down or up.  So we want to
13 see if the two transitions up and down have the
14 same -- has the same noise characteristics.
15     Q.  So is the -- when writing the data to
16 the disk, is the data written using transitions of the
17 magnetic regions?
18        MR. HANNA:  Objection to form.
19     A.  Yeah, it's -- it's a transition, yes.
20     Q.  (BY MR. KNEDEISEN)  And subsequently
21 when the data is read by the detector, is it the
22 detector's job to identify the transitions?
23        MR. HANNA:  Objection to form.
24     A.  Yes and no.  Transitions carries most
25 noise -- if there is a -- if there is no transition,
```

104

```
1  it can also be read.
2      Q.  (BY MR. KNEDEISEN)  Could you turn to
3  page 18, which is Bates number 0483219.  And the
4  heading at the top says "███████████████████
5  ████  Do you see that?
6      A.  Yes.
7      Q.  What does ███████████
8  █████  signify?
9         MR. HANNA:  Objection to form.
10     A.  This is about a data pattern on the
11 branch metric.  ████████████████████████████
12 ████████████████████████████████████████████
13 █████████████████████████████████████
14 ██████████████████████████████████████
15 ███████████████████████████████████████
16 ████████████████████████████████████████████
17       (Reporter clarification.)
18 ████████████████████████████████████████████
19 ██████████
20     Q.  (BY MR. KNEDEISEN)  ████████████████
21 ████████████████████████████████████████████
22 ██████
23     A.  Yes.
24 ████████████████████████████████████
25 █████████████████████████
```

**205**

today's the first time you realized that that sentence was there?
    THE DEPONENT: Yes. So -- because sometime we just review the file very fast and very briefly.
    MR. KNEDEISEN: All right. No further questions.
    MR. HANNA: No further questions.
    THE VIDEOGRAPHER: Going off the record at 5:30. This marks the end of media 3 of 3.
    (The following proceedings were reported but not recorded on videotape.)
    THE REPORTER: Counsel, off the video but on the transcript, would you just state your orders for the record, please, for Planet Depos.
    MR. KNEDEISEN: So we'll take a rough draft when it's available and then order a -- what would you call it, certified or final draft?
    THE REPORTER: Is there any rush on that?
    MR. KNEDEISEN: No, no rush.
    MR. HANNA: When will the rough be available?
    THE REPORTER: Within four hours.
    MR. HANNA: Okay. So us too, we'll get

**206**

a rough and a final, whatever. I don't know what the --
    MR. VERDINI: I don't think there is any rush.
    MR. KNEDEISEN: I mean how long, normally, would the final take?
    MR. VERDINI: I think it's 10 business days.
    THE REPORTER: I think you're right.
    MR. KNEDEISEN: That should be sufficient.
    WHEREUPON, the within proceedings were concluded at the approximate hour of 5:31 p.m. on the 15th day of October, 2019.
        *   *   *   *   *

**207**

            REPORTER'S CERTIFICATE
STATE OF COLORADO    )
                     ) ss.
CITY AND COUNTY OF DENVER )

    I, SHERRY WALLIN, Certified Realtime Reporter, Registered Merit Reporter and Notary Public ID 19874212873, State of Colorado, do hereby certify that previous to the commencement of the examination, the said WEIJUN TAN, Ph.D., was duly sworn or affirmed by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.
    I further certify that I am not employed by, related to, nor of counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.
    IN WITNESS WHEREOF, I have affixed my signature this 28th day of October, 2019.
    My commission expires May 14, 2023.

__X__ Reading and Signing was requested.

____ Reading and Signing was waived.

____ Reading and Signing is not required.

_____
Sherry Wallin
Certified Realtime Reporter
Registered Merit Reporter