PUBLIC VERSION

# EXHIBIT 5



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Transcript of James Bland

**Date:** February 27, 2020
**Case:** Carnegie Mellon University -v- LSI Corporation, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of James Bland
Conducted on February 27, 2020
1 (1 to 4)

## Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4    - - - - - - - - - - - - - - - - -x
 5    CARNEGIE MELLON UNIVERSITY,       : Case No.
 6         Plaintiff,                   : 3:18-cv-04571-JD
 7    v.                                :
 8    LSI CORPORATION, and AVAGO        :
 9    TECHNOLOGIES U.S. INC.,           :
10         Defendants.                  :
11    - - - - - - - - - - - - - - - - -x
12
13         ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
14         VIDEOTAPED DEPOSITION OF JAMES HOWARD BLAND
15                    Palo Alto, California
16                 Thursday, February 27, 2020
17                         10:07 a.m.
18
19
20
21
22
23   Job No.: 287845
24   Pages:  1 - 176
25   Reported By: Charlotte Lacey, RPR, CSR No. 14224
```

## Page 2

```
 1         VIDEOTAPED DEPOSITION OF JAMES HOWARD BLAND, held
 2   at 620 Hansen Way, Palo Alto, California.
 3
 4
 5
 6         Pursuant to notice, before Charlotte Lacey,
 7   Certified Shorthand Reporter, in and for the State of
 8   California.
```

## Page 3

```
 1                       A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFF CARNEGIE MELLON UNIVERSITY:
 3         CHRISTOPHER M. VERDINI, ESQUIRE
 4         K&L GATES LLP
 5         K&L Gates Center, 210 Sixth Avenue
 6         Pittsburgh, Pennsylvania  15222
 7         (412) 355-6500
 8
 9   ON BEHALF OF DEFENDANTS LSI CORPORATION and AVAGO
10   TECHNOLOGIES U.S. INC. and JAMES HOWARD BLAND:
11         BRIAN EUTERMOSER, ESQUIRE
12         KING & SPALDING
13         1515 Wynkoop Street, Suite 800
14         Denver, Colorado  80202
15         (720) 535-2312
16
17   ALSO PRESENT:
18         Lucien Newell, Videographer
```

## Page 4

```
 1                        I N D E X
 2   WITNESS                                         PAGE
 3   JAMES HOWARD BLAND
 4   Examination by         Mr. Verdini                 9
 5   Examination by         Mr. Eutermoser            172
 6
 7
 8
 9
10
11
12            I N D E X   O F   E X H I B I T S
13   EXHIBITS       DESCRIPTION                      PAGE
14   Exhibit 342    Plaintiff's Amended Notice of     10
15                  Issuance of Subpoena to James Bland
16                  to Testify at a Deposition
17   Exhibit 343    DCD AOP - Round 1, Bates number   26
18                  LSI-04571-0305438 through 497
19   Exhibit 344    Native spreadsheet, Bates number  58
20                  LSI-04571-0411125
21   Exhibit 345    Spyder Corvette & Floresta PRS2,  65
22                  Bates number LSI-04571-0080667
23                  through 668
24   Exhibit 346    Galena PRS2 Minutes & Actions,    67
25                  Bates number LSI-04571-0311728
```

---

Page 45

1  planning and target setting?
2  A  I am.
3  Q  And what does that refer to?
4  A  This, again, was matching potential products
5  to engineering resources and determining if we had
6  enough resources and the right resources to potentially
7  build what we were proposing to build and would it fall
8  within the budget.
9  Q  And were you -- did you have any role in
10 product planning and target setting?
11 A  In terms of -- yes.
12 Q  What was your role?
13 A  Main role was approval, but a lot of it was I
14 wanted to make sure that the customer need was also
15 being met.
16 Q  If you turn to almost the very end, slide 72,
17 which is at 10005.
18 A  Okay.
19 Q  This slide is entitled "SPG SoC R&D product
20 planning review process.  "SPG," does that refer to
21 storage products group?
22 A  It does.
23 Q  Does the chart that's underneath -- that takes
24 up the majority of the slide, does that accurately
25 reflect the product planning review process while you

Page 46

1  were at LSI?
2  A  During this time period, yes.
3  Q  Did it change over time?
4  A  Each iteration of the company had a slightly
5  different name, nomenclature, process.
6  Q  This one is in 2009, so it was LSI at the
7  time, correct?
8  A  Correct.
9  Q  The first row refers to concept approval,
10 correct?
11 A  Correct.
12 Q  And why was that the first part of the product
13 planning review process?
14    MR. EUTERMOSER:  Object to form.
15 A  This step was a slightly more informal step to
16 see if marketing's proposal for what customers wanted,
17 if engineering could actually satisfy that.  And again,
18 it was, was it -- do they have the resources, the right
19 technical expertise, the right technology matches.  And
20 conversely, it was from engineering to step forward with
21 potential ideas that may be pie in the sky, never see
22 the light of day, to real, valid innovation.
23 Q  In -- under the third column, ▓▓▓▓ the
24 participants are R&D.  Those are the engineers, correct?
25 A  Correct.

Page 47

1  Q  And S&M, that's sales and marketing.
2  A  Correct.
3  Q  And then there's a reference to review with
4  Mankin?  Who is Mr. Mankin?
5  A  Rob Mankin was the VP of engineering at this
6  particular time.
7  Q  The -- what I'll call the blue column and the
8  purple column, one of the -- the title of the blue
9  column is "SPG IP," and the title of the purple column
10 is "SPG SoC"?
11 A  Correct.
12 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ e
14 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
19 ▓▓▓▓
20 Q  Moving down to the second row, which is -- and
21 I apologize.
22 A  Yep.
23 Q  Some of this may be hard to read.  But it's
24 PRS1 market requirements, correct?
25 A  Correct.

Page 48

1  Q  And here, one of the things identified in
2  SPG IP is the MRD from marketing, which we already
3  talked about, correct?
4  A  Uh-huh.
5  Q  The -- across from that is R&D response PRD.
6  What does that refer to?
7  A  To the product requirement definition.  This
8  is generally where engineers were asking for further
9  definition from marketing of what exactly they were
10 asking for.
11 Q  And that would be a response to the MRD?
12 A  It would be.
13 Q  And that -- again, that would be a document
14 that was generated by the R&D department?
15 A  This was more of a discussion stage that I
16 don't know the final documentation exactly how it came
17 out.  It was more of a truly, Hey, can we do this kind
18 of brainstorming?  And then the result was something
19 that we probably called something else, but I forgot the
20 definition.
21 Q  Here, the participants are product marketing,
22 R&D, IP director and managers, and SoC directors.  Do
23 you know why those were the participants in this stage
24 of the review process?
25 A  Product marketing had a request.  R&D had

173

1  your stack?
2  A  353, 352.
3  Q  Correct. I'm going to ask you about 352
4  first, but... 352.
5  A  Oh. 342. Sorry. 352.
6  Q  Exhibit 352 is your response to -- or request
7  for quotation from Seagate, correct?
8  A  I'm sorry. Brian, repeat that.
9
10
11  A
12  Q
13
14
15
16  A
17
18
19
20
21
22
23                           ?
24                        .
25

174

1
2
3
4
5  A
6
7
8
9
10 s
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

175

1  the development of LSI IP blocks, at least in some
2  cases?
3      MR. VERDINI: Object to the form.
4  A  I do not know for sure they did. But this
5  would -- provision would allow them to do that.
6  Q  And you testified earlier that LSI IP blocks
7  included read channels, right?
8  A  Correct.
9      MR. EUTERMOSER: That's all the questions I
10 have for you, but I'll designate the transcript highly
11 confidential, attorneys' eyes only and reserve
12 signature.
13     MR. VERDINI: Mr. Bland, I don't have anything
14 further.
15     THE VIDEOGRAPHER: This marks the end of the
16 deposition of James Bland. We're going off the record
17 at 3:47.
18     (The deposition concluded at 3:47 p.m.)

176

1            CERTIFICATE OF SHORTHAND REPORTER
2
3      I, Charlotte Lacey, the officer before whom the
4  foregoing deposition was taken, do hereby certify that
5  the foregoing transcript is a true and correct record of
6  the testimony given; that said testimony was taken by me
7  stenographically and thereafter reduced to typewriting
8  under my direction; that reading and signing was not
9  requested; and that I am neither counsel for, related
10 to, nor employed by any of the parties to this case and
11 have no interest, financial or otherwise, in its
12 outcome.
13
14     IN WITNESS WHEREOF, I have hereunto subscribed my
15 hand this 9th of March, 2020.
16
17
18 _____
19   Charlotte Lacey, RPR, CSR #14224