PUBLIC VERSION

# EXHIBIT 8



HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

LSI-04571-0196082

## Purpose of the Work



- Build up drive waveform database for architecture study
  - Establish STX, HGST, WD and Toshiba drive waveform database
  - Usage of captured waveforms

|  | Rdx/Rdy | ADC (X) samples | Y samples |
|---|---|---|---|
| Loops | ✓ |  |  |
| ███████████ | ✓ | ✓ |  |
| ███████████ | ✓ | ✓ | ✓ |
| Modulation codes | ✓ | ✓ | ✓ |
| Decoder | ✓ | ✓ | ✓ |
|  |  |  |  |
| Capture details: | MATLAB GUI controls Lecroy scope, captured waveform will be resampled/normalized for C simulator usage | MATLAB GUI issues read/write to capture ADC samples from read channel memory | MATLAB GUI issues read/write commands to capture Y samples from read channel memory |

LSI Confidential

confidential    2

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY                              LSI-04571-0196083