UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>LSI CORPORATION, et al.,<br><br>    Defendants. | Case No.  18-cv-04571-JD<br><br>**PROPOSED JURY VERDICT FORM** |

The Court proposes to use this verdict form.

**IT IS SO ORDERED.**

Dated: April 30, 2025

_____
JAMES DONATO
United States District Judge

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous.

We, the jury, return these unanimous answers as our verdict in this case:

**Question No. 1**:

Did plaintiff prove, by a preponderance of the evidence and in accordance with the instructions given to you, that defendants used simulators with real drive waveforms for non-HGST or non-Seagate development work in the United States between September 1, 2011, and April 3, 2018?

\_\_\_\_ YES      \_\_\_\_ NO

**After answering Question 1, continue to Question 2.**

**Question No. 2**:

Did plaintiff prove, by a preponderance of the evidence and in accordance with the instructions given to you, that defendants used simulators with real drive waveforms for development work for Western Digital in the United States between September 1, 2011, and April 3, 2018?

\_\_\_\_ YES      \_\_\_\_ NO

**After answering Question 2, continue to Question 3.**

////////////

2

**Question No. 3**:

Did plaintiff prove, by a preponderance of the evidence and in accordance with the instructions given to you, that defendants used simulators with real drive waveforms for development work for Toshiba in the United States between September 1, 2011, and April 3, 2018?

       ____ YES  ____ NO

  **After answering Question 3, continue to Question 4.**

**Question No. 4**:

Did plaintiff prove, by a preponderance of the evidence and in accordance with the instructions given to you, that Western Digital used simulators with real drive waveforms for simulating the read channel functions of defendants' "systems-on-a-chip" (SoCs) in the United States between September 1, 2011, and April 3, 2018?

       ____ YES  ____ NO

  **After answering Question 4, continue to Question 5.**

////////////

3

**Question No. 5**:

Did plaintiff prove, by a preponderance of the evidence and in accordance with the instructions given to you, that Toshiba used simulators with real drive waveforms for simulating the read channel functions of defendants' "systems-on-a-chip" (SoCs) in the United States between September 1, 2011, and April 3, 2018?

____ YES      ____ NO

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the courtroom deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: _____          Signed:

                                                               _____
                                                               Presiding Juror