Erik J. Halverson (SBN 333492)
erik.halverson@klgates.com
**K&L GATES LLP**
4 Embarcardero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

*Counsel for Plaintiff*
*Carnegie Mellon University*

Kirk D. Dillman (SBN 110486)
kdillman@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 694-1200
Facsimile:   (213) 694-1234

*Counsel for Defendants*
*LSI Corporation and*
*Avago Technologies U.S. Inc.*

*[Additional counsel on signature page]*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,<br><br>                    Plaintiff,<br><br>    v.<br><br>LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.,<br><br>                    Defendants. | Case No. 3:18-cv-04571-JD<br><br>**JOINT DEPOSITION DESIGNATIONS**<br><br>Hon. James Donato<br>Trial Date: May 5, 2025 |

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Standing Order for Civil Jury Trials before Judge James Donato ¶ 32, Plaintiff Carnegie Mellon University ("CMU") and Defendants LSI Corporation and Avago Technologies U.S. Inc. (together, "LSI"), by their undersigned counsel, hereby respectfully submit their deposition designations and objections. Attached hereto as Exhibit A is a spreadsheet reflecting (i) CMU's affirmative deposition designations; (ii) LSI's deposition counter-designations and objections; and (iii) CMU's objections to LSI's deposition counter-designations. Attached hereto as Exhibit B is a spreadsheet reflecting (i) LSI's affirmative deposition designations; (ii) CMU's deposition counter-designations and objections; and (iii) LSI's objections to CMU's deposition counter-designations. Attached hereto as Exhibit C is a legend of LSI's deposition designation objection abbreviations.

Copies of the deposition transcripts with the designations highlighted are being delivered to the court.

Dated: April 30, 2025

Respectfully submitted,

/s/ Christopher M. Verdini
Erik J. Halverson (SBN 333492)
erik.halverson@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

Patrick J. McElhinny, *pro hac vice*
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, *pro hac vice*
mark.knedeisen@klgates.com
Christopher M. Verdini, *pro hac vice*
christopher.verdini@klgates.com
Anna Shabalov, *pro hac vice*
anna.shabalov@klgates.com
Rachel E. Ellenberger, *pro hac vice*
rachel.ellenberger@klgates.com
Samantha Thompson, *pro hac vice*
samantha.thompson@klgates.com
**K&L GATES LLP**

/s/ Steven Rizzi
Kirk D. Dillman (SBN 110486)
kdillman@mckoolsmith.com
**McKool Smith, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Tel: (213) 694-1200
Fax: (213) 694-1234

Steven Rizzi (admitted *pro hac vice*)
srizzi@McKoolSmith.com
Mariel Talmage (admitted *pro hac vice*)
mtalmage@McKoolSmith.com
**MCKOOL SMITH, P.C.**
1301 6th Avenue, 32nd floor
New York, NY 10019
Tel: (212) 402-9400
Fax: (212) 402-9444

Ramy Hanna (admitted *pro hac vice*)
rhanna@McKoolSmith.com
**MCKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002

K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Tel: (412) 355-6500
Fax: (412) 355-6501

Theodore J. Angelis, *pro hac vice*
theo.angelis@klgates.com
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580

*Counsel for Plaintiff*
*Carnegie Mellon University*

Tel: (713) 485-7300
Fax: (713) 485-7344

Sarah Hassan (admitted *pro hac vice*)
shassan@McKoolSmith.com
**MCKOOL SMITH, P.C**
1717 K Street NW, Suite 1000
Washington, DC 20006
Tel: (202) 370-8300
Fax: (202) 370-8344

*Counsel for Defendants*
*LSI Corporation and Avago*
*Technologies U.S. Inc.*

## ATTESTATION UNDER CIVIL LOCAL RULE 5-1

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of these documents has been obtained from Mr. Rizzi.

Dated: April 30, 2025

/s/ Christopher M. Verdini
Christopher M. Verdini

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 30, 2025.

/s/ Christopher M. Verdini
Christopher M. Verdini