# EXHIBIT A

**Witness: Weijun Tan**
**Date of Deposition: October 15, 2019**

| Plaintiff's Initial Designations | | | | | | | Defendants' Counterdesignations | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin Page | Begin Line | Begin Word | End Page | End Line | End Word | Objections | Begin Page | Begin Line | Begin Word | End Page | End Line | End Word | Objections |
| 11 | 5 | 1 | 11 | 8 | 5 | | 20 | 24 | 1 | 21 | 4 | 1 | Incomplete; Relevance |
| 11 | 11 | 1 | 11 | 12 | 1 | | 21 | 6 | 1 | 21 | 9 | 1 | Relevance |
| 13 | 11 | 6 | 13 | 13 | 2 | | 21 | 10 | 1 | 21 | 12 | 2 | Relevance |
| 15 | 1 | 1 | 15 | 2 | 6 | | 21 | 14 | 1 | 21 | 23 | 4 | Relevance |
| 15 | 4 | 1 | 15 | 10 | 2 | | 21 | 25 | 1 | 22 | 8 | 1 | Hearsay; Relevance |
| 16 | 9 | 1 | 16 | 20 | 2 | | 39 | 17 | 1 | 39 | 20 | 7 | Incomplete |
| 17 | 8 | 1 | 17 | 25 | 8 | | 105 | 5 | 1 | 105 | 8 | 1 | Incomplete; Relevance |
| 24 | 25 | 1 | 25 | 2 | 4 | | 105 | 16 | 1 | 105 | 21 | 5 | Relevance |
| 38 | 23 | 1 | 39 | 8 | 3 | RE, UP, 401/402, 403, MIL, HS | 134 | 12 | 1 | 134 | 22 | 2 | |
| 39 | 21 | 1 | 41 | 3 | 3 | RE, UP, 401/402, 403, MIL, HS, OBJ | 189 | 1 | 1 | 189 | 6 | 5 | |
| 99 | 19 | 1 | 99 | 21 | 5 | RE, UP, 401/402, 403, CO, MIL, HS | 202 | 24 | 1 | 203 | 8 | 4 | |
| 99 | 24 | 1 | 100 | 18 | 5 | RE, UP, 401/402, 403, CO, MIL, HS | | | | | | | |
| 100 | 20 | 1 | 100 | 25 | 1 | RE, UP, 401/402, 403, CO, MIL, HS | | | | | | | |
| 101 | 2 | 1 | 101 | 10 | 4 | RE, UP, 401/402, 403, CO, MIL, HS | | | | | | | |
| 101 | 12 | 1 | 103 | 3 | 4 | RE, UP, 401/402, 403, CO, MIL, HS | | | | | | | |
| 106 | 15 | 1 | 108 | 1 | 7 | RE, UP, 401/402, 403, CO, MIL, HS | | | | | | | |
| 117 | 8 | 1 | 117 | 24 | 4 | RE, UP, 401/402, 403, CO, MIL, HS | | | | | | | |
| 118 | 14 | 1 | 118 | 19 | 3 | RE, UP, 401/402, 403, CO, MIL, HS | | | | | | | |
| 118 | 21 | 1 | 118 | 24 | 2 | RE, UP, 401/402, 403, CO, MIL, HS | | | | | | | |
| 119 | 1 | 1 | 119 | 11 | 6 | RE, UP, 401/402, 403, CO, MIL, HS | | | | | | | |
| 119 | 13 | 1 | 119 | 23 | 4 | RE, UP, 401/402, 403, CO, MIL, HS | | | | | | | |
| 119 | 25 | 1 | 120 | 1 | 3 | RE, UP, 401/402, 403, CO, MIL, HS | | | | | | | |
| 120 | 6 | 1 | 120 | 10 | 2 | RE, UP, 401/402, 403, CO, MIL, HS | | | | | | | |
| 120 | 12 | 1 | 120 | 19 | 10 | RE, UP, 401/402, 403, CO, MIL, HS | | | | | | | |

| 131 | 16 | 1 | 134 | 7 | 5 | RE, UP, 401/402, 403, CO, MIL, HS |
| --- | --- | --- | --- | --- | --- | --- |
| 134 | 9 | 1 | 134 | 9 | 5 | RE, UP, 401/402, 403, CO, MIL, HS |
| 155 | 5 | 1 | 155 | 11 | 2 | RE, UP, 401/402, 403, CO, MIL, HS |
| 155 | 22 | 1 | 156 | 7 | 1 | RE, UP, 401/402, 403, CO, MIL, HS |
| 156 | 9 | 1 | 156 | 14 | 8 | RE, UP, 401/402, 403, CO, MIL, HS |
| 156 | 16 | 1 | 156 | 24 | 7 | RE, UP, 401/402, 403, CO, MIL, HS |
| 157 | 1 | 1 | 157 | 11 | 3 | RE, UP, 401/402, 403, CO, MIL, HS |
| 157 | 13 | 1 | 159 | 17 | 2 | RE, UP, 401/402, 403, CO, MIL, HS, F |
| 169 | 2 | 1 | 170 | 24 | 2 | RE, UP, 401/402, 403, CO, CU, MIL, HS |
| 175 | 6 | 1 | 175 | 23 | 4 | RE, UP, 401/402, 403, CO, MIL, HS |
| 176 | 11 | 1 | 176 | 25 | 8 | RE, 401/402, 403, UP, MIL, V |
| 177 | 22 | 1 | 177 | 24 | 2 | RE, 401/402, 403, UP, MIL, V |
| 178 | 4 | 1 | 178 | 12 | 6 | RE, 401/402, 403, UP, MIL, V |
| 178 | 16 | 1 | 179 | 1 | 2 | RE, 401/402, 403, UP, MIL, V |
| 181 | 5 | 1 | 181 | 15 | 3 | RE, 401/402, 403, UP, MIL |
| 184 | 11 | 1 | 184 | 20 | 2 | RE, 401/402, 403, UP, MIL |
| 188 | 19 | 1 | 188 | 25 | 2 | RE, 401/402, 403, UP, MIL |
| 189 | 19 | 1 | 189 | 25 | 2 | RE, 401/402, 403, UP, MIL, F |
| 192 | 25 | 1 | 193 | 13 | 10 | RE, 401/402, 403, UP, MIL |
| 195 | 19 | 1 | 196 | 11 | 2 | RE, 401/402, 403, UP, MIL |
| 199 | 6 | 1 | 200 | 2 | 6 | RE, 401/402, 403, UP, MIL |
| 201 | 8 | 1 | 201 | 20 | 6 | RE, 401/402, 403, UP, MIL |
| 201 | 22 | 1 | 202 | 1 | 9 | RE, 401/402, 403, UP, MIL |
| 202 | 8 | 1 | 202 | 23 | 2 | RE, 401/402, 403, UP, MIL |
| 203 | 14 | 1 | 204 | 3 | 2 | RE, 401/402, 403, UP, MIL |

| Witness: Bruce Wilson | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Date of Deposition: December 10, 2019 | | | | | | | | | | | | | |

| Plaintiff's Initial Designations | | | | | | | Defendants' Counterdesignations | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Begin Page | Begin Line | Begin Word | End Page | End Line | End Word | Objections | Begin Page | Begin Line | Begin Word | End Page | End Line | End Word | Objections |
| 12 | 14 | 1 | 12 | 16 | 4 | | 39 | 12 | 1 | 39 | 13 | 5 | |
| 13 | 4 | 1 | 13 | 6 | 3 | | 39 | 15 | 1 | 40 | 1 | 4 | |
| 13 | 10 | 1 | 13 | 14 | 3 | | 44 | 16 | 1 | 44 | 18 | 1 | |
| 26 | 16 | 1 | 27 | 2 | 3 | | 44 | 20 | 1 | 44 | 22 | 4 | |
| 27 | 13 | 1 | 27 | 15 | 9 | | 124 | 1 | 1 | 124 | 2 | 3 | |
| | | | | | | | 124 | 4 | 1 | 124 | 9 | 4 | |
| | | | | | | | 124 | 11 | 1 | 124 | 18 | 10 | |
| | | | | | | | 131 | 25 | 1 | 132 | 2 | 4 | |
| | | | | | | | 132 | 4 | 1 | 132 | 9 | 6 | Incomplete (should end on word 7) |
| 35 | 16 | 1 | 35 | 19 | 3 | | 132 | 11 | 1 | 132 | 11 | 4 | Incomplete (should end on word 6) |
| 36 | 2 | 1 | 36 | 12 | 3 | RE, 401/402, AF | 146 | 10 | 1 | 146 | 11 | 8 | |
| 37 | 23 | 1 | 38 | 11 | 9 | RE, 401/402, UP, 403, MIL, CO | 146 | 13 | 1 | 146 | 18 | 5 | Incomplete (should include 146:19-24) |
| 38 | 13 | 1 | 38 | 18 | 3 | RE, 401/402, UP, 403, MIL, CO | 146 | 25 | 3 | 147 | 11 | 6 | Incomplete (should include 147:12-15 and 147:16-18) |
| 38 | 20 | 1 | 38 | 21 | 7 | RE, 401/402, UP, 403, MIL, CO | 147 | 20 | 4 | 147 | 22 | 3 | Incomplete (should begin on word 1) |
| 38 | 23 | 1 | 38 | 23 | 4 | RE, 401/402, UP, 403, MIL, CO | 147 | 24 | 1 | 148 | 3 | 10 | |
| 42 | 25 | 1 | 43 | 9 | 3 | | | | | | | | |
| 44 | 4 | 1 | 44 | 15 | 2 | | | | | | | | |
| 44 | 24 | 1 | 45 | 23 | 7 | V,O | | | | | | | |
| 47 | 4 | 1 | 47 | 18 | 2 | RE, 401/402, UP, 403, MIL | | | | | | | |
| 47 | 20 | 1 | 48 | 12 | 1 | RE, 401/402, UP, 403, MIL, CO | | | | | | | |
| | | | | | | | | | | | | | |
| 61 | 4 | 1 | 61 | 6 | 2 | V, RE, 401/402, UP, 403, MIL | | | | | | | |
| 61 | 8 | 3 | 61 | 11 | 3 | V, RE, 401/402, UP, 403, MIL | | | | | | | |
| | | | | | | | | | | | | | |
| 68 | 20 | 1 | 69 | 5 | 5 | F, RE, 401/402, UP, 403, MIL | | | | | | | |
| 69 | 7 | 3 | 69 | 10 | 9 | RE, 401/402, UP, 403, MIL | | | | | | | |
| 69 | 12 | 1 | 69 | 13 | 2 | RE, 401/402, UP, 403, MIL | | | | | | | |
| 69 | 15 | 3 | 69 | 15 | 5 | RE, 401/402, UP, 403, MIL | | | | | | | |
| 69 | 17 | 1 | 70 | 9 | 9 | RE, 401/402, UP, 403, MIL | | | | | | | |
| 106 | 19 | 1 | 107 | 14 | 3 | RE, UP, 401/402, 403, MIL, HS | | | | | | | |
| 108 | 4 | 1 | 108 | 9 | 4 | RE, UP, 401/402, 403, MIL, HS, CO, CE, 701, 702, V, PMK | | | | | | | |
| 108 | 11 | 3 | 109 | 15 | 2 | RE, UP, 401/402, 403, MIL, HS, CO, CE, 701, 702, V, PMK | | | | | | | |
| 109 | 17 | 1 | 109 | 25 | 4 | RE, UP, 401/402, 403, MIL, HS, CO, CE, 701, 702, V, PMK | | | | | | | |
| 110 | 25 | 1 | 111 | 1 | 2 | RE, UP, 401/402, 403, MIL, HS | | | | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111 | 19 | 1 | 112 | 22 | 3 | RE, UP, 401/402, 403, MIL, HS, CO, CE, 701, 702, V | | | | | | | |
| 127 | 9 | 1 | 127 | 13 | 2 | RE, UP, 401/402, 403, MIL, HS, V, CO, CE, 701, 702 | | | | | | | |
| 127 | 15 | 1 | 127 | 23 | 8 | RE, UP, 401/402, 403, MIL, HS, V, CO, CE, 701, 702 | | | | | | | |
| 127 | 25 | 1 | 127 | 25 | 4 | RE, UP, 401/402, 403, MIL, HS, V, CO, CE, 701, 702 | | | | | | | |
| 128 | 2 | 1 | 128 | 17 | 4 | RE, UP, 401/402, 403, MIL, HS, V, CO, CE, 701, 702 | | | | | | | |
| 128 | 19 | 1 | 128 | 25 | 3 | RE, UP, 401/402, 403, MIL, HS, V, CO, CE, 701, 702 | | | | | | | |
| 129 | 3 | 1 | 129 | 14 | 9 | RE, UP, 401/402, 403, MIL, HS, V, MT | | | | | | | |
| 129 | 16 | 1 | 130 | 15 | 4 | RE, UP, 401/402, 403, MIL, HS, V, CO, CE, 701, 702 | | | | | | | |
| 130 | 17 | 1 | 130 | 22 | 2 | RE, UP, 401/402, 403, MIL, HS, V, CO, CE, 701, 702, PMK | | | | | | | |
| 130 | 24 | 1 | 131 | 6 | 4 | RE, UP, 401/402, 403, MIL, HS, V, CO, CE, 701, 702, PMK | | | | | | | |
| 132 | 16 | 1 | 134 | 22 | 6 | RE, UP, 401/402, 403, MIL, HS, CO, PMK | | | | | | | |
| 134 | 24 | 1 | 135 | 5 | 6 | RE, UP, 401/402, 403, MIL, AF, V | | | | | | | |
| 135 | 7 | 3 | 135 | 9 | 6 | | | | | | | | |
| 135 | 11 | 1 | 136 | 21 | 1 | UP, 403, MIL, AF, CO, CE, CC, PMK | | | | | | | |
| 136 | 23 | 3 | 137 | 22 | 6 | UP, 403, MIL, AF, CO, CE, 701, 702, CC, PMK | | | | | | | |
| 142 | 20 | 3 | 143 | 7 | 3 | RE, UP, 401/402, 403, MIL,HS, CU, CO, CE, CC, 701, 702, PMK | | | | | | | |
| 142 | 14 | 1 | 142 | 18 | 5 | RE, UP, 401/402, 403, MIL,HS, CU, CO, CE, CC, 701, 702, PMK | | | | | | | |
| 149 | 12 | 1 | 149 | 16 | 8 | CU, AF | | | | | | | |
| 149 | 18 | 3 | 150 | 4 | 8 | V, RE, 401/402, 403, MIL | | | | | | | |
| 150 | 6 | 1 | 151 | 5 | 7 | V, RE, 401/402, 403, MIL, CO, CE, CC | | | | | | | |
| 151 | 7 | 1 | 151 | 7 | 4 | V, RE, 401/402, 403, MIL, AF, MT | | | | | | | |
| 151 | 9 | 1 | 151 | 9 | 7 | V, RE, 401/402, 403, MIL, AF, MT | | | | | | | |
| 151 | 11 | 3 | 151 | 12 | 1 | V, RE, 401/402, 403, MIL, AF, MT | | | | | | | |
| 151 | 14 | 1 | 151 | 15 | 3 | V, RE, 401/402, 403, MIL, AF, MT | | | | | | | |
| 151 | 17 | 3 | 151 | 17 | 4 | V, RE, 401/402, 403, MIL, AF, MT | | | | | | | |