# EXHIBIT B

| CARNEGIE MELLON UNIVERSITY v. LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC. 18-CV-04571-JD DEFENDANTS' DEPOSITION DESIGNATIONS | | | | | |
|---|---|---|---|---|---|
| The following designations reflect Dedendants' understanding of the scope of the trial. Defendants LSI Corporation and Avago Technologies U.S. Inc. reserve the right to introduce or not introduce any of the following designations, the right to supplement or amend this list, the right to remove designations from this list, and to object to the admissibility of designations on this list. LSI also reserves the right to introduce any other designations identified by any other party to these proceedings and to introduce any other designations necessary for impeachment, rebuttal, credibility, rehabilitation, refreshing of recollection, or foundation. | | | | | |
| Weldon M. Hanson September 17, 2020 | | | | | |
| Deponent | Defendant's Designation | Plaintiff's Objection | Plaintiff's Counter Designation | Notes (partial line designations) | Defendants' Counter Objection |
| Hanson | 7:9-7:13 | | | | |
| | 8:7-8:25 | | | | |
| | 9:4-12:8 | Relevance; Incomplete Testimony (Ex. 1023 is designated, but not on the exhibit list) | | | |
| | 18:3-18:21 19:17-19:25 | Incomplete Testimony (Ex. 1024 is designated, but not on the exhibit list) | 19:2-19:12 19:14-19:15 | | 401/402, RE, D |
| | 43:16-43:18 43:21-44:9 44:11-44:14 44:16-45:4 | Incomplete Testimony (failed to designate the introduction of Ex. 1026, and Ex. 1026 is not on the exhibit list) | 15:1-15:2 15:4-15:12 41:4-41:5 41:11-41:23 41:25-42:20 48:4-49:24 | | 401/402, RE, CO, MIL, UP, 403 |
| | 49:25-50:1 50:3-50:7 50:9-54:14 | Incomplete Testimony (failed to designate the introduction of Ex. 1026, and Ex. 1026 is not on the exhibit list) | 23:8-23:11 23:14-24:10 48:4-49:24 56:10-57:10 57:15-57:20 57:22-58:22 59:6 (word 2) - 61:4 61:6-61:11 72:10-74:5 | | 401/402, RE, CO, MIL, UP, 403, OSD, CO |
| | 68:4-68:19 68:21-69:25 | | 62:11-64:25 65:21-65:24 66:1-66:8 70:1-70:3 70:5-70:12 | | 401/402, RE, CO, MIL, UP, 403, OSD, CO |

| | | | | | |
|---|---|---|---|---|---|
| | 70:21-71:8<br>80:24-81:1<br>81:3-81:8 | Relevance; Incomplete Testimony (Ex. 1027 is designated, but not on the exhibit list) | 79:22-80:14 (Only if LSI designated testimony is admitted) | | |
| | 129:2-130:20 | | 130:21-132:1 | | 401/402, RE, OSD, MIL |
| | 141:25-142:4 | | 152:18-152:19<br>152:21-153:1<br>153:13-153:17<br>153:19-153:23 | | OSD, 401/402, RE, MIL, UP, 403 |
| | 144:19-145:19 | | 133:21-134:8<br>142:22-144:17 | | OSD, 401/402, RE, MIL, 403, CO |
| | 146:2-146:14 | | 146:15-146:24 | | 401/402, RE, MIL, 403, UP, CO |
| | 146:25-149:6 | | | | |
| | 149:7-149:9<br>149:12-150:4 | | | | |
| | 150:6-152:6 | | | | |
| | 156:4-156:5<br>156:7-157:3 | | | | |
| | 157:5-157:10<br>157:12-157:19 | | | | |
| | 157:21-161:6 | | 81:10-83:6 | | RE, 401/402, I, OSD |
| | 162:19-163:4 | | 163:5-166:6 | | RE, 402/402, UP, 403 |
| | 166:7-167:6<br>167:8-167:11 | | | | |
| | 169:7-169:9<br>169:12-171:1 | | 168:16-169:6 | | RE, 402/402, UP, 403 |
| | 182:12-182:22<br>184:3-184:25<br>188:5-190:19 | Incomplete Testimony (failed to designate the introduction of Ex. 1037, and Ex. 1037 is not on the exhibit list) | | | |
| | 199:12-201:5 | Relevance; Incomplete Testimony (Ex. 1038 is designated, but not on the exhibit list) | 81:10-83:6 | | RE, 401/402, I, OSD |

**CARNEGIE MELLON UNIVERSITY v. LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.**
**18-CV-04571-JD**
**DEFENDANTS' DEPOSITION DESIGNATIONS**

The following designations reflect Dedendants' understanding of the scope of the trial. Defendants LSI Corporation and Avago Technologies U.S. Inc. reserve the right to introduce or not introduce any of the following designations, the right to supplement or amend this list, the right to remove designations from this list, and to object to the admissibility of designations on this list. LSI also reserves the right to introduce any other designations identified by any other party to these proceedings and to introduce any other designations necessary for impeachment, rebuttal, credibility, rehabilitation, refreshing of recollection, or foundation.

**Cecil Macgregor**
**September 18, 2020**

| Deponent | Defendant's Designation | Plaintiff's Objection | Plaintiff's Counter Designation | Notes (partial line designations) | Defendants' Counter Objection |
|---|---|---|---|---|---|
| MacGregor | 8:1-8:18 | | | | |
| | 9:7-10:4 | Incomplete Testimony (Ex. 1044 is designated, but not on the exhibit list) | | | |
| | 10:18-10:23 | Incomplete Testimony | 10:17 | | |
| | 11:16-11:23 | | | | |
| | 74:5-75:4　75:6-75:13 | Incomplete Testimony (Ex. 1052 is designated, but not on the exhibit list) | 76:2-4　76:24-77:2　77:19-79:5　79:7-21　79:23-80:6　80:25-82:6　82:9-82:18　82:22-82:25　83:9-12　84:5-85:5　85:7-85:11　85:13 | | HS, OSD, MIL, CO, 401/402, 403, UP, I |
| | 92:15-92:17　92:22-93:3 | | 93:5-9　93:11-14 | | OSD, MIL, CO, 401/402, 403, UP |
| | 95:22-96:10 | | 98:23-99:18 | | OSD, MIL, CO, 401/402, 403, UP |
| | 113:1-113:8 | | | Begin on 113:1 word 2 | |
| | 113:13-113:15 | | | Begin on 113:13 word 5 | |
| | 114:2-114:8 | | | | |
| | 126:7-126:13　127:1-127:14 | Incomplete Testimony (Ex. 1053 is designated, but not on the exhibit list) | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 140:5-141:1<br>141:3-141:7 | Relevance; Form - Vague; Incomplete Testimony (failed to designate the introduction of Ex. 1056, and Ex. 1056 is not on the exhibit list) | | | |
| | 145:22-146:3<br>146:6-146:14 | Relevance; Form - Vague; Form - Assumes Facts Not in Evidence; Incomplete Testimony (failed to designate the introduction of Ex. 1056, and Ex. 1056 is not on the exhibit list) | 143:11-19 | | 403, UP, MIL, CO |
| | 146:23-147:12<br>147:20-148:13<br>148:15-148:20<br>148:23-148:23 | Form - Vague; Form - Lacks Foundation; Incomplete Testimony (Ex. 1057 is designated, but not on the exhibit list) | | | |
| | 151:2-151:13<br>151:16-152:1<br>152:3-152:23 | Relevance; Form - Vague | 150:12-18 (Only if LSI designated testimony is admitted)<br>150:21-25 (Only if LSI designated testimony is admitted) | | |
| | 160:1-160:8<br>160:12-160:24 | Incomplete Testimony (Ex. 1059 is designated, but not on the exhibit list) | | | |
| | 160:25-161:2<br>161:5-161:19<br>161:24-162:2 | Form - Lacks Foundation | | | |
| | 164:1-164:8<br>164:11-164:16 | Form - Vague | | | |
| | 166:17-166:21<br>166:23-166:24 | Relevance; Form - Vague | | | |

| CARNEGIE MELLON UNIVERSITY v. LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC. 18-CV-04571-JD DEFENDANTS' DEPOSITION DESIGNATIONS | | | | | |
|---|---|---|---|---|---|
| The following designations reflect Dedendants' understanding of the scope of the trial. Defendants LSI Corporation and Avago Technologies U.S. Inc. reserve the right to introduce or not introduce any of the following designations, the right to supplement or amend this list, the right to remove designations from this list, and to object to the admissibility of designations on this list. LSI also reserves the right to introduce any other designations identified by any other party to these proceedings and to introduce any other designations necessary for impeachment, rebuttal, credibility, rehabilitation, refreshing of recollection, or foundation. | | | | | |
| Bruce Wilson, Ph.D. December 10, 2019 | | | | | |
| Deponent | Defendant's Designation | Plaintiff's Objection | Plaintiff's Counter Designation | Notes (partial line designations) | Defendants' Counter Objection |
| Wilson | 12:14-12:16 | | | | |
| | 13:4-13:6 | | | | |
| | 26:16-27:15 | | | | |
| | 30:8-30:10<br>30:12-30:20<br>30:22-30:24 | | | | |
| | 31:1-31:7<br>31:9-32:6 | | | | |
| | 33:14-33:17<br>33:19-33:20 | | | | |
| | 33:25-34:16 | | | | |
| | 36:2-36:4 | | | | |
| | 42:25-43:9 | | | | |
| | 44:4-44:15 | | | | |
| | 57:18-57:20<br>57:22-57:24<br>58:9-59:5 | | | | |
| | 60:1-60:22 | | 60:23-24<br>61:1-2 | | MIL, 401/402, RE, UP, 403, OSD, V |
| | 63:12-63:22 | | 62:6-16<br>62:18-63:3<br>63:5-10 | | MIL, 401/402, RE, UP, 403, V, AF, OSD |
| | 64:25-65:4 | | 65:5-11 | | MIL, 401/402, RE, UP, 403, OSD, CO |
| | 70:10-70:12<br>70:14-70:23 | | | | |
| | 117:22-118:12 | | 118:13-15<br>118:17-19 | | MT, CSF, F, 403, UP, OSD |
| | 134:21-134:22<br>134:24-135:1 | | | | |
| | 155:3-155:10 | Relevance | | | |
| | 157:12-158:14 | Relevance | | | |