# EXHIBIT C

| Objection Code | Meaning |
| --- | --- |
| A | Argumentative |
| AA | Asked and answered |
| AF | Assumes facts not in evidence |
| B | Beyond the scope of designations |
| CC | Calls for a legal conclusion |
| CE | Calls for expert opinion |
| CD | Compound |
| CO | Contrary to Court order |
| CU | Cumulative |
| D | Duplicative |
| DI | Designation incomplete; incomprehensible |
| DSI | Document speaks for itself |
| F | Foundation |
| I | Incomplete Document |
| ID | Improperly described/identified such that analysis cannot occur |
| IH | Incomplete hypothetical |
| IMP | Improper designation |
| M | Mediation/settlement/settlement communications privilege |
| MD | Multiple Documents |
| MT | Misstates prior testimony |
| NR | Not responsive |
| O | Overbroad |
| OBJ | Designation includes objections made on the record |
| OSD | Outside the scope of direct |
| PMIL | Subject of a pending motion *in limine* |
| MIL | Subject of granted motion *in limine* |
| PMK | Outside the scope of Rule 30 (b)(6) deposition topics for which the witness is designated |
| V | Vague and ambiguous |
| W | Question withdrawn |
| BE | Best Evidence Rule |
| RE | Relevance |
| UP | Unduly prejudicial |

| | |
|---|---|
| ACP | Attorney-client privileged |
| WP | Attorney work product |
| CFS | No personal knowledge; speculative |
| LE | Leading |
| HS | Hearsay |
| AU | Authenticity |
| IS | Improper summary |
| 401/402 | Irrelevant under FRE 401 and so inadmissible under FRE 402 |
| 403 | Inadmissible under FRE 403 |
| 701 | Inadmissible lay opinion under FRE 701 |
| 702 | Inadmissible expert opinion under FRE 702 |