Erik J. Halverson (SBN 333492)
erik.halverson@klgates.com
**K&L GATES LLP**
4 Embarcardero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

*Counsel for Plaintiff*
*Carnegie Mellon University*

Kirk D. Dillman (SBN 110486)
kdillman@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:    (213) 694-1200
Facsimile:    (213) 694-1234

*Counsel for Defendants*
*LSI Corporation and*
*Avago Technologies U.S. Inc.*

*[Additional counsel on signature page]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CARNEGIE MELLON UNIVERSITY,<br><br>                    Plaintiff,<br><br>    v.<br><br>LSI CORPORATION AND AVAGO TECHNOLOGIES U.S. INC.,<br><br>                    Defendants. | Case No. 3:18-cv-04571-JD<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Hon. James Donato<br>Trial Date: May 5, 2025 |

**STIPULATION**

For the purposes of the above-captioned action, Plaintiff Carnegie Mellon University ("CMU") and Defendants LSI Corporation and Avago Technologies U.S. Inc. (together, "LSI") hereby stipulate to the following facts:

1. LSI performed at least one simulation of the detector function of a read channel with a real drive waveform in connection with development or testing of at least one SoC in the United States between September 1, 2011, and April 3, 2018.

2. LSI performed at least one simulation of the detector function of a read channel with a real drive waveform for Western Digital in the United States between September 1, 2011, and April 3, 2018.

3. LSI performed at least one simulation of the detector function of a read channel with a real drive waveform for Toshiba in the United States between September 1, 2011, and April 3, 2018.

4. LSI provided at least one simulator to Western Digital between September 1, 2011, and April 3, 2018 that was capable of being used by Western Digital to perform simulations of the detector function of a read channel using real drive waveforms.

5. LSI provided at least one simulator to Toshiba between September 1, 2011, and April 3, 2018 that was capable of being used by Toshiba to perform simulations of the detector function of a read channel using real drive waveforms.

CMU and LSI agree and respectfully submit that the above stipulated facts resolve the issues to be decided at the trial scheduled to begin on May 5, 2025, and therefore respectfully request that the Court adjourn the May 5 trial. CMU and LSI will jointly submit a proposed scheduling order for the remainder of the case on or before May 19, 2025.

Attached hereto is a proposed order.

Dated: May 2, 2025

/s/ Christopher M. Verdini
Erik J. Halverson (SBN 333492)
erik.halverson@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

Patrick J. McElhinny, *pro hac vice*
patrick.mcelhinny@klgates.com
Mark G. Knedeisen, *pro hac vice*
mark.knedeisen@klgates.com
Christopher M. Verdini, *pro hac vice*
christopher.verdini@klgates.com
Anna Shabalov, *pro hac vice*
anna.shabalov@klgates.com
Rachel E. Ellenberger, *pro hac vice*
rachel.ellenberger@klgates.com
Samantha Thompson, *pro hac vice*
samantha.thompson@klgates.com
**K&L GATES LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Tel: (412) 355-6500
Fax: (412) 355-6501

Theodore J. Angelis, *pro hac vice*
theo.angelis@klgates.com
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580

*Counsel for Plaintiff*
*Carnegie Mellon University*

Respectfully submitted,

/s/ Steven Rizzi
Kirk D. Dillman (SBN 110486)
kdillman@mckoolsmith.com
**McKool Smith, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Tel: (213) 694-1200
Fax: (213) 694-1234

Steven Rizzi (admitted *pro hac vice*)
srizzi@McKoolSmith.com
Mariel Talmage (admitted *pro hac vice*)
mtalmage@McKoolSmith.com
**MCKOOL SMITH, P.C.**
1301 6th Avenue, 32nd floor
New York, NY 10019
Tel: (212) 402-9400
Fax: (212) 402-9444

Ramy Hanna (admitted *pro hac vice*)
rhanna@McKoolSmith.com
**MCKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
Tel: (713) 485-7300
Fax: (713) 485-7344

Sarah Hassan (admitted *pro hac vice*)
shassan@McKoolSmith.com
**MCKOOL SMITH, P.C**
1717 K Street NW, Suite 1000
Washington, DC 20006
Tel: (202) 370-8300
Fax: (202) 370-8344

*Counsel for Defendants*
*LSI Corporation and Avago*
*Technologies U.S. Inc.*

**ATTESTATION UNDER CIVIL LOCAL RULE 5-1**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of these documents has been obtained from Mr. Rizzi.

Dated: May 2, 2025

*/s/ Christopher M. Verdini*
Christopher M. Verdini

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 2, 2025.

*/s/ Christopher M. Verdini*
Christopher M. Verdini