UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: May 5, 2025      Judge: Hon. James Donato

Time: 18 Minutes

Case No. **3:18-cv-04571-JD**
Case Name **Carnegie Mellon University v. LSI Corporation et al**

Attorney(s) for Plaintiff(s):    Patrick McElhinny / Anna Shabalov / Rachel Ellenbetger
                                Samantha Thompson / Chris Verdeini / Mark Knedeisen
Attorney(s) for Defendant(s):    Steven Rizzi

Deputy Clerk: Lisa R. Clark
Court Reporter: April Brott

## PROCEEDINGS

Jury selection -- Not held.

## NOTES AND ORDERS

Pursuant to the parties' joint stipulation, Dkt. No. 303, the jury trial set for May 5, 2025, is vacated. The final pretrial conference is continued from October 2, 2025, to December 4, 2025, at 1:30 p.m. The jury trial is continued from October 20, 2025, to January 5, 2026, at 9:00 a.m.