UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  January 29, 2026                                        Judge:  Hon. James Donato

Time:  7 Minutes

Case No.        **3:18-cv-04571-JD**
Case Name       **Carnegie Mellon University v. LSI Corporation et al**

Attorney(s) for Plaintiff(s):        Chris Verdini/Patrick McElhinny
Attorney(s) for Defendant(s):        Ramy Hanna/Steven Rizzi

Deputy Clerk:  Lisa R. Clark                                   Court Reporter:  Stephen Franklin

PROCEEDINGS

Status Conference -- Held

NOTES AND ORDERS

A pretrial conference is set for May 28, 2026, at 1:30PM.  A jury trial is set for June 29, 2026 at
9AM.  Each side will have 12 hours, exclusive of openings and closings, to present their case.

The parties are directed to file their pretrial materials by February 12, 2026.

1