United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARNEGIE MELLON UNIVERSITY,

Plaintiff,

v.

LSI CORPORATION, et al.,

Defendants.

Case No.  18-cv-04571-JD

**SECOND ORDER RE CLAIM CONSTRUCTION**

In prior proceedings, the Court construed "set" to have its plain and ordinary meaning. Dkt. No. 353 at 13.  Rather surprisingly, the parties say that they cannot agree on what that everyday meaning is.  This dispute arose in the context of a Federal Rule of Evidence 702 challenge to the opinions of Dr. Steven McLaughlin, plaintiff CMU's technical expert witness.  A second claim construction order is warranted.

The term "set" is used in U.S. Patent Nos. 6,201,839 (the '839 patent, Dkt. No. 1-3) and 6,438,180 (the '180 patent, Dkt. No. 1-4) (the Patents-in-Suit) in the ensuing claim limitations: for claim 4 of the '839 patent, "selecting a branch metric function for each of the branches at a certain time index from a *set* of signal-dependent branch metric functions;" for claim 2 of the '180 patent, "wherein the branch metric function is selected from a *set* of signal-dependent branch metric functions." (Emphases added).  During claim construction, CMU proposed that "set" should be construed to mean "two or more," and LSI proposed that it need not be construed at all or should be given its plain and ordinary meaning.  Dkt. No. 353 at 13.  The Court construed "set" to have its plain and ordinary meaning. *Id.*

A fight over this straightforward construction erupted in LSI's Rule 702 challenge to Dr. McLaughlin's opinions.  In LSI's view, Dr. McLaughlin improperly "exclude[d] a 'set' of one

number." Dkt. No. 363 at 6. CMU responded by saying that the plain and ordinary meaning of "'set of signal-dependent branch metric functions' requires two or more." Dkt. No. 378-15 (CMU's Opposition to McLaughlin Daubert) at 4. In effect, the parties ask whether the plain and ordinary meaning of "set" is "one or more things" as LSI would have it, or "two or more things," as CMU urges. The "continuing debate" over the meaning of this word suggests a question of claim scope that the Court is "obligated" to resolve. *Eon Corp. IP Holdings v. Silver Spring Networks*, 815 F.3d 1314, 1320 (Fed. Cir. 2016); *see also O2 Micro Int'l Ltd. v. Beyond Innovation Tech. Co.*, 521 F.3d 1351, 1361 (Fed. Cir. 2008).

"[T]he 'ordinary meaning' of a claim term is its meaning to the ordinary artisan after reading the entire patent." *Phillips v. AWH Corp.*, 415 F.3d 1303, 1321 (Fed. Cir. 2005) (en banc); *see also Toro Co. v. White Consol. Indus., Inc.*, 199 F.3d 1295, 1299 (Fed. Cir. 1999) ("Determining the limits of a patent claim requires understanding its terms in the context in which they were used by the inventor, considered by the examiner, and understood in the field of the invention.").

"Claim construction begins with the words of the claim." *Prima Tek II, L.L.C. v. Polypap, S.A.R.L.*, 318 F.3d 1143, 1148 (Fed. Cir. 2003). Here, two aspects of the claims clearly indicate that "set" means "two or more." Both claims describe the selection as occurring from a "set of signal-dependent branch metric *functions*" (emphasis added), which connotes that the set consists of a plurality of functions. Both claims also describe that the function must be "selected" from a "set" of "signal-dependent branch metric functions." *See, e.g.,* '180 patent at claim 2. For there to be a selection, the "set" must contain more than one function. This is consistent with the Federal Circuit's description of the patent. *Carnegie Mellon Univ. v. Marvell Tech. Grp., Ltd.*, 807 F.3d 1283, 1294 (Fed. Cir. 2015) ("There is no dispute that 'set' here requires more than one such function, as the claims require selecting among a plurality of such functions at a given time index.").

The definition of "set" in English language dictionaries underscores that the word denotes a plurality. *See Phillips*, 415 F.3d at 1318 ("dictionaries and treatises can be useful in claim construction"). To take just a few of the many dictionary definitions to that effect, the Merriam-

United States District Court
Northern District of California

Webster Dictionary defines "set" as "a number of things of the same kind that belong or are used together." *Set*, Merriam-Webster, https://www.merriam-webster.com/dictionary/set (last visited May 7, 2026). The Oxford English Dictionary defines "set" as "[a] number of things grouped together according to a system of classification or conceived as forming a whole." *Set*, Oxford English Dictionary, https://www.oed.com/dictionary/set_n2 (last visited May 7, 2026). The OED indicates that this meaning has been accepted since 1690. *Id.* LSI did not present an everyday definition of "set" that might warrant a different conclusion.

Consequently, "set" as used in the '839 patent and the '180 patent means "two or more." The admissibility of Dr. McLaughlin's opinions will be addressed in a separate order.

**IT IS SO ORDERED.**

Dated: May 8, 2026

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

3